IVAN M. GOLD (BAR NO. 121486)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: igold@allenmatkins.com

Attorneys for Landlord-Creditor
GLENDALE MALL II ASSOCIATES LLC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 24-01376-CL7 |
|---|---|
| PIRCH, INC., | **DECLARATION OF IVAN M. GOLD SUPPORTING RESPONSE OF GLENDALE II MALL ASSOCIATES LLC TO EMERGENCY MOTION FOR (1) REJECTION OF UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES AND (2) EXPEDITED ABANDONMENT OF PERSONAL PROPERTY** |
| Debtor. | |
| | Dept: One (1) |
| | Honorable Christopher B. Latham |

I, IVAN M. GOLD, declare as follows:

1. I am an attorney at law, duly admitted to practice before all of the courts of the State of California and a member of the bar of this Court. I am Of Counsel to the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, attorneys for Glendale II Mall Associates LLC, the lessor of debtor Pirch, Inc. ("Debtor") with respect to retail premises located at Glendale Galleria, Glendale, California.

2. I have personal knowledge of the matters set forth in this declaration and, if called to testify in this proceeding, could and would competently testify thereto.

3. This declaration is submitted in response to the *Declaration of Leslie T. Gladstone in Support of Emergency Motion For Rejection of Unexpired Real Property Leases and (2)*

*Expedited Abandonment of Personal Property* (the "Gladstone Declaration") in this Chapter 7 case.

4. In the Gladstone Declaration, Ms. Gladstone, the Chapter 7 Trustee, asserts, at paragraph 7 that she contacted me prior to the filing of the emergency motion and that I "consented to e-mail service of this Motion and did not indicate any opposition." I did indeed speak with Ms. Gladstone on the afternoon of Thursday, April 25, 2024 (in response to my voicemail message to her) and I did consent to e-mail service of the emergency motion. The primary purpose of my call was not related to Glendale Galleria but, rather, to inquire with respect to another property identified in the emergency motion, namely the Santa Ana location that was previously subleased by the Debtor. We discussed her emergency motion in only general terms and, while the concept of a request for retroactive relief was addressed in general terms, at no time in our conversation did she disclose that she would be seeking to access to retail store premises through May 31, 2024 or to determine the nature and extent of potential landlord claims on an emergency basis. The fact that Ms. Gladstone believed that I "did not indicate any opposition" is based on the lack of discussion as to the scope of the relief to be requested.

5. The following morning, April 26, I exchanged e-mails with Ms. Gladstone confirming my acceptance of e-mail service, a true and correct copy of which is attached hereto as Exhibit 1 and incorporated herein by this reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 30, 2024 at Moraga, California.

                                                          */s/ IVAN M. GOLD*
                                                          IVAN M. GOLD

# EXHIBIT 1

| | |
|---|---|
| **From:** | Gold, Ivan |
| **Sent:** | Friday, April 26, 2024 10:55 AM |
| **To:** | Leslie Gladstone |
| **Subject:** | RE: Glendale and Santa Ana |

I will accept service via e-mail. Are you including a motion for abandonment of personal property under Local Rule 6007-4 or does the Trustee intend to remove FF&E from Glendale? If so, on what timeline?

Please coordinate with me on the scheduling of any emergency/expedited motion. I will be in New Jersey on Monday for multiple WeWork hearings, with some additional periods of unavailability in the next few days after that.

**Ivan M. Gold**  |  Of Counsel
Direct (415) 273-7431  |  Main (415) 837-1515
Cell (925) 323-2832
igold@allenmatkins.com  |  Bio
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4074

# Allen Matkins

**From:** Leslie Gladstone <leslieg@flgsd.com>
**Sent:** Friday, April 26, 2024 10:40 AM
**To:** Gold, Ivan <igold@allenmatkins.com>
**Subject:** Glendale and Santa Ana

CAUTION: External Email

We are filing the emergency motion today to reject leases (and allow removal of items for Glendale if practicable). Motion allows us to do stip as alternative. Will you accept email service of the motion for Glendale and Santa Ana (requires personal service otherwise, which I'm trying to avoid). Thanks. Leslie



**LESLIE T. GLADSTONE, Esq.**
5656 La Jolla Blvd., La Jolla, CA 92037
Direct: (858) 294-0220    Main: (858) 454-9887
LeslieG@flgsd.com    **FLGSD.com**

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please reply to the sender immediately to notify us of the error and destroy all copies of this message and any attachments. Thank you for your cooperation.