Dustin P. Branch (Cal. Bar No. 174909)
Nahal Zarnighian (Cal. Bar No. 315508)
Sara Shahbazi (Cal. Bar No. 351498)
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350
E-mail: branchd@ballardspahr.com
E-mail: zarnighiann@ballardspahr.com
E-mail: shahbazis@ballardspahr.com

and

Laurel Roglen (DE No. 5759)
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: 302.252.4465
Facsimile: 302.252.4466
E-mail: roglenl@ballardspahr.com

Attorneys for Landlord Creditor
CRC SOCO, LLC

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Chapter 7 |
| PIRCH, INC., | ) Case No.: 24-01376-CL7 |
| Debtor(s). | ) **DECLARATION OF ASSOCIATE GENERAL COUNSEL IN SUPPORT OF OBJECTION TO TRUSTEE'S EMERGENCY MOTION TO REJECT UNEXPIRED LEASES AND EXPEDITED ABANDONMENT OF CERTAIN PERSONAL PROPERTY** |
| | ) Hon. Chief Judge Christopher B. Latham |

1

**DECLARATION IN SUPPORT OF OBJECTION TO REJECTION MOTION**

I, Ryan Horka, declare as follows:

1. I am the Associate General Counsel of Continental Realty Corporation, agent for CRC SOCO, LLC, the landlord ("Landlord") of nonresidential real property located at 3303 Hyland Avenue, Costa Mesa, California 92626 (the "Premises"). Continental Realty Corporation's address is located at 1427 Clarkview Road, Suite 500, Baltimore, MD, 21209.

2. This declaration is made pursuant to 28 U.S.C. § 1746 and is in support of Landlord's Objection to the Trustee's Emergency Motion to Reject Unexpired Leases and Expedited Abandonment of Certain Personal Property ("Motion").

3. In my capacity as Associate General Counsel for Landlord, I am generally familiar with the documents contained in the lease files for Landlord, such as the lease and related documents. As such, I am one of the Landlord's attorneys that have possession, custody and control of Landlord's records as they relate to this action. Except as otherwise indicated, the facts set forth herein are based upon my personal knowledge and/or the pleadings, documents, and files regularly maintained by Landlord concerning this action. If called upon to do so, I could and would competently testify hereto.

4. I have reviewed the lease documents in Landlord's files as they relate to Debtor Pirch Inc. (the "Debtor").

5. I am informed and believe that on October 11, 2010, Landlord's predecessor in interest and Debtor entered into a written lease agreement (the "Lease"), as subsequently amended from time to time, for the nonresidential real property at the Premises where the Debtor was doing business. A true and correct copy of the Lease is attached as Exhibit 1 hereto.

6. The Debtor leases retail space at the Premises.

**DECLARATION IN SUPPORT OF OBJECTION TO REJECTION MOTION**

7. I am informed and believe that the Debtor ceased operating at the Premises on or about March 20, 2024, but remains in possession of the Premises with Debtor's property inside, and neither the Debtor nor the Trustee has surrendered the Premises to the Landlord.

8. On April 26, 2024, the Trustee filed the Motion seeking, among other things, entry of an emergency, ex parte order authorizing the Debtor to abate postpetition rent and related charges.

9. Landlord's Lease is not one of the leases sought to be rejected pursuant to the Motion.

10. Landlord objects on the grounds that it is unclear whether the requested abatement of rent for the post-petition portion of April 2024 or for any other post-petition obligations arising under the Lease until the Lease is assumed or rejected applies solely to the proposed rejected leases or also to Landlord's Lease.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct. Executed this 30th day of April 2024.

Ryan Horka
Associate General Counsel
Continental Realty Corporation (Agent of Landlord)