# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 5/7/2024 |
| Case: 24–01376–CL7 | Form ID: pdfO1 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Leslie T. Gladstone      candic@flgsd.com
aty     Christin A. Batt        christinb@flgsd.com
aty     K. Todd Curry         tcurry@currylegal.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      PIRCH, Inc.     1445 Engineer Street     Vista, CA 92081

TOTAL: 1