STEPTOE LLP
STEPHEN J. NEWMAN (SBN 181570)
2029 Century Park East, Suite 1800
Los Angeles, CA 90067
KERRI A. LYMAN (SBN 241615)
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Email:  snewman@steptoe.com
       klyman@steptoe.com

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (pro hac vice pending)
Georgia Bar No. 460793
Frank  N. White (pro hac vice pending)
Georgia Bar No. 753377
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Telephone:  (404) 873-8536
Email:  darryl.laddin@agg.com
      frank.white@agg.com

Attorneys for AMERICAN EXPRESS
TRAVEL RELATED SERVICES
COMPANY, INC.

Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

Proposed Attorneys for Leslie T. Gladstone,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>      Debtor, | Case No.: 24-01376-CL7<br><br>Chapter 7<br><br>**JOINT MOTION OF CHAPTER 7 TRUSTEE, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. AND WORLDPAY, LLC FOR ORDER APPROVING STIPULATION CONCERNING THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**[Ex Parte Application to Shorten Time Filed Concurrently Herewith]** |

**TO THE HONORABLE CHRISTOPHER B. LATHAM, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

Pursuant to this "Joint Motion for Order Approving Stipulation Concerning the Production of Documents Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; Memorandum of Points and Authorities in Support Thereof" (the "Motion"), Leslie T. Gladstone, the Chapter 7 Trustee (the "Trustee") for the estate of Pirch, Inc. (the "Debtor"), American Express Travel Related Services Company, Inc. ("Amex") and Worldpay, LLC[1] ("Worldpay", collectively with Amex, the "Processors"), file this motion to approve the stipulation (the "Stipulation") attached hereto as Exhibit A.[2] The Trustee, Amex, and Worldpay shall collectively be referred to as the "Parties".

By this motion (the "Motion"), the Parties respectfully request, pursuant to section 105 of 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that the Court enter an order approving the proposed Stipulation.

Prior to filing for bankruptcy protection, the Debtor entered into credit card processing agreements with the Processors. Under these agreements, Amex and Worldpay processed credit card transactions initiated by the Debtor's customers, and the Debtor is required to provide certain transaction information to the Processors upon request. Following the cessation of the Debtor's business, a significant number of the Debtor's customers began initiating charge disputes or chargeback requests with the Processors, claiming they did not receive the goods or services purchased. The Processors have requested information from the Trustee to allow the Processors to address these disputes and the Trustee has agreed to this request.

---

[1] Arnall Golden Gregory LLP represents both Amex and Worldpay in this matter.

[2] Capitalized terms otherwise not defined herein shall have the meaning set forth in the Stipulation.

JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING THE PRODUCTION OF DOCUMENTS

The Stipulation contains terms substantially similar to the following:

1)      The Processors shall retain B. Riley Advisory Services ("B. Riley") to assist with location and retrieval of the Information (as defined below) from the Debtor's books and records in the possession of the Trustee (the "Services").

2)      The Processors shall be solely responsible for all fees and/or costs of B. Riley relating to the Services. Under no circumstances shall the Trustee or the Debtor's estate be liable for any fees or costs relating to the Services.

3)      The Trustee shall provide B. Riley with access to the Debtor's books and records in the Trustee's possession, allowing B. Riley to obtain documents and information necessary to permit the Processors to assess and, where appropriate, oppose customer chargeback requests relating to transactions or orders placed with Pirch on or before March 20, 2024 (the "Information"), including but not limited to:

   a.      Copies of Pirch's records of all unfulfilled orders as of March 20, 2024;

   b.      Confirmation of the amount of inventory reported on Pirch's latest balance sheet that is related to orders in which Pirch has already received a customer deposit and is storing inventory for the customer;

   c.      Records reflecting shipment or delivery of any and all orders since November 22, 2022, including any orders that have been or hereafter become the subject of refund or charge dispute requests by Pirch's customers; and

   d.      Any other information reasonably requested by the Processors that relates to the status of Pirch's inventory and its ability or intention to fulfill and deliver the customer orders that are the subject of charge dispute requests from transactions or orders placed with Pirch on or before March 20, 2024.

4)      The Trustee makes no representations regarding the state of the Debtor's books and records or whether the Information is available, but will use reasonable efforts to provide B. Riley with access to all relevant books and records, either in physical or electronic form, in order to obtain the requested Information.

