Robert P. Goe – State Bar No. 137019
Dixon Gardner – State Bar No. 213119
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210
Irvine, CA 92614
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Movants Robert P. Goe
and Erika Goe

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PIRCH, Inc.<br><br>Debtor.<br><br>Robert P. Goe, an individual, and Erika Goe, an individual,<br><br>Movants,<br><br>vs.<br><br>PIRCH, Inc., a California corporation, and LESLIE T. GLADSTONE, Chapter 7 Trustee<br><br>Respondents. | Case No. 24-1376-CL7<br><br>Chapter 7<br><br>RS No.: GFH-1<br><br>**DECLARATION OF ROBERT P. GOE IN SUPPORT OF MOTION FOR RELIEF FROM STAY**<br>**(L.B.R.4001-2(a)(5))** |

I, Robert P. Goe, declare as follows:

1. I am a principal for the law firm of Goe Forsythe & Hodges LLP, which is counsel of record for the Movants (i.e. my wife Erika Goe and I) in this Motion for Relief from Stay. I currently have custody and control over the business records of the Movants as they pertain to the Debtor PIRCH, Inc., a California corporation ("Debtor"), herein and have access to all of the physical files and information of the Movants regarding Debtor. I am over 18 years of age. I have personal, firsthand knowledge of all facts set forth in this Declaration. If called as a witness to testify to any facts set forth herein, I could and would competently do so. My knowledge of the facts herein is based on my personal knowledge.

1

2.	Attached hereto as **Exhibit 1** is a screenshot of Debtor's website Pirch.com which states:

> As of Wednesday March 20th, PIRCH is temporarily closing all our showrooms through this weekend. This is a pause of business to give management the opportunity to complete a go-forward plan.
>
> We are navigating through various options. We take this situation very seriously and are working diligently to resolve it. We appreciate your patience while we work to find a path forward. We intend to share the go forward plans sometime next week.

3.	On or about October 28, 2023, my wife, Erika Goe, and I (referred to hereafter as "we", "us", "ours") entered into a contract ("Contract") for the sale of kitchen appliances.  Specifically, we agreed – among other things -- to purchase a Wolf gas range burner for $12,189; refrigerator installation kit for $270; and a Sub-Zero freezer for $8,319.00 (collectively referred to as the "Appliances" and their total purchase price is $20,778).  On or about October 28, 2024, we paid the Debtor the entire Contract for the full amount of $40,510.31.  A true and correct copy of my cancelled check for $40,510.31 that I paid on November 1, 2023 from my City National Bank account (ending with the last four account numbers 9594) to Debtor is attached hereto as **Exhibit 2**.  Some other Appliances in the Contract have been delivered.  The specific name of the Appliances that were not delivered for which I have specific serial numbers identifying my property are (a) gas range burner manufactured by Wolf with Product Number GR486G with the product description of 48 inch gas range 6 burner, griddle, NG; (b) refrigerator installation kit manufactured by Sub-Zero with Product Number 7023628 with the product description of dual installation kit (handle to handle install); and (c) the freezer manufactured by Sub-Zero with Product Number DEC2450FI/L with the product description of 24 inch column all freezer, left hinge – panel ready.  The Appliances were confirmed for delivery on March 20, 2024.

4.	Since March 1, 2024 to April 8, 2024, I have been in contact with project coordinator Lesa Perez by text messages and emails.  A true and correct copy of my texts that I sent and received from Ms. Perez from March 1, 2021 to April 8, 2024 are attached hereto as **Exhibit 3**.  On March 20, 2024 at 7:44 a.m., I sent Ms. Perez an email to request her to confirm the delivery time for the Appliances that day.  A true and correct copy of my emails sent by me and Ms. Perez to each on March 20 and 21 of 2024 is attached hereto as **Exhibit 4**.  On March 20,

2024 at 8:32 p.m., Ms. Perez sent me an email to state that Debtor would deliver the Appliances from 9:00 a.m. to noon that day. (Exhibit 4.)

5. On March 20, 2024, I had a telephone conference with Ms. Perez wherein she advised me that the Appliances were sitting on a truck in a warehouse for delivery to my Santa Ana home and that I had paid for these Appliances. (Exhibit 3 at 3:3-4.) On March 21, 2024, I wrote Ms. Perez to request that she advise me when this warehouse reopens so I can pick up the Appliances stored therein. (Exhibit 3 at 3:10-13.)

