ANTHONY J. NAPOLITANO (SBN: 227691)
anapolitano@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DENISE H. FIELD (SBN: 111532)
dfield@buchalter.com
BUCHALTER, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, CA 94105-2491
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for secured creditor
SUB-ZERO GROUP, INC.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 24-01376-CL7 |
| PIRCH, INC., | Chapter 7 |
| Debtor. | RS No. BPC-001 |
| | **DECLARATION OF BARRY BREDVIK IN SUPPORT OF SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | [Notice of Motion, Motion and Memorandum of Points and Authorities, Request for Judicial Notice, and Declarations of Kelly Ciulla, Mark Zavras, Mark Marshall, Keene Kohrt, and Anthony Napolitano concurrently filed] |
| | **Hearing:**<br>Date:    June 24, 2024<br>Time:    11:00 a.m.<br>Place:   U.S. Bankruptcy Court<br>            Department 1<br>            325 West F Street<br>            San Diego, California 92101<br>Judge:   Hon. Christopher B. Latham |

BN 82605910v3

1

**DECLARATION OF BARRY BREDVIK IN SUPPORT OF
SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY**

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

## DECLARATION OF BARRY BREDVIK

I, Barry Bredvik, declare as follows:

1. I am the Vice President of Sales of Sub-Zero Group West, Inc. ("Sub-Zero"). The following facts are true to the best of my own personal knowledge, except where stated on information and belief, and as to those facts, I believe them to be true. If called as a witness, I could and would testify competently to the facts set forth herein. I am over 18 years of age. I make this Declaration in support of the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* (the "Motion") of Sub-Zero.

2. I am one of the custodians of Sub-Zero's books, records, files and accounting ledgers relating to Pirch, which records were made at or near the time of the act, condition or event to which the same relate and were maintained in the regular and ordinary course of Sub-Zero's business.

3. I have reviewed Sub-Zero's files concerning Pirch's account and am familiar with those files. Such records or documents were prepared in the ordinary course of Sub-Zero's business by a person employed by Sub-Zero who had personal knowledge of the event being recorded and who had a regular business duty to so record those events. I am familiar with Sub-Zero's general methods and manner for preparation and maintenance of business records.

4. I have held my position as Vice President of Sales for Sub-Zero since October, 2020. In my capacity as Vice President of Sales, I have the responsibility of structuring and leading the sales strategy for Sub-Zero. Prior to joining Sub-Zero, I served as Director of Sales (Western U.S.) and then National Sales Director at LG Electronics with respect to their home appliance products from February 2017 to October 2020.

5. Prior to that, I worked at Pirch as Director of Business Development and then Vice President of Merchandizing from January 2015 to January 2017. And prior to that role at Pirch, I was the Director of Merchandising at Pacific Sales Kitchen & Home from 2008 to January 2015.

6. It is my understanding that Pirch did not in the ordinary course of its business specifically designate a product held in inventory as a particular customer's unit. During my time at Pirch, I had established Pirch's merchandising and purchasing teams and workflows and I had

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605910v3

2

**DECLARATION OF BARRY BREDVIK IN SUPPORT OF
SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY**

implemented Pirch's ordering processes and procedures. In my role as Vice President of Sales for Sub-Zero and through my interaction with Pirch as a customer, it is my understanding that Pirch continued to use these processes and procedures after my departure and until their ultimate shutdown in March 2024.

7. Further, based on my experience of having worked at Pirch and my experience of working with Pirch as a customer of Sub-Zero, it is my understanding that Pirch did not order products on a customer-by-customer basis for its customers. Ordering was typically accomplished by establishing run rates on a monthly and quarterly basis and then ordering the products in bulk based on need and run rate.

8. For example, if Pirch sold and delivered to its customers thirty of a particular model per month, they would maintain an inventory of thirty units of that model in stock on a continuous basis. They would deliver such units to its customers as needed and then order more units to replenish the stock to maintain the going-rate inventory level.

9. Based on my experience of having worked at Pirch and my current experience of working with Pirch as a customer of Sub-Zero, the Sub-Zero inventory held by Pirch was not designated for particular customers, which allowed Pirch to have stocked product on hand and readily available for delivery to consumers on an as needed basis. It is my further understanding that the units were only designated for a particular customer when the shipping or delivery labels were affixed to the particular units that were slated for delivery either a day or two prior to shipment or even as late as the date of delivery.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 23, 2024 at San Diego, California.

_____
BARRY BREDVIK

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605910v3

3

DECLARATION OF BARRY BREDVIK IN SUPPORT OF
SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY