1   ANTHONY J. NAPOLITANO (SBN: 227691)
        anapolitano@buchalter.com
2   BUCHALTER, A Professional Corporation
    1000 Wilshire Boulevard, Suite 1500
3   Los Angeles, CA 90017-1730
    Telephone: (213) 891-0700
4   Facsimile: (213) 896-0400

5   DENISE H. FIELD (SBN: 111532)
        dfield@buchalter.com
6   BUCHALTER, A Professional Corporation
    425 Market Street, Suite 2900
7   San Francisco, CA 94105-2491
    Telephone: (415) 227-0900
8   Facsimile: (415) 227-0770

9   Attorneys for secured creditor
    SUB-ZERO GROUP, INC.

10

11              **UNITED STATES BANKRUPTCY COURT**

12             **SOUTHERN DISTRICT OF CALIFORNIA**

13  | In re | Case No. 24-01376-CL7 |

14  | PIRCH, INC., | Chapter 7 |

15  | Debtor. | RS No. BPC-001 |

16  **DECLARATION OF MARK MARSHALL IN SUPPORT OF SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY**

17

18  [Notice of Motion, Motion and Memorandum of Points and Authorities, Request for Judicial Notice, and Declarations of Kelly Ciulla, Mark Zavras, Barry Bredvik, Keene Kohrt, and Anthony Napolitano concurrently filed]

19

20

21

22  **Hearing:**
    Date:      June 24, 2024
23  Time:      11:00 a.m. PDT
    Place:     U.S. Bankruptcy Court
24             Department 1
               325 West F Street
25             San Diego, California 92101
    Judge:     Hon. Christopher B. Latham
26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605924v5                                   1

DECLARATION OF MARK MARSHALL IN SUPPORT OF
SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY

**DECLARATION OF MARK MARSHALL**

I, Mark Marshall, declare as follows:

1.      I am a Transportation Operations Manager of Sub-Zero Group, Inc. ("Sub-Zero Group"), the parent company of Sub-Zero Group West, Inc. ("Sub-Zero"), a position that I have held since 2021.  I have been employed by Sub-Zero Group since 2001.

2.      The following facts are true to the best of my own personal knowledge, except where stated on information and belief, and as to those facts, I believe them to be true.  If called as a witness, I could and would testify competently to the facts set forth herein.  I am over 18 years of age.  I make this Declaration in support of the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* (the "Motion") of Sub-Zero.

3.      In my capacity as a Transportation Operations Manager, my job responsibilities include managing all modes of transportation from production to dealer deliveries.  I have counted and conducted at least 25 inventory audits at Sub-Zero Group or Sub-Zero's warehouses.

4.      On or about April 12, 2024, Mark Zavras, Director of Credit, asked me and Keene Kohrt to count and inspect the Sub-Zero inventory located at Pirch's warehouses on April 15, 2024.

5.      On April 15, 2024. Keene Khort and I counted and inspected the inventory located at 1445 Engineer St., Vista, CA ("Engineer Street Facility").  On April 16, 2024, I counted and inspected the inventory at 12740 E. Florence Ave, Santa Fe Springs, California 92081 (the "Santa Fe Springs Facility") and Keene Kohrt counted and inspected the inventory at 44-588 El Duna Ct., Suite F, Palm Desert, California ("Palm Desert Facility").

6.      Based on my observations, Pirch stored the vast majority of Sub-Zero's Inventory Collateral[1] at the Engineer Facility.  Pirch stored the remainder of Sub-Zero's Collateral at the Santa Fe Springs Facility and the Palm Desert Facility.  I am informed that Pirch no longer utilized the Business Park Facility or the Oceanside Facility as a distribution center for Sub-Zero's product.

7.      When I arrived at the Engineer Street Facility and the Santa Fe Springs Facility, I observed that nearly all Sub-Zero product and sales accessories had been segregated into the staging area so that I could scan each item and serial number details and note product damage.

---

[1] Capitalized terms not defined herein shall be as defined in the Motion.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

8.      At the Engineer Street Facility and Santa Fe Facility, I observed that Sub-Zero products were in their original packaging and most items were packaged in good condition.  There were some customer return units at the Engineer Facility, which Keene Kohrt and I did not review or track as they were deemed to be "opened units" previously installed or delivered to a customer's home

9.      Keene Kohrt and I inspected each unit of boxed inventory at the Engineer Street Facility and scanned each inspected unit's bar code into Sub-Zero Group's audit tracking system. Specifically, we scanned Sub-Zero Group's crating label on each of the boxed inventory which included the item number (sku) and serial number.   From the scan of the sku, Sub-Zero Group's business system then generated the model number of the product. I performed the same inspection and scanning of the boxed inventory at the Santa Fe Springs Facility.

10.      I also evaluated the conditions of the boxes which included packaging or product damage and any additional labels or marking on the product.  The only additional labeling I observed on the boxes was shipping labels from Sub-Zero Group or Sub-Zero to Pirch.

11.      While conducting the audit, I did not observe any Pirch customer information or customer specific labeling on the individual units or sales accessories that comprised the inventory. I observed that the only labels I saw on the boxed inventory were from Sub-Zero's Group factory or distribution center and Sub-Zero Group or Sub-Zero's shipping labels to send the units to Pirch.

12.      I did not see any customer's names or customer order number on any of Sub-Zero's products in the two Distribution Centers.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 23, 2024 at Fitchburg, Wisconsin.

MARK MARSHALL

**DECLARATION OF MARK MARSHALL IN SUPPORT OF
SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY**