1 | ANTHONY J. NAPOLITANO (SBN: 227691)
      anapolitano@buchalter.com
2 | BUCHALTER, A Professional Corporation
    1000 Wilshire Boulevard, Suite 1500
3 | Los Angeles, CA 90017-1730
    Telephone: (213) 891-0700
4 | Facsimile: (213) 896-0400

5 | DENISE H. FIELD (SBN: 111532)
       dfield@buchalter.com
6 | BUCHALTER, A Professional Corporation
    425 Market Street, Suite 2900
7 | San Francisco, CA 94105-2491
    Telephone: (415) 227-0900
8 | Facsimile: (415) 227-0770

9 | Attorneys for secured creditor
    SUB-ZERO GROUP, INC.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| In re | Case No. 24-01376-CL7 |
|---|---|
| PIRCH, INC., | Chapter 7 |
| Debtor. | RS No. BPC-001 |
| | **DECLARATION OF ANTHONY J. NAPOLITANO IN SUPPORT OF SUB-ZERO GROUP WES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | [Notice of Motion, Motion and Memorandum of Points and Authorities, Request for Judicial Notice, and Declarations of Kelly Ciulla, Mark Zavras, Mark Marshall, Keene Kohrt, and Barry Bredvik concurrently filed] |
| | **Hearing:** |
| | Date: June 24, 2024 |
| | Time: 11:00 a.m. PDT |
| | Place: U.S. Bankruptcy Court |
| |         Department 1 |
| |         325 West F Street |
| |         San Diego, California 92101 |
| | Judge: Hon. Christopher B. Latham |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82774256v2

1

DECLARATION OF ANTHONY J. NAPOLITANO IN SUPPORT OF
SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY

# DECLARATION OF ANTHONY J. NAPOLITANO

I, Anthony J. Napolitano, declare as follows:

1. I am an attorney at law duly licensed by the State of California and admitted to practice before all courts of the State of California and the United States District Court for the Central District of California. I am a Senior Counsel of the law firm Buchalter, P.C. ("Buchalter"), bankruptcy counsel of Sub-Zero Group West, Inc., ("Sub-Zero"), secured creditor of debtor Pirch, Inc. (the "Debtor"). .

2. The facts set forth herein are true of my own personal knowledge, except where stated on information and belief, and as to those facts, I believe them to be true. If called as a witness, I could and would testify to the facts stated herein. I am over 18 years of age.

3. I submit this Declaration in support of Sub-Zero's *Motion for Relief from the Automatic Stay* (the "Motion").

4. To comply with the meet and confer requirements of Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, I sent an email to initiate the meet and confer process on May 15, 2024 at 3:41 p.m. to Leslie Gladstone, the chapter 7 Trustee appointed in the Debtor's bankruptcy case (the "Trustee"), Christin Batt, as counsel for the Trustee, and Todd Curry, as counsel for the Debtor. That email set forth all of the documentation that Sub-Zero requested from either the Debtor of the Debtor's bankruptcy estate. A true and complete copy of that email is attached hereto as **Exhibit 1**.

5. Mr. Curry responded on May 17, 202 at 2:04 p.m. indicating that, as a corporate chapter 7 debtor, the Debtor does not have legal custody of the documents that we seek and does not have authority to grant or negotiate third-party access. Mr. Curry further indicated that he deferred to the Trustee on these issues. A true and complete copy of that email is attached hereto as **Exhibit 2**.

6. The Trustee has not yet provided a substantive response to my meet and confer request as set forth in Exhibit 1.

/ / /

/ / /

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82774256v2

2

DECLARATION OF ANTHONY J. NAPOLITANO IN SUPPORT OF
SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY

7. I have been informed that the Trustee has established a website notification page to provide updates to consumers affected by the Debtor's bankruptcy case. On May 21, 2024, I accessed that webpage located at https://pages.trustesolutions.com/TrusteeGladstone and printed the information on that webpage to a pdf document. A true and complete copy of that document is attached hereto as **Exhibit 3**.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 24, 2024 at Los Angeles, California.

