# PROOF OF SERVICE

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **June 3, 2024,** I served a true and correct copy of the following document(s):

**TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**

**NOTICE OF HEARING AND MOTION**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, June 3, 2024, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **Kyra E. Andrassy, Special Notice Attorney for Top Brand Appliances, Inc.** kandrassy@raineslaw.com, jfisher@raineslaw.com
- **Everett G. Barry, Special Notice Attorney for Creditor 2075 Seaview, LLC** Everett.Barry@dinsmore.com, katherine.hemphill@dinsmore.com
- **Christin A. Batt, Attorney for Trustee** christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **George B. Blackmar, Special Attorney for UTC Venture LLC** gblackmar@bpslaw.net
- **K. Todd Curry, Attorney for Debtor** tcurry@currylegal.com
- **Judith A. Descalso, Attorney for Creditors Roger Stadler and Tamara Stadler** jad@jdescalso.com, jad_9193@ecf.courtdrive.com;descalso.judithb129618@notify.bestcase.com
- **Christine M. Fitzgerald, Special Notice Attorney for Creditor Christopher Witt** christine@thersfirm.com, maria@thersfirm.com;amy@thersfirm.com
- **Alan W Forsley, Special Notice Attorney for Creditor First Financial Holdings LLC** alan.forsley@flpllp.com
- **Leslie T. Gladstone, Chapter 7 Trustee** candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;janetg@flgsd.com
- **Robert P. Goe, Attorney for Creditor Erika Goe** rgoe@goeforlaw.com, kmurphy@goeforlaw.com
- **Ivan M. Gold, Attorney for Glendale Mall II Associates, LLC** igold@allenmatkins.com
- **Eric D. Goldberg, Special Notice Attorney for CSHV Santa Fe Corporate Center LLC** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Barbara R. Gross, Attorney for Barbara R. Gross** barbara@bgross.law, cbrg11@trustesolutions.net
- **Barbara R. Gross** barbara@bgross.law



FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

- **James P. Hill, Special Notice Attorney for Redux LLC, Elizabeth A. Ostoich and Mark A. Ostoich** HILL@SULLIVANHILL.COM, hawkins@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
- **Haeji Hong, Special Attorney for U.S. Trustee's Office** Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Elsa Monica Horowitz, Special Notice Attorney for TSD Corporation dba Warwick Group, Inc.** ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- **Gregory K. Jones, Special Attorney for Pure Salt Interiors, Inc.** gjones@sycr.com, smjohnson@stradlinglaw.com
- **Eve H. Karasik, Attorney for Officers and Directors Steve Smith, Mekall Kaltenbach, William Dillard, and Jan Sangl** ehk@lnbyg.com
- **Eileen Keusseyan, Special Notice Attorney for Derek Stone; Lauren Stone** ek@keosianlaw.com
- **Dean T. Kirby, Special Notice Attorney for Montbleau & Associates and AIAbbasi Companies** dkirby@fsl.law, jwilson@fsl.law
- **Kerri A Lyman, Special Notice Attorney for American Express Travel Related Services Company, Inc.** klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com
- **Anthony Napolitano, Special Notice Attorney for Sub-Zero Group, Inc.** anapolitano@buchalter.com, marias@buchalter.com
- **Dana S. Plon, Special Notice Attorney for First Industrial L.P.** dplon@sirlinlaw.com
- **Hamid R. Rafatjoo, Attorney for Creditors Lombardi Construction, Inc. and Chris Sznewajs** hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Vincent Renda, Special Notice Attorney for Jacqueline Pierson** vr@pinlegal.com, ld@pinlegal.com
- **Jeffrey David Rubin, Special Attorney for Hutton Development Company/ Alice Park, LLC** jeff@barnettrubin.com
- **Link W. Schrader, Special Notice Attorney for Benito Mora** lschrader@schrader-law.com
- **Maggie Schroedter, Special Notice Attorney for Creditor Christopher Witt** maggie@thersfirm.com, maria@thersfirm.com,amy@thersfirm.com,4634112420@filings.docketbird.com
- **Gary Starre, Attorney for Creditor Horwitz & Horwitz LLC** gastarre@gmail.com
- **Jennifer R. Tullius, Attorney for First Industrial, L.P.** jtullius@tulliuslaw.com
- **United States Trustee** ustp.region15@usdoj.gov
- **Johnny White, Special Notice Attonrey for TSD Corp.** jwhite@wrslawyers.com, jlee@wrslawyers.com
- **Bradley J Yourist, Special Notice Attorney for Creditor Boswell Construction, Inc.** byourist@gmail.com
- **Nahal Zarnighian, Special Notice Attorney for CRC SOCO, LLC** zarnighiann@ballardspahr.com, carolod@ballardspahr.com

All other interested parties in this action that are not a registered ECF User are served as follows:

**X** **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

K. Todd Curry, Esq.
Curry Advisors, A Prod. Law Corp.
185 West F Street, Suite 101
San Diego, CA 92101
*Attorney for Debtor*

Office of the United States Trustee
880 Front Street, Suite 3230
San Diego, CA 92101

CP FIXTURES HOLDINGS, LLC
C/O CATTERTON PARTNERS
599 W. PUTNAM AVE.
GREENWICH, CT 06839

CP FIXTURES HOLDINGS, LLC
AGENT FOR SERVICE: THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST.
WILMINGTON, DE 19801

GRAFF FAUCETTS, CO.
AGENT FOR SERVICE: ZBIGNIEW KULIG
3701 W BURNHAM ST, STE B
MILWAUKEE, WI 53215-2056

FERGUSON ENTERPRISE INC
AGENT FOR SERVICE: CORPORATE CREATIONS NETWORK INC.
JENNIFER LEE
7801 FOLSOM BOULEVARD #202
SACRAMENTO, CA 95826

WELLS FARGO VENDOR FINANCIAL SERVICES, LLC
AGENTS FOR SERVICE: CSC - LAWYERS INCORPORATING SERVICE
BECKY DEGEORGE
2710 GATEWAY OAKS DRIVE
SACRAMENTO, CA 95833

WELLS FARGO VENDOR
FINANCIAL SERVICES LLC
C/O SGLW
11682 EL CAMINO REAL #250
SAN DIEGO, CA 92130

AMERICH
C/O ELI L. PEARLMAN, ESQ.
PEARLMAN & TISHBI
1901 AVENUE OF THE STARS, SUITE 200
LOS ANGELES, CALIFORNIA 90067

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

SHGRAFF FAUCETS
JEFF OSTERMEYER
3701 WEST BURNHAM STREET
MILWAUKEE, WI 53215

ARANELLI DESIGN, LLC
C/O J. STANLEY DEMAREE
LAW OFFICES OF J. STANLEY DEMAREE
23046 AVENIDA DE LA CARLOTA, SUITE 600
LAGUNA HILLS, CA 92653

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 3, 2024, at La Jolla, California.

/s/ Sandra Young
Sandra Young