ALAN W. FORSLEY (Cal. Bar 180958)
FLP LAW GROUP LLP
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone: (310) 284-7350 (ext. 3)
Facsimile: (310) 432-5999
alan.forsley@flpllp.com

SHIPMAN & GOODWIN LLP
LATONIA C. WILLIAMS
JESSICA M. SIGNOR
One Constitution Plaza
Hartford, Connecticut 06103
Telephone (860) 251-5000
Facsimile (860) 251-5218

*Attorneys for First Financial Holdings, LLC dba First Financial Equipment Leasing*

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 24-01376-CL7 |
| PIRCH, Inc. | Chapter 7 |
| Debtor. | **FIRST FINANCIAL HOLDINGS, LLC'S OMNIBUS LIMITED OBJECTION TO THE TRUSTEE'S MOTIONS TO:** (1) APPROVE AUCTION PROCEDURES; AND (2) SELL PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; AND (1) APPROVE AUCTION PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; DECLARATIONS OF ALAN FORSLEY AND HIROSHI KOBAYASHI IN SUPPPORT |
| | **Date:** June 24, 2024 <br> **Time:** 11:00 a.m. <br> **Department:** One (1) <br> Honorable Christopher B. Latham |

First Financial Holdings, LLC dba First Financial Equipment Leasing ("**First Financial**") hereby files this Omnibus Limited Objection to the following motions: (A) *Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Personal Property Pursuant to 11 U.S.C. § 363[1], Free and Clear of Liens, Claims, and Interests* (Dkt. No. 90) ("**Property Sale Motion**") and (B) *Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Leasehold Interests and Related Personal Property Pursuant to § 363, Free and Clear of Liens, Claims, and Interests* (Dkt. No. 128) (the "**Leasehold Sale Motion**") (Collectively the "**Sale Motions**").

## I.    INTRODUCTION.

First Financial is a creditor of debtor PIRCH, Inc. ("**Debtor**") because it leased a total of 13 forklifts and pickers (collectively the "**Forklifts**") to Debtor for several of its locations.  Debtor owes pre- and post-petition rent on the Master Equipment Lease ("**Lease**") and is still in possession of the Forklifts.  First Financial files this limited opposition because it is unclear whether the Sale Motions include a sale of the Forklifts. For example, the Personal Property Sale Motion states it includes all "inventory, displays, machinery, equipment, vehicles, furniture, fixtures and racking (collectively, the 'Assets')," which "equipment [and] vehicles" presumably include the Forklifts.  Property Sale Motion, p. 2, lns. 24-25.  The motion then states "Assets" does not include "property that Debtor leases under an equipment or similar lease," but the Trustee has not agreed the Forklifts are leased and not property of Debtor's bankruptcy estate ("**Estate**").  *Id.*, p. 3, lns. 3-4.

The Trustee is also unclear as to what she is selling.  The Trustee states she "has been advised that this inventory is out of date and inaccurate," which can only add further confusion to buyers as to what they think is included in a sale.  *See* Property Sale Motion, p. 2, lns. 27-28.  Thus, unless specifically excluded in the Court's order on the Sale

---

[1] All other references refer to the Bankruptcy Code.

2

1 | Motions, a buyer may believe the Forklifts are part of the sale.  Accordingly, First

2 | Financial requests that any orders on the Sale Motions specifically exclude the Forklifts

3 | from the sale.

4

5 | II.     BACKGROUND.

6 |         A.      **The Forklift Lease**

7 |                 1.      On May 25, 2022, First Financial and Debtor entered into the Lease.  A true

8 | and accurate copy of the Lease and related documents are attached as **Exhibit "1"** to the

9 | Kobayashi Declaration.

10 |                2.      The Forklifts leased to Debtor are identified as the following:

| Amt. | Equipment Description | Model | Manufacturer | Serial Number |
|------|----------------------|-------|--------------|---------------|
| 1 | Order Pickers | V15P 5215 | LINDE | C25215Y00323 |
| 1 | Order Pickers | V15P 5215 | LINDE | C25215Y00357 |
| 1 | Order Pickers | V15P 5215 | LINDE | C25215Y00506 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100352 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100353 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100354 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100618 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100356 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 231110359 |
| 1 | Order Pickers | V15P 5215 | LINDE | C25215Y00246 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100915 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100916 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100357 |

21

22 |                3.      Debtor leased the Forklifts for sixty (60) months at $10,065.94 per month,

23 | with the Lease commencing on June 3, 2022. (Kobayashi Declaration at ¶ 5; Ex. 1.)

