# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PIRCH, Inc.<br><br>　　　Debtor. | Case No. 24-01376-CL7<br><br>Chapter 7<br><br>AWF-1<br><br>**DECLARATION OF ALAN W. FORSLEY IN SUPPORT OF LIMITED OBJECTION TO (A) TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL PERSONAL PROPERTY PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS AND (B) TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS** |

I, ALAN W. FORSLEY, declare as follows:

1.　　I am over the age of eighteen (18) am a California licensed attorney at law admitted to practice before this court, and I am counsel for First Financial Holdings, LLC dba First Financial Equipment Leasing ("<u>First Financial</u>").  I make this declaration based upon personal knowledge, which matters I believe to be true, and if called upon to testify could competently testify hereto.

2.　　On May 10, 14 and 16, 2024, I phoned and emailed Chapter 7 Trustee Leslie Gladstone's ("**Trustee**") counsel Christin Batt ("**Batt**") to (i) provide the Trustee with a copy of the Master Lease ("**Lease**") between First Financial and debtor Pirch, Inc. ("**Debtor**"), and related documents as to forklifts and pickers (collectively "**Forklifts**") Debtor leased from First Financial, (ii) inquire about a possible stipulation for relief from stay as to the

Forklifts, and (iii) to learn whether the Trustee expects to use any of the Forklifts. Attached as **Exhibit "3"** are copies of the emails.

3. On May 21, 2024, Batt stated she would contact the liquidator to (i) locate First Financial's Forklifts, (ii) determine whether any Forkifts are needed for the auction, and (iii) to arrange for First Financial to pick-up any Forklifts that would not be needed. Attached as **Exhibit "4"** is a copy of the email Ms. Batt sent me.

4. On May 22, 2024, I again contacted Ms. Batt to determine (i) what Forklifts the Trustee has in her possession, (ii) the location of the Forklifts, and (iii) a possible motion for relief from stay stipulation as to some or all of the Forklifts. A copy of the email is attached as **Exhibit "5."**

5. Unfortunately, Ms. Batt nor the Trustee have respond further so I don't know (i) what Forklifts are in the Trustee's possession, (ii) the location of the Forklifts, (iii) whether any of the Forklifts are insured, (iv) whether the Trustee agrees that the Forklifts are leased and owned by First Financial, and (v) whether the Trustee is agreeable to relief from stay.

I declare under penalty of perjury under the laws of the United States of America and of California that the foregoing is true and correct.

Executed this 7th day of June 2024.

*/s/ Alan W. Forsley*
Alan W. Forsley, Esq.
FLP Law Group LLP

2

# EXHIBIT 3

## Alan W. Forsley

**From:** Alan W. Forsley
**Sent:** Friday, May 10, 2024 12:26 PM
**To:** 'ChristinB@flgsd.com'
**Subject:** In re Pirch Case No. 24-01376-CL7

Chris:

As a follow up to our conversation today, we represent First Financial Equipment Leasing as to 13 forklifts and pickers. I will send you (i) the lease agreement, (ii) list of equipment, (iii) amount due, and (iv) the last known location of the equipment as soon as I receive them.

Alan

## Alan W. Forsley
**FLP Law Group LLP**
1875 Century Park East, Suite 2230
Los Angeles, CA 90067
t. 310.284.7350, Ext. 3
f. 310.432.5999
alan.forsley@flpllp.com
www.flpllp.com

*Certified Specialist*
*Bankruptcy Law*
*State Bar of California*
*Board of Legal Specialization*

This message and any attached documents FLP Law Group LLP may be confidential and/or privileged. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message. We are a federally designated Debt Relief Agency under the United States Bankruptcy Laws. We help individuals and their companies find solutions to their debt problems, including, where appropriate, assisting them file petitions for relief under the United States Bankruptcy Code. This does not constitute an electronic signature.

# Alan W. Forsley

| | |
|---|---|
| **From:** | Alan W. Forsley |
| **Sent:** | Tuesday, May 14, 2024 3:25 PM |
| **To:** | ChristinB@flgsd.com |
| **Subject:** | FW: In re Pirch Case No. 24-01376-CL7 |
| **Attachments:** | 2022-05-25 1st Financial Master Lease.pdf; Amend No. 1 to 1st Financial Master Lease.pdf; Commencement Certificate to 1st Financial Master Lease.pdf |

Chris:

As a follow up to my below email regarding First Financial Holdings, LLC d/b/a First Financial Equipment Leasing ("First Financial") lease with debtor Pirch, Inc. for forklifts and pickers, please find the attached:

1. First Financial Master Lease with Pirch, Inc;
2. Amendment No. 1 to the First Financial Master Lease ("Amendment"); and
3. The Commencement Certificate to the First Financial Lease.

As you will note, the Amendment lists 13 pieces of equipment and their last known location.

There is $30,198 past due and $382,506 in future amounts due through the lease term for a total of $412,704.

I would like to discuss a possible stipulation for relief from stay as to the equipment, or at least the equipment the Trustee is not going to use in her liquidation of the estate's assets. I also kindly ask that you confirm receipt of my email. Thank you.

Alan

---

**From:** Alan W. Forsley
**Sent:** Friday, May 10, 2024 12:26 PM
**To:** 'ChristinB@flgsd.com'
**Subject:** In re Pirch Case No. 24-01376-CL7

Chris:

As a follow up to our conversation today, we represent First Financial Equipment Leasing as to 13 forklifts and pickers. I will send you (i) the lease agreement, (ii) list of equipment, (iii) amount due, and (iv) the last known location of the equipment as soon as I receive them.

Alan

**Alan W. Forsley**
FLP Law Group LLP
1875 Century Park East, Suite 2230
Los Angeles, CA 90067
t. 310.284.7350, Ext. 3
f. 310.432.5999
alan.forsley@flpllp.com
www.flpllp.com

1

# Alan W. Forsley

| | |
|---|---|
| **From:** | Alan W. Forsley |
| **Sent:** | Thursday, May 16, 2024 10:44 AM |
| **To:** | ChristinB@flgsd.com |
| **Subject:** | FW: In re Pirch Case No. 24-01376-CL7 |
| **Attachments:** | 2022-05-25 1st Financial Master Lease.pdf; Amend No. 1 to 1st Financial Master Lease.pdf; Commencement Certificate to 1st Financial Master Lease.pdf |

Chris:

As a follow up to my below email and my phone conversation with you yesterday when you said you could not speak because you were in a meeting, please confirm receipt of this email. Thank you!

---

**From:** Alan W. Forsley
**Sent:** Tuesday, May 14, 2024 3:25 PM
**To:** ChristinB@flgsd.com
**Subject:** FW: In re Pirch Case No. 24-01376-CL7

Chris:

As a follow up to my below email regarding First Financial Holdings, LLC d/b/a First Financial Equipment Leasing ("First Financial") lease with debtor Pirch, Inc. for forklifts and pickers, please find the attached:

1. First Financial Master Lease with Pirch, Inc;
2. Amendment No. 1 to the First Financial Master Lease ("Amendment"); and
3. The Commencement Certificate to the First Financial Lease.

As you will note, the Amendment lists 13 pieces of equipment and their last known location.

There is $30,198 past due and $382,506 in future amounts due through the lease term for a total of $412,704.

I would like to discuss a possible stipulation for relief from stay as to the equipment, or at least the equipment the Trustee is not going to use in her liquidation of the estate's assets. I also kindly ask that you confirm receipt of my email. Thank you.

Alan

---

**From:** Alan W. Forsley
**Sent:** Friday, May 10, 2024 12:26 PM
**To:** 'ChristinB@flgsd.com'
**Subject:** In re Pirch Case No. 24-01376-CL7

Chris:

As a follow up to our conversation today, we represent First Financial Equipment Leasing as to 13 forklifts and pickers. I will send you (i) the lease agreement, (ii) list of equipment, (iii) amount due, and (iv) the last known location of the equipment as soon as I receive them.

1

# EXHIBIT 4

## Alan W. Forsley

| | |
|---|---|
| **From:** | Alan W. Forsley |
| **Sent:** | Tuesday, May 21, 2024 11:41 AM |
| **To:** | 'Christin Batt' |
| **Cc:** | Leslie Gladstone |
| **Subject:** | RE: In re Pirch Case No. 24-01376-CL7 (First Financial Equipment Leasing) |

Thank you. Should we do a stipulation for relief from stay, and order thereon, to pick the unneeded equipment?

**Alan W. Forsley**
FLP Law Group LLP
1875 Century Park East, Suite 2230
Los Angeles, CA 90067
t. 310.284.7350, Ext. 3
f. 310.432.5999
alan.forsley@flpllp.com
www.flpllp.com

*Certified Specialist*
*Bankruptcy Law*
*State Bar of California*
*Board of Legal Specialization*

This message and any attached documents FLP Law Group LLP may be confidential and/or privileged. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message. We are a federally designated Debt Relief Agency under the United States Bankruptcy Laws. We help individuals and their companies find solutions to their debt problems, including, where appropriate, assisting them file petitions for relief under the United States Bankruptcy Code. This does not constitute an electronic signature.

---

**From:** Christin Batt [mailto:christinb@flgsd.com]
**Sent:** Tuesday, May 21, 2024 11:26 AM
**To:** Alan W. Forsley
**Cc:** Leslie Gladstone
**Subject:** RE: In re Pirch Case No. 24-01376-CL7 (First Financial Equipment Leasing)

Alan,

Thank you for sending the equipment lease and amount owed to First Financial. I will contact the Trustee's liquidator to (1) locate your client's equipment, (2) determine whether any of it is needed for the Trustee's auction(s); and (3) arrange for your client to pick up any equipment that is not needed. Any equipment that the Trustee continues to use will be returned at the conclusion of the auction(s), which we hope will be in about 60 days or so.

I will get back to you as soon as I have more information.

Thank you,
Christin



**CHRISTIN A. BATT, Esq.**
5656 La Jolla Blvd., La Jolla, CA 92037
Direct: (858) 294-0216    Main: (858) 454-9887
ChristinB@flgsd.com    FLGSD.com

1

# EXHIBIT 5

# Alan W. Forsley

| | |
|---|---|
| **From:** | Alan W. Forsley |
| **Sent:** | Wednesday, May 22, 2024 3:40 PM |
| **To:** | 'Christin Batt' |
| **Cc:** | Leslie Gladstone |
| **Subject:** | RE: In re Pirch Case No. 24-01376-CL7 (First Financial Equipment Leasing) |

Chris:

As a follow up to your below email, please send me the location of each of the 13 pieces of equipment at your earliest convenience so that my client can confirm all is in possession of the Trustee. If the Trustee is not in possession of all the equipment, then my client will know it needs to track down such equipment and determine who may be in possession of it.

Also, to the extent the Trustee is not going to use some equipment, we should stipulate to relief from stay promptly so my client could recover it. As the Estate is required to make monthly rent payments under 11 U.S.C. § 365(d)(3), relief from stay would reduce the amount of rent the Estate owes and its requirement to pay for insurance on some equipment.

Also, to the extent the Trustee wants to use some of the equipment, we should stipulate to the rent amount and to when relief from stay would be granted (e.g., after the auction). As the last day to assume or reject a personal property lease terminates on June 18, 2024, a stipulation could also avoid the trustee having to file a motion to extend the time to reject or assume the lease.

Please promptly respond. Thank you.

Alan


**Alan W. Forsley**
FLP Law Group LLP
1875 Century Park East, Suite 2230
Los Angeles, CA 90067
t. 310.284.7350, Ext. 3
f. 310.432.5999
alan.forsley@flpllp.com
www.flpllp.com

*Certified Specialist*
*Bankruptcy Law*
*State Bar of California*
*Board of Legal Specialization*

This message and any attached documents FLP Law Group LLP may be confidential and/or privileged. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message. We are a federally designated Debt Relief Agency under the United States Bankruptcy Laws. We help individuals and their companies find solutions to their debt problems, including, where appropriate, assisting them file petitions for relief under the United States Bankruptcy Code. This does not constitute an electronic signature.

1