# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FLP LAW GROUP LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):

1. Limited Objection to (A) Trustee's Motion to (1) Approve Auction Procedures and (2) Sell Personal Property Pursuant to 11 U.S.C. Section 363, Free and Clear of Liens, Claims and Interests and (B) Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Leasehold Interests and Related Personal Property Pursuant to 11 U.S.C. Section 363 Free and Clear of Liens, Claims, and Interests;

2. Declaration of Hiroshi Kobayashi in Support of Limited Objection; and

3. Declaration of Alan W. Forsley in Support of Limited Objection.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 7, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 7, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDEX OVERNIGHT MAIL**
Chambers of the Hon. Christopher B. Latham
325 West F Street
Dept. 1 – Room 218/Chambers 5
San Diego, California 92101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 7, 2024 | SAFA SALEEM | /s/ Saleem |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         F 9013-3.1.PROOF.SERVICE

## Additional Service List
## Via CM/ECF

- **Kyra E. Andrassy**  kandrassy@raineslaw.com, jfisher@raineslaw.com
- **Everett G. Barry**  Everett.Barry@dinsmore.com, katherine.hemphill@dinsmore.com
- **Christin A. Batt**  christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **George B. Blackmar**  gblackmar@bpslaw.net
- **K. Todd Curry**  tcurry@currylegal.com
- **Judith A. Descalso**  jad@jdescalso.com, jad_9193@ecf.courtdrive.com;descalso.judithb129618@notify.bestcase.com
- **Christine M. Fitzgerald**  christine@thersfirm.com, maria@thersfirm.com;amy@thersfirm.com
- **Alan W Forsley**  alan.forsley@flpllp.com
- **Marc C. Forsythe**  mforsythe@goeforlaw.com, dcyrankowski@goeforlaw.com
- **Leslie T. Gladstone**  candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;janetg@flgsd.com
- **Leslie T. Gladstone**  leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **Robert P. Goe**  rgoe@goeforlaw.com, kmurphy@goeforlaw.com
- **Ivan M. Gold**  igold@allenmatkins.com
- **Eric D. Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Barbara R. Gross**  barbara@bgross.law, cbrg11@trustesolutions.net
- **Barbara R. Gross**  barbara@bgross.law
- **James P. Hill**  HILL@SULLIVANHILL.COM, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
- **Haeji Hong**  Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Elsa Monica Horowitz**  ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- **Gregory K. Jones**  gjones@sycr.com, smjohnson@stradlinglaw.com
- **Eve H. Karasik**  ehk@lnbyg.com
- **Eileen Keusseyan**  ek@keosianlaw.com
- **Dean T. Kirby**  dkirby@fsl.law, jwilson@fsl.law
- **Kerri A Lyman**  klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com
- **Anthony Napolitano**  anapolitano@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **Dana S. Plon**  dplon@sirlinlaw.com
- **Hamid R. Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Vincent Renda**  vr@pinlegal.com, ld@pinlegal.com
- **Jeffrey David Rubin**  jeff@barnettrubin.com
- **Link W. Schrader**  lschrader@schrader-law.com
- **Maggie Schroedter**  maggie@thersfirm.com, maria@thersfirm.com,amy@thersfirm.com,4634112420@filings.docketbird.com
- **Gary Starre**  gastarre@gmail.com
- **Jennifer R. Tullius**  jtullius@tulliuslaw.com
- **John M. Turner**  jmt@tmsdlaw.com
- **United States Trustee**  ustp.region15@usdoj.gov
- **Johnny White**  jwhite@wrslawyers.com, jlee@wrslawyers.com
- **Bradley J Yourist**  byourist@gmail.com
- **Nahal Zarnighian**  zarnighiann@ballardspahr.com, carolod@ballardspahr.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE