1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RAINES FELDMAN LITTRELL LLP**
Hamid R. Rafatjoo (SBN 181564)
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Tel: 310.440.4100
Email: hrafatjoo@raineslaw.com

David S. Forsh (*pro hac vice*)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Tel: 917.790.7109
Email: dforsh@raineslaw.com

*Counsel for Lombardi Construction, Inc.*
*and Chris Sznewajs*

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>             Debtor. | Case No. 24-01376-CL7<br><br>Chapter 7<br><br>**OBJECTION OF LOMBARDI CONSTRUCTION, INC. AND CHRIS SZNEWAJS TO THE TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES, AND (2) SELL PERSONAL PROPERTY PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**<br><br>Judge: Hon. Christopher B. Latham<br><br>Date:   June 28, 2024<br>Time:  11:00 a.m. (PT)<br>Place:  U.S. Bankruptcy Court<br>         Department 1<br>         325 West F Street<br>         San Diego, CA 92101 |

i

Lombardi Construction, Inc. and Chris Sznewajs (together, "**Claimants**") hereby object to the motion of the chapter 7 trustee (the "**Trustee**") to approve auction procedures and sell personal property free and clear [Docket No. 90] (the "**Sale Motion**") and respectfully submit as follows:

## PRELIMINARY STATEMENT

1.     Pirch, Inc. ("**Pirch**" or the "**Debtor**") was a seller of high end, custom-ordered home appliances and fixtures in Southern California.  Pirch did not carry inventory for general sale, but only products expressly ordered by and for specific customers. As of the commencement of this case, Pirch was in possession of the Trust Property (as defined below), which products had been specifically ordered by Claimants, had been fully paid for by Claimants, and were being held for delivery to Claimants.  All such products are subject to a resulting trust in favor of Claimants and therefore are not property of the estate.

2.     By the Sale Motion, the Trustee seeks approval to sell all Pirch inventory including the Trust Property.  This request should be denied because the Bankruptcy Code does not allow for such a sale.  The Sale Motion should also be denied for lack of business justification. Finally, Claimants demand adequate protection of their interests in the Trust Property and the Sale Motion may not be approved absent such protection.

## FACTUAL BACKGROUND

3.     On April 19, 2024 (the "**Petition Date**"), Pirch voluntarily commenced a case under chapter 7 of the Bankruptcy Code in this Court.

### A.  The Pirch Business

4.     Prior to the Petition Date, Pirch was a seller of high end, custom-ordered home appliances and fixtures in Southern California.

1

5.      Pirch did not manufacture any appliances or fixtures. Pirch did not operate by stocking general inventory in the hope of future sales to unknown customers.  Rather, customers would first order and pay for specific products, and only then would Pirch order such products from the manufacturer or supplier.  *See, e.g., Declaration of Chris Lombardi in Support of Claimants' Motion for Preliminary Injunction* (the "**Lombardi Declaration**", a copy of which is attached as **Exhibit 1** hereto) ¶ 5.

6.      Many of the products sold by Pirch were also custom-configured by the customer from a wide range of potential colors, styles and finishes.  For example, a customer could select a particular style of faucet, in a specific color and finish, and with particular handles.  This product configuration would then be specifically manufactured or assembled by the manufacturer or supplier to fulfill that customer's order.  But whether the product was largely custom-configurable (like a faucet), or had some customization available (like a refrigerator with door options), or was not customizable (like a microwave), Pirch did not carry such products as inventory for future sales.  Lombardi Decl. ¶¶ 6, 7.

7.      After Pirch received the specifically-ordered products from the manufacturer or supplier, Pirch would hold such products until the specific customer was ready for delivery. Pirch did not then offer such products for sale to different customers.  *Id.* ¶ 8.

8.      Rather, Pirch stored the product and had the right to charge the customer for overly-extended holding periods.  A copy of the standard Pirch terms and conditions is attached hereto as **Exhibit 2** (the "**Pirch Terms**").  As set forth therein, Pirch states that it "would be happy to hold **Your product** for 30 days from the time we received all products for the scheduled phase of Your job" before the customer would be charged holding costs of up to 5% per month.  *See* Pirch Terms at 2 (emphasis added).

9.     In general, appliances being held for future delivery would be individually tagged with the customer name and order number, while plumbing fixtures (which are substantially smaller) were palletized for shipping and then tagged.  Lombardi Decl. ¶ 9.

**B.  The Project and Orders**

10.     Lombardi Construction, Inc. ("**Lombardi**") has been building custom homes in the Southern California area for nearly 30 years.  Lombardi has worked on at least 6 projects involving products from Pirch over the past nine years, involving approximately 15 orders and hundreds of products overall.  Lombardi Decl. ¶ 4.

11.     Lombardi was engaged by Chris Sznewajs to build a home in Manhattan Beach, California (the "**Project**").  *Id.* ¶ 10.

12.     On June 28, 2022, Claimants ordered certain appliances and related products for the Project from Pirch, with a requested delivery date of March 1, 2024, under order no. ORD-219189-P6Q2K9 (the "**Appliances Order**").  *Id. ¶ 11.*

13.     On January 27, 2023, Claimants ordered certain plumbing fixtures and related products for the Project from Pirch, with a requested delivery date of July 1, 2024, under order no. ORD-233180-W3M7B7 (the "**Plumbing Order**").  *Id.*

14.     The Appliances Order and the Plumbing Order are subject to the Pirch Terms.

15.     Some of the products in the Appliances Order or the Plumbing Order were manufactured or assembled to the specific order of the Claimants.  *Id.* ¶ 12.

16.     The Appliances Order was fully paid by the Claimants by July 21, 2023.  The Plumbing Order was fully paid by the Claimants by September 15, 2023.  *Id.* ¶ 13.

17.     As of the Petition Date, despite the full payment by Claimants of the Appliances Order and of the Plumbing Order, certain products from those orders had not been delivered

to Claimants.  A list of such products is attached hereto as **Exhibit 3** (the "**Missing Products**"). *Id.* ¶ 14.

18.    Prior to the Petition Date, Pirch had confirmed by email to Lombardi that some of the Missing Products had been ordered and received by Pirch and were ready for delivery. *Id.* ¶ 15.

19.    Based on its experience in the industry and with Pirch, and given the early order dates of the Appliances Order and the Plumbing Order, and given the email confirmations of delivery from Pirch, Lombardi believes that many if not all of the Missing Products were ordered and actually received by Pirch prior to the Petition Date. *Id.* ¶ 16.

20.    The Missing Products that were received by Pirch or by the estate at any time are referred to herein as the "**Trust Products**".

**C.  The Proposed Sale**

21.    On May 13, 2024, Claimants notified the Trustee in detail regarding the Trust Products and the basis for Claimants' resulting trust therein in writing, and thereafter on multiple occasions.

22.    On May 20, 2024, Claimants commenced an adversary proceeding captioned *Lombardi Construction, Inc. et al. v. Pirch, Inc. et al.*, No. 24-90039-CL (the "**Adversary Proceeding**"), seeking among other things, declaratory relief that the Trust Property is the Claimants' property and is held in a resulting trust for Claimants.

23.    On May 24, 2024, the Trustee filed the Sale Motion with an attached inventory list (the "**Inventory List**").  Although the Trustee has had control over the Debtor's inventory for multiple weeks, has been moving inventory across locations, and is now seeking to sell all inventory, the Trustee has not yet verified the inventory being held by the estate.

24.     The Inventory List is the only inventory list that has been made available to Claimants or other creditors.  The Inventory List discloses 72 products matching the Trust Property, a list of which is attached hereto as Exhibit 4 (the "**Matching Property**").

25.     The Sale Motion also proposes auction procedures that are expressly predicated on bulk sales to third parties.  *See, e.g.,* Sale Motion at 11, 12, 13.  The Sale Motion does not suggest that there will be any purchase price allocation by item in any such bulk sale. The Trustee has refused to commit to conditioning bulk sales on any such allocation.

## ARGUMENT

### A.  The Trust Property is Held in a Resulting Trust for Claimants

26.     Under California law, "[a] resulting trust arises from a transfer of property under circumstances showing that the transferee was not intended to take the beneficial interest." *In re Sale Guar. Corp.*, 220 B.R. 660, 664 (9th Cir. B.A.P. 1998), *aff'd*, 199 F.3d 1375 (9th Cir. 2000) (internal marks and quotation omitted).  "The rule is too well established to admit of serious dispute that where property is acquired in the name of A., but for a consideration furnished by B., it will be taken, in the absence of countervailing circumstances, that B. is the real owner, and that A. holds the title in his name as trustee merely, that is, there is a resulting trust with him as trustee and B. as beneficiary." *Lezinsky v. Mason Malt Whisky Distilling Co.*, 185 Cal. 240, 244 (Cal. 1921); *see also* Restatement (Third) of Trusts § 9 (2003) ("where a transfer of property is made to one person and the purchase price is paid by another, a resulting trust arises in favor of the person by whom the purchase price is paid.").

27.     The relevant facts here are not subject to bona fide dispute.  Pirch's business model of not stocking inventory for general sale, but rather to only hold items specifically ordered and paid for by particular customers is not subject to reasonable dispute.  *E.g.,* Lombardi Decl. ¶ 5.  Nor can there be reasonable dispute that the Trust Products were

5

specifically ordered by Claimants from Pirch, that Pirch ordered such products from its suppliers to fulfill Claimants' orders as directed by and for the benefit of Claimants, that Pirch kept and did not deliver such products at Lombardi's instruction, and that Pirch received all of the bargained-for consideration from Claimants but did not deliver the promised products. The Trustee makes no allegation regarding Pirch's business operations or ordinary course practices that would defeat a resulting trust claim. There is no bona fide dispute that the Pirch Terms identify products stored by Pirch as "Your [i.e, specific customer's] product."   The Trustee has no evidence that any other creditor ordered the Trust Products, that Pirch was holding the Trust Products for sale to third parties, or of any other fact that would defeat the Claimants' resulting trust claim.

28.    Similarly, there is no bona fide dispute on any legal issue here. While the Claimants do not have "serial numbers" for the Trust Property, this does not bring the resulting trust into bona fide dispute. California law does not require such specificity for a resulting trust, and there is no reason to believe that there is any traceability problem for any Trust Products (particularly for items with custom configurations).  The Inventory List shows many items of Matching Property where there is only a single such item in the warehouse – for example, the Inventory List shows just one Wolf oven model #SO3050PE/S/P. Claimants have established that they have ordered and paid for this item.  The Trustee has no evidence that any other creditor ordered the Trust Products, that Pirch was holding the Trust Products for sale to third parties, or of any other fact or argument that would defeat the Claimants' resulting trust claim, let alone of 4,355 other resulting trust claims to any such items.

29.    Property of the estate does not include "any equitable interest in [] property that the debtor does not hold" even if the debtor has legal title to such property.  11 U.S.C. § 541(d). Property that is held in "a resulting trust cannot be part of the debtor's estate." *In re Golden*

6

*Triangle Cap., Inc.*, 171 B.R. 79, 83 (9th Cir. B.A.P. 1994).  The Trust Property cannot be sold because it is not property of the estate.  "A bankruptcy court may not allow the sale of property as "property of the estate" without first determining whether the debtor in fact owned the property." *In re Rodeo Canon Dev. Corp.*, 362 F.3d 603, 608-09 (9th Cir. 2004), *opinion withdrawn and superseded on other grounds*, 126 F. App'x 353 (9th Cir. 2005).

**B.  The Trustee Cannot Sell the Trust Property Under Section 363(f)**

30.     Section 363(f) of the Bankruptcy Code allows a debtor to sell property "free and clear of any interest in such property" if one of the following conditions is met:

(1)     applicable nonbankruptcy law permits the sale of such property free and clear of such interest;

(2)     the party asserting the lien, claim or interest consents to the sale;

(3)     the interest is a lien and the sale price for the property is greater than the aggregate value of all liens on the property;

(4)     the interest is the subject of a bona fide dispute; or

(5)     such entity could be compelled to accept a money satisfaction of such interest.

11 U.S.C. § 363(f).

31.     No such conditions apply with respect to the Trust Property and the Claimants' resulting trust.  The Claimants do not consent to any sale of the Trust Property by the Trustee, and the Sale Motion does not even suggest that the proposed sale is subject to sections 363(f)(1) or 363(f)(3).  Similarly, while the Sale Motion identifies section 363(f)(5) and the ability to compel a junior lienholder to accept a money satisfaction in a foreclosure process, the Trustee does not suggest that foreclosure is applicable to a resulting trust. And as set forth above, there is no bona fide dispute that the Trust Property is in a resulting trust for Claimants.

32.     Even where an interest is subject to bona fide dispute, a section 363(f) sale requires that such interest attach to the sale proceeds. *See In re Groves*, 652 B.R. 104, 114 (9th

7

Cir. B.A.P. 2023) (citations omitted). But the process proposed by the Sale Motion does not allow this.  The Sale Motion process expressly relies on bulk sales (i.e., sales of multiple products in lots).  It does not require any purchase price allocation (nor could such an allocation be binding on creditors if it did).  But this means that funds will be inevitably commingled upon sale, such that any tracing will be impossible and all trust claims will be lost.  This does not grant Claimants with their interest but in the proceeds.  Accordingly, the proposed sale should not be free and clear of the Claimants' resulting trust claim.

**C. The Proposed Sale Is Not Justified**

33.     By the Sale Motion, the Trustee seeks to sell the Pirch inventory outside of the ordinary course.  Such sales require a "business justification." *In re Verity Health Sys. of Cal., Inc.*, 589 B.R. 283, 292 (Bankr. C.D. Cal. 2018) (noting that the sufficiency of the business justification "depends on the case") (quotation omitted). No such justification exists here. Unlike almost every other bankruptcy sale process, and despite having control over the inventory and multiple weeks into this case, the Trustee does not yet know what property is being held but seeks to sell it in a unspecified process after Court approval. Nothing in the record permits a finding that such a process is appropriate.

34.     The costs of the warehouse leases does not justify the proposed sale process without consideration of other alternatives.  For example, the Trustee has already consolidated inventory into certain locations, and further consolidation may be possible. More broadly, while the Trustee is concerned over $280,000 per month in rent, the estate is far from being administratively insolvent.  The Pirch inventory is, by all accounts, worth well in excess of $10,000,000 and can be liquidated quickly.  The circumstances do not justify the proposed sale.

**D.  Demand for Adequate Protection**

35.    The Bankruptcy Code conditions the use or sale of property by the trustee on adequate protection for requesting parties of their interests in such property. 11 U.S.C. § 363(e).  Claimants hereby demand adequate protection of their trust claims and interests in the Trust Property in connection with the Sale Motion or any other use or sale of such property by the Trustee.

<u>CONCLUSION</u>

For the foregoing reasons, Claimants respectfully request that the Court deny the Sale Motion with respect to the Trust Property, and grant such other and further relief to Claimants as is just and proper.

Dated: June 7, 2024                          **RAINES FELDMAN LITTRELL LLP**


                                             */s/ Hamid R. Rafatjoo*
                                             Hamid R. Rafatjoo (SBN 181564)
                                             David S. Forsh (*pro hac vice*)

                                             *Counsel for Lombardi Construction, Inc.*
                                             *and Chris Sznewajs*

9

# EXHIBIT 1

**RAINES FELDMAN LITTRELL LLP**
Hamid R. Rafatjoo (SBN 181564)
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Tel: 310.440.4100
Email: hrafatjoo@raineslaw.com

David S. Forsh (*pro hac vice* pending)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Tel: 917.790.7109
Email: dforsh@raineslaw.com

*Counsel for Plaintiffs Lombardi Construction, Inc.*
*and Chris Sznewajs*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>        Debtor. | Case No. 24-01376-CL<br><br>Chapter 7 |
| LOMBARDI CONSTRUCTION, INC. AND CHRIS SZNEWAJS,<br><br>        Plaintiffs.<br><br>                v.<br><br>PIRCH, INC., LESLIE T. GLADSTONE, AND DOES 1-10,<br><br>        Defendants. | Adv. Proc. No. 24-90039-CL<br><br>**DECLARATION OF CHRIS LOMBARDI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Christopher B. Latham<br>Date:        TBS<br>Time:        TBS<br>Place:        TBS |

I, Chris Lombardi, declare as follows:

1.        I am the founder and president of Lombardi Construction, Inc. ("**Lombardi**"), a custom homebuilder in the Southern California area founded in 1999.  I have more than 25 years of experience in the industry.

10210500.2

2.      I submit this declaration in support of the *Plaintiffs' Motion for Preliminary Injunction* (the "**Motion**").[1]

3.      All facts set forth in this declaration are based on (a) my personal knowledge of the Debtors' operations and finances, and/or my review of Lombardi's books and records, (b) information I received from the Lombardi team working under my supervision or direction, and/or (c) my opinion based upon my experiences dealing with Pirch and my decades of experience as a luxury homebuilder.  If called upon to testify, I could and would testify competently to the facts set forth herein.

4.      Pirch, Inc. ("**Pirch**") was a seller of high end, custom-ordered home appliances and fixtures in Southern California.  Lombardi has worked on at least 6 projects involving products from Pirch over the past nine years, involving approximately 15 orders and hundreds of products overall.

5.      Pirch did not manufacture any appliances or fixtures.  Pirch did not operate by stocking general inventory in the hope of a future sale to unknown customers.  Rather, customers would first order specific products, and only then would Pirch order such products from the manufacturer or supplier.

6.      Many of the products sold by Pirch, particularly plumbing fixtures, could be custom-configured by the customer from a wide range of potential colors, styles and finishes. For example, a customer could select a particular style of faucet, in a specific color and finish, and with particular handles. This product configuration would then be specifically manufactured or assembled by the manufacturer or supplier to fulfill that customer's order.

---

[1] Capitalized terms used but not defined herein have the meaning ascribed in the Motion or the accompanying Memorandum of Points and Authorities (the "**Memorandum**").

2

10210500.2

7.      Many appliances sold by Pirch could also be configured with particular options at the customer's order.  But whether the product was largely custom-configurable (like a faucet), or had some customization available (like a refrigerator with door options), or was not customizable (like a microwave), Pirch did not carry such products as inventory for future sales.

8.      After receiving products from the manufacturer or supplier, Pirch would hold the products until the specific customer was ready for delivery.

9.      In my experience, such products were not then available for or offered by Pirch for sale to different customers.  Instead, Pirch would individually tag appliances being held for future delivery with the customer name and order number, while plumbing fixtures (which are substantially smaller) were palletized for shipping and then tagged.

10.     Lombardi was engaged by co-Plaintiff Chris Sznewajs to build a custom home in Manhattan Beach, California (the "**Project**").

11.     On June 28, 2022, Plaintiffs ordered certain appliances and related products for the Project from Pirch, with a requested delivery date of March 1, 2024, under order no. ORD-219189-P6Q2K9 (the "**Appliances Order**").  On January 27, 2023, Plaintiffs ordered certain plumbing fixtures and related products for the Project from Pirch, with a requested delivery date of July 1, 2024, under order no. ORD-233180-W3M7B7 (the "**Plumbing Order**").

12.     Some of the products in the Appliances Order or the Plumbing Order were manufactured or assembled to the specific, custom order of the Plaintiffs.  For example, Lombardi worked with Mr. and Mrs. Sznewajs and their design team to select custom-configurations for certain plumbing fixtures from a menu of potential styles and finishes, and these products were then assembled to order by the manufacturer.

13.    The Appliances Order was fully paid by the Plaintiffs by July 21, 2023.  The Plumbing Order was fully paid by the Plaintiffs by September 15, 2023.

14.    Despite the full payment by Plaintiffs of the Appliances Order and of the Plumbing Order, certain products from those orders have not been delivered to Plaintiffs.  A list of such products is attached as Exhibit 2 to the Memorandum (the "**Missing Products**").

15.    Prior to the bankruptcy, Pirch sales representatives had confirmed by email to Lombardi that some of the Missing Products had been ordered and received by Pirch and were ready for delivery.  Pirch was offering to deliver products in some of these communications, but Lombardi declined because it was still too early on the Project for such deliveries.

16.    Based on my experience in the industry and with Pirch, and given the early order dates of the Appliances Order and the Plumbing Order, I believe that many if not all of the Missing Products were ordered and received by Pirch (the "**Trust Property**").  Based on my experience in the industry and with Pirch, I believe that the Trust Property was held at the Pirch Oceanside distribution center, either separately from other products or with tags or other markings identifying such items as part of the Appliances Order or Plumbing Order.

17.    I understand that the Trustee is taking action to consolidate Pirch locations, including moving product, and to prepare the products for imminent sale by auction.  If this continues, I expect that the tags or other markings that identify the Trust Property will be removed or lost, whether intentionally or not.  If the Trust Property is sold, Plaintiffs will lose products that they have been waiting on for almost two years and will have to incur additional delays of time and cost to obtain such products.  In my opinion, ordering replacement products from another source would cost more than $200,000, not including the value of supervision time and coordination, and would require at least several months to obtain.

10210500.2

1      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is

2   true and correct.

3   Executed on: May 22, 2024

4

5                                                      Chris Lombardi
                                                       President
6                                                      Lombardi Construction, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10210500.2

5

# EXHIBIT 2

# SALES ORDER

ORD-219189-P6Q2K9

## Pirch Terms and Conditions

### DEFINITIONS

Delivery and installation services may be performed by employees of Pirch and/or in certain circumstances by third parties. In this Agreement, we refer to installation personnel as "Professionals."

### AUTHORIZATION

By entering into this Agreement, You authorize Pirch to (a) arrange for Professionals to perform installation services and/or (b) order and arrange for the delivery of special order merchandise, including special order merchandise that may be custom made, as specified in the Agreement.

### ENTIRE AGREEMENT

This Agreement constitutes the entire understanding between You and Pirch regarding the products and services specified in this Agreement and may only be amended by a Change Order signed by You and Pirch. This Agreement expressly supersedes all prior written or verbal agreements, representations or warranties made by Pirch, Professionals, You, or anyone else. Except as set forth in this Agreement, You agree there are no oral or written agreements, representations, warranties or inducements, express or implied, in any way conditioning this Agreement, and You expressly disclaim their existence. By placing a deposit on Your order, You acknowledge that You have read, understand, and accept this Agreement in its entirety. You further acknowledge receiving a complete copy of this Agreement. Keep it to protect Your legal rights.

### CHANGES AND CHANGE ORDERS

Any changes to an installation, i.e., a substitution of material or an expansion of the scope of the work, will require You and Pirch to sign a Change Order that will become part of this Agreement. We may require You to pay the additional cost caused by a Change Order at the time a Change Order is agreed by You and Pirch.

### ADDITIONAL CHARGES

For work that requires an additional charge, Professionals will provide an estimate prior to the work, and a description of any permits or additional parts or labor needed. Most additional charges are not known until the Professional does an inspection of Your service address. Some things can be hidden in the structure or behind appliances that cannot be seen until work is underway. Delivery and installation more than 75 miles from a Pirch Showroom are subject to additional fees. Final tax values will be recalculated at the time of order shipment.

### PRICE POLICY & PAYMENT

Pirch will hold all product pricing for up to one (1) year on orders where a minimum of fifty percent (50%) deposit has been made at the time of order, and is maintained at all times throughout the fulfillment of the order. Price hold expires 12 months from the date of deposit. Upon expiration, products are subject to then current pricing. You agree to pay Pirch according to the terms and conditions of this Agreement. Except for accounts that have been approved by Pirch for net payment terms, all products must be paid in full no less than thirty (30) days prior to the required delivery or installation date. Any payments not made when due are subject to a late payment charge equal to 1.5% per month or, if less, the maximum lawful interest rate permitted under applicable law. Late payments may also result in product delays. You agree to sole responsibility for vendor promotion or rebate redemptions. Manufacturer rebates or promotions are subject to vendor guidelines.

### RETURN POLICY

Pirch accepts returns or exchanges on closed box, unused merchandise that has not been installed within thirty (30) days of Your receipt of an item. Proof of purchase is required for a refund, credit or exchange. Once returned, the item will be inspected, and exchanges, credits and refunds will be issued for the purchase price only. If You return an item bought as part of a bundle or with a promotional discount or free item, Your refund, credit or exchange may be reduced by the value of the discount or free item. In the event of a return of items purchased in connection with a promotional or reward card or mail-in rebate, all or a portion of the card or rebate amount may be deducted from any refund, credit or exchange. Any taxes charged will be refunded in accordance with state and local laws. Pirch does not accept returns on installed items unless the product arrived at the point of delivery damaged or the damage was a result of Pirch's installation process.

Shipping and delivery charges are non-refundable except for product that arrived at the point of delivery damaged or defective merchandise. Installation fees are non-refundable after Pirch installation is completed.

### REFUNDS

Refunds will be made in the same form as original purchase. Refunds on purchases made by cash or check will be refunded by check mailed approximately ten (10) business days after receipt of returned merchandise. Refunds by credit card will be processed by Pirch within five (5) business days. Your credit card merchant may take longer to post the refund to Your account. Refunds on purchases made with a gift card will be refunded via store credit.

### RESTOCKING/HOLDING FEE

You will be charged a minimum 25% restocking fee on all regular stock returns. Once product has been shipped by the vendor, it is subject to refund/restocking policy. Returns on special order items are limited to transit damage or manufacturer defect only. Special order returns due to customer preference, no-fits or any other reason will not be accepted. Pirch does not accept returns on special orders or custom products.

**PIRCH™**

**SALES ORDER**
ORD-219189-P6Q2K9

Where all conditions for returning or exchanging a purchase are not met (e.g., You do not have original packaging or accessories or do not have Your receipt or packing slip), Pirch may, in its discretion, permit the return or exchange of the purchase subject to a minimum restocking charge of 25% of the purchase price (unless prohibited by law).

We would be happy to hold Your product for 30 days from the time we received all products for the scheduled phase of Your job. For inventory storage beyond 30 days, a monthly holding fee of $150 or 5%, whichever is greater, will be assessed.

## CUSTOM ORDERS
Custom orders begin production immediately upon order and are built to Your specifications. They cannot be cancelled, changed, returned or refunded at any time. A non-refundable 100% deposit will be taken when the order is placed.

## RESCHEDULES/REVISIT FEE
In the event that You or Your contractor, designer or other representative confirms a delivery or install date and the job site is not ready, is unsafe or no one will be present at the designated time, and Pirch or Professionals are not notified of the need to reschedule at least twenty-four (24) hours in advance, You will be charged a revisit/reschedule fee of $179. To ensure the health and safety of our employees and service providers, we reserve the right to refuse or reschedule work due to unsafe conditions, which may include, without limitation, extreme temperatures, extreme weather conditions, natural disasters, infestation, or the existence of other hazards.

## CUSTOMER RESPONSIBILITIES
If Your service address is subject to any easements, covenants, or other legal encumbrances that could affect installation, You agree to let Pirch or Professional know about them before installation. You agree to facilitate the location of utility lines. You are responsible for identifying property lines. You agree to ensure that work areas are free of preexisting physical or environmental hazards, and building/zoning code violations. You agree to provide Professionals access to work areas during working hours and provide access to sanitary facilities or pay the facilities' rental costs. You agree to ensure any security system You have will not interfere with installation. You agree to provide power to, and, as applicable, climate control in, work areas. You agree not to allow unattended minors at Your service address while Professional is present. You agree to control and keep pets away from work areas. You agree to keep posted permits on display at all times. You agree to pay any transportation/storage charges or other resulting charges.  YOU ASSUME THE RISK AND THE FULL RESPONSIBILITY OF PHYSICALLY ASSISTING WITH DELIVERY OF MATERIALS OR WITH INSTALLATION.

## PERMITS
Depending upon Your location, permits may be required for the installation. If Permits are required, You are responsible to obtain and pay for such permits. If agreed by You and Pirch, Professional may obtain any necessary permits, but You are responsible for the cost of such permits.

## RESCISSION RIGHT
You have the right to cancel this transaction in its entirety without any penalty or obligation, within three (3) business days. You may cancel by emailing, mailing, faxing, or personally delivering a written notice to Pirch at the store address specified on the Invoice by midnight of the third business day after You received a signed and dated copy of this Agreement that includes this notice. Include Your name, Your address, and the date You received the signed copy of this Agreement, and the Invoice number, and refer to this notice.

**TERMINATION FOR BREACH** You may terminate this Agreement if Pirch breaches this Agreement and fails to cure such breach within thirty (30) days after You provide Pirch written notice of the breach.  If You breach this Agreement and fail to cure such breach within thirty (30) days (or five (5) days for failure to pay on time) after notice of the breach, or if You decline a reasonable Change Order request, Pirch may immediately terminate the Agreement without further obligation to You. In the event of termination, You agree to pay Pirch the costs of merchandise, materials, labor, and other services provided by Pirch and/or Professional through the date of termination, plus any other amounts specified in this Agreement or allowed under applicable law.

## DISCLAIMERS AND LIMITATIONS OF LIABILITY
PIRCH MAKES NO REPRESENTATION OR WARRANTY ABOUT THE SUITABILITY OF ANY OF THE MERCHANDISE AND PRODUCTS THAT IT SELLS FOR ANY PURPOSE.  ALL MERCHANDISE AND PRODUCTS ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND FROM PIRCH, EXPRESSED OR IMPLIED BY PIRCH.

WE AND OUR PROFESSIONALS AND OTHER THIRD-PARTY SERVICE PROVIDERS SHALL NOT BE LIABLE FOR ANY FAILURE OR DELAY IN PERFORMANCE DUE TO ANY CAUSE BEYOND OUR CONTROL. IF OUR PROFESSIONALS' OR THIRD-PARTY SERVICE PROVIDER'S ABILITY TO RENDER SERVICES IS IMPAIRED BY YOU OR CIRCUMSTANCES BEYOND OUR CONTROL, WE AND /OR OUR PROFESSIONALS AND OTHER THIRD-PARTY SERVICE PROVIDERS MAY CHOOSE NOT TO PROVIDE SERVICES.  FOR ANY UN-INSTALLATION SERVICES PROVIDED, YOU AGREE THAT NEITHER WE NOR OUR PROFESSIONALS OR OTHER THIRD-PARTY SERVICE PROVIDERS SHALL BE RESPONSIBLE FOR REPAIRING ANY CHANGES MADE TO YOUR RESIDENCE. NEITHER WE NOR OUR PROFESSIONALS OR OTHER THIRD-PARTY SERVICE PROVIDERS WILL DISASSEMBLE, DECONSTRUCT, OR BREAK DOWN ANY PRODUCT FOR HAUL-AWAY SERVICES EVEN IF NECESSARY FOR REMOVAL.

PIRCH IS NOT RESPONSIBLE FOR MANUFACTURER SPECIFICATIONS, CHANGES, PRODUCTION DELAYS, OR INSTRUCTIONS ISSUED BY MANUFACTURER. ANY QUESTIONS REGARDING THE SPECIFICATIONS OR USE OF MERCHANDISE SHOULD BE DIRECTED TO THE PARTICULAR MANUFACTURER.

IN NO EVENT SHALL PIRCH BE LIABLE FOR ANY INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN ANY WAY CONNECTED WITH ANY MERCHANDISE, PRODUCTS OR SERVICES PURCHASED OR

**P I R C H**™

**SALES ORDER**

ORD-219189-P6Q2K9

OBTAINED FROM PIRCH, WHETHER BASED ON CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF ANY SUCH DAMAGES. FURTHER, PIRCH SHALL NOT BE RESPONSIBLE FOR, AND DOES NOT ASSUME, ANY LIABILITY OR DAMAGES OF ANY SORT FOR ANY DELAY OR INABILITY TO USE ANY MERCHANDISE OR PRODUCTS SOLD TO YOU.  IN NO EVENT SHALL PIRCH'S LIABILITY UNDER THIS AGREEMENT EXCEED THE AMOUNT PAID BY YOU FOR THE DEFECTIVE MERCHANDISE, PRODUCTS OR SERVICES.

YOU HEREBY RELEASE AND HOLD HARMLESS PIRCH, PROFESSIONALS AND ANY THIRD-PARTY SERVICE PROVIDER FROM AND AGAINST ANY LOSS, LIABILITY, OR DAMAGE THAT YOU OR THE OWNER OR LESSEE MAY SUFFER, INCLUDED BUT NOT LIMITED TO ANY CHANGES OR ALTERATIONS TO YOUR SERVICE ADDRESS (CHANGES TO WALLS, BASE BOARDS, FLOORS, ETC.).

THESE DISCLAIMERS, LIMITATIONS AND EXCLUSIONS APPLY REGARDLESS OF WHETHER SUCH DAMAGES WERE FORESEEABLE AND WHETHER OR NOT PIRCH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE. SOME STATES DO NOT ALLOW DISCLAIMERS, LIMITATIONS OR EXCLUSIONS OF CERTAIN WARRANTIES, DAMAGES OR LIABILITY, SO THE ABOVE PROVISIONS MAY NOT APPLY TO YOU IN WHOLE OR IN PART.

**CLAIMS**
Any claim by You against Pirch or Professionals related to or arising under this Agreement must be made in writing within thirty (30) calendar days after the date You first become aware of a fact supporting such a claim. If You have not made any claim or rejected the products or services within thirty (30) days after receiving the products or services, You will be deemed to have accepted them (if not previously accepted), and You will have no right to reject the products or services for any reason or to revoke acceptance.

**GENERAL PROVISIONS**
This Agreement may not be assigned or otherwise transferred by You to any third party. Headings used in this Agreement are intended for convenience or reference only and shall not control or affect the meaning or construction of any provision of this Agreement.

# EXHIBIT 3



**SALES ORDER**

ORD-219189-P6Q2K9

# Sznewajs Appliances

Jun 28, 2022

**Order For:**
Lombardi Construction
Contact:
240 S Sepulveda Blvd Ste 202
Manhattan Beach, CA 90266-6852
(310) 766-5319, john@lombardicustomhomes.com

**Deliver To:**
John Henrikson
████████████
Manhattan Beach, CA 90266 ████
(310) 922-9958

**Request Delivery On:**
3/1/2024

## Formal Dining
**Main House**

| | | | |
|---|---|---|---|
| 1001 | | **SUB-ZERO** UC-15IP<br>**15" ICE MACHINE WITH PUMP**<br><br>*NOTE: field reversible- panel ready* | $4,269.00 |
| 1002 | | **SUB-ZERO** DEU2450BG/L<br>**24" Designer Undercounter Beverage Center – Panel Ready - Left Hinge** | $2,849.00 |
| 1003 | | **SUB-ZERO** DEU2450W/R<br>**24" Designer Undercounter Wine Storage – Panel Ready - Right Hinge** | $4,009.00 |
| 1004 |  | **SUB-ZERO** 7030447<br>**DUAL INSTALLATION KIT**<br><br>*NOTE: Required if connecting 2 undercounter units* | $125.00 |

| | |
|---|---|
| Formal Dining subtotal | $11,252.00 |

## Kitchen
**Main House**

| | | | |
|---|---|---|---|
| 2003 | | **MIELE** G7366SCVI<br>**FULLY INTEGRATED, AUTO DOS**<br><br>*NOTE: auto open door- AUTO DOS SOAP dispenser* | $2,049.00 |
| 2007 | | **SUB-ZERO** DET3650CIID/R<br>**36" INTEGRATED TALL COMBO FRIDGE W/ DISP & FREEZER DRAWERS, RIGHT-HINGE- PANEL READY** | $10,549.00 |
| 2007 | | | |
| 3004 | | **WOLF** MS24<br>**24" STANDARD MICROWAVE OVEN** | $859.00 |



**SALES ORDER**

ORD-219189-P6Q2K9

| | | | |
|---|---|---|---|
| 3005 |  | **WOLF** 809959<br>**27" E SERIES TRIM - CLASSIC FI** | $480.00 |

Kitchen subtotal

## Butler's Pantry
**Main House**

| | | | |
|---|---|---|---|
| 3001 | | **SUB-ZERO** CL3650UG/O/L<br>**36" Classic Over-and-Under Refrigerator/Freezer with Glass Door - Panel Ready**<br><br>*NOTE: left hinged* | $11,739.00 |
| 3002 | | **SCOTSMAN** SCN60PA-1SU<br>**CHEWABLE ICE W/ DRAIN PUMP - NUGGET ICE FULLY INTEGRATED. ADD OWN 3/4" DOOR - PANEL READY** | $5,149.00 |
| 3003 | | **MIELE** G7156SCVI<br>**FULLY INTEGRATED, CHINA & CRYSTAL** | $1,699.00 |
| 3006 | | **WOLF** SO3050PE/S/P<br>**30" PROFESSIONAL SINGLE E SERIES OVEN** | $5,019.00 |
| 3007 | | **WOLF** WWD30<br>**Warming Drawer - requires panel** | $2,259.00 |
| 3007 | | **WOLF** MS24<br>**24" STANDARD MICROWAVE OVEN** | $859.00 |
| 3008 | | **WOLF** 809959<br>**27" E SERIES TRIM - CLASSIC FI** | $480.00 |
| 3008 | | **WOLF** 808152<br>**DOOR KIT - INTEGRATED, WD30** | $85.00 |
| 3009 | | **WOLF** MS24<br>**24" STANDARD MICROWAVE OVEN** | $859.00 |

**P I R C H** ™

**SALES ORDER**

ORD-219189-P6Q2K9

| | | | |
|---|---|---|---|
| 3010 | | **WOLF**  809959<br>**27" E SERIES TRIM - CLASSIC FI** | $480.00 |

| | Butler's Pantry subtotal | $28,628.00 |
|---|---|---|

## Garage
**Main House**

| | | | |
|---|---|---|---|
| 4001 | | **MIELE**  APCL005<br>**STAINLESS STEEL BASE FOR LITTLE GIANTS (11318800)** | $638.00 |
| 4002 | | **MIELE**  PDR908HPSS<br>**LITTLE GIANT DRYER HEAT PUMP STAINLESS STEEL** | $4,295.00 |
| 4003 | | **MIELE**  APCL005<br>**STAINLESS STEEL BASE FOR LITTLE GIANTS (11318800)** | $638.00 |
| 4004 | | **MIELE**  PWM908SS<br>***11204470* 24" Little Giant Washer SS Washer** | $4,999.00 |

| | Garage subtotal | $10,570.00 |
|---|---|---|

## Michelle's Closet
**Main House**

| | | | |
|---|---|---|---|
| 5001 | | **MIELE**  WXR860WCS<br>**24" W1 Washer TDos &IntenseWash MTouch Control**<br><br>*NOTE: twin dos dispensing system* | $2,299.00 |
| 5002 | | **MIELE**  TXR860WP<br>**24" T1 Dryer Heat Pump Glass Door & Steam WiFi MTouch Control** | $2,299.00 |
| 5003 | | **MIELE**  WTV502<br>**WTV 502 stacking kit | 9256140** | $99.00 |

| | Michelle's Closet subtotal | $4,697.00 |
|---|---|---|

# PIRCH™

**SALES ORDER**

ORD-219189-P6Q2K9

## Laundry Room
**Main House**

| | | | |
|---|---|---|---|
| 6006 | | **LG** KSTK4<br>**27" Chrome Stacking Kit** | $31.50 |
| 6006 | | **LG** DLGX6501W<br>**7.4 cu.ft. Ultra Large Capacity Gas Dryer with Sensor Dry, TurboSteam™ Technology and Wi-Fi Connectivity, White** | $1,259.10 |
| 6006 | | **LG** WT7900HWA<br>**5.4 cu.ft. Mega Capacity Top Load Washer with TurboWash™ Washer with Steam, Wi-Fi Enabled, White** | $1,124.10 |
| 6007 | | **LG** WT7900HWA<br>**5.4 cu.ft. Mega Capacity Top Load Washer with TurboWash™ Washer with Steam, Wi-Fi Enabled, White** | $1,124.10 |
| 6007 | | **LG** DLGX6501W<br>**7.4 cu.ft. Ultra Large Capacity Gas Dryer with Sensor Dry, TurboSteam™ Technology and Wi-Fi Connectivity, White** | $1,259.10 |

|  | Laundry Room subtotal | $4,797.90 |
|---|---|---|

## Snack Bar
**Main House**

| | | | |
|---|---|---|---|
| 7001 | | **SUB-ZERO** CL3650U/O/R<br>**36" Classic Over-and-Under Refrigerator/Freezer - Panel Ready** | $10,349.00 |
| 7002 | | **WOLF** MS24<br>**24" STANDARD MICROWAVE OVEN** | $859.00 |
| 7004 | | **FISHER & PAYKEL** DD24DTI9N<br>**Integrated Double DishDrawer™, Full Size, Panel Ready** | $1,699.00 |
| 7005 | | **SCOTSMAN** SCN60PA-1SU<br>**CHEWABLE ICE W/ DRAIN PUMP - NUGGET ICE FULLY INTEGRATED. ADD OWN 3/4" DOOR - PANEL READY**<br><br>*NOTE: clear or nugget ice* | $5,149.00 |

|  | Snack Bar subtotal | $18,056.00 |
|---|---|---|

P I R C H™

## Main House- Outdoor

11001        **SUB-ZERO** DEU2450RO/R
**24" Undercounter Refrigerator – Panel Ready - Right Hinge**    $3,509.00

Main House- Outdoor subtotal    $3,509.00

## Professional Services



Adrian Zuluaga
Sales Consultant
Adrian.Zuluaga@pirch.com  P: (949) 439-7635

| | |
|---|---|
| Subtotal | $138,226.36 |
| Tax | $13,131.58 |
| Grand Total | $151,357.94 |

**Payments Received:**

| | |
|---|---|
| AMEX | $157,634.24 |
| Return | $1,771.94 |



# SALES ORDER

ORD-219189-P6Q2K9

| Total Payments | $159,406.18 |
|---|---|
| Total Balance Due | ($8,048.24) |

## Thank you. We appreciate your business.

By providing a deposit to your order, you will be accepting the terms and conditions located here: PIRCH Terms and Conditions, or by navigating to https://www.pirch.com/terms-and-conditions-agreement.

Once you have placed a deposit, you may cancel your order within three (3) business days without any penalty. After this initial period, cancellations or changes to your order may result in cancellation or restock fees pursuant to the Terms and Conditions. Special order products, including but not limited to tubs and non-standard finish plumbing items, are custom order items and are not eligible for cancellation.

We understand that your project may have multiple phases and a dynamic timeline. As such, Pirch will hold all product pricing for up to one (1) year on all orders where a minimum of fifty percent (50%) deposit has been made. All tax amounts are based on the specified jurisdictional rate at the time of the order. This amount is subject to change in the event the applicable jurisdiction modifies the prevailing rate prior to or at the time of shipment of product.

All non-special order products may be returned within thirty (30) days of your receipt of product. Certain restrictions may apply based on condition of the product and/or box. For more details on our Return Policy, please view the Terms and Conditions referenced above

If you have any questions concerning this document, please contact 1 (949) 429-0800.
PIRCH, INC., 3303 Hyland Ave, Suite D Costa Mesa, CA 92626 Tel : 1 (949) 429-0800 Fax : 1 (949) 429-0670
www.pirch.com

**PIRCH**

**SALES ORDER**

ORD-219189-P6Q2K9

**Pirch Terms and Conditions**

**DEFINITIONS**
Delivery and installation services may be performed by employees of Pirch and/or in certain circumstances by third parties. In this Agreement, we refer to installation personnel as "Professionals."

**AUTHORIZATION**
By entering into this Agreement, You authorize Pirch to (a) arrange for Professionals to perform installation services and/or (b) order and arrange for the delivery of special order merchandise, including special order merchandise that may be custom made, as specified in the Agreement.

**ENTIRE AGREEMENT**
This Agreement constitutes the entire understanding between You and Pirch regarding the products and services specified in this Agreement and may only be amended by a Change Order signed by You and Pirch.  This Agreement expressly supersedes all prior written or verbal agreements, representations or warranties made by Pirch, Professionals, You, or anyone else.  Except as set forth in this Agreement, You agree there are no oral or written agreements, representations, warranties or inducements, express or implied, in any way conditioning this Agreement, and You expressly disclaim their existence. By placing a deposit on Your order, You acknowledge that You have read, understand, and accept this Agreement in its entirety.  You further acknowledge receiving a complete copy of this Agreement. Keep it to protect Your legal rights.

**CHANGES AND CHANGE ORDERS**
Any changes to an installation, i.e., a substitution of material or an expansion of the scope of the work, will require You and Pirch to sign a Change Order that will become part of this Agreement. We may require You to pay the additional cost caused by a Change Order at the time a Change Order is agreed by You and Pirch.

**ADDITIONAL CHARGES**
For work that requires an additional charge, Professionals will provide an estimate prior to the work, and a description of any permits or additional parts or labor needed.  Most additional charges are not known until the Professional does an inspection of Your service address.  Some things can be hidden in the structure or behind appliances that cannot be seen until work is underway.  Delivery and installation more than 75 miles from a Pirch Showroom are subject to additional fees. Final tax values will be recalculated at the time of order shipment.

**PRICE POLICY & PAYMENT**
Pirch will hold all product pricing for up to one (1) year on orders where a minimum of fifty percent (50%) deposit has been made at the time of order, and is maintained at all times throughout the fulfillment of the order. Price hold expires 12 months from the date of deposit. Upon expiration, products are subject to then current pricing. You agree to pay Pirch according to the terms and conditions of this Agreement.  Except for accounts that have been approved by Pirch for net payment terms, all products must be paid in full no less than thirty (30) days prior to the required delivery or installation date.  Any payments not made when due are subject to a late payment charge equal to 1.5% per month or, if less, the maximum lawful interest rate permitted under applicable law. Late payments may also result in product delays. You agree to sole responsibility for vendor promotion or rebate redemptions. Manufacturer rebates or promotions are subject to vendor guidelines.

**RETURN POLICY**
Pirch accepts returns or exchanges on closed box, unused merchandise that has not been installed within thirty (30) days of Your receipt of an item. Proof of purchase is required for a refund, credit or exchange. Once returned, the item will be inspected, and exchanges, credits and refunds will be issued for the purchase price only. If You return an item bought as part of a bundle or with a promotional discount or free item, Your refund, credit or exchange may be reduced by the value of the discount or free item. In the event of a return of items purchased in connection with a promotional or reward card or mail-in rebate, all or a portion of the card or rebate amount may be deducted from any refund, credit or exchange. Any taxes charged will be refunded in accordance with state and local laws. Pirch does not accept returns on installed items unless the product arrived at the point of delivery damaged or the damage was a result of Pirch's installation process.

Shipping and delivery charges are non-refundable except for product that arrived at the point of delivery damaged or defective merchandise. Installation fees are non-refundable after Pirch installation is completed.

**REFUNDS**
Refunds will be made in the same form as original purchase. Refunds on purchases made by cash or check will be refunded by check mailed approximately ten (10) business days after receipt of returned merchandise. Refunds by credit card will be processed by Pirch within five (5) business days.  Your credit card merchant may take longer to post the refund to Your account. Refunds on purchases made with a gift card will be refunded via store credit.

**RESTOCKING/HOLDING FEE**
You will be charged a minimum 25% restocking fee on all regular stock returns. Once product has been shipped by the vendor, it is subject to refund/restocking policy. Returns on special order items are limited to transit damage or manufacturer defect only.  Special order returns due to customer preference, no-fits or any other reason will not be accepted. Pirch does not accept returns on special orders or custom products.

**PIRCH**

SALES ORDER

ORD-219189-P6Q2K9

Where all conditions for returning or exchanging a purchase are not met (e.g., You do not have original packaging or accessories or do not have Your receipt or packing slip), Pirch may, in its discretion, permit the return or exchange of the purchase subject to a minimum restocking charge of 25% of the purchase price (unless prohibited by law).

We would be happy to hold Your product for 30 days from the time we received all products for the scheduled phase of Your job. For inventory storage beyond 30 days, a monthly holding fee of $150 or 5%, whichever is greater, will be assessed.

## CUSTOM ORDERS
Custom orders begin production immediately upon order and are built to Your specifications. They cannot be cancelled, changed, returned or refunded at any time. A non-refundable 100% deposit will be taken when the order is placed.

## RESCHEDULES/REVISIT FEE
In the event that You or Your contractor, designer or other representative confirms a delivery or install date and the job site is not ready, is unsafe or no one will be present at the designated time, and Pirch or Professionals are not notified of the need to reschedule at least twenty-four (24) hours in advance, You will be charged a revisit/reschedule fee of $179. To ensure the health and safety of our employees and service providers, we reserve the right to refuse or reschedule work due to unsafe conditions, which may include, without limitation, extreme temperatures, extreme weather conditions, natural disasters, infestation, or the existence of other hazards.

## CUSTOMER RESPONSIBILITIES
If Your service address is subject to any easements, covenants, or other legal encumbrances that could affect installation, You agree to let Pirch or Professional know about them before installation. You agree to facilitate the location of utility lines. You are responsible for identifying property lines. You agree to ensure that work areas are free of preexisting physical or environmental hazards, and building/zoning code violations. You agree to provide Professionals access to work areas during working hours and provide access to sanitary facilities or pay the facilities' rental costs. You agree to ensure any security system You have will not interfere with installation. You agree to provide power to, and, as applicable, climate control in, work areas. You agree not to allow unattended minors at Your service address while Professional is present. You agree to control and keep pets away from work areas. You agree to keep posted permits on display at all times. You agree to pay any transportation/storage charges or other resulting charges.  YOU ASSUME THE RISK AND THE FULL RESPONSIBILITY OF PHYSICALLY ASSISTING WITH DELIVERY OF MATERIALS OR WITH INSTALLATION.

## PERMITS
Depending upon Your location, permits may be required for the installation. If Permits are required, You are responsible to obtain and pay for such permits. If agreed by You and Pirch, Professional may obtain any necessary permits, but You are responsible for the cost of such permits.

## RESCISSION RIGHT
You have the right to cancel this transaction in its entirety without any penalty or obligation, within three (3) business days. You may cancel by emailing, mailing, faxing, or personally delivering a written notice to Pirch at the store address specified on the Invoice by midnight of the third business day after You received a signed and dated copy of this Agreement that includes this notice. Include Your name, Your address, and the date You received the signed copy of this Agreement, and the Invoice number, and refer to this notice.

**TERMINATION FOR BREACH** You may terminate this Agreement if Pirch breaches this Agreement and fails to cure such breach within thirty (30) days after You provide Pirch written notice of the breach.  If You breach this Agreement and fail to cure such breach within thirty (30) days (or five (5) days for failure to pay on time) after notice of the breach, or if You decline a reasonable Change Order request, Pirch may immediately terminate the Agreement without further obligation to You. In the event of termination, You agree to pay Pirch the costs of merchandise, materials, labor, and other services provided by Pirch and/or Professional through the date of termination, plus any other amounts specified in this Agreement or allowed under applicable law.

## DISCLAIMERS AND LIMITATIONS OF LIABILITY
PIRCH MAKES NO REPRESENTATION OR WARRANTY ABOUT THE SUITABILITY OF ANY OF THE MERCHANDISE AND PRODUCTS THAT IT SELLS FOR ANY PURPOSE.  ALL MERCHANDISE AND PRODUCTS ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND FROM PIRCH, EXPRESSED OR IMPLIED BY PIRCH.

WE AND OUR PROFESSIONALS AND OTHER THIRD-PARTY SERVICE PROVIDERS SHALL NOT BE LIABLE FOR ANY FAILURE OR DELAY IN PERFORMANCE DUE TO ANY CAUSE BEYOND OUR CONTROL. IF OUR PROFESSIONALS' OR THIRD-PARTY SERVICE PROVIDER'S ABILITY TO RENDER SERVICES IS IMPAIRED BY YOU OR CIRCUMSTANCES BEYOND OUR CONTROL, WE AND /OR OUR PROFESSIONALS AND OTHER THIRD-PARTY SERVICE PROVIDERS MAY CHOOSE NOT TO PROVIDE SERVICES.  FOR ANY UN-INSTALLATION SERVICES PROVIDED, YOU AGREE THAT NEITHER WE NOR OUR PROFESSIONALS OR OTHER THIRD-PARTY SERVICE PROVIDERS SHALL BE RESPONSIBLE FOR REPAIRING ANY CHANGES MADE TO YOUR RESIDENCE. NEITHER WE NOR OUR PROFESSIONALS OR OTHER THIRD-PARTY SERVICE PROVIDERS WILL DISASSEMBLE, DECONSTRUCT, OR BREAK DOWN ANY PRODUCT FOR HAUL-AWAY SERVICES EVEN IF NECESSARY FOR REMOVAL.

PIRCH IS NOT RESPONSIBLE FOR MANUFACTURER SPECIFICATIONS, CHANGES, PRODUCTION DELAYS, OR INSTRUCTIONS ISSUED BY MANUFACTURER. ANY QUESTIONS REGARDING THE SPECIFICATIONS OR USE OF MERCHANDISE SHOULD BE DIRECTED TO THE PARTICULAR MANUFACTURER.

IN NO EVENT SHALL PIRCH BE LIABLE FOR ANY INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN ANY WAY CONNECTED WITH ANY MERCHANDISE, PRODUCTS OR SERVICES PURCHASED OR

**PIRCH™**

**SALES ORDER**

ORD-219189-P6Q2K9

OBTAINED FROM PIRCH, WHETHER BASED ON CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF ANY SUCH DAMAGES. FURTHER, PIRCH SHALL NOT BE RESPONSIBLE FOR, AND DOES NOT ASSUME, ANY LIABILITY OR DAMAGES OF ANY SORT FOR ANY DELAY OR INABILITY TO USE ANY MERCHANDISE OR PRODUCTS SOLD TO YOU.  IN NO EVENT SHALL PIRCH'S LIABILITY UNDER THIS AGREEMENT EXCEED THE AMOUNT PAID BY YOU FOR THE DEFECTIVE MERCHANDISE, PRODUCTS OR SERVICES.

YOU HEREBY RELEASE AND HOLD HARMLESS PIRCH, PROFESSIONALS AND ANY THIRD-PARTY SERVICE PROVIDER FROM AND AGAINST ANY LOSS, LIABILITY, OR DAMAGE THAT YOU OR THE OWNER OR LESSEE MAY SUFFER, INCLUDED BUT NOT LIMITED TO ANY CHANGES OR ALTERATIONS TO YOUR SERVICE ADDRESS (CHANGES TO WALLS, BASE BOARDS, FLOORS, ETC.).

THESE DISCLAIMERS, LIMITATIONS AND EXCLUSIONS APPLY REGARDLESS OF WHETHER SUCH DAMAGES WERE FORESEEABLE AND WHETHER OR NOT PIRCH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE. SOME STATES DO NOT ALLOW DISCLAIMERS, LIMITATIONS OR EXCLUSIONS OF CERTAIN WARRANTIES, DAMAGES OR LIABILITY, SO THE ABOVE PROVISIONS MAY NOT APPLY TO YOU IN WHOLE OR IN PART.

**CLAIMS**

Any claim by You against Pirch or Professionals related to or arising under this Agreement must be made in writing within thirty (30) calendar days after the date You first become aware of a fact supporting such a claim. If You have not made any claim or rejected the products or services within thirty (30) days after receiving the products or services, You will be deemed to have accepted them (if not previously accepted), and You will have no right to reject the products or services for any reason or to revoke acceptance.

**GENERAL PROVISIONS**

This Agreement may not be assigned or otherwise transferred by You to any third party. Headings used in this Agreement are intended for convenience or reference only and shall not control or affect the meaning or construction of any provision of this Agreement.



**SALES ORDER**

ORD-233180-W3M7B7

# Sznewajs Main House Plumbing

Jan 27, 2023

| Order For: | Deliver To: | Request Delivery On: |
|---|---|---|
| Lombardi Construction | John Henrikson | 3/8/2024 |
| Contact: | ▮▮▮▮▮▮ | |
| 240 S Sepulveda Blvd Ste 202 | Manhattan Beach, CA 90266 ▮▮▮▮ | |
| Manhattan Beach, CA 90266-6852 | (310) 922-9958 | |
| (310) 766-5319, john@lombardicustomhomes.com | | |



### Entry Powder Bathroom
**drain and toilet tbd**

| 1001 | | **WATERWORKS** 07-65631-13819 **Ludlow Volta Wall Mounted Lavatory Faucet with Lever Handles in Brass, 1.2gpm (4.5L/m)** | $697.50 |
|---|---|---|---|
| | | *NOTE: pop up drain included* | |

| 1002 | | | |
|---|---|---|---|

| 1003 | | **KOHLER** K-6428-0 **SKIRTED ONE-PIECE COMPACT ELONGATED 1.28 GPF TOILET** | $1,115.85 |
|---|---|---|---|

| 1004 | | | |
|---|---|---|---|

Entry Powder Bathroom subtotal

### Mudroom Bathroom Powder
**toilet tbd**

| 1004 | | | |
|---|---|---|---|

| 2002 | | **WATERWORKS** 07-62505-12350 **HENRY LOW PROFILE THREE HOLE DECK MOUNTED LAVATORY FAUCET WITH METAL LEVER HANDLES** | $1,432.50 |
|---|---|---|---|
| | | *NOTE: removed exposed P trap* | |

| 2003 | | | |
|---|---|---|---|

| 2004 | | **KOHLER** K-6428-0 **SKIRTED ONE-PIECE COMPACT ELONGATED 1.28 GPF TOILET** | $1,115.85 |
|---|---|---|---|



2005

| | Mudroom Bathroom Powder subtotal | |
|---|---|---|

## Kitchen

| 3004 | **WATERSTONE** 4010-UPB<br>**TRADITIONAL AIR SWITCH - UNLACQUERED POLISHED BRASS** | $391.50 |
|---|---|---|
| 3005 | **WATERSTONE** 1252HC-UPB<br>**PEMBROKE HOT AND COLD FILTRATION FAUCET - CROSS HANDLES** | $800.25 |
| 3006 | **WATERSTONE** 5000<br>**HOT TANK W/ PRV** | $513.00 |
| 3007 | **BODY GLOVE** WI-BG12000<br>**FILTRATION SYSTEM, 1000 GALLON** | $712.60 |
| 3008 | | |
| 3009 | **MOUNTAIN PLUMBING** MT400U/ULB<br>**Round Air Gap Cover Only**<br><br>*NOTE: airgap needed?* | $21.60 |
| 3010 | **INSINKERATOR** ESSENTIAL-XTR<br>**EVOLUTION ESSENTIAL ¾ HP CONTINUOUS FEED GARBAGE DISPOSER WITH PC/SN AIR SWITCH** | $421.04 |
| 3011 | **WATERWORKS** 07-49043-16026<br>**(EAKM01) Easton Classic Two Hole Bridge Gooseneck Kitchen Faucet, Metal Cross Handles in Brass, 1.75gpm** | $1,713.75 |
| 3012 | **WATERWORKS** 07-30116-58447<br>**(EAKM07) Easton Classic Spray, Metal Lever Handle in Brass, 1.75gpm** | $780.00 |



**SALES ORDER**

ORD-233180-W3M7B7

| | | | |
|---|---|---|---|
| 3013 | | **WATERWORKS** 07-27141-37744<br>**Easton Classic Wall Mounted Extension Pot Filler, Metal Cross Handle in Brass** | $701.25 |

Kitchen subtotal

## Butler's Pantry

| | | | |
|---|---|---|---|
| 4002 | | **WATERSTONE** 4010-UPB<br>**TRADITIONAL AIR SWITCH - UNLACQUERED POLISHED BRASS** | $391.50 |
| 4003 | | **MOUNTAIN PLUMBING** MT400U/ULB<br>**Round Air Gap Cover Only**<br><br>*NOTE: Airgap needed?* | $21.60 |
| 4004 | | | |
| 4005 | | **MOUNTAIN PLUMBING** MT202/PVD<br>**DISPOSER FLANGE W/ EXTENDED THROAT FOR THICKER SINK INSTALLATIONS W/ STOPPER/STRAINER - PVD BRASS** | $157.80 |
| 4006 | | **INSINKERATOR** ESSENTIAL-XTR<br>**EVOLUTION ESSENTIAL ¾ HP CONTINUOUS FEED GARBAGE DISPOSER WITH PC/SN AIR SWITCH** | $421.04 |
| 4007 | | **WATERWORKS** 07-83483-80006<br>**(EAKM42) Easton Vintage Two Hole Bridge Gooseneck Kitchen Faucet, Metal Lever Handles and Spray in Brass, 1.75gpm** | $2,786.25 |
| 4007 | | **MOUNTAIN PLUMBING** MT200EV/PVD<br>**COMPLETE STRAINER W/ COLLAR WHICH FITS ALL OLD & NEW ISE PRODUCTS - PVD EVERBRASS** | $156.00 |

Butler's Pantry subtotal

## Formal Dinning
**Do Not Carry Barber Wilson- Substitute**

| | |
|---|---|
| 5001 | |

# PIRCH™

5002

| | Formal Dinning subtotal | $ |
|---|---|---|

## Primary Bathroom
**TOILET and TUB TBD**

6002

| | | |
|---|---|---|
| 6004 |  **WATERWORKS** 05-40896-72198 <br> **(RWHS10) R.W. Atlas Handshower On Bar with Metal Handle in Unlacquered Brass, 1.75gpm** | 2 @ $2,456.25 |
| 6005 |  **WATERWORKS** 05-74725-70739 <br> **R.W. ATLAS THERMOSTATIC CONTROL VALVE TRIM W/ METAL LEVER HANDLE - UNLACQUERED BRASS** | 2 @ $1,462.50 |
| 6006 | | |
| 6007 |  **WATERWORKS** 05-96432-74872 <br> **R.W. ATLAS VOLUME CONTROL VALVE TRIM W/ METAL LEVER HANDLE - UNLACQUERED BRASS** | 2 @ $472.50 |
| 6008 |  **WATERWORKS** 05-44112-63054 <br> **UNIVERSEL 2 WAY DIVERTER TRIM- UNLACQUERED BRASS** | 2 @ $138.75 |
| 6009 | | |
| 6010 |  **WATERWORKS** 09-06119-30278 <br> **(RWXT70) R.W. Atlas Exposed Floor Mounted Tub Filler with 1.75gpm Handshower and Lever Handles in Nickel** | $6,498.75 |
| 6011 | | |
| 6012 |  **VICTORIA & ALBERT** K-51-PB <br> **Bath tub drain with sub-floor shoe tube. Previously known as 'Special Captive Drain'. Polished Brass - Polished brass / Latón pulido** | $383.50 |



# SALES ORDER

ORD-233180-W3M7B7

| | | | |
|---|---|---|---|
| 6013 | | **VICTORIA & ALBERT** AMT-N-SW-OF<br>**AMIATA CONTEMPORARY DUAL ENDED TUB WITH OVERFLOW** | $4,223.70 |
| 6014 | | | |
| 6015 | | | |
| 6016 | | **KOHLER** K-22695-0<br>**HARKEN™ 1-PC TOILET, 1.28G** | $936.66 |
| 6017 | | **KOHLER** K-22695-0<br>**HARKEN™ 1-PC TOILET, 1.28G** | $936.66 |
| 6018 | | | |
| 6020 | | **KOHLER** K-4108-0<br>**C3-230 BIDET SEAT** | $1,004.97 |
| 6021 | | | |
| 6021 | | **WATERWORKS** 07-88465-25315<br>R.W. Atlas Low Profile Three Hole Deck Mounted Lavatory Faucet with Metal Lever Handles in Brass, 1.2gpm (4.5L/min) | 2 @ $1,698.75 |
| 6021 | | **WATERWORKS** 05-28709-84060<br>(RWSH01) R.W. Atlas 8 1/2" Shower Head, Arm and Flange with Fixed Spray in Brass, 1.75gpm | 2 @ $1,770.00 |
| 6022 | | | |
| 6024 | | | |

**PIRCH**

21004

Primary Bathroom subtotal

## Phillips Bathroom
**Toilet TBD**

| | | | |
|---|---|---|---|
| 7001 | | **WATERWORKS** 07-31912-54866<br>**Riverun Gooseneck Lavatory Faucet with Two-Tone Lever Handles in Nickel/Matte Black, 1.2gpm (4.5L/m)** | $926.25 |
| 7002 | | | |
| 7004 | | **WATERWORKS** 05-94229-96855<br>**Riverun Handshower on Bar in Nickel, 1.75gpm (6.6L/min)** | $862.50 |
| 7005 | | **WATERWORKS** 05-97361-14131<br>**Riverun Pressure Balance Control Valve Trim with Two-Tone Lever Handle in Nickel/Matte Black** | $843.75 |
| 7006 | | | |
| 7007 | | **WATERWORKS** 05-55635-87995<br>**Riverun Two Way Diverter Valve Trim for Pressure Balance with Roman Numerals and Lever Handle in Nickel/Matte Black** | $476.25 |
| 7008 | | | |
| 7009 | | | |
| 7010 | | | |
| 7011 |  | **KOHLER** K-22695-0<br>**HARKEN™ 1-PC TOILET, 1.28G** | $936.66 |



**SALES ORDER**

ORD-233180-W3M7B7

| | | | |
|---|---|---|---|
| 7012 |  | **WATERWORKS** 05-67114-04394<br>**(RRS355) Riverun 5" Showerhead with 8" Wall Mounted 45 Degree Shower Arm in Nickel, 1.75gpm (6.6L/min)** | $731.25 |

Phillips Bathroom subtotal

## James Bathroom
**2 shower systems spec'd - / toilet tbd**

| | | | |
|---|---|---|---|
| 8002 | | | |
| 8004 |  | **WATERWORKS** 05-65016-44989<br>**HIGHGATE HANDSHOWER WITH DIVERTER AND WHITE PORCELAIN HANDLE**<br><br>*NOTE: TBD??* | $1,106.25 |
| 8005 | | | |
| 8006 | | | |
| 8007 | | **KOHLER** K-22695-0<br>**HARKEN™ 1-PC TOILET, 1.28G** | $936.66 |
| 8008 | | **WATERWORKS** 05-43221-87265<br>**(HGXS70) Highgate Exposed Thermostatic System with 6" Shower Rose and White Porcelain Lever Handle in Nickel, 1.75gpm** | $1,785.00 |
| 8008 |  | **WATERWORKS** 07-45102-27656<br>**Highgate Lavatory Faucet with Cross Handles in Nickel, 1.2gpm (4.5L/m)** | $697.50 |

James Bathroom subtotal

## Michael's Bathroom
**toilet tbd**

| | | | |
|---|---|---|---|
| 9002 | | | |
| 9004 |  | **WATERWORKS** 05-94229-96855<br>**Riverun Handshower on Bar in Nickel, 1.75gpm (6.6L/min)** | $862.50 |



**SALES ORDER**

ORD-233180-W3M7B7

| | | | |
|---|---|---|---|
| 9005 | | **WATERWORKS** 05-97361-14131<br>**Riverun Pressure Balance Control Valve Trim with Two-Tone Lever Handle in Nickel/Matte Black** | $843.75 |
| 9006 | | | |
| 9007 | | **WATERWORKS** 05-55635-87995<br>**Riverun Two Way Diverter Valve Trim for Pressure Balance with Roman Numerals and Lever Handle in Nickel/Matte Black** | $476.25 |
| 9008 | | | |
| 9009 | | | |
| 9010 | | | |
| 9011 | | **KOHLER** K-22695-0<br>**HARKEN™ 1-PC TOILET, 1.28G** | $936.66 |
| 9012 | | **WATERWORKS** 05-67114-04394<br>**(RRS355) Riverun 5" Showerhead with 8" Wall Mounted 45 Degree Shower Arm in Nickel, 1.75gpm (6.6L/min)** | $731.25 |
| 9014 | | **WATERWORKS** 07-64821-29840<br>**(RRLS01) Riverun Lavatory Faucet with Two-Tone Tri-Spoke Handles in Nickel/Matte Black, 1.2gpm (4.5L/m)** | $937.50 |

Michael's Bathroom subtotal

## Beau's Bathroom

| | | | |
|---|---|---|---|
| 10001 | | **WATERWORKS** 07-03815-17626<br>**Ludlow Volta Lavatory Faucet with Cross Handles in Nickel, 1.2gpm (4.5L/m)** | $772.50 |
| 10002 | | | |
| 10004 | | **WATERWORKS** 05-86925-22357<br>**Ludlow Volta Handshower on Bar in Nickel, 1.75gpm (6.6L/min)** | $787.50 |



**SALES ORDER**

ORD-233180-W3M7B7

| 10005 | | **WATERWORKS** 05-74381-62097<br>**Ludlow Integrated Thermostatic and Diverter Trim with Dual Lever Handles in Nickel** | $952.50 |
| 10006 | | | |
| 10007 | | | |
| 10008 | | | |
| 10009 | | **KOHLER** K-22695-0<br>**HARKEN™ 1-PC TOILET, 1.28G** | $936.66 |
| 10010 | | **WATERWORKS** 05-12269-14641<br>**(LVS235) Ludlow Volta 3 1/4" Showerhead with Adjustable Spray with 8" Wall Mounted 45 Degree Shower Arm in Nickel, 1.75gpm (6.6L/min)** | $442.50 |

Beau's Bathroom subtotal

## Laundry
**Items TBD**

| 11002 | | | |
| 11003 | | | |
| 11004 | | **MOUNTAIN PLUMBING** MT300/PN<br>**Kitchen Sinks Basket Strainers - Polished Nickel** | $75.00 |
| 11005 | | **WATERWORKS** 07-33128-97725<br>**HENRY ONE HOLE GOOSENECK INTEGRATED PULL SPRAY KITCHEN FAUCET WITH LEVER HANDLE IN NICKEL, 1.75GPM** | $2,711.25 |

Laundry subtotal $

## Basement Snack Bar

| 12002 | | **NEWPORT BRASS** 3290-5811/03N<br>**Air Activated Disposer Switch POLISHED BRASS UNCOATED (LIVING)** | $225.55 |



| 12003 | | | |
|---|---|---|---|
| 12004 | | | |
| 12005 | | **MOUNTAIN PLUMBING** MT200EV/PVD<br>COMPLETE STRAINER W/ COLLAR WHICH FITS ALL OLD & NEW ISE PRODUCTS - PVD EVERBRASS | $148.80 |
| 12006 | | **INSINKERATOR** ESSENTIAL-XTR<br>EVOLUTION ESSENTIAL ¾ HP CONTINUOUS FEED GARBAGE DISPOSER WITH PC/SN AIR SWITCH | $421.04 |
| 12007 | | **WATERWORKS** 07-13755-82505<br>(RWKM10) R.W. Atlas Two Hole Bridge High Profile Kitchen Faucet, Metal Side Mount Levers and Spray in Brass | $4,586.25 |
| 12007 | | | |

Basement Snack Bar subtotal

## Basement Powder Bathroom
**Toilet/Urinal TBD**

| 13002 | | | |
|---|---|---|---|
| 13003 | | **KOHLER** K-6428-0<br>SKIRTED ONE-PIECE COMPACT ELONGATED 1.28 GPF TOILET | $1,115.85 |
| 13004 | | **WATERWORKS** 07-39294-92009<br>(LDLS25) Ludlow Volta Gooseneck Lavatory Faucet with Cross Handles in Brass, 1.2gpm (4.5L/m) | $810.00 |

Basement Powder Bathroom subtotal    $2,072.58

## Bunk Bathroom
**integrated sink- drain tbd/ toilet tbd**

| 14002 | | **WATERWORKS** 05-70769-59187<br>(HNSH10) Henry 5 1/8" Shower Head, Arm and Flange with Adjustable Spray in Unlacquered Brass, 1.75gpm | $1,248.75 |
|---|---|---|---|



**SALES ORDER**

ORD-233180-W3M7B7

| 14003 |  | **WATERWORKS** 05-13729-90896<br>**(HNPB10) Henry Pressure Balance Control Valve Trim with Metal Lever Handle in Unlacquered Brass** | $858.75 |
|---|---|---|---|
| 14004 | | | |
| 14005 | | **WATERWORKS** 05-93698-83873<br>Henry Volume Control Valve Trim with Metal Lever Handle, UNLACQUERED BRASS | $450.00 |
| 14006 | | **WATERWORKS** 05-44112-63054<br>**UNIVERSEL 2 WAY DIVERTER TRIM- UNLACQUERED BRASS** | $138.75 |
| 14007 | | | |
| 14008 | | | |
| 14009 | | | |
| 14010 | | **KOHLER** K-6428-0<br>**SKIRTED ONE-PIECE COMPACT ELONGATED 1.28 GPF TOILET** | $1,115.85 |
| 14011 | | | |
| 14012 | | **WATERWORKS** 07-90917-60551<br>Henry Lavatory Faucet with Lever Handles in Vintage Brass, 1.2gpm (4.5 L/min) | 2 @ $2,292.00 |
| 19006 | | | |

Bunk Bathroom subtotal

# Teen Room/Gym
We do not carry Chicago Faucets Chrome, Straight, Glass Filler, Manual Faucet- sink/drain tbd

| 15001 |  | **ELKAY** LBWDC00WHC<br>**FILTERED COMMERCIAL IN-WALL WATER DISPENSER ASPEN WHITE** | $1,496.60 |
|---|---|---|---|

# PIRCH™

**SALES ORDER**

ORD-233180-W3M7B7

| | | |
|---|---|---|
| 15002 | **ELKAY** 51300C<br>**WATER COOLER FILTER** | $92.40 |
| 15004 | **KOHLER** K-22695-0<br>**HARKEN™ 1-PC TOILET, 1.28G** | $936.66 |

| | | |
|---|---|---|
| | Teen Room/Gym subtotal | $2,525.66 |

## Pool Bathroom
sink/drain/toilet tbd

| | | |
|---|---|---|
| 16001 | UPS-OUT<br>**FEDEX CHARGE** | $0.00 |
| 16003 | | |
| 16004 | **WATERWORKS** 05-70769-59187<br>**(HNSH10) Henry 5 1/8" Shower Head, Arm and Flange with Adjustable Spray in Unlacquered Brass, 1.75gpm** | $1,248.75 |
| 16005 | **WATERWORKS** 05-28851-28455<br>**(HNHS10) Henry Handshower On Bar in Unlacquered Brass, 1.75gpm** | $1,522.50 |
| 16006 | **WATERWORKS** 05-13729-90896<br>**(HNPB10) Henry Pressure Balance Control Valve Trim with Metal Lever Handle in Unlacquered Brass** | $858.75 |
| 16007 | | |
| 16008 | **WATERWORKS** 05-93698-83873<br>**Henry Volume Control Valve Trim with Metal Lever Handle, UNLACQUERED BRASS** | $450.00 |
| 16009 | **WATERWORKS** 05-44112-63054<br>**UNIVERSEL 2 WAY DIVERTER TRIM- UNLACQUERED BRASS** | $138.75 |
| 16010 | | |
| 16011 | | |



# SALES ORDER

ORD-233180-W3M7B7

| 16012 | | |
|---|---|---|
| 16013 | | |
| 16014 | | |
| 16015 | **WATERWORKS** 07-47796-03099<br>**(HNLS60) Henry Wall Mounted Lavatory Faucet with Cross Handles** | $990.00 |

Pool Bathroom subtotal   $

## Urinal

| 18001 | **KOHLER** K-4991-ET-0<br>**BARDON ACCUFLUSH 1/8 GPF URINAL - TOP** | $228.50 |
|---|---|---|
| 18003 | **KOHLER** K-10UH00D20-CP<br>**MACH™ TRIPOINT™ HEC 0.125 GPF URINAL FV** | $557.94 |

Urinal subtotal   $786.44

## Steam

| 19001 | **MR STEAM** MSSUPER1EC1<br>**ETEMPO SUPER-1E 10 KW 240V 1PH STEAMBBATH GENERATOR ONLY** | $2,579.50 |
|---|---|---|
| 19002 | **MR STEAM** ABUTLER1W-PB<br>**AirButler 1 Package with AirTempo White Programmable Control for Steam Bath Generator in Polished BrassPackaged complete with (1) AirTempo (1) Glass Steam Head (1) AutoFlush (1) iGenie Remote (1) Drip Pan** | $1,959.75 |

Steam subtotal   $4,539.25

## Drain Extensions

| 20001 | | |
|---|---|---|

Drain Extensions subtotal   $

**PIRCH**

## Other 8

21002

21002

Other 8 subtotal

## Other 9

22002

22005

22006

Other 9 subtotal

## Professional Services



# SALES ORDER

ORD-233180-W3M7B7



Adrian Zuluaga
Sales Consultant
Adrian.Zuluaga@pirch.com  P: (949) 439-7635

| | |
|---|---|
| Subtotal | $119,353.42 |
| Tax | $11,332.93 |
| Grand Total | $130,686.35 |

### Payments Received:

| | |
|---|---|
| AMEX | $119,554.06 |
| Return | $62.36 |
| VISA | $6,880.02 |



# SALES ORDER

ORD-233180-W3M7B7

| Total Payments | $126,496.44 |
|---|---|
| Total Balance Due | $4,189.91 |

## Thank you. We appreciate your business.

By providing a deposit to your order, you will be accepting the terms and conditions located here: PIRCH Terms and Conditions, or by navigating to https://www.pirch.com/terms-and-conditions-agreement.

Once you have placed a deposit, you may cancel your order within three (3) business days without any penalty. After this initial period, cancellations or changes to your order may result in cancellation or restock fees pursuant to the Terms and Conditions. Special order products, including but not limited to tubs and non-standard finish plumbing items, are custom order items and are not eligible for cancellation.

We understand that your project may have multiple phases and a dynamic timeline. As such, Pirch will hold all product pricing for up to one (1) year on all orders where a minimum of fifty percent (50%) deposit has been made. All tax amounts are based on the specified jurisdictional rate at the time of the order. This amount is subject to change in the event the applicable jurisdiction modifies the prevailing rate prior to or at the time of shipment of product.

All non-special order products may be returned within thirty (30) days of your receipt of product. Certain restrictions may apply based on condition of the product and/or box. For more details on our Return Policy, please view the Terms and Conditions referenced above

If you have any questions concerning this document, please contact 1 (949) 429-0800.
PIRCH, INC., 3303 Hyland Ave, Suite D Costa Mesa, CA 92626 Tel : 1 (949) 429-0800 Fax : 1 (949) 429-0670
www.pirch.com

**PIRCH**™

SALES ORDER

ORD-233180-W3M7B7

Pirch Terms and Conditions

**DEFINITIONS**
Delivery and installation services may be performed by employees of Pirch and/or in certain circumstances by third parties. In this Agreement, we refer to installation personnel as "Professionals."

**AUTHORIZATION**
By entering into this Agreement, You authorize Pirch to (a) arrange for Professionals to perform installation services and/or (b) order and arrange for the delivery of special order merchandise, including special order merchandise that may be custom made, as specified in the Agreement.

**ENTIRE AGREEMENT**
This Agreement constitutes the entire understanding between You and Pirch regarding the products and services specified in this Agreement and may only be amended by a Change Order signed by You and Pirch.  This Agreement expressly supersedes all prior written or verbal agreements, representations or warranties made by Pirch, Professionals, You, or anyone else.  Except as set forth in this Agreement, You agree there are no oral or written agreements, representations, warranties or inducements, express or implied, in any way conditioning this Agreement, and You expressly disclaim their existence. By placing a deposit on Your order, You acknowledge that You have read, understand, and accept this Agreement in its entirety.  You further acknowledge receiving a complete copy of this Agreement. Keep it to protect Your legal rights.

**CHANGES AND CHANGE ORDERS**
Any changes to an installation, i.e., a substitution of material or an expansion of the scope of the work, will require You and Pirch to sign a Change Order that will become part of this Agreement. We may require You to pay the additional cost caused by a Change Order at the time a Change Order is agreed by You and Pirch.

**ADDITIONAL CHARGES**
For work that requires an additional charge, Professionals will provide an estimate prior to the work, and a description of any permits or additional parts or labor needed.  Most additional charges are not known until the Professional does an inspection of Your service address.  Some things can be hidden in the structure or behind appliances that cannot be seen until work is underway.  Delivery and installation more than 75 miles from a Pirch Showroom are subject to additional fees. Final tax values will be recalculated at the time of order shipment.

**PRICE POLICY & PAYMENT**
Pirch will hold all product pricing for up to one (1) year on orders where a minimum of fifty percent (50%) deposit has been made at the time of order, and is maintained at all times throughout the fulfillment of the order. Price hold expires 12 months from the date of deposit. Upon expiration, products are subject to then current pricing. You agree to pay Pirch according to the terms and conditions of this Agreement.  Except for accounts that have been approved by Pirch for net payment terms, all products must be paid in full no less than thirty (30) days prior to the required delivery or installation date.  Any payments not made when due are subject to a late payment charge equal to 1.5% per month or, if less, the maximum lawful interest rate permitted under applicable law. Late payments may also result in product delays. You agree to sole responsibility for vendor promotion or rebate redemptions. Manufacturer rebates or promotions are subject to vendor guidelines.

**RETURN POLICY**
Pirch accepts returns or exchanges on closed box, unused merchandise that has not been installed within thirty (30) days of Your receipt of an item. Proof of purchase is required for a refund, credit or exchange. Once returned, the item will be inspected, and exchanges, credits and refunds will be issued for the purchase price only. If You return an item bought as part of a bundle or with a promotional discount or free item, Your refund, credit or exchange may be reduced by the value of the discount or free item. In the event of a return of items purchased in connection with a promotional or reward card or mail-in rebate, all or a portion of the card or rebate amount may be deducted from any refund, credit or exchange. Any taxes charged will be refunded in accordance with state and local laws. Pirch does not accept returns on installed items unless the product arrived at the point of delivery damaged or the damage was a result of Pirch's installation process.

Shipping and delivery charges are non-refundable except for product that arrived at the point of delivery damaged or defective merchandise. Installation fees are non-refundable after Pirch installation is completed.

**REFUNDS**
Refunds will be made in the same form as original purchase. Refunds on purchases made by cash or check will be refunded by check mailed approximately ten (10) business days after receipt of returned merchandise. Refunds by credit card will be processed by Pirch within five (5) business days.  Your credit card merchant may take longer to post the refund to Your account. Refunds on purchases made with a gift card will be refunded via store credit.

**RESTOCKING/HOLDING FEE**
You will be charged a minimum 25% restocking fee on all regular stock returns. Once product has been shipped by the vendor, it is subject to refund/restocking policy. Returns on special order items are limited to transit damage or manufacturer defect only.  Special order returns due to customer preference, no-fits or any other reason will not be accepted. Pirch does not accept returns on special orders or custom products.

**PIRCH**™

**SALES ORDER**

ORD-233180-W3M7B7

Where all conditions for returning or exchanging a purchase are not met (e.g., You do not have original packaging or accessories or do not have Your receipt or packing slip), Pirch may, in its discretion, permit the return or exchange of the purchase subject to a minimum restocking charge of 25% of the purchase price (unless prohibited by law).

We would be happy to hold Your product for 30 days from the time we received all products for the scheduled phase of Your job. For inventory storage beyond 30 days, a monthly holding fee of $150 or 5%, whichever is greater, will be assessed.

## CUSTOM ORDERS
Custom orders begin production immediately upon order and are built to Your specifications. They cannot be cancelled, changed, returned or refunded at any time. A non-refundable 100% deposit will be taken when the order is placed.

## RESCHEDULES/REVISIT FEE
In the event that You or Your contractor, designer or other representative confirms a delivery or install date and the job site is not ready, is unsafe or no one will be present at the designated time, and Pirch or Professionals are not notified of the need to reschedule at least twenty-four (24) hours in advance, You will be charged a revisit/reschedule fee of $179. To ensure the health and safety of our employees and service providers, we reserve the right to refuse or reschedule work due to unsafe conditions, which may include, without limitation, extreme temperatures, extreme weather conditions, natural disasters, infestation, or the existence of other hazards.

## CUSTOMER RESPONSIBILITIES
If Your service address is subject to any easements, covenants, or other legal encumbrances that could affect installation, You agree to let Pirch or Professional know about them before installation. You agree to facilitate the location of utility lines. You are responsible for identifying property lines. You agree to ensure that work areas are free of preexisting physical or environmental hazards, and building/zoning code violations. You agree to provide Professionals access to work areas during working hours and provide access to sanitary facilities or pay the facilities' rental costs. You agree to ensure any security system You have will not interfere with installation. You agree to provide power to, and, as applicable, climate control in, work areas. You agree not to allow unattended minors at Your service address while Professional is present. You agree to control and keep pets away from work areas. You agree to keep posted permits on display at all times. You agree to pay any transportation/storage charges or other resulting charges. YOU ASSUME THE RISK AND THE FULL RESPONSIBILITY OF PHYSICALLY ASSISTING WITH DELIVERY OF MATERIALS OR WITH INSTALLATION.

## PERMITS
Depending upon Your location, permits may be required for the installation. If Permits are required, You are responsible to obtain and pay for such permits. If agreed by You and Pirch, Professional may obtain any necessary permits, but You are responsible for the cost of such permits.

## RESCISSION RIGHT
You have the right to cancel this transaction in its entirety without any penalty or obligation, within three (3) business days. You may cancel by emailing, mailing, faxing, or personally delivering a written notice to Pirch at the store address specified on the Invoice by midnight of the third business day after You received a signed and dated copy of this Agreement that includes this notice. Include Your name, Your address, and the date You received the signed copy of this Agreement, and the Invoice number, and refer to this notice.

**TERMINATION FOR BREACH** You may terminate this Agreement if Pirch breaches this Agreement and fails to cure such breach within thirty (30) days after You provide Pirch written notice of the breach. If You breach this Agreement and fail to cure such breach within thirty (30) days (or five (5) days for failure to pay on time) after notice of the breach, or if You decline a reasonable Change Order request, Pirch may immediately terminate the Agreement without further obligation to You. In the event of termination, You agree to pay Pirch the costs of merchandise, materials, labor, and other services provided by Pirch and/or Professional through the date of termination, plus any other amounts specified in this Agreement or allowed under applicable law.

## DISCLAIMERS AND LIMITATIONS OF LIABILITY
PIRCH MAKES NO REPRESENTATION OR WARRANTY ABOUT THE SUITABILITY OF ANY OF THE MERCHANDISE AND PRODUCTS THAT IT SELLS FOR ANY PURPOSE. ALL MERCHANDISE AND PRODUCTS ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND FROM PIRCH, EXPRESSED OR IMPLIED BY PIRCH.

WE AND OUR PROFESSIONALS AND OTHER THIRD-PARTY SERVICE PROVIDERS SHALL NOT BE LIABLE FOR ANY FAILURE OR DELAY IN PERFORMANCE DUE TO ANY CAUSE BEYOND OUR CONTROL. IF OUR PROFESSIONALS' OR THIRD-PARTY SERVICE PROVIDER'S ABILITY TO RENDER SERVICES IS IMPAIRED BY YOU OR CIRCUMSTANCES BEYOND OUR CONTROL, WE AND /OR OUR PROFESSIONALS AND OTHER THIRD-PARTY SERVICE PROVIDERS MAY CHOOSE NOT TO PROVIDE SERVICES. FOR ANY UN-INSTALLATION SERVICES PROVIDED, YOU AGREE THAT NEITHER WE NOR OUR PROFESSIONALS OR OTHER THIRD-PARTY SERVICE PROVIDERS SHALL BE RESPONSIBLE FOR REPAIRING ANY CHANGES MADE TO YOUR RESIDENCE. NEITHER WE NOR OUR PROFESSIONALS OR OTHER THIRD-PARTY SERVICE PROVIDERS WILL DISASSEMBLE, DECONSTRUCT, OR BREAK DOWN ANY PRODUCT FOR HAUL-AWAY SERVICES EVEN IF NECESSARY FOR REMOVAL.

PIRCH IS NOT RESPONSIBLE FOR MANUFACTURER SPECIFICATIONS, CHANGES, PRODUCTION DELAYS, OR INSTRUCTIONS ISSUED BY MANUFACTURER. ANY QUESTIONS REGARDING THE SPECIFICATIONS OR USE OF MERCHANDISE SHOULD BE DIRECTED TO THE PARTICULAR MANUFACTURER.

IN NO EVENT SHALL PIRCH BE LIABLE FOR ANY INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN ANY WAY CONNECTED WITH ANY MERCHANDISE, PRODUCTS OR SERVICES PURCHASED OR



**SALES ORDER**

ORD-233180-W3M7B7

OBTAINED FROM PIRCH, WHETHER BASED ON CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF ANY SUCH DAMAGES. FURTHER, PIRCH SHALL NOT BE RESPONSIBLE FOR, AND DOES NOT ASSUME, ANY LIABILITY OR DAMAGES OF ANY SORT FOR ANY DELAY OR INABILITY TO USE ANY MERCHANDISE OR PRODUCTS SOLD TO YOU.  IN NO EVENT SHALL PIRCH'S LIABILITY UNDER THIS AGREEMENT EXCEED THE AMOUNT PAID BY YOU FOR THE DEFECTIVE MERCHANDISE, PRODUCTS OR SERVICES.

YOU HEREBY RELEASE AND HOLD HARMLESS PIRCH, PROFESSIONALS AND ANY THIRD-PARTY SERVICE PROVIDER FROM AND AGAINST ANY LOSS, LIABILITY, OR DAMAGE THAT YOU OR THE OWNER OR LESSEE MAY SUFFER, INCLUDED BUT NOT LIMITED TO ANY CHANGES OR ALTERATIONS TO YOUR SERVICE ADDRESS (CHANGES TO WALLS, BASE BOARDS, FLOORS, ETC.).

THESE DISCLAIMERS, LIMITATIONS AND EXCLUSIONS APPLY REGARDLESS OF WHETHER SUCH DAMAGES WERE FORESEEABLE AND WHETHER OR NOT PIRCH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE. SOME STATES DO NOT ALLOW DISCLAIMERS, LIMITATIONS OR EXCLUSIONS OF CERTAIN WARRANTIES, DAMAGES OR LIABILITY, SO THE ABOVE PROVISIONS MAY NOT APPLY TO YOU IN WHOLE OR IN PART.

## CLAIMS
Any claim by You against Pirch or Professionals related to or arising under this Agreement must be made in writing within thirty (30) calendar days after the date You first become aware of a fact supporting such a claim. If You have not made any claim or rejected the products or services within thirty (30) days after receiving the products or services, You will be deemed to have accepted them (if not previously accepted), and You will have no right to reject the products or services for any reason or to revoke acceptance.

## GENERAL PROVISIONS
This Agreement may not be assigned or otherwise transferred by You to any third party. Headings used in this Agreement are intended for convenience or reference only and shall not control or affect the meaning or construction of any provision of this Agreement.

# EXHIBIT 4

| TYPE | ITEM NO. | BRAND | CODE | DESCRIPTION | CHARGE | QUANTITY |
|------|----------|-------|------|-------------|--------|----------|
| Appliances | 1002 | Sub-Zero | DEU2450BG/L | 24" Designer Undercounter Beverage Center - Panel Ready - Left Hinge | $2,849.00 | 2 |
| Appliances | 1003 | Sub-Zero | DEU2450W/R | 24" Designer Undercounter Wine Storage - Panel Ready - Right Hinge | $4,009.00 | 1 |
| Appliances | 1004 | Sub-Zero | 7030447 | DUAL INSTALLATION KIT | $125.00 | 2 |
| Appliances | 2003 | Miele | G7366SCVI | FULLY INTEGRATED, AUTO DOS | $2,049.00 | 1 |
| Appliances | 2007 | Sub-Zero | DET3650CIID/R | 36" INTEGRATED TALL COMBO FRIDGE W/ DISP & FREEZER DRAWERS, RIGHT-HINGE- PANEL READY | $10,549.00 | 2 |
| Appliances | 3002 | Scotsman | SCN60PA-1SU | CHEWABLE ICE W/ DRAIN PUMP - NUGGET ICE FULLY INTEGRATED. ADD OWN 3/4" DOOR - PANEL READY | $5,149.00 | 1 |
| Appliances | 3003 | Miele | G7156SCVI | FULLY INTEGRATED, CHINA & CRYSTAL | $1,699.00 | 2 |
| Appliances | 3004 | Wolf | MS24 | 24" STANDARD MICROWAVE OVEN | $859.00 | 2 |
| Appliances | 3005 | Wolf | 809959 | 27" E SERIES TRIM - CLASSIC FI | $480.00 | 3 |
| Appliances | 3006 | Wolf | SO3050PE/S/P | 30" PROFESSIONAL SINGLE E SERIES OVEN | $5,019.00 | 1 |
| Appliances | 3007 | Wolf | MS24 | 24" STANDARD MICROWAVE OVEN | $859.00 | 2 |
| Appliances | 3007 | Wolf | WWD30 | Warming Drawer - requires panel | $2,259.00 | 3 |
| Appliances | 3008 | Wolf | 808152 | DOOR KIT - INTEGRATED, WD30 | $85.00 | 1 |
| Appliances | 3008 | Wolf | 809959 | 27" E SERIES TRIM - CLASSIC FI | $480.00 | 3 |
| Appliances | 3009 | Wolf | MS24 | 24" STANDARD MICROWAVE OVEN | $859.00 | 2 |
| Appliances | 3010 | Wolf | 809959 | 27" E SERIES TRIM - CLASSIC FI | $480.00 | 3 |
| Appliances | 4001 | Miele | APCL005 | STAINLESS STEEL BASE FOR LITTLE GIANTS (11318800) | $638.00 | 4 |
| Appliances | 4002 | Miele | PDR908HPSS | LITTLE GIANT DRYER HEAT PUMP STAINLESS STEEL | $4,295.00 | 2 |
| Appliances | 4003 | Miele | APCL005 | STAINLESS STEEL BASE FOR LITTLE GIANTS (11318800) | $638.00 | 4 |
| Appliances | 4004 | Miele | PWM908SS | *11204470* 24" Little Giant Washer SS Washer | $4,999.00 | 2 |
| Appliances | 5001 | Miele | WXR860WCS | 24" W1 Washer TDos &IntenseWash MTouch Control | $2,299.00 | 5 |
| Appliances | 5002 | Miele | TXR860WP | 24" T1 Dryer Heat Pump Glass Door & Steam WiFi MTouch Control | $2,299.00 | 5 |
| Appliances | 5003 | Miele | WTV502 | WTV 502 stacking kit \| 9256140 | $99.00 | 14 |
| Appliances | 6006 | LG | KSTK4 | 27"Chrome Stacking Kit | $31.50 | 2 |
| Appliances | 6006 | LG | DLGX6501W | 7.4 cu.ft. Ultra Large Capacity Gas Dryer with Sensor Dry, TurboSteam Technology and Wi-Fi Connectivity, White | $1,259.10 | 2 |
| Appliances | 6006 | LG | WT7900HWA | 5.4 cu.ft. Mega Capacity Top Load Washer with TurboWash Washer with Steam, Wi-Fi Enabled, White | $1,124.10 | 1 |
| Appliances | 6007 | LG | WT7900HWA | 5.4 cu.ft. Mega Capacity Top Load Washer with TurboWash Washer with Steam, Wi-Fi Enabled, White | $1,124.10 | 1 |
| Appliances | 6007 | LG | DLGX6501W | 7.4 cu.ft. Ultra Large Capacity Gas Dryer with Sensor Dry, TurboSteam Technology and Wi-Fi Connectivity, White | $1,259.10 | 1 |
| Appliances | 7002 | Wolf | MS24 | 24" STANDARD MICROWAVE OVEN | $859.00 | 2 |
| Appliances | 7005 | Scotsman | SCN60PA-1SU | CHEWABLE ICE W/ DRAIN PUMP - NUGGET ICE FULLY INTEGRATED. ADD OWN 3/4" DOOR - PANEL READY | $5,149.00 | 1 |
| Appliances | 11001 | Sub-Zero | DEU2450RO/R | 24" Undercounter Refrigerator Panel Ready - Right Hinge | $3,509.00 | 2 |

| TYPE | ITEM NO. | BRAND | CODE | DESCRIPTION | CHARGE | QUANTITY |
|---|---|---|---|---|---|---|
| Appliances | 1002 | Sub-Zero | DEU2450BG/L | 24" Designer Undercounter Beverage Center - Panel Ready - Left Hinge | $2,849.00 | 2 |
| Appliances | 1003 | Sub-Zero | DEU2450W/R | 24" Designer Undercounter Wine Storage - Panel Ready - Right Hinge | $4,009.00 | 1 |
| Plumbing | 1003 | Kohler | K-6428-0 | SKIRTED ONE-PIECE COMPACT ELONGATED 1.28 GPF TOILET | $1,115.85 | 1 |
| Plumbing | 2004 | Kohler | K-6428-0 | SKIRTED ONE-PIECE COMPACT ELONGATED 1.28 GPF TOILET | $1,115.85 | 1 |
| Plumbing | 3004 | Waterstone | 4010-UPB | TRADITIONAL AIR SWITCH - UNLACQUERED POLISHED BRASS | $391.50 | 3 |
| Plumbing | 3005 | Waterstone | 1252HC-UPB | PEMBROKE HOT AND COLD FILTRATION FAUCET - CROSS HANDLES | $800.25 | 1 |
| Plumbing | 3006 | Waterstone | 5000 | HOT TANK W/ PRV | $513.00 | 4 |
| Plumbing | 3007 | Body Glove | WI-BG12000 | FILTRATION SYSTEM, 1000 GALLON | $712.60 | 4 |
| Plumbing | 3009 | Mountain Plumbing | MT400U/ULB | Round Air Gap Cover Only | $21.60 | 1 |
| Plumbing | 3010 | INSINKERATOR | ESSENTIAL-XTR | EVOLUTION ESSENTIAL ¾ HP CONTINUOUS FEED GARBAGE DISPOSER WITH PC/SN AIR SWITCH | $421.04 | 3 |
| Plumbing | 4002 | Waterstone | 4010-UPB | TRADITIONAL AIR SWITCH - UNLACQUERED POLISHED BRASS | $391.50 | 3 |
| Plumbing | 4003 | MOUNTAIN PLUMBING | MT400U/ULB | Round Air Gap Cover Only | $21.60 | 1 |
| Plumbing | 4005 | Mountain Plumbing | MT202/PVD | DISPOSER FLANGE W/ EXTENDED THROAT FOR THICKER SINK INSTALLATIONS W/ STOPPER/STRAINER - PVD BRASS | $157.80 | 2 |
| Plumbing | 4006 | INSINKERATOR | ESSENTIAL-XTR | EVOLUTION ESSENTIAL ¾ HP CONTINUOUS FEED GARBAGE DISPOSER WITH PC/SN AIR SWITCH | $421.04 | 3 |
| Plumbing | 4007 | Mountain Plumbing | MT200EV/PVD | COMPLETE STRAINER W/ COLLAR WHICH FITS ALL OLD & NEW ISE PRODUCTS - PVD EVERBRASS | $156.00 | 2 |
| Plumbing | 6013 | VICTORIA & ALBERT | AMT-N-SW-OF | AMIATA CONTEMPORARY DUAL ENDED TUB WITH OVERFLOW | $4,223.70 | 2 |
| Plumbing | 6016 | Kohler | K-22695-0 | HARKEN 1-PC TOILET, 1.28G | $936.66 | 2 |
| Plumbing | 6017 | Kohler | K-22695-0 | HARKEN 1-PC TOILET, 1.28G | $936.66 | 2 |
| Plumbing | 7001 | Waterworks | 07-31912-54866 | Riverun Gooseneck Lavatory Faucet with Two-Tone Lever Handles in Nickel/Matte Black, 1.2gpm (4.5L/m) | $926.25 | 1 |
| Plumbing | 7004 | Waterworks | 05-94229-96855 | Riverun Handshower on Bar in Nickel, 1.75gpm (6.6L/min) | $862.50 | 1 |
| Plumbing | 7011 | Kohler | K-22695-0 | HARKEN 1-PC TOILET, 1.28G | $936.66 | 2 |
| Plumbing | 8004 | Waterworks | 05-65016-44989 | HIGHGATE HANDSHOWER WITH DIVERTER AND WHITE PORCELAIN HANDLE | $1,106.25 | 1 |
| Plumbing | 8007 | Kohler | K-22695-0 | HARKEN 1-PC TOILET, 1.28G | $936.66 | 2 |
| Plumbing | 8008 | Waterworks | 05-43221-87265 | (HGXS70) Highgate Exposed Thermostatic System with 6" Shower Rose and White Porcelain Lever Handle in Nickel, 1.75gpm | $1,785.00 | 1 |
| Plumbing | 9004 | Waterworks | 05-94229-96855 | Riverun Handshower on Bar in Nickel, 1.75gpm (6.6L/min) | $862.50 | 1 |
| Plumbing | 9011 | Kohler | K-22695-0 | HARKEN 1-PC TOILET, 1.28G | $936.66 | 2 |
| Plumbing | 10001 | Waterworks | 07-03815-17626 | Ludlow Volta Lavatory Faucet with Cross Handles in Nickel, 1.2gpm (4.5L/m) | $772.50 | 1 |
| Plumbing | 10004 | Waterworks | 05-86925-22357 | Ludlow Volta Handshower on Bar in Nickel, 1.75gpm (6.6L/min) | $787.50 | 1 |
| Plumbing | 10009 | Kohler | K-22695-0 | HARKEN 1-PC TOILET, 1.28G | $936.66 | 2 |
| Plumbing | 10010 | Waterworks | 05-12269-14641 | (LVS235) Ludlow Volta 3 1/4" Showerhead with Adjustable Spray with 8" Wall Mounted 45 Degree Shower Arm in Nickel, 1.75gpm (6.6L/min) | $442.50 | 1 |
| Plumbing | 11004 | Mountain Plumbing | MT300/PN | Kitchen Sinks Basket Strainers - Polished Nickel | $75.00 | 4 |

| TYPE | ITEM NO. | BRAND | CODE | DESCRIPTION | CHARGE | QUANTITY |
|------|----------|-------|------|-------------|--------|----------|
| Appliances | 1002 | Sub-Zero | DEU2450BG/L | 24" Designer Undercounter Beverage Center - Panel Ready - Left Hinge | $2,849.00 | 2 |
| Appliances | 1003 | Sub-Zero | DEU2450W/R | 24" Designer Undercounter Wine Storage - Panel Ready - Right Hinge | $4,009.00 | 1 |
| Plumbing | 11005 | Waterworks | 07-33128-97725 | HENRY ONE HOLE GOOSENECK INTEGRATED PULL SPRAY KITCHEN FAUCET WITH LEVER HANDLE IN NICKEL, 1.75GPM | $2,711.25 | 1 |
| Plumbing | 12002 | Newport Brass | 3290-5811/03N | Air Activated Disposer Switch POLISHED BRASS UNCOATED (LIVING) | $225.55 | 1 |
| Plumbing | 12005 | Mountain Plumbing | MT200EV/PVD | COMPLETE STRAINER W/ COLLAR WHICH FITS ALL OLD & NEW ISE PRODUCTS - PVD EVERBRASS | $148.80 | 2 |
| Plumbing | 12006 | INSINKERATOR | ESSENTIAL-XTR | EVOLUTION ESSENTIAL ¾ HP CONTINUOUS FEED GARBAGE DISPOSER WITH PC/SN AIR SWITCH | $421.04 | 3 |
| Plumbing | 13003 | Kohler | K-6428-0 | SKIRTED ONE-PIECE COMPACT ELONGATED 1.28 GPF TOILET | $1,115.85 | 1 |
| Plumbing | 14003 | Waterworks | 05-13729-90896 | (HNPB10) Henry Pressure Balance Control Valve Trim with Metal Lever Handle in Unlacquered Brass | $858.75 | 1 |
| Plumbing | 14010 | Kohler | K-6428-0 | SKIRTED ONE-PIECE COMPACT ELONGATED 1.28 GPF TOILET | $1,115.85 | 1 |
| Plumbing | 15001 | ELKAY | LBWDC00WHC | FILTERED COMMERCIAL IN-WALL WATER DISPENSER ASPEN WHITE | $1,496.60 | 1 |
| Plumbing | 15002 | ELKAY | 51300C | WATER COOLER FILTER | $92.40 | 1 |
| Plumbing | 15004 | Kohler | K-22695-0 | HARKEN 1-PC TOILET, 1.28G | $936.66 | 2 |
| Plumbing | 16006 | Waterworks | 05-13729-90896 | (HNPB10) Henry Pressure Balance Control Valve Trim with Metal Lever Handle in Unlacquered Brass | $858.75 | 1 |
| Plumbing | 16015 | Waterworks | 07-47796-03099 | (HNLS60) Henry Wall Mounted Lavatory Faucet with Cross Handles | $990.00 | 1 |