**RAINES FELDMAN LITTRELL LLP**
Hamid R. Rafatjoo (SBN 181564)
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Tel: 310.440.4100
Email: hrafatjoo@raineslaw.com

David S. Forsh (*pro hac vice*)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Tel: 917.790.7109
Email: dforsh@raineslaw.com

*Counsel for Lombardi Construction, Inc.
and Chris Sznewajs*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 24-01376-CL7 |
| PIRCH, INC., | Chapter 7 |
| Debtor. | **LIMITED OBJECTION OF LOMBARDI CONSTRUCTION, INC. AND CHRIS SZNEWAJS TO THE MOTIONS OF SUB-ZERO GROUP WEST, INC. FOR RELIEF FROM THE AUTOMATIC STAY AND TO ALLOW CREDIT BIDDING** |
| | Judge: Hon. Christopher B. Latham |
| | Date:  June 28, 2024<br>Time:  11:00 a.m. (PT)<br>Place:  U.S. Bankruptcy Court<br>           Department 1<br>           325 West F Street<br>           San Diego, CA 92101 |

10218641.1

Lombardi Construction, Inc. and Chris Sznewajs (together, "**Claimants**") hereby submit this limited objection to the motions of Sub-Zero Group West, Inc. ("**Sub-Zero**") for relief from the automatic stay [Docket No. 89] and to allow a credit bid [Docket No. 101], and respectfully state as follows:

## ARGUMENT

1. Pirch, Inc. ("**Pirch**" or the "**Debtor**") was a seller of high end, custom-ordered home appliances and fixtures in Southern California. Pirch did not carry inventory for general sale, but only products expressly ordered by and for specific customers. As of the commencement of this case, Pirch was in possession of the Trust Property,[1] which products had been specifically ordered by Claimants, had been fully paid for by Claimants, and were being held specifically for delivery to Claimants.

2. For the reasons set forth in the Sale Objection and the Adversary Proceeding, all Trust Property is subject to a resulting trust in favor of Claimants and therefore was not property of Pirch and is not property of the estate. Accordingly, such property is not subject to Sub-Zero's security interest and should not be subject to any stay relief granted to or credit bidding allowed to Sub-Zero.

3. The Inventory List filed on May 24, 2024 shows 9 products matching the Trust Property that may be at issue with the relief requested by Sub-Zero. A list of such products is attached hereto as **Exhibit 1**.

---

[1] Capitalized terms used and not defined herein have the meaning ascribed in the *Objection of Lombardi Construction, Inc. and Chris Sznewajs to the Trustee's Motion to (1) Approve Auction Procedures and (2) Sell Personal Property Pursuant to 11 U.S.C. Section 363, Free and Clear of Claims and Interests* (the "**Sale Objection**"), filed contemporaneously herewith and with all information therein incorporated herein by reference.

1

## CONCLUSION

For the foregoing reasons, Claimants respectfully request that the Court deny the relief requested by Sub-Zero with respect to the Trust Property.

Dated: June 7, 2024                **RAINES FELDMAN LITTRELL LLP**

*/s/ Hamid R. Rafatjoo*
Hamid R. Rafatjoo (SBN 181564)
David S. Forsh (*pro hac vice*)

*Counsel for Lombardi Construction, Inc. and Chris Sznewajs*

# EXHIBIT 1

| ITEM NO. | BRAND | CODE | DESCRIPTION | CHARGE |
|---|---|---|---|---|
| 1002 | Sub-Zero | DEU2450BG/L | 24" Designer Undercounter Beverage Center - Panel Ready - Left Hinge | $2,849.00 |
| 1003 | Sub-Zero | DEU2450W/R | 24" Designer Undercounter Wine Storage - Panel Ready - Right Hinge | $4,009.00 |
| 2007 | Sub-Zero | DET3650CIID/R | 36" INTEGRATED TALL COMBO FRIDGE W/ DISP & FREEZER DRAWERS, RIGHT-HINGE- PANEL READY | $10,549.00 |
| 3004 | Wolf | MS24 | 24" STANDARD MICROWAVE OVEN | $859.00 |
| 3007 | Wolf | MS24 | 24" STANDARD MICROWAVE OVEN | $859.00 |
| 3007 | Wolf | WWD30 | Warming Drawer - requires panel | $2,259.00 |
| 3009 | Wolf | MS24 | 24" STANDARD MICROWAVE OVEN | $859.00 |
| 7002 | Wolf | MS24 | 24" STANDARD MICROWAVE OVEN | $859.00 |
| 11001 | Sub-Zero | DEU2450RO/R | 24" Undercounter Refrigerator Panel Ready - Right Hinge | $3,509.00 |