Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  ChristinB@flgsd.com

Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>　　　　　Debtor. | Case No.: 24-01376-CL7<br><br>**TRUSTEE'S REPLY TO FIRST FINANCIAL HOLDINGS, LLC'S OMNIBUS LIMITED OBJECTION TO TRUSTEE'S MOTIONS TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL <u>PERSONAL PROPERTY</u> PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; AND (1) APPROVE AUCTION PROCEDURES; AND (2) SELL <u>LEASEHOLD INTERESTS</u> AND RELATED PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**<br><br>Date:　　June 28, 2024<br>Time:　　10:30 a.m.<br>Dept:　　One (1)<br>Honorable Christopher B. Latham |

　　　　LESLIE T. GLADSTONE, the chapter 7 trustee (the "**Trustee**"), submits this Reply to First Financial Holdings, LLC's Omnibus Limited Objection to Trustee's Motions to (1) Approve Auction Procedures; and (2) Sell <u>Personal Property</u> Pursuant to 11 U.S.C. § 363, Free and Clear of Liens, Claims, and Interests; and (1) Approve Auction Procedures; and (2) Sell <u>Leasehold Interests</u> and Related Personal Property Pursuant to 11 U.S.C. § 363, Free and Clear

of Liens, Claims, and Interests (the "**Objection**").  This Reply is supported by the Declaration of Leslie T. Gladstone ("**Gladstone Dec.**") and the record before the Court.

First Financial Holdings, LLC ("**Equipment Lessor**") agreed to lease to Debtor 13 forklifts and order pickers.  (Objection, at 2)  The Trustee appreciates Equipment Lessor's concerns about this equipment and expressly excluded from property of the bankruptcy estate any property that Debtor leases under and equipment or similar lease.

The Trustee agrees that Equipment Lessor's equipment is not property of the estate and will not be sold in the auction described in the Trustee's motion to sell personal property.

The Trustee has notified her auctioneer of Equipment Lessor's interest in the forklifts and pickers listed in Equipment Lessor's Objection.  As soon as the auctioneer's employment is approved and auctioneer is onsite at the Distribution Centers, auctioneer will locate the equipment and provide information regarding when the equipment is no longer needed and may be picked up by Equipment Lessor.

## **CONCLUSION**

The Trustee agrees that the order approving the Trustee's motion to sell personal property will contain language that the Trustee shall not sell any forklifts or order pickers.

Respectfully submitted,

Dated: June 12, 2024                FINANCIAL LAW GROUP

By:   /s/ Christin A. Batt
        Christin A. Batt, Esq.
        Proposed Attorneys for Leslie T. Gladstone, Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037