Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>　　　　　Debtor. | Case No.: 24-01376-CL7<br><br>**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S REPLY TO FIRST FINANCIAL HOLDINGS, LLC'S OMNIBUS LIMITED OBJECTION TO TRUSTEE'S MOTIONS TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL <u>PERSONAL PROPERTY</u> PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; AND (1) APPROVE AUCTION PROCEDURES; AND (2) SELL <u>LEASEHOLD INTERESTS</u> AND RELATED PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**<br><br>Date:　　　June 28, 2024<br>Time:　　　10:30 a.m.<br>Dept:　　　One (1)<br>Honorable Christopher B. Latham |

I, LESLIE T. GLADSTONE, declare:

　　　1.　　I am the chapter 7 trustee for the bankruptcy estate of Pirch, Inc. ("**Debtor**"). All the information contained herein is within my personal knowledge, except for those matters

1  alleged on information and belief and as to those matters I believe them to be true.  If called as a
2  witness, I could competently testify thereto.
3    2.  According to its Objection, First Financial Holdings, LLC ("**Equipment**
4  **Lessor**") agreed to lease to Debtor 13 forklifts and order pickers.  (Objection, at 2)  I appreciate
5  Equipment Lessor's concerns about this equipment and expressly excluded from property of the
6  bankruptcy estate any property that Debtor leases under and equipment or similar lease.
7    3.  I agree that Equipment Lessor's equipment is not property of the estate and will
8  not be sold in the auction described in my motion to sell personal property.
9    4.  My counsel notified my auctioneer of Equipment Lessor's interest in the forklifts
10 and pickers listed in Equipment Lessor's Objection.  As soon as the auctioneer's employment is
11 approved and auctioneer is onsite at the Distribution Centers, auctioneer will locate the
12 equipment and provide information regarding when the equipment is no longer needed and may
13 be picked up by Equipment Lessor.
14   I declare under penalty of perjury that the foregoing is true and correct.
15   Executed on June 12, 2024.

            /s/ Leslie T. Gladstone
            Leslie T. Gladstone

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE PIRCH, INC.       2    GLADSTONE DECLARATION RE TRUSTEE'S REPLY TO
CASE NO. 24-01376-CL7         FIRST FINANCIAL HOLDINGS, LLC'S OMNIBUS OBJECTION