3

JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING THE PRODUCTION OF DOCUMENTS

5) The Trustee will keep, maintain and not destroy, alter or inhibit access to any records pertaining to customer transactions that were made by customers using "American Express", "Visa" or "Mastercard" credit or charge cards until the completion of the Chapter 7 Case.

All information provided by the Trustee to the Processors shall be subject to a mutually agreed non-disclosure agreement.

This Motion is based on the attached memorandum of points and authorities, the supporting declarations, statements, arguments and representations of counsel who will appear at any hearing on the Motion, the record in this case, and any other evidence properly brought before the Court and all other matters of which this Court may properly take judicial notice.

The Parties have filed an "Application to Shorten Time" concurrently herewith seeking to shorten the time for notice of hearing on this Motion.

**WHEREFORE**, Amex respectfully requests that the Court enter an order:

1. granting the Motion;

2. authorizing, approving, and enforcing the Stipulation as set forth herein; and

3. granting such other and further relief as this Court deems just and proper under the circumstances.

Date:  May 16, 2024                    Respectfully submitted,


/s/ Kerri A. Lyman                              .
Stephen J. Newman (SBN 181570)
Kerri A. Lyman (SBN 241615)
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Email:   snewman@steptoe.com
             klyman@steptoe.com


/s/ Frank N. White                              .
Darryl S. Laddin*
Georgia Bar No. 460793

4

Frank N. White*
Georgia Bar No. 753377
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8536
Email: darryl.laddin@agg.com
       frank.white@agg.com

*Attorneys for Plaintiff American Express*
*Travel Related Services Company, Inc.*

* Motion to appear *pro hac vice* pending

/s/ Christin A. Batt                              .
Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

*Proposed Attorneys for Leslie T. Gladstone,*
*Chapter 7 Trustee*

JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING THE PRODUCTION OF DOCUMENTS

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   JURISDICTION AND VENUE

1.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B).  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicate for the relief requested herein is Bankruptcy Rule 2004 and section 105(a) of the Bankruptcy Code.

### II.   GENERAL BACKGROUND

3.      The Debtor was a home appliance and plumbing fixture showroom chain.

4.      Prior to filing for bankruptcy protection, the Debtor entered into credit card processing agreements with the Processors. Under these agreements, Amex and Worldpay processed credit card transactions initiated by the Debtor's customers, and the Debtor is required to provide certain transaction information to the Processors upon request, specifically when a customer submits a dispute and requests a refund in connection with a transaction with the Debtor.

5.      On or about March 20, 2024, the Debtor abruptly ceased all business operations without advance notice to the Processors.

6.      Following the cessation of business, a significant number of the Debtor's customers began initiating disputes with the Processors, claiming they did not receive the goods or services purchased. Based on information provided to the Trustee by the Processors, over 1,800 customer disputes have been filed with Amex, totaling over $33 million, and over 1,968 customer disputes have been filed with Worldpay, totaling over $20.6 million.

7.      On April 19, 2024, the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Leslie T. Gladstone was appointed as the Chapter 7 Trustee.

8.      The Processors have requested certain books and records from the Debtor to assess the validity of the disputes raised by Debtor's customers. The Trustee and the Processors have negotiated an agreement to facilitate the production of this information and now seek Court approval of the Stipulation.

## V.    ARGUMENT

Bankruptcy Rule 2004(a) provides that, upon motion of any party in interest, a court may order the examination of any entity.  The scope of such examination may relate to:

> the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or the debtors' right to a discharge . . . [or] to . . . the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan, and the consideration given or offered therefor, and any other matter relevant to the case or to the formulation of a plan.

FED. R. BANKR. P. 2004(b).

9.    Rule 2004 also provides for an order requiring the production of documents in connection with the Rule 2004 examination. Fed. R. Bank. P. 2004(c).

10.    The goals of Rule 2004 examinations include "discovering assets, examining transactions, and determining whether wrongdoing has occurred." *In re Wash. Mutual, Inc.*, 408 B.R. 45, 50 (Bankr. D. Del. 2009) (quoting *In re Enron Corp.*, 281 B.R. 836, 840 (Bankr. S.D.N.Y. 2002)). Courts routinely permit a wide range of inquiry pursuant to Rule 2004, recognizing that the scope of a Rule 2004 examination is "unfettered and broad," and can even be described as a "fishing expedition." *In re Drexel Burnham Lambert Group, Inc.*, 123 B.R. 702, 708 n.11, 711 (Bankr. S.D.N.Y. 1991); *In re 2435 Plainfield Ave.*, 223 B.R. 440, 456 (Bankr. D.N.J. 1998).

11.    While the permissible scope of an examination under Rule 2004 is thus "unfettered and broad," the information that the Trustee is providing to Amex and Worldpay here is narrow and intended for a specific purpose – the investigation and, where appropriate on the facts, acceptance, reduction or denial of disputes initiated by the Debtor's customers.  Only with the benefit of this information, obtained on a timely basis, can Amex and Worldpay seek to mitigate the damages accruing to them from issuance of refunds to cardholders who made purchases from the Debtor, and in turn the magnitude of their eventual claim for losses against the Chapter 7 Estate.

12.    Additionally, approval of the Stipulation will benefit the Trustee and the Debtor's estate by reducing costs associated with the production of the requested information, which costs

1  are being entirely borne by the Processors pursuant to the terms of the Stipulation.

2  **VI.    CONCLUSION**

3        Based on the foregoing, the Parties request the entry of an order (i) granting the Motion,

4  (ii) authorizing, approving, and enforcing the Stipulation pursuant to Rule 2004 of the Federal

5  Rules of Bankruptcy Procedure as set forth herein; and (iii) granting such other and further relief

6  as this Court deems just and proper under the circumstances.

7

8  Date:    May 16, 2024                              Respectfully submitted,

9

10                                                    /s/ Kerri A. Lyman                          .
                                                      Stephen J. Newman (SBN 181570)
11                                                    Kerri A. Lyman (SBN 241615)
                                                      STEPTOE LLP
12                                                    633 West Fifth Street, Suite 1900
                                                      Los Angeles, California 90071
13                                                    Telephone: (213) 439-9400
                                                      Email:   snewman@steptoe.com
14                                                             klyman@steptoe.com

15                                                    /s/ Frank N. White                          .
16                                                    Darryl S. Laddin*
                                                      Georgia Bar No. 460793
17                                                    Frank  N. White*
                                                      Georgia Bar No. 753377
18                                                    ARNALL GOLDEN GREGORY LLP
19                                                    171 17th Street NW, Suite 2100
                                                      Atlanta, Georgia 30363
20                                                    Telephone:  (404) 873-8536
                                                      Email:  darryl.laddin@agg.com
21                                                            frank.white@agg.com

22                                                    *Attorneys for Plaintiff American Express*
23                                                    *Travel Related Services Company, Inc.*

24                                                    * Motion to appear *pro hac vice* pending

25                                                    /s/ Christin A. Batt                          .
26                                                    Leslie T. Gladstone, Esq. (SBN 144615)
                                                      Christin A. Batt, Esq. (SBN 222584)
27                                                    FINANCIAL LAW GROUP
                                                      5656 La Jolla Blvd.
28                                                    La Jolla, CA 92037

JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING THE PRODUCTION OF DOCUMENTS

Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

*Proposed Attorneys for Leslie T. Gladstone,*
*Chapter 7 Trustee*

JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING THE PRODUCTION OF DOCUMENTS

# EXHIBIT A

**Stipulation**

STEPTOE LLP
STEPHEN J. NEWMAN (SBN 181570)
2029 Century Park East, Suite 1800
Los Angeles, CA 90067
      - and -
KERRI A. LYMAN (SBN 241615)
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Email:  snewman@steptoe.com
         klyman@steptoe.com

Attorneys for Creditor AMERICAN
EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (pro hac vice forthcoming)
Georgia Bar No. 460793
Frank  N. White (pro hac vice forthcoming)
Georgia Bar No. 753377
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Telephone:  (404) 873-8536
Email:  darryl.laddin@agg.com
         frank.white@agg.com

Attorneys for Creditors AMERICAN
EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC. and
WORLDPAY, LLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>        Debtor. | Case No. 24-01376-CL7<br><br>Chapter 7<br><br>**STIPULATION BETWEEN (I) CHAPTER 7 TRUSTEE AND (II) AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. AND WORLDPAY, LLC, CONCERNING PRODUCTION OF INFORMATION** |

Doc #  DC/27751461v2

DC\125335\00344\34945272.v2-4/23/24

1

2  **TO THE BANKRUPTCY COURT, DEBTOR, AND ALL OTHER PARTIES IN**

3  **INTEREST:**

4

5      Leslie T. Gladstone, Chapter 7 Trustee (the "Trustee") for Pirch, Inc. (the "Debtor") in the

6  above-captioned chapter 7 case (the "Chapter 7 Case"), on the one hand, and American Express

7  Travel Related Services Company, Inc. ("Amex") and Worldpay, LLC ("Worldpay") (Amex and

8  Worldpay, collectively, the "Processors"; and the Processors and  the Trustee, collectively, the

9  "Parties"), on the other hand, and by and through their respective counsel of record, hereby jointly

10 stipulate as follows:

11                                   **<u>STIPULATION</u>**

12      WHEREAS, Amex is, among other things, a credit-card issuer as well as a processor of

13 card payments, with the latter function also known in the vernacular of the payment systems

14 industry as an "acquirer," such that it acquires merchants to accept the payment cards (credit and

15 charge) issued by American Express.

16      WHEREAS, Worldpay also is a processor of card payments and "acquirer," such that it

17 acquires merchants to accept the payment cards (credit and charge) issued by, among other issuers,

18 VISA and MasterCard.

19      WHEREAS, Pirch entered into its Card Acceptance Agreement with Amex on or about

20 May 28, 2008 (the "Card Acceptance Agreement" or "CAA").

21      WHEREAS, Pirch entered into its Bank Card Merchant Agreement with Worldpay on or

22 about November 9, 2015 (the "Merchant Agreement").

23      WHEREAS, pursuant to the Card Acceptance Agreement, Amex agreed to process

24 "American Express" credit card transactions initiated by Pirch's customers.

25      WHEREAS, pursuant to the Merchant Agreement, Worldpay agreed to process, among

26 other things, VISA and MasterCard credit card transactions initiated by Pirch's customers.

27

28

Doc #  DC/27751461v2

DC\125335\00344\34945272.v2-4/23/24

WHEREAS, if a cardholder is dissatisfied with his or her purchase from a merchant, such cardholder may file a dispute with Amex or Worldpay and seek a credit or refund in the amount of that transaction.

WHEREAS, in order to address such disputes, each of the Processors requires the merchant, under its respective contract, to provide the Processor with sale, transaction, delivery, fulfillment and inventory data so that the Processor it can determine the validity (or invalidity) of the dispute.  If the merchant fails to provide any data or support, the dispute may be decided in the cardholder's favor by default.

WHEREAS, on or about March 20, 2024, and without any advance notice to either of the Processors, Pirch suddenly ceased all business activity, closed all of its retail stores and issued a public statement on its website and social media indicating that it was temporarily implementing a "pause of business" in order to "give management the opportunity to complete a go-forward plan." Pirch has not processed any transactions with Amex since March 20, 2024.

WHEREAS, at least 1,800 customer disputes have been filed to date, for no less than $33 Million in the aggregate, on customer purchases with Pirch that were processed by Amex.

WHEREAS, at least 1,968 customer disputes have been filed to date, for no less than $20.6 Million in the aggregate, on customer purchases with Pirch that were processed by Worldpay.

WHEREAS, given Pirch's inability to do so, the Processors are required to come out of pocket and pay any credit or refund obligations to Pirch's customers resulting from successful charge disputes, resulting in significant and ongoing losses to the Processors.

WHEREAS, each of the Processors needs essential order fulfillment, delivery, inventory and other data and records from Pirch in order to determine the validity of, and timely respond to, these customer disputes, and to attempt to mitigate, or even reverse to some extent, the amounts of their eventual claims against the estate.

DC\125335\00344\34945272.v2-4/23/24

Doc #  DC/27751461v2

1    WHEREAS, on April 19, 2024, Pirch filed a Chapter 7 bankruptcy petition.

2    WHEREAS, Leslie T. Gladstone was appointed as the Trustee and provided with access to

3    all of the Debtor's available books and records, including certain information requested by Amex

4    and Worldpay.

5    WHEREAS, the Parties agree that providing the Processors with the requested information

6    is in the best interest of the Debtor's estate.

7    IT IS THEREFORE HEREBY STIPULATED that:

8    1)    The Processors shall retain B. Riley Advisory Services ("B. Riley") to assist with

9    location and retrieval of the Information (as defined below) from the Debtor's

10    books and records in the possession of the Trustee (the "Services").

11    2)    The Processors shall be solely responsible for all fees and/or costs of B. Riley

12    relating to the Services. Under no circumstances shall the Trustee or the Debtor's

13    estate be liable for any fees or costs relating to the Services.

14    3)    The Trustee shall provide B. Riley with access to the Debtor's books and records in

15    the Trustee's possession, allowing B. Riley to obtain documents and information

16    necessary to permit the Processors to assess and, where appropriate, oppose customer

17    chargeback requests relating to transactions or orders placed with Pirch on or before

18    March 20, 2024 (the "Information"), including but not limited to:

19    a.    Copies of Pirch's records of all unfulfilled orders as of March 20, 2024;

20    b.    Confirmation of the amount of inventory reported on Pirch's latest balance

21    sheet that is related to orders in which Pirch has already received a customer

22    deposit and is storing inventory for the customer;

23    c.    Records reflecting shipment or delivery of any and all orders since

24    November 22, 2022, including any orders that have been or hereafter

25    become the subject of refund or charge dispute requests by Pirch's

26    customers; and

27

28

Doc #  DC/27751461v2

DC\125335\00344\34945272.v2-4/23/24

       d.  Any other information reasonably requested by the Processors that relates to the status of Pirch's inventory and its ability or intention to fulfill and deliver the customer orders that are the subject of charge dispute requests from transactions or orders placed with Pirch on or before March 20, 2024.

4) The Trustee makes no representations regarding the state of the Debtor's books and records or whether the Information is available, but will use reasonable efforts to provide B. Riley with access to all relevant books and records, either in physical or electronic form, in order to obtain the requested Information.

5) The Trustee will keep, maintain and not destroy, alter or inhibit access to any records pertaining to customer transactions that were made by customers using "American Express", "Visa" or "Mastercard" credit or charge cards until the completion of the Chapter 7 Case.

SO STIPULATED AND AGREED.

Chapter 7 Trustee

By: _____

      Leslie Gladstone

*Chapter 7 Trustee*

American Express Travel Related Services Company, Inc.

By: _____
Kerri A. Lyman, Esq.
Steptoe, LLP
633 West Fifth Street, Suite 1900

- 5 -

Doc # DC/27751461v2

Doc ID: a857cdef62937b5a9283fa2604ecf93e18cd72ef

| | |
|---|---|
| 1 | d.  Any other information reasonably requested by the Processors that relates to |
| 2 | the status of Pirch's inventory and its ability or intention to fulfill and deliver |
| 3 | the customer orders that are the subject of charge dispute requests from |
| 4 | transactions or orders placed with Pirch on or before March 20, 2024. |
| 5 | 4) The Trustee makes no representations regarding the state of the Debtor's books and |
| 6 | records or whether the Information is available, but will use reasonable efforts to |
| 7 | provide B. Riley with access to all relevant books and records, either in physical or |
| 8 | electronic form, in order to obtain the requested Information. |
| 9 | 5) The Trustee will keep, maintain and not destroy, alter or inhibit access to any |
| 10 | records pertaining to customer transactions that were made by customers using |
| 11 | "American Express", "Visa" or "Mastercard" credit or charge cards until the |
| 12 | completion of the Chapter 7 Case. |

SO STIPULATED AND AGREED.

Chapter 7 Trustee


By: _____
       Leslie Gladstone

*Chapter 7 Trustee*


American Express Travel Related Services
Company, Inc.

By: _____
Kerri A. Lyman, Esq.
Steptoe, LLP
633 West Fifth Street, Suite 1900

- 5 -

Doc # DC/27751461v2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Los Angeles, California 90071
Telephone: (213) 439-9400
Email: klyman@steptoe.com

By: _____
Darryl S. Laddin, Esq.
Frank N. White, Esq,
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8536
Email: darryl.laddin@agg.com
        frank.white@agg.com

Worldpay, LLC

By: _____
Darryl S. Laddin, Esq.
Frank N. White, Esq,
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8536
Email: darryl.laddin@agg.com
        frank.white@agg.com

-6-

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Inez Brown
Steptoe LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
PIRCH, Inc.

Debtor(s)

BANKRUPTCY NO.    24-01376-CL7

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I,  <u>Inez Brown</u>  am a resident of the State of California, over the age of 18 years, and not a party to this action.

On  <u>May 16, 2024</u>  , I served the following documents:

JOINT MOTION OF CHAPTER 7 TRUSTEE, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. AND WORLDPAY, LLC FOR ORDER APPROVING STIPULATION CONCERNING THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  <u>May 16, 2024</u>  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Service information continued on attached pages.

☐    Chapter 7 Trustee:

☐    For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐    For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _May 16, 2024_ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Service information continued on attached pages.

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _May 16, 2024_             _/s/ Inez Brown_
             (Date)                         (Typed Name and Signature)
                                     Inez Brown

                                   633 West Fifth Street, Suite 1900
                                   (Address)

                                   Los Angeles, CA 90071
                                   (City, State, ZIP Code)

**To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Everett G. Barry**          Everett.Barry@dinsmore.com; katherine.hemphill@dinsmore.com
- **Christin A. Batt**          christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com; leslieg@flgsd.com; andrewl@flgsd.com; janetg@flgsd.com
- **George B. Blackmar**        gblackmar@bpslaw.net
- **K. Todd Curry**             tcurry@currylegal.com
- **Judith A. Descalso**        jad@jdescalso.com; jad_9193@ecf.courtdrive.com; descalso.judithb129618@notify.bestcase.com
- **Leslie T. Gladstone**       candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; andrewl@flgsd.com; janetg@flgsd.com
- **Ivan M. Gold**              igold@allenmatkins.com
- **Eric D. Goldberg**          eric.goldberg@dlapiper.com; eric-goldberg-1103@ecf.pacerpro.com
- **Barbara R. Gross**          barbara@bgross.law; cbrg11@trustesolutions.net
- **Barbara R. Gross**          barbara@bgross.law
- **James P. Hill**             HILL@SULLIVANHILL.COM, hawkins@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; hill@ecf.inforuptcy.com; cashman-kramer@sullivanhill.com
- **Haeji Hong**                Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov; tiffany.l.carroll@usdoj.gov
- **Elsa Monica Horowitz**      ehorowitz@wrslawyers.com; jlee@wrslawyers.com
- **Gregory K. Jones**          gjones@sycr.com; smjohnson@stradlinglaw.com
- **Eileen Keusseyan**          ek@keosianlaw.com
- **Dean T. Kirby**             dkirby@fsl.law; jwilson@fsl.law
- **Kerri A Lyman**             klyman@steptoe.com; #-FirmPSDocketing@Steptoe.com
- **Anthony Napolitano**        anapolitano@buchalter.com; marias@buchalter.com
- **Dana S. Plon**              dplon@sirlinlaw.com
- **Vincent Renda**             vr@pinlegal.com; ld@pinlegal.com
- **Jeffrey David Rubin**       jeff@barnettrubin.com
- **Link W. Schrader**          lschrader@schrader-law.com
- **Gary Starre**               gastarre@gmail.com
- **Jennifer R. Tullius**       jtullius@tulliuslaw.com
- **United States Trustee**     ustp.region15@usdoj.gov
- **Johnny White**              jwhite@wrslawyers.com; jlee@wrslawyers.com
- **Bradley J Yourist**         byourist@gmail.com
- **Nahal Zarnighian**          zarnighiann@ballardspahr.com; carolod@ballardspahr.com

**Served by United States Mail:**

**BTPROP1 LLC**
860 Newport Center Drive, Suite 150
Newport Beach, CA 92660-6254

**Sana Mansour**
813 Ellen Ln
El Cajon, CA 92019-3412

**Tim Martin**
285 Kavenish Drive
Rancho Mirage, CA 92270-3228

**Julie Mumma**
625 S. West End St., #7
Aspen, CO 81611

**TSD Corporation doing business as Warwick Group, Inc.**
Attn: Elsa Horowitz, Esq.
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582