6. On March 21, 2024, I wrote Ms. Perez to ask her to send me my delivery order to show that my Appliances were on a truck in the warehouse. In response, she sent the Picking Ticket to me with <u>serial numbers</u> for my Appliances. (Exhibit 3 at 3:20 to 4:10; Exhibit 4, first two pages.) A true and correct copy of this Picking Ticket is attached hereto as **Exhibit 5**.

7. On March 21, 2024, Ms. Perez stated that the truck holding my Appliances was located at the Debtor's Vista, California warehouse. (Exhibit 3 at 4:21-26.) On April 1, 2024, Ms. Perez stated that my Appliances were on a truck in the Debtor's warehouse, which is located at 12740 East Florence Avenue, Santa Fe Springs, California 90670 ("Warehouse"). (Exhibit 3 at 7:23-25.)

8. The Contract states that the Shipment Method is "Fix Deliveries". After we Requested delivery of our Appliances, the Debtor sent us a "Picking Ticket" dated March 21, 2024, with specific serial numbers for our Appliances. (Exhibits 2 and 5.) The Picking Ticket states that the Debtor will ship all of the Appliances by March 20, 2024. This did not occur; and, at present, our Appliances are sitting in the Debtor's Warehouse which the Debtor through its project coordinator Lesa Perez as late as April 1, 2024 has identified by serial numbers each of the Appliances and has communicated to us that our Appliances are at the Warehouse or sitting on one of Debtor's trucks for delivery. See Exhibit 3 for text messages between me and Ms. Perez about the location of the Appliances; Exhibit 5 for a copy of the Debtor's Picking Ticket.

9. Trustee is currently in possession of our Appliances and the $20,778 paid by us to purchase them.

10. Trustee is in possession of our Appliances in its Warehouse or on delivery trucks. Under the Contract, we have the right to immediate possession of our Appliances, specifically identified in the Picking Ticket.

3

11.    The value of the Appliances is $20,788, their purchase price under the Contract since the Appliances are brand new and have never been used. After identifying the Appliances in the Picking Ticket after their sale by Debtor to us, Debtor has no interest or equity in any of the Appliances.

12.    To the best of our knowledge, the Appliances are located in the Debtor's Warehouse or on Debtor's delivery trucks owned by Penske Truck Rental which may be located at 5050 Northam St, La Mirada, CA 90638.

13.    I am advised that the Trustee intends to auction various personal property. This will require tagging items into lots or otherwise. It will be very easy for Trustee and her auctioneer to locate my large stove and freezer which I will personally come with bonded and insured movers to retrieve the Appliances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of May, 2024 at Irvine, California.

_____
ROBERT P. GOE

# EXHIBIT 1



As of Wednesday March 20th, PIRCH is temporarily closing all our showrooms through this weekend. This is a pause of business to give management the opportunity to complete a go-forward plan.

We are navigating through various options. We take this situation very seriously and are working diligently to resolve it. We appreciate your patience while we work to find a path forward. We intend to share the go forward plans sometime next week.

FOR ALL OPEN ORDER INQUIRIES:

OPENORDERS@PIRCH.COM

FOR ALL RETURNS AND EXCHANGE INQUIRIES:

RETURNS@PIRCH.COM

TO CANCEL AN OPEN ORDER:

CANCEL@PIRCH.COM

FOR ALL REFUND INFORMATION:

REFUNDS@PIRCH.COM

DIRECT OTHER INQUIRIES TO:
**GENE HODGES,** *VP – MARKETING & CORP. COMMUNICATIONS*

MARKETING@PIRCH.COM

# EXHIBIT 2



Page 1 of 1

# CITY NATIONAL BANK
## AN RBC COMPANY

Account: 023979594    Date Posted: 11/1/2023
Item Number: 383    Amount: $40,510.31



The check image copy you requested is shown above. Your account will be debited for any fees that may apply. Please refer to your fee schedule and your next account statement for details. Thank you for banking with City National Bank.

# EXHIBIT 3

TEXT MESSAGES BETWEEN ROB GOE AND LESA PEREZ

FROM MARCH 4, 2024 TO APRIL 8, 2024

From Lesa Perez to Rob Goe – Text Message – Saturday March 2, 2024 in response:

"Did u pay for the extra delivery when you were in the showroom?"

"Once that is taken care and the units are all in the first delivery can take place."

To Lesa Perez from Rob Goe – Text Message – Saturday March 2, 2024 at 6:05 pm:

"Let me be clear. Pirch is being sued for eviction. I'm not paying anything extra. Handle this now"

From Lesa Perez to Rob Goe – Text Message – Monday March 4, 2024 at 10:00 am:

"Hello Rob, I have scheduled delivery for Friday, March 15, 2024. This delivery will be at your Santa Ana Home. Please confirm the date. Thanks Lesa."

To Lesa Perez from Rob Goe – Text Message – Monday March 4, 2024 in response:

"Ok. Please make sure all Subzero panels and small Fridge delivered"

From Lesa Perez to Rob Goe – Text Message – Monday March 4, 2024 in response:

"Hello, I'm working on having the whole order to be delivered to the Santa Ana home.

"When you are ready for installation please let me know at least a week or two before so I can get the date you want. Thanks Lesa."

1

To Lesa Perez from Rob Goe – Text Message – Monday March 4, 2024 in response:

"I will thanks."

From Lesa Perez to Rob Goe – Text Message – Monday March 4, 2024 in response:

Thumb up sign in a meme.

To Lesa Perez from Rob Goe – Text Message – Wednesday March 20, 2024 at 7:48 am:

"Hi Lesa. What time is delivery today?"

From Lesa Perez to Rob Goe – Text Message – Wednesday March 20, 2024 in response:

"Hello. I will find out for you and let you know. I'm sorry I start at 8:15 [am] so I need to login. Lesa.

To Lesa Perez from Rob Goe – Text Message – Wednesday March 20, 2024 in response:

"Ok thanks so for sure appliances will be delivered today?

To Lesa Perez from Rob Goe – Text Message – Wednesday March 20, 2024 at 10:39 am:

"Hi Lesa can you please check On delivery as we haven't heard anything yet. Thanks."

From Lesa Perez to Rob Goe – Text Message – Wednesday March 20, 2024 in response:

"Will do"

2

To Lesa Perez from Rob Goe – Text Message – Wednesday March 20, 2024 in response:

"Thanks"

Lesa thanks for call. This confirms my appliances are paid for and on the truck at warehouse for delivery. Please advise of delivery date."

From Lesa Perez to Rob Goe – Text Message – Wednesday March 20, 2024 in response:

"Will do"

"The moment I know that deliveries have started again you will be the first to know. Thank you. Lesa"

To Lesa Perez from Rob Goe – Text Message – Thursday March 21, 2024 at 7:12 am:

"Hi Lesa any updates? I would like to have my movers come get my appliances this morning. Thanks for update"

From Lesa Perez to Rob Goe – Text Message – Thursday March 21, 2024 at 8:37 am:

"Hello. I don't have any updates as of this morning. The warehouse will be closed until the end of week. I will advise when the warehouse reopens and deliveries and or pick up are back up and running. Thanks. Lesa."

To Lesa Perez from Rob Goe – Text Message – Thursday March 21, 2024 in response:

"Ok. This is very stressful but I do appreciate your responding Are you able to send me my delivery order to show my appliances on truck?"

From Lesa Perez to Rob Goe – Text Message – Thursday March 21, 2024 in response:

"I can send a picking ticket showing what is left in the warehouse. I understand the stress this causing you. It's stressful for all of us. I want to keep my job besides having all

3

my clients product delivered to them. Holding on until the end. The last thing I want to do is look for another job so yes I do understand the stress you are under. I will keep you posed. And send over the picking ticket for you. Lesa.

> To Lesa Perez from Rob Goe – Text Message – Thursday March 21, 2024 in response:
> "Thanks. Really appreciate it"

> To Lesa Perez from Rob Goe – Text Message – Thursday March 21, 2024 at 10:03 am:
> "Hi did you send picking ticket?"

> From Lesa Perez to Rob Goe – Text Message – Thursday March 21, 2024 at 11:21 am:
> "Yes, I did"

> From Lesa Perez to Rob Goe – Text Message – Tuesday March 29, 2024 at 1:24 pm:
> "No word yet Your items are in the la warehouse"

> To Lesa Perez from Rob Goe – Text Message – Tuesday March 29, 2024 in response:
> "Ok got it thanks. What's that address?"

> From Lesa Perez to Rob Goe – Text Message – Tuesday March 29, 2024 at 2:47 pm:
> "I will check when I get hone this afternoon. I took today off from work."

> To Lesa Perez From Rob Goe – Text Message – Tuesday March 29, 2024 in response:
> "Ok thanks"

> From Lesa Perez to Rob Goe – Text Message – Monday April 1, 2024 at 8:51 am:

"Hello, I'm sorry I didn't get back to you on Friday. The rest of the order is at the LADC. The address is <u>12740 East Florence Aven. Santa Fe Springs, 90670</u>

4

# EXHIBIT 4

**From:** Lesa Perez <lesa.perez@pirch.com>
**Sent:** Thursday, March 21, 2024 11:21 AM
**To:** Rob Goe <rgoe@goeforlaw.com>
**Cc:** Erika Goe (erikagoegoe@gmail.com) <erikagoegoe@gmail.com>
**Subject:** Re: PIRCH/ORD 252692/ERIKA GOE

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

1



Thanks,

Lesa


**Lesa Perez**
**Project Coordinator**

**D:** 858-966-3636 **C: 858-210-2510**
**E:** lesa.perez@pirch.com | www.pirch.com



1322 Rocky Point Drive, Oceanside, CA 92056


> On March 20, 2024 at 8:35 AM PDT rgoe@goeforlaw.com wrote:
>
> Great thanks

GOE
FORSYTHE
& HODGES

**Robert P. Goe | Partner**
**Certified Bankruptcy Specialist**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Cell (949) 283-1501 | Fax (949) 955-9437
rgoe@goeforlaw.com | www.goeforlaw.com



2

**From:** Lesa Perez <lesa.perez@pirch.com>
**Sent:** Wednesday, March 20, 2024 8:32 AM
**To:** Rob Goe <rgoe@goeforlaw.com>
**Cc:** Erika Goe (erikagoegoe@gmail.com) <erikagoegoe@gmail.com>
**Subject:** Re: PIRCH/ORD 252692/ERIKA GOE

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Rob,

ORD 252692- It says the order is STOP 2. The guys start at 9 a.m. Time frame 9 a.m. - 12 p.m.

Thanks,

Lesa

**Lesa Perez**
**Project Coordinator**

**D:** 858-966-3636 **C: 858-210-2510**
**E:** lesa.perez@pirch.com | www.pirch.com

**PIRCH**

1322 Rocky Point Drive, Oceanside, CA 92056

On March 20, 2024 at 7:44 AM PDT rgoe@goeforlaw.com wrote:

Hi Lesa what time is our delivery today?

**GOE FORSYTHE & HODGES**

**Robert P. Goe | Partner**
**Certified Bankruptcy Specialist**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Cell (949) 283-1501 | Fax (949) 955-9437
rgoe@goeforlaw.com | www.goeforlaw.com

3

# EXHIBIT 5



**PIRCH, INC.**  Tel: 1 (949) 429-0800
Costa Mesa Showroom  Fax: 1 (949) 429-0670
Costa Mesa, CA 92626

# ORD-252692-T1P4C7

**Picking Ticket**
JFA: Lesa Perez
Truck No: LA2 Delivery 24'
Stop No: 1

| Picking Ticket: | (#7) ORD-252692-T1P4C7 |
|---|---|
| Sales Rep: | JWOOD |
| Customer Name: | Erika Goe |
| Document Date: | 10/28/2023 |
| Ship Date: | 11/27/2023 |
| Shipment Method: | Fix Deliveries |
| Site: | 10003 |

Deliver To:
ERIKA GOE
3401 S Sheffield Rd
Santa Ana, CA 92704-7151

| Product Description | Bin | Ord Qty | Qty Avail | Qty/Pick | Serial Numbers | Location code | Truck | Requested Ship Date | Qty Picked | Picked By | Room |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/24 - 3401 S Sheffield Rd, Santa Ana | | | | | | | | | | | |
| GR486G WOLF 48" Gas Range | RECEIVING | 1 | 2 | 1 | STAGING-18799391 STAGING-18802807 RECEIVING-18806507 RECEIVING-18806925 | 10003 | LA2 Delivery 24' | 3/20/2024 | | | Kitchen |
| 7023628 SUB-ZERO DUAL INSTALLATION KIT (HANDLE-TO-HANDLE INSTALL) | RECEIVING | 1 | 1 | 1 | -No Serial- | 10003 | LA2 Delivery 24' | 3/20/2024 | | | Kitchen |
| DEC2450FI/L SUB-ZERO (Available Q1 in 2023) 24" COLUMN, ALL FREEZER, LEFT HINGE- PANEL READY | No BIN | 1 | 0 | 1 | STAGING-24475911 | 10003 | LA2 Delivery 24' | 3/20/2024 | | | Kitchen |
| DVDC PIRCH NO CHARGE STANDARD DELIVERY (GARAGE ONLY) | No BIN | 1 | 0 | 0 | -No Serial- | 10003 | LA2 Delivery 24' | 3/20/2024 | | | Kitchen |
| | | | | | | | | Subtotal - No Tax | | | $20,778.01 |

Number of product references: 4

Total - No Tax    $20,778.01

Printed on: 3/21/2024 11:19:46 AM    Page 1