*/s/ Anthony J. Napolitano*
ANTHONY J. NAPOLITANO

BUCHALTER
A Professional Corporation
Los Angeles

BN 82774256v2

3

**DECLARATION OF ANTHONY J. NAPOLITANO IN SUPPORT OF
SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY**

# EXHIBIT 1

**Napolitano, Anthony J.**

| | |
|---|---|
| **From:** | Napolitano, Anthony J. |
| **Sent:** | Wednesday, May 15, 2024 3:41 PM |
| **To:** | K. Todd Curry; Leslie Gladstone; Christin Batt |
| **Cc:** | Field, Denise H.; Napolitano, Anthony J. |
| **Subject:** | Sub-Zero/Pirch - Request for Documents |

Dear Leslie, Christin, and Todd,

I am writing to both of you in the hopes that I can obtain various documentation from the debtor or the debtor's estate to the extent that the estate has to succeeded to all books and records of the debtor. I would like to obtain copies of the following documentation:

1. All purchase orders, invoices, sales documentation, shipping documentation, and communications related to any transaction between Pirch and a consumer with respect to a purchase, payment, or delivery of a Sub-Zero product (Sub-Zero, Wolf, or Cove) from January 1, 2021 to present.

2. All purchase orders, invoices, sales documentation, shipping documentation, and communications related to any transaction between Pirch and Sub-Zero with respect to a purchase, payment, or delivery of a Sub-Zero product (Sub-Zero, Wolf, or Cove) from January 1, 2021 to present.

3. All documentation and communications related to the consignment, bailment, purchase or installation of any Sub-Zero display unit (Sub-Zero, Wolf, or Cove) from January 1, 2021 to present.

4. All documentation and communications related to the submission to or processing of any payment for a Sub-Zero product (Sub-Zero, Wolf, or Cove) by any credit card processors, including, without limitation, American Express, Worldpay, Discover Card, and any Visa or Mastercard branded credit card company) from January 1, 2021 to present.

Additionally, Sub-Zero would like to inspect each of the Debtor's individual showrooms and distribution centers to ascertain the scope and extent of any inventory and display units of Sub-Zero products (Sub-Zero, Wolf, and Cove) located at those retail and warehouse locations.

We require this information to ascertain the scope of assets of the Debtor's bankruptcy estate and the scope of liabilities that the Debtor has incurred to Sub-Zero. Please provide this documentation to us by no later than fourteen calendar days from today. As for the inspections, we would like to be able to inspect the locations by no later May 24, 2024.

This email shall constitute our attempt to meet and confer on the timing and scope of the examination under Local Bankruptcy Rule 2004-1(b).

Please advise when you are available to discuss these requests.

With thanks,
Tony Napolitano

**Anthony J. Napolitano**
*Sr. Counsel*
Los Angeles Office
**T** (213) 891-5109
**C** (310) 487-0323

1

# EXHIBIT 2

**Napolitano, Anthony J.**

| | |
|---|---|
| **From:** | K. Todd Curry <tcurry@currylegal.com> |
| **Sent:** | Friday, May 17, 2024 2:04 PM |
| **To:** | Napolitano, Anthony J.; 'Leslie Gladstone'; 'Christin Batt' |
| **Cc:** | Field, Denise H. |
| **Subject:** | RE: Sub-Zero/Pirch - Request for Documents |

This message has originated from an **External Email**. tcurry@currylegal.com <tcurry@currylegal.com>:

Hi Tony,

As a corporate debtor in Chapter 7, the debtor does not have legal custody of the documents you seek and does not have authority to grant or negotiate third party access. The debtor defers to the trustee on these issues.

Best regards,

K. Todd Curry, Esq.
**CURRY ADVISORS**
A Professional Law Corporation
185 West F Street, Ste. 100
San Diego, CA 92101
T  619.238.0004 | F  619.238.0006
Broker CA DRE # 01926449

---

NOTICE:  This email message is for the sole use of the intended recipient(s)
and may contain confidential and privileged information.  Any unauthorized
review, use, disclosure or distribution is prohibited.  If you are not the intended
recipient, please contact the sender by reply email and destroy all copies of
the original message.
Thank you.

**From:** Napolitano, Anthony J. [mailto:anapolitano@buchalter.com]
**Sent:** Wednesday, May 15, 2024 3:41 PM
**To:** K. Todd Curry; Leslie Gladstone; Christin Batt
**Cc:** Field, Denise H.; Napolitano, Anthony J.
**Subject:** Sub-Zero/Pirch - Request for Documents

Dear Leslie, Christin, and Todd,

I am writing to both of you in the hopes that I can obtain various documentation from the debtor or the debtor's estate to the extent that the estate has to succeeded to all books and records of the debtor.  I would like to obtain copies of the following documentation:

1. All purchase orders, invoices, sales documentation, shipping documentation, and communications related to any transaction between Pirch and a consumer with respect to a purchase, payment, or delivery of a Sub-Zero product (Sub-Zero, Wolf, or Cove) from January 1, 2021 to present.

1

2. All purchase orders, invoices, sales documentation, shipping documentation, and communications related to any transaction between Pirch and Sub-Zero with respect to a purchase, payment, or delivery of a Sub-Zero product (Sub-Zero, Wolf, or Cove) from January 1, 2021 to present.

3. All documentation and communications related to the consignment, bailment, purchase or installation of any Sub-Zero display unit (Sub-Zero, Wolf, or Cove) from January 1, 2021 to present.

4. All documentation and communications related to the submission to or processing of any payment for a Sub-Zero product (Sub-Zero, Wolf, or Cove) by any credit card processors, including, without limitation, American Express, Worldpay, Discover Card, and any Visa or Mastercard branded credit card company) from January 1, 2021 to present.

Additionally, Sub-Zero would like to inspect each of the Debtor's individual showrooms and distribution centers to ascertain the scope and extent of any inventory and display units of Sub-Zero products (Sub-Zero, Wolf, and Cove) located at those retail and warehouse locations.

We require this information to ascertain the scope of assets of the Debtor's bankruptcy estate and the scope of liabilities that the Debtor has incurred to Sub-Zero. Please provide this documentation to us by no later than fourteen calendar days from today. As for the inspections, we would like to be able to inspect the locations by no later May 24, 2024.

This email shall constitute our attempt to meet and confer on the timing and scope of the examination under Local Bankruptcy Rule 2004-1(b).

Please advise when you are available to discuss these requests.

With thanks,
Tony Napolitano

## Buchalter

**Anthony J. Napolitano**
Sr. Counsel
**T** (213) 891-5109
**F** (213) 630-5834
anapolitano@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
www.buchalter.com | Bio | LinkedIn

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

# EXHIBIT 3

Pirch, Inc., Case No. 24-01376-CL7

United States Bankruptcy Court, Southern District of California (the "Bankruptcy Court"), Case No. 24-01376-CL7.

On April 19, 2024, Pirch, Inc. ("Pirch") filed for chapter 7 bankruptcy protection in the Bankruptcy Court, Leslie T. Gladstone (the "Trustee") has been appointed chapter 7 trustee. The Trustee is a court appointed officer and had no involvement with Pirch prior to the bankruptcy filing. The goal of the Trustee is to maximize assets for the benefit of the creditors of Pirch.

This website is to explain the bankruptcy process, to keep you updated, and to provide information.

<u>CUSTOMERS OF PIRCH</u>

If you purchased items from Pirch and did not receive your items, or if you made a deposit to purchase items, you will need to file a Proof of Claim ("POC") with the Clerk of the Bankruptcy Court at the address below. If you received a notice from the Bankruptcy Court about the bankruptcy, then you do not need to do anything to obtain the POC form; the Bankruptcy Court will send you the POC form when they set the claims bar date, *i.e.*, the deadline for filing a POC in the Pirch bankruptcy. You can also file your claim now if you prefer (see below). If you did not receive a notice of the bankruptcy from the Bankruptcy Court, please contact the Bankruptcy Court to be added to the mailing list. When the Bankruptcy Court sets a bar date for POC's to be filed, we will update this website with that deadline.

IMPORTANT: If you have disputed credit card charges for items purchased from Pirch and file a POC for these charges, you must withdraw your filed POC if you receive reimbursement from your credit card company. A person who files a claim for which they have already been reimbursed could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. ?? 152, 157, and 3571.

We understand that many of you believe that you have purchased specific items and that you want to pick up these items. We continue to research this issue. Unfortunately, from what we are seeing of Pirch's documentation thus far, it does not appear that Pirch tied their customer contracts to any specific item in its inventory and also, the inventory on hand is much less than the customer contracts in total. There are also lien creditors that are asserting a superior interest in the inventory. And, significantly, the inventory is being stored at a very high cost to the bankruptcy estate. Consequently, it is the intention of the Trustee to sell the inventory as soon as possible, so that the expenses of storage are reduced and so that all creditors can share in a distribution of funds received from the sale. The Trustee intends to file a motion to request a hearing with the Court explaining this in more detail and requesting authorization to conduct an auction for the inventory. You will get a copy of this motion when it is filed on or about May 24, 2024. The hearing is scheduled to occur on June 24, 2024 at 11:00 am at the United States Bankruptcy

Court for the Southern District of California, 325 W F Street, Courtroom 1, San Diego, California, the Honorable Judge Christopher Latham presiding. You are not required to respond to the motion or attend the hearing but may do so if you choose. If your claim is on behalf of an entity, you must have counsel to respond to the motion and/or to make a formal appearance.

The Trustee will update this website with the results of the hearing and details of the auction after the hearing.

<u>EMPLOYEES OF PIRCH</u>

If you were an employee of Pirch and believe that you have a claim against the company either under the WARN Act or otherwise, you will need to file a POC with the Clerk of the Bankruptcy Court at the address below. If you received a notice from the Bankruptcy Court about the bankruptcy, then you do not need to do anything to obtain the POC form; the Bankruptcy Court will send you the POC form when they set the claims bar date, *i.e.*, the deadline for filing a POC in the Pirch bankruptcy. You can also file your claim now if you prefer (see below). If you did not receive a notice of the bankruptcy from the Bankruptcy Court, please contact the Bankruptcy Court to be added to the mailing list. When the Bankruptcy Court sets a bar date for POC's to be filed, we will update this website with that deadline.

The Trustee is aware of a complaint that has been filed attempting to set up a class action under the WARN Act. The Bankruptcy Court will determine whether this class action is necessary or appropriate. However, in order to have a claim under the WARN Act, it is not necessary to be part of the class action; you can simply file your POC with the Bankruptcy Court alleging your entitlement with supporting documentation.

<u>FILING A POC (applicable to all customers, employees and other creditors)</u>

As stated above, if you received notice of the bankruptcy from the Bankruptcy Court, then you are on the Bankruptcy Court's mailing list and the Bankruptcy Court will send you the POC form.

A POC may be filed electronically on the Bankruptcy Court's website using this Electronic Proof of Claim (ePOC) program Electronic Proof of Claim (ePOC) | Southern District of California | United States Bankruptcy Court (uscourts.gov) (https://www.casb.uscourts.gov/electronic-proof-claim-epoc). A Form 410, Proof of Claim, may also be filed on paper. The form is available at the Bankruptcy Clerk's Office or on the Court's website at https://www.casb.uscourts.gov/forms/proofclaim. (https://www.casb.uscourts.gov/forms/proofclaim) POC forms should be mailed to the address below. To receive acknowledgement of your filing, include a stamped, self-addressed envelope and a copy of your POC. There is no fee for filing the POC.

United States Bankruptcy Court

325 West F Street

San Diego, CA 92101-6991

Creditors filing a POC for wages, salaries, and compensation must provide the Trustee a complete Social Security Number which is required by the Trustee for the processing of payroll reports.  Do not file your Social Security Number with the Bankruptcy Court because the claims register is public information.  Instead, please just send a copy of your POC with your full social security number added to the Trustee at the following address:

Leslie T. Gladstone

5656 La Jolla Blvd.

La Jolla, CA 92037

Any customer, employee or other creditor who has filed a POC already need not file another POC after the Court sends out the claim form.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. ?? 152, 157, and 3571.

TRUSTEE'S AUCTION INFORMATION

As stated above, the Trustee intends to conduct an auction of the inventory on hand, subject to Court approval to be determined at a court hearing on June 24, 2024 at 11:00 am, at the United States Bankruptcy Court for the Southern District of California, 325 West F Street, Courtroom 1, San Diego, California, the Honorable Christopher Latham presiding.

The Trustee will update this website with details of the auction after the court hearing.

BANKRUPTCY DOCUMENTS

Documents filed in this case are available at the Office of the Clerk at the United States Bankruptcy Court for the Southern District of California, located at 325 West F Street, San Diego, California 92101. The Bankruptcy Court's telephone number is (619) 557-5620.  The complete docket of the bankruptcy case is also available electronically for a fee through the United States Bankruptcy Court, Southern District of California Case Management/Electronic Case Files system (www.casb.uscourts.gov).  If you need assistance in obtaining copies of documents filed in this case, please call the Bankruptcy Court at the above number.

UPDATES TO WEBSITE/FURTHER INFORMATION

We will continue to update you as matters occur in this case.  If there are additional questions that you still have after reading this website, you may call the Trustee Administrator Candi Collins at (858) 247-0750.  Please understand that there are many creditors of Pirch, Inc. and so it may take a little time to return your call.  We are working very hard to provide all relevant information to you as soon as we can.

About   Terms of Service                © 2024 Financial Software Solutions, LLC (http://www.fsscloud.com/)