24 |                4.      Section 7.2 of the Lease further required Debtor to pay all fees, assessments,

25 | penalties, interest and taxes, except those certain taxes.  *Id.*

26 |                5.      On May 31, 2022, First Financial caused a Uniform Commercial Code

27 | ("UCC") Financing Statement as to the Forklifts to be filed with the California Secretary

28 | of State (the "**UCC-1 Filing**"). (Kobayashi Declaration at ¶ 6; **Ex. 2**.)  On June 10, 2022,

First Financial then filed a UCC Amendment (the "UCC-3 Filing Amendment", and together with the UCC-1 Filing, the "UCC Filings") to update the UCC-1 Filing.  *Id.*  True and accurate copies of the UCC Filings are attached to the Kobayashi Declaration as Exhibit 2.

**B.    Communications with the Trustee**

6.    On May 10, 14 and 16, 2024, First Financial, through its counsel, phoned and emailed  the Trustee's counsel to (i) provide the Trustee with a copy of the Lease and related documents, (ii) inquire about a possible stipulation for relief from stay, and (iii) to learn whether the Trustee expects to use any of the Forklifts.  Attached as **Exhibit "3"** to the Forsley Declaration are copies of the emails.

7.    On May 21, 2024, the Trustee stated she would contact the liquidator to (i) locate First Financial's equipment, (ii) determine whether any Forkifts are needed for the auction, and (iii) to arrange for First Financial to pick-up any Forklifts that would not be needed.  See **Exhibit "4"** to the Forsley Decl.

8.    On May 22, 2024, First Financial again contacted the Trustee's counsel to determine (i) what Forklifts the Trustee has in her possession, (ii) the location of the Forklifts, and (iii) a possible motion for relief from stay as to some or all of the Forklifts.  See **Exhibit "5"** to the Forsley Decl.

9.    Unfortunately, the Trustee has not respond further so First Financial does not know (i) what Forklifts are in the Trustee's possession, (ii) the location of the Forklifts, (iii) whether any of the Forklifts are insured, (iv) whether the Trustee agrees that the Forklifts are leased and owned by First Financial, and (v) whether the Trustee is agreeable to relief from stay.

10.    Additionally, the Trustee has yet to assume or reject the Lease and First Financial has not received any post-petition rent.  (Kobayashi Declaration at ¶ 7.)

4

## II.   THE SALE MOTION ORDERS SHOULD EXCLUDE THE FORKLIFTS BECAUSE THEY ARE NOT PROPERTY OF THE ESTATE.

11.   If the Court is inclined to grant the Sale Motions, the orders should specifically exclude the Forklifts because they are not property of the Estate and it would make clear to prospective buyers that the Forklifts are not included in the sale.  Section 541(a) provides that the property of the Estate includes "all legal or equitable interests of the debtor in property." § 541(a).  Here, the Forklifts are not property of the Estate because Debtor is only leasing them from First Financial and they are owned by First Financial, so they should not be included in a sale.

12.   It may be that the Trustee does not intend to sell the Forklifts through the Sale Motions, but as indicated above prospective buyers could be confused about whether the Forklifts are included.  This is particularly true because the Trustee did not create a list of the Property and there is only an *unconfirmed* list of inventory provided by Debtor. (*See* Property Sale Motion, p. 2, lns. 27-28.  To ensure that any sale does not include the Forklifts, the orders to the Motions should contain language specifically excluding 13 Forklifts..

## III.   CONCLUSION

WHEREFORE, First Financial respectfully requests that to the extent the Court grants either of the Sale Motions, that the order(s) granting such motions (i) include First Financial's Forklifts listed in the below table, including the four categories identifying the Forklifts, and (ii) state that each of the Forklifts is excluded from the sale.

| Amt. | Equipment Description | Model | Manufacturer | Serial Number |
|---|---|---|---|---|
| 1 | Order Pickers | V15P 5215 | LINDE | C25215Y00323 |
| 1 | Order Pickers | V15P 5215 | LINDE | C25215Y00357 |
| 1 | Order Pickers | V15P 5215 | LINDE | C25215Y00506 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100352 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100353 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100354 |

| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100618 |
|---|---|---|---|---|
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100356 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 231110359 |
| 1 | Order Pickers | V15P 5215 | LINDE | C25215Y00246 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100915 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100916 |
| 1 | Sitdown LXE-44 | Lithium ION | Big Joe | 2311100357 |

DATED:  June 7, 2024

FLP LAW GROUP LLP

By: _____

Attorneys for First Financial Holdings, LLC dba
First Financial Equipment Leasing

6