1   ANTHONY J. NAPOLITANO (SBN: 227691)
        anapolitano@buchalter.com
2   BUCHALTER, a Professional Corporation
    1000 Wilshire Boulevard, Suite 1500
3   Los Angeles, California 90017-1730
    Telephone: (213) 891-0700
4   Facsimile: (213) 896-0400

5   DENISE FIELD (SBN: 227691)
        dfield@buchalter.com
6   BUCHALTER, a Professional Corporation
    425 Market Street, Suite 2900
7   San Francisco, California 94105
    Telephone: (415) 227-0900
8   Facsimile: (415) 227-0770

9   Attorneys for secured creditor
    SUB-ZERO GROUP, INC.

10

11              **UNITED STATES BANKRUPTCY COURT**

12              **SOUTHERN DISTRICT OF CALIFORNIA**

13

14  In re                          Case No. 24-01376-CL7

15  PIRCH, INC.,                   Chapter 7

16                                 RS No. BPC-001

17              Debtor.            **REQUEST FOR JUDICIAL NOTICE IN
                                   SUPPORT OF SUB-ZERO GROUP'S
18                                 OMNIBUS REPLY TO THE OPPOSITIONS
                                   TO SUB-ZERO GROUP'S MOTION FOR
19                                 RELIEF FROM THE AUTOMATIC STAY**

20                                 [Reply and Declaration of Anthony Napolitano
                                   concurrently filed.]

21                                 **Hearing:**
                                   Date:      June 28, 2024
22                                 Time:      10:30 a.m. PDT
                                   Place:     U.S. Bankruptcy Court
23                                            Department 1
                                              325 West F Street
24                                            San Diego, California 92101
                                   Judge:     Hon. Christopher B. Latham
25

26

27

28

BN 82623478v1

**TO THE HONORABLE CHRISTOPHER B. LATHAM, U.S. BANKRUPTCY JUDGE, THE DEBTOR, THE CHAPTER 7 TRUSTEE, AND ALL INTERESTED PARTIES:**

Sub-Zero Group, Inc., a Wisconsin corporation, as successor by merger to Sub-Zero Group West, Inc., a California corporation, doing business as Sub-Zero Group West ("Sub-Zero"), secured creditor of debtor Pirch, Inc. (the "Debtor"), respectfully requests that this Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following documents in support of Sub-Zero's *Omnibus Reply to the Oppositions to Sub-Zero's Motion for Relief from the Automatic Stay*:

1.  The **Emergency Motion for Order Establishing Notice Procedures** filed by Leslie T. Gladstone, as chapter 7 trustee, on May 21, 2024 as Docket No. 80 in the above-captioned bankruptcy case, a true and complete copy of which obtained from PACER is attached hereto as **Exhibit 1**;

2.  The **Order on Emergency Motion for Order Establishing Notice Procedures** entered on May 23, 2024 as Docket No. 86 in the above-captioned bankruptcy case, a true and complete copy of which obtained from PACER is attached hereto as **Exhibit 2**;

3.  The **Proof of Service** for **the Motion for Relief from the Automatic Stay** and the **Motion to Allow Secured Claim and to Establish Right to Credit Bid** filed by Sub-Zero on May 24, 2024 as Docket No. 105 in the above-captioned bankruptcy case, a true and complete copy of which obtained from PACER is attached hereto as **Exhibit 3**; and

4.  The **Notice of Non-Consent to Use of Cash Collateral by Secured Creditor Sub Zero Group, Inc.** filed by Sub-Zero on June 7, 2024 as Docket No. 191 in the above-captioned bankruptcy case, a true and complete copy of which obtained from PACER is attached hereto as **Exhibit 4**.

The above-referenced documents are properly the subject of judicial notice pursuant to Federal Rule of Evidence 201, which provides that a court may take judicial notice of facts "not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Further, it is generally accepted that a bankruptcy judge may take judicial notice of the bankruptcy court's records.  "It is not error . . . for a court to take judicial notice of related proceedings and records in cases before that court." *State of Florida v. Charley Toppino & Sons, Inc.*, 514 F.2d 700, 704 (5th Cir. 1975); *see also In re*

*Earl*, 140 B.R. 728, 730 (Bankr. N.D. Ind. 1992) (finding that judicial notice of four related bankruptcy cases of Debtor was proper).

Additionally, "[a]court may take judicial notice of a document filed in another court 'not for the truth of the matters asserted in the other litigation, but rather to establish the fact of such litigation and related filings.'" *Kramer v. Time Warner Inc.*, 937 F.2d 767, 774 (2d Cir. 1991) (citing *United States ex rel. Geisler v. Walters*, 510 F.2d 887, 890 n. 4 (3d Cir. 1975)).

Based on the foregoing, Sub-Zero respectfully requests that this Court take judicial notice of the documents attached hereto as Exhibits 1 through 4.

DATED: June 14, 2024                    BUCHALTER, A Professional Corporation

                                        By:    */s/ Anthony J. Napolitano*
                                        ANTHONY J. NAPOLITANO

                                        Attorneys for secured creditor
                                        SUB-ZERO GROUP WEST, INC.

BN 82623478v1

2

# EXHIBIT 1

1  Leslie T. Gladstone, Esq. (SBN 144615)
2  Christin A. Batt, Esq. (SBN 222584)
   FINANCIAL LAW GROUP
3  5656 La Jolla Blvd.
   La Jolla, CA 92037
4  Telephone: (858) 454-9887
   Facsimile: (858) 454-9596
5  E-mail: ChristinB@flgsd.com

6  Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

7              UNITED STATES BANKRUPTCY COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9
   In re:                                Case No.: 24-01376-CL7
10
   PIRCH, INC.,                          ***EMERGENCY* MOTION FOR ORDER**
11                                       **ESTABLISHING NOTICE**
                                         **PROCEDURES**
12
              Debtor.                    Dept:        One (1)
13                                       Honorable Christopher B. Latham
14

15

16        LESLIE T. GLADSTONE, the chapter 7 trustee (the "**Trustee**") of the bankruptcy

17  estate of Pirch, Inc. ("**Debtor**"), hereby requests on an emergency basis that the Court enter an

18  order establishing notice procedures for this bankruptcy case. This Emergency Motion is

19  based on the points and authorities herein, the Declaration of Leslie T. Gladstone ("**Gladstone**

20  **Decl**."), filed concurrently herewith, and the record before the Court. [1]

21                              **INTRODUCTION**

22        This bankruptcy case was commenced on April 19, 2024, under chapter 7 of the United

23  States Bankruptcy Code. The Trustee was appointed as chapter 7 trustee on April 22, 2024.

24        The Creditor Matrix for this case lists 4,379 creditors.

25

26  _____
   [1]    The Trustee respectfully requests, pursuant to Rule 201 of the Federal Rules of Evidence,
27  made applicable herein by Rule 9017 of the Federal Rules of Bankruptcy Procedure, that the
   Court take judicial notice of the case docket for the above-captioned case and each of the
28  pleadings and other documents on file in the case.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

Exhibit 1, Page 5

The proposed procedures, described in greater detail below, will streamline the preparation and service of notices in this case, thereby substantially reducing costs to the estate, while facilitating Court review and resolution of matters and ensuring that creditors and interested parties that need notice shall have notice. Without an order regulating the notice procedure in this case, the estate will incur significant and unproductive costs associated with noticing nearly 4,400 entities of the numerous matters arising during this case. The earlier the Trustee is able to implement the notice procedures described below, the greater will be the savings to the estate and its creditors.

If the Court determines that a hearing on this Motion is necessary, the Trustee requests that the Court hold such hearing on an emergency basis.

## BACKGROUND

Debtor is a California corporation that sold luxury home appliances at ten showrooms throughout Southern California. Debtor also operated six distribution centers and one corporate office. The Trustee is informed that Debtor ceased operations in mid to late March 2024.

The Trustee's is working very quickly to sell the estate's personal property and certain unexpired leasehold interests. On or about May 24, 2024, the Trustee expects to serve notices of two motions (motion to sell personal property and motion to assume and assign certain leases) on all creditors. These motions are scheduled to be heard on June 24, 2024. The Trustee requests that an Order granting this Emergency Motion be entered in time for the Trustee to serve notice of such Order on all creditors at the same time as the notice of the two motions.

## PROPOSED NOTICE PROCEDURES

Rule[2] 2002(a) provides that, unless otherwise ordered under Rules 2002(h), (i), (*l*), (p), or (q), notice of specified matters must be provided to all creditors. Other provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure state that notice of specified

---

[2] The term "Rule" used herein refers to the applicable rule of the Federal Rules of Bankruptcy Procedure.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

1   matters must be given only to designated entities that are entitled to notice and to any other

2   entities that the Court may direct.

3          It would be impractical and would impose an enormous administrative and economic

4   burden upon the estate if the Trustee were required to mail notices of every matter in this case

5   to all 4,379 entities listed on Debtor's creditor matrix, many of whom may have been added

6   only out of an abundance of caution and may have minimal claims against the estate.

7   Accordingly, as permitted by Rule 2002(m), the Trustee proposes that the Court enter an order

8   that, to the extent allowed, limits the parties upon whom the Trustee must serve notices in this

9   case.  This order should also designate the manner of service regarding all matters of which the

10  Bankruptcy Code and the Federal Rules of Bankruptcy Procedure authorize the Court to

11  designate the manner of service, including matters subject to Rules 2002, 4001, 6004, 6006, or

12  6007.

13         Specifically, the Trustee proposes that notices regarding all matters or proceedings,

14  other than the matters or proceedings referred to in Rules 2002(a)(l), (a)(4), and (a)(7) and (f),

15  need be served only upon the following parties.

16      1.      The Office of the United States Trustee at the following address:
                    Office of the U.S. Trustee
17                  880 Front Street, Suite 3230
                    San Diego, CA 92101
18

19      2.      Debtor's counsel at the following address:
                    K. Todd Curry, Esq.
20                  CURRY ADVISORS, A Prof. Law Corp.
                    185 West F. Street
21                  Suite 100
                    San Diego, CA  92101
22

23      3.      All secured creditors listed in Debtor's Schedule D;

24      4.      The Internal Revenue Service and the California Franchise Tax Board;

25      5.      Debtor's creditors holding the 20 largest unsecured claims in the case;

26      6.      Any creditor or interested party that files a request for special notice with the

27              Court and properly serve that request on Trustee's counsel; and

28

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

7.      Any entity against whom direct relief is sought, such as the non-debtor party to an executory contract or unexpired lease that is being assumed or rejected or entities asserting interest in property being sold.

Any of the entities listed above may request that notices be sent to a different address by both filing a request for change of address with the Court and properly serving that request on the Trustee's counsel.  Similarly, counsel for any of the entities listed above, if other counsel is substituted in their place, may report the substitution and request that notice be sent to the new counsel by both filing a request for address change with the Court and properly serving that request on the Trustee's counsel.  Unless otherwise required by either Rule 7004(h) or by an order of this Court, all notices in this case may be provided by first-class mail or by e-mail with consent of the party to be served.

Unless otherwise ordered by the Court, the limitation on notice proposed by this Motion does not apply to the matters or proceedings referred to in Rules 2002(a)(l), (a)(4), and (a)(7) and (f).  These matters or proceedings must be noticed in accordance with the Federal Rules of Bankruptcy Procedure.

The Trustee will notify all known creditors that, unless a creditor or an interested party files and serves a request for special notice following the procedures set forth above, the creditor or interested party will only be provided with copies of those court filings that are required to be served on all creditors under Rules 2002(a)(l), (a)(4), and (a)(7) and (f).

To provide additional information to creditors, the Trustee has established a website at https://pages.trustesolutions.com/TrusteeGladstone to provide up-to-date information about the bankruptcy case, including information about filing a proof of claim, and a dedicated phone line at (858) 247-0750 extension 201 for creditor questions.

Approval of the notice procedures proposed by the Trustee is well within the Court's authority.   Furthermore, these notice procedures will minimize administrative burdens in this case without diminishing creditor participation.

/ / /

/ / /

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

# DISCUSSION

**A.    The Court Is Authorized to Regulate Notice Requirements.**

The Bankruptcy Code and Federal Rules of Bankruptcy Procedure authorize the Court to regulate notice requirements.  First, the Bankruptcy Code defines "after notice and a hearing" as after such notice and opportunity for hearing "as is appropriate in the particular circumstances."  11 U.S.C. § 102(1).  This definition is "flexible and sensitive to context."  *In re Rosson*, 545 F.3d 764, 775 (9th Cir. 2008) (quoting *Law Offices of David A. Boone v. Derham-Burk (In re Eliapo),* 468 F.3d 592, 603 (9th Cir. 2006)).  Second, Rule 9007 grants the Court general authority to regulate notices.  And, Rule 2002(m) provides the Court discretion to enter orders regulating notice and provides that the Court may designate the scope, form, and manner of notices except as otherwise provided under the Rules.

The notice procedures requested by the Trustee are especially appropriate in cases of this type, where providing notice of every matter to nearly 4,400 creditors and parties in interest would be unjustly burdensome and uneconomical.  The minimal benefit to creditors to be informed of every matter in this case is severely outweighed by the enormous administrative cost to the estate.  The notice procedures proposed by the Trustee will ensure that creditors actually and potentially affected by a matter will receive notice as well as all creditors and interested parties that request special notice.

**B.    These Notice Procedures Will Not Diminish Creditor Participation in this Case.**

As permitted by Bankruptcy Rules 2002(m), 7004(h)(2), and 7004(h)(3), the Trustee proposes to (1) limit notice, (2) designate the parties upon which notice must be served, and (3) established the manner of service with respect to all matters for which the Bankruptcy Code and the Rules authorize the Court to designate or limit the parties entitled to notice and the manner of service, including matters subject to Bankruptcy Rules 2002, 4001, 6004, 6006, or 6007.

The Trustee believes it is necessary and appropriate and in the best interests of the estate to adopt the proposed notice procedures.   Providing notice of all matters in this case to numerous creditors and parties in interest would substantially delay the provision of notices in

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California  92037

1  this case, place a significant and unproductive administrative burden on the Trustee and the

2  estate, and impede the consummation of transactions, negotiation of settlements, or the

3  granting of other relief that may be advantageous to the estate and its creditors.  In addition,

4  unnecessarily providing notice to all creditors will actually delay service to those parties who

5  desire notice.

6       The requested relief will reduce the burden, complication, delay, and cost to the estate

7  associated with administering this case and providing notice of proceedings.  The Trustee's

8  proposed noticing procedure is within the Court's authority to regulate notices and will

9  mitigate the administrative burden that would otherwise be imposed upon the estate while

10  ensuring that creditors needing or desiring notice shall have notice.

11                                    **NOTICE**

12       Given the emergency nature of this Motion, the Trustee has obtained consent to serve

13  this Motion by e-mail on the following entities:  the United States Trustee and Debtor and its

14  counsel.  Notice of the Motion will also be served by first-class mail to creditors and/or

15  interested parties that have filed requests for special notice in this case.  Because of the nature

16  of the relief requested in this Motion, the Trustee submits that no other notice need be given.

17       In obtaining consent to serve notice of this Motion by e-mail, the Trustee's counsel

18  personally contacted the U.S. Trustee's Office and Debtor's counsel.  Both, Ms. Hong, on

19  behalf of the U.S. Trustee's Office, and Mr. Curry, on behalf of the Debtor, consented to e-

20  mail service and expressed support for the relief requested in the Motion.

21                                  **CONCLUSION**

22       Accordingly, the Trustee respectfully requests entry of an order granting the relief

23  requested herein, substantially in the form and substance set forth in Exhibit A, attached hereto

24  and incorporated herein by reference.  Alternatively, should the Court require a hearing on this

25  matter, the Trustee requests that the Court shorten time for notice of the hearing.

26  / / /

27  / / /

28  / / /

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE PIRCH, INC.                          6        *EMERGENCY* MOTION FOR ORDER
CASE NO. 24-01376-CL7                              ESTABLISHING NOTICE PROCEDURES

The Trustee requests such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated:  May 21, 2024                    FINANCIAL LAW GROUP


By:    /s/ Christin A. Batt
       Christin A. Batt, Esq.
       Proposed Attorneys for Leslie T. Gladstone,
       Trustee

Financial Law Group
5656 La Jolla Boulevard
La Jolla, California 92037

# Exhibit A

# Exhibit A

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile (858) 454-9596
Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

PIRCH, INC.

Debtor.

BANKRUPTCY NO. 24-01376-CL7

Date of Hearing:
Time of Hearing:
Name of Judge: CHRISTOPHER B. LATHAM

## ORDER ON
**EMERGENCY MOTION FOR ORDER ESTABLISHING NOTICE PROCEDURES**

The court orders as set forth on the continuation pages attached and numbered <u>2</u>  through <u>2</u> with exhibits, if any,

for a total of 2 pages.  Motion/Application Docket Entry No.          .

//

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

Exhibit 1, Page 13

ORDER ON EMERGENCY MOTION FOR ORDER ESTABLISHING NOTICE PROCEDURES
DEBTOR: PIRCH, INC.                                                      CASE NO: 24-01376-CL7

---

Leslie T. Gladstone, chapter 7 trustee (the "**Trustee**") of the estate of Pirch, Inc. ("**Debtor**"), having properly filed and provided adequate notice of her Emergency Motion for Order Establishing Notice Procedures ("**Motion**"), the Court having read and considered the Motion and the Declaration of Leslie T. Gladstone filed in support of the Motion, the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested, and it appearing that such relief is in the best interests of the estate, and after due deliberation and sufficient good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED;

2. Without limiting the generality of the relief granted above, it is further and specifically ordered that notices regarding all matters or proceedings other than the matters or proceedings referred to in Rules 2002(a)(l), (a)(4), and (a)(7) and (f) of the Federal Rules of Bankruptcy Procedure, need be served only upon the following parties.

   (a) The Office of the United States Trustee at the following address:
   Office of the U.S. Trustee
   880 Front Street, Suite 3230
   San Diego, CA 92101

   (b) Debtor's counsel at the following address:

   K. Todd Curry, Esq.
   CURRY ADVISORS, A Prof. Law Corp.
   185 West F Street, Suite 101
   San Diego, CA 92101

   (c) All secured creditors;

   (d) The Internal Revenue Service and the California Franchise Tax Board;

   (e) Debtor's creditors holding the 20 largest unsecured claims in the case;

   (f) Any creditor or interested party that files a request for special notice with the Court and properly serve that request on Trustee's counsel; and

   (g) Any entity against whom direct relief is sought, such as the non-debtor party to an executory contract or unexpired lease that is being assumed or rejected or entities asserting interest in property being sold.

3. Without limiting the generality of the relief granted above, it is further and specifically ordered, that any of the entities listed above may request that notices be sent to a different address by both filing a request for change of address with the Court and properly serving that request on Trustee's counsel. Similarly, counsel for any of the entities listed above, if other counsel is substituted in their place, may report the substitution and request that notice be sent to the new counsel by both filing a request for address change with the Court and properly serving that request on Trustee's counsel. Unless otherwise required by either Rule 7004(h) of the Federal Rules of Bankruptcy Procedure or by an Order of this Court, all notices in this case may be provided first-class mail or by e-mail with consent of the party to be served.

4. Without limiting the generality of the relief granted above, it is further and specifically ordered, unless otherwise ordered by the Court, the limitation on notice proposed by this Motion does not apply to the matters or proceedings referred to in Rules 2002(a)(l), (a)(4), and (a)(7) and (f) of the Federal Rules of Bankruptcy Procedure. These matters or proceedings must be noticed in accordance with the Federal Rules of Bankruptcy Procedure.

5. Without limiting the generality of the relief granted above, it is further and specifically ordered, that the Trustee shall, within five business days from the date this Order is entered, notify all known creditors that, unless a creditor or an interested party files and serves a request for special notice following the procedures set forth above, the creditor or interested party will only be provided with copies of those Court filings that are required to be served on all creditors under Rules 2002(a)(l), (a)(4), and (a)(7) and (f) of the Federal Rules of Bankruptcy Procedure.

**IT IS SO ORDERED**.

CSD 1001A

Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 24-01376-CL7 |
|---|---|
| PIRCH, INC., | **DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF _EMERGENCY_ MOTION FOR ORDER ESTABLISHING NOTICE PROCEDURES** |
| Debtor. | Dept:       One (1)<br>Honorable Christopher B. Latham |

I, LESLIE T. GLADSTONE, declare:

1.      I am the chapter 7 trustee for the bankruptcy estate of Pirch, Inc. ("**Debtor**"). All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true. If called as a witness, I could competently testify thereto.

2.      I offer this Declaration in support of my Emergency Motion for Order Establishing Notice Procedures (the "**Motion**").

3.      This bankruptcy case was commenced on April 19, 2024, under chapter 7 of the United States Bankruptcy Code. I was appointed as chapter 7 trustee on April 22, 2024.

4.      At this time, the Creditor Matrix for this case lists 4,287 creditors.

5.      The proposed procedures, described in the Motion, will streamline the preparation and service of notices in this case, thereby substantially reducing costs to the estate,

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

1    while facilitating Court review and resolution of matters and ensuring that creditors and

2    interested parties that need notice shall have notice.  Without an order regulating the notice

3    procedure in this case, the estate will incur significant and unproductive costs associated with

4    noticing nearly 4,300 entities of the numerous matters arising during this case.  The earlier I am

5    able to implement the proposed notice procedures, the greater will be the savings to the estate

6    and its creditors.

7         6.    I am informed and believe that Debtor is a California corporation that sold

8    luxury home appliances at ten retail showrooms throughout Southern California.  I am further

9    informed and believe that Debtor also operated six distribution centers and a corporate office.

10        7.    I am informed and believe that Debtor ceased operations in mid to late March

11   2024.

12        8.    I am working very quickly to sell the estate's personal property and certain

13   unexpired leasehold interests.  On or about May 24, 2024, I expect to serve notices of two

14   motions (motion to sell personal property and motion to assume and assign certain leases) on all

15   creditors.  These motions are scheduled for hearings on June 24, 2024.  I request that an Order

16   granting this Emergency Motion be entered in time for me to serve notice of such Order on all

17   creditors at the same time as the notice of the two motions.

18        9.    To provide additional information to creditors, I have established a website at

19   https://pages.trustesolutions.com/TrusteeGladstone to provide up-to-date information about the

20   bankruptcy case, including information about filing a proof of claim, and a dedicated phone line

21   at (858) 247-0750 extension 201 for creditor questions.

22        I declare under penalty of perjury that the foregoing is true and

23        correct. Executed on May 21, 2024, at La Jolla, California.

24

25                              _____/s/ Leslie T. Gladstone_____
                               Leslie T. Gladstone

26

27

28

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California  92037

1  Leslie T. Gladstone, Esq.  (SBN 144615)
   Christin A. Batt, Esq.  (SBN 222584)
2  FINANCIAL LAW GROUP
3  5656 La Jolla Blvd.
   La Jolla, CA 92037
4  Telephone:  (858) 454-9887
   Facsimile:  (858) 454-9596
5  E-mail:  ChristinB@flgsd.com

6  Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

7             UNITED STATES BANKRUPTCY COURT

8             SOUTHERN DISTRICT OF CALIFORNIA

9

10  In re:                                   Case No.:  24-01376-CL7

11  PIRCH, INC.,                             **DECLARATION OF CHRISTIN A. BATT
                                             IN SUPPORT OF *EMERGENCY* MOTION
12                                           FOR ORDER ESTABLISHING NOTICE
                                             PROCEDURES**
13             Debtor.
                                             Dept:        One (1)
14                                           Honorable Christopher B. Latham

15

16

17  I, CHRISTIN A. BATT, declare:

18         1.     I am an attorney representing Leslie T. Gladstone, the chapter 7 trustee (the

19  "**Trustee**") for the bankruptcy estate of Pirch, Inc. ("**Debtor**").  All the information contained

20  herein is within my personal knowledge, except for those matters alleged on information and

21  belief and as to those matters I believe them to be true.  If called as a witness, I could

22  competently testify thereto.

23         2.     I offer this Declaration in support of the Trustee's Emergency Motion for Order

24  Establishing Notice Procedures (the "**Motion**").

25         3.     On May 21, 2024, I left a voicemail for, and sent an e-mail to, Haeji Hong at the

26  U.S. Trustee's Office describing the emergency Motion and requesting a response regarding

27  whether the U.S. Trustee's Office would have any opposition.  Ms. Hong responded by e-mail,

28  consenting to e-mail service and expressing support for the relief requested in the Motion.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

4.      On May 21, 2024, I also left a voicemail for, and sent an e-mail to, K. Todd Curry, counsel for the Debtor, describing the emergency Motion and requesting a response regarding whether the Debtor would have any opposition.  Mr. Curry responded by e-mail, consenting to e-mail service and stating that the Debtor will not oppose this relief and actually supports it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2024, at La Jolla, California.

/s/ Christin A. Batt
Christin A. Batt

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

# PROOF OF SERVICE

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **May 21, 2024,** I served a true and correct copy of the following document(s):

*EMERGENCY* **MOTION FOR ORDER ESTABLISHING NOTICE PROCEDURES**

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF *EMERGENCY* MOTION FOR ORDER ESTABLISHING NOTICE PROCEDURES**

**DECLARATION OF CHRISTIN A. BATT IN SUPPORT OF *EMERGENCY* MOTION FOR ORDER ESTABLISHING NOTICE PROCEDURES**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, May 21, 2024, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **Kyra E. Andrassy, Special Notice Attorney for Top Brand Appliances, Inc.** kandrassy@raineslaw.com, jfisher@raineslaw.com
- **Everett G. Barry, Special Notice Attorney for Creditor 2075 Seaview, LLC** Everett.Barry@dinsmore.com, katherine.hemphill@dinsmore.com
- **Christin A. Batt, Attorney for Trustee** christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **George B. Blackmar, Special Attorney for UTC Venture LLC** gblackmar@bpslaw.net
- **K. Todd Curry, Attorney for Debtor** tcurry@currylegal.com
- **Judith A. Descalso, Attorney for Creditors Roger Stadler and Tamara Stadler** jad@jdescalso.com, jad_9193@ecf.courtdrive.com;descalso.judithb129618@notify.bestcase.com
- **Leslie T. Gladstone, Chapter 7 Trustee** candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;janetg@flgsd.com
- **Ivan M. Gold, Attorney for Glendale Mall II Associates, LLC** igold@allenmatkins.com
- **Eric D. Goldberg, Special Notice Attorney for CSHV Santa Fe Corporate Center LLC** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Barbara R. Gross, Attorney for Barbara R. Gross** barbara@bgross.law, cbrg11@trustesolutions.net
- **Barbara R. Gross** barbara@bgross.law
- **James P. Hill, Special Notice Attorney for Redux LLC, Elizabeth A. Ostoich and Mark A. Ostoich** HILL@SULLIVANHILL.COM, hawkins@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
- **Haeji Hong, Special Notice Attorney for U.S. Trustee's Office** Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Elsa Monica Horowitz, Special Notice Attorney for TSD Corporation dba Warwick Group, Inc.** ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- **Gregory K. Jones, Special Attorney for Pure Salt Interiors, Inc.** gjones@sycr.com, smjohnson@stradlinglaw.com
- **Eileen Keusseyan, Special Notice Attorney for Derek Stone; Lauren Stone** ek@keosianlaw.com

- **Dean T. Kirby, Special Notice Attorney for Montbleau & Associates and AIAbbasi Companies**
  dkirby@fsl.law, jwilson@fsl.law
- **Kerri A Lyman, Special Notice Attorney for American Express Travel Related Services Company, Inc.**   klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com
- **Anthony Napolitano, Special Notice Attorney for Sub-Zero Group, Inc.**
  anapolitano@buchalter.com, marias@buchalter.com
- **Dana S. Plon, Special Notice Attorney for First Industrial L.P.**   dplon@sirlinlaw.com
- **Vincent Renda, Special Notice Attorney for Jacqueline Pierson**   vr@pinlegal.com, ld@pinlegal.com
- **Jeffrey David Rubin, Special Attorney for Hutton Development Company/ Alice Park, LLC**
  jeff@barnettrubin.com
- **Link W. Schrader, Special Notice Attorney for Benito Mora**   lschrader@schrader-law.com
- **Gary Starre, Attorney for Creditor Horwitz & Horwitz LLC**   gastarre@gmail.com
- **Jennifer R. Tullius, Attorney for First Industrial, L.P.**   jtullius@tulliuslaw.com
- **United States Trustee**   ustp.region15@usdoj.gov
- **Johnny White, Special Notice Attonrey for TSD Corp.**   jwhite@wrslawyers.com, jlee@wrslawyers.com
- **Bradley J Yourist, Special Notice Attorney for Creditor Boswell Construction, Inc.**
  byourist@gmail.com
- **Nahal Zarnighian, Special Notice Attorney for CRC SOCO, LLC**   zarnighiann@ballardspahr.com, carolod@ballardspahr.com

All other interested parties in this action that are not a registered ECF User are served as follows:

**X**    **by ELECTRONIC SERVICE** by causing such document(s) to be electronically served on the interested parties and addressed as set forth below.

**Name of person served**: K. Todd Curry, Esq., Attorney for Debtor
**Electronic service addresses**: tcurry@currylegal.com

**Name of person served**: Haeji Hong, Attorney for U.S. Trustee's Office
**Electronic service addresses**: Haeji.Hong@usdoj.gov

        **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

*None*

        I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

        Executed May 21, 2024, at La Jolla, California.

                                    /s/ Sandra Young
                                    Sandra Young

# EXHIBIT 2

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile (858) 454-9596
Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

**Order Entered on**
**May 23, 2024**
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>PIRCH, INC.<br><br>Debtor. | BANKRUPTCY NO. 24-01376-CL7<br><br>Date of Hearing:<br>Time of Hearing:<br>Name of Judge: CHRISTOPHER B. LATHAM |

## ORDER ON
### EMERGENCY MOTION FOR ORDER ESTABLISHING NOTICE PROCEDURES

The court orders as set forth on the continuation pages attached and numbered <u>2</u> through <u>2</u> with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. <u>80</u> .

//

//

//

//

//

//

//

DATED:    May 23, 2024

_____
Judge, United States Bankruptcy Court

ORDER ON EMERGENCY MOTION FOR ORDER ESTABLISHING NOTICE PROCEDURES
DEBTOR: PIRCH, INC.                                                          CASE NO: 24-01376-CL7

---

  Leslie T. Gladstone, chapter 7 trustee (the "**Trustee**") of the estate of Pirch, Inc. ("**Debtor**"), having properly filed and provided adequate notice of her Emergency Motion for Order Establishing Notice Procedures ("**Motion**"), the Court having read and considered the Motion and the Declaration of Leslie T. Gladstone filed in support of the Motion, the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested, and it appearing that such relief is in the best interests of the estate, and after due deliberation and sufficient good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED;

2. Without limiting the generality of the relief granted above, it is further and specifically ordered that notices regarding all matters or proceedings other than the matters or proceedings referred to in Rules 2002(a)(l), (a)(4), and (a)(7) and (f) of the Federal Rules of Bankruptcy Procedure, need be served only upon the following parties.

 (a) The Office of the United States Trustee at the following address:
  Office of the U.S. Trustee
  880 Front Street, Suite 3230
  San Diego, CA 92101

 (b) Debtor's counsel at the following address:
  K. Todd Curry, Esq.
  CURRY ADVISORS, A Prof. Law Corp.
  185 West F Street, Suite 101
  San Diego, CA 92101

 (c) All secured creditors;

 (d) The Internal Revenue Service and the California Franchise Tax Board;

 (e) Debtor's creditors holding the 20 largest unsecured claims in the case;

 (f) Any creditor or interested party that files a request for special notice with the Court and properly serve that request on Trustee's counsel; and

 (g) Any entity against whom direct relief is sought, such as the non-debtor party to an executory contract or unexpired lease that is being assumed or rejected or entities asserting interest in property being sold.

3. Without limiting the generality of the relief granted above, it is further and specifically ordered, that any of the entities listed above may request that notices be sent to a different address by both filing a request for change of address with the Court and properly serving that request on Trustee's counsel. Similarly, counsel for any of the entities listed above, if other counsel is substituted in their place, may report the substitution and request that notice be sent to the new counsel by both filing a request for address change with the Court and properly serving that request on Trustee's counsel. Unless otherwise required by either Rule 7004(h) of the Federal Rules of Bankruptcy Procedure or by an Order of this Court, all notices in this case may be provided first-class mail or by e-mail with consent of the party to be served.

4. Without limiting the generality of the relief granted above, it is further and specifically ordered, unless otherwise ordered by the Court, the limitation on notice proposed by this Motion does not apply to the matters or proceedings referred to in Rules 2002(a)(l), (a)(4), and (a)(7) and (f) of the Federal Rules of Bankruptcy Procedure. These matters or proceedings must be noticed in accordance with the Federal Rules of Bankruptcy Procedure.

5. Without limiting the generality of the relief granted above, it is further and specifically ordered, that the Trustee shall, within five business days from the date this Order is entered, notify all known creditors that, unless a creditor or an interested party files and serves a request for special notice following the procedures set forth above, the creditor or interested party will only be provided with copies of those Court filings that are required to be served on all creditors under Rules 2002(a)(l), (a)(4), and (a)(7) and (f) of the Federal Rules of Bankruptcy Procedure.

**IT IS SO ORDERED**.

CSD 1001A

# Notice Recipients

District/Off: 0974–3               User: Admin.                    Date Created: 5/23/2024

Case: 24–01376–CL7                Form ID: pdfO1                  Total: 4

**Recipients of Notice of Electronic Filing:**
tr      Leslie T. Gladstone          candic@flgsd.com
aty     Christin A. Batt             christinb@flgsd.com
aty     K. Todd Curry                tcurry@currylegal.com

                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      PIRCH, Inc.        1445 Engineer Street        Vista, CA 92081

                                                                        TOTAL: 1

# EXHIBIT 3

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

ANTHONY J. NAPOLITANO (SBN:   227691)
    anapolitano@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA   90017-1730
Telephone: (213) 891-0700
Facsimile:   (213) 896-0400

DENISE H. FIELD (SBN:   111532)
    dfield@buchalter.com
BUCHALTER, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, CA   94105-2491
Telephone: (415) 227-0900
Facsimile:  (415) 227-0770

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>PIRCH, INC.,<br><br>Debtor(s) | BANKRUPTCY NO. 24-01376-CL7 |
| Plaintiff(s) | ADVERSARY NO. |
| v.<br><br>Defendant(s) | |

# PROOF OF SERVICE

I, Margie Arias                         am a resident of the State of California, over the age of 18 years, and not a party to this action.

On  **May 24, 2024**                         , I served the following documents:

SEE ATTACHED LIST.

1.      **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On  **05/24/2024**                 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

SEE ATTACHED.

☒      Chapter 7 Trustee: Leslie T. Gladstone

☒      For Chapter 7, 11, & 12 cases:          ☐  For Chapter 13 cases:

UNITED STATES TRUSTEE                          MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                        mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.      **Served by United States Mail**:

      On **05/24/2024**_____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

  SEE ATTACHED.

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

      Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

      I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  05/24/24_____     Margie Arias    /s/ Margie Arias_____
             (Date)                           (Typed Name and Signature)
                                       Buchalter, A Professional Corporation

                                     1000 Wilshire Blvd., Suite 1500_____
                                       (Address)

                                       Los Angeles, CA   90017_____
                                       (City, State, ZIP Code)

Exhibit 3, Page 27

CSD 3010 [12/01/23]

I served the following documents:

**MOTION FOR RELIEF FROM STAY:**

1)      MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES OF SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY;

2)      NOTICE OF HEARING AND MOTION RE: SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY;

3)      FORM MOTION FOR RELIEF FROM AUTOMATIC STAY (PERSONAL PROPERTY);

4)      DECLARATION OF MARK ZAVRAS IN SUPPORT OF SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY;

5)      DECLARATION OF KELLY CIULLA IN SUPPORT OF SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY;

6)      DECLARATION OF BARRY BREDVIK IN SUPPORT OF SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY;

7)      DECLARATION OF KEENE KOHRT IN SUPPORT OF SUB/ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY;

8)      DECLARATION OF MARK MARSHALL IN SUPPORT OF SUB-ZERO GROUP WEST, INC.'S MOTION FOR RELIEF FROM STAY;

9)      DECLARATION OF ANTHONY J. NAPOLITANO IN SUPPORT OF SUB-ZERO GROUP WES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY;

10)      REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF SUB-ZERO GROUP WEST, INC. FOR RELIEF FROM THE AUTOMATIC STAY;

**MOTION TO ALLOW SECURED CLAIM/CREDIT BID**

11)      SUB-ZERO GROUP WEST, INC.'S MOTION FOR ENTRY OF ORDER DEEMING ALLOWANCE OF SECURED CLAIM AND ESTABLISHING RIGHT TO CREDIT BID;

12)      NOTICE OF HEARING AND MOTION RE: SUB-ZERO GROUP WEST, INC.'S MOTION FOR ALLOWANCE OF SECURED CLAIM AND PERMISSION TO CREDIT BID; and

13)      REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF SUB-ZERO GROUP WEST, INC. FOR ALLOWANCE OF CLAIM AND PERMISSION TO CREDIT BID.

1.      **To Be Served by the Court via Notice of Electronic Filing ("NEF") (Cont'd.):**

- **Christin A. Batt**      christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **George B. Blackmar**      gblackmar@bpslaw.net
- **K. Todd Curry**      tcurry@currylegal.com
- **Judith A. Descalso**      jad@jdescalso.com, jad_9193@ecf.courtdrive.com;descalso.judithb129618@notify.bestcase.com
- **Leslie T. Gladstone**      candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;janetg@flgsd.com
- **Ivan M. Gold**      igold@allenmatkins.com
- **Eric D. Goldberg**      eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Barbara R. Gross**      barbara@bgross.law, cbrg11@trustesolutions.net
- **Barbara R. Gross**      barbara@bgross.law

CSD 3010 [12/01/23]

- **James P. Hill**    HILL@SULLIVANHILL.COM,
  hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cas
  hman-kramer@sullivanhill.com
- **Haeji Hong**    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Elsa Monica Horowitz**    ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- **Gregory K. Jones**    gjones@sycr.com, smjohnson@stradlinglaw.com
- **Eileen Keusseyan**    ek@keosianlaw.com
- **Dean T. Kirby**    dkirby@fsl.law, jwilson@fsl.law
- **Kerri A Lyman**    klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com
- **Anthony Napolitano**    anapolitano@buchalter.com, marias@buchalter.com
- **Dana S. Plon**    dplon@sirlinlaw.com
- **Vincent Renda**    vr@pinlegal.com, ld@pinlegal.com
- **Jeffrey David Rubin**    jeff@barnettrubin.com
- **Link W. Schrader**    lschrader@schrader-law.com
- **Gary Starre**    gastarre@gmail.com
- **Jennifer R. Tullius**    jtullius@tulliuslaw.com
- **United States Trustee**    ustp.region15@usdoj.gov
- **Johnny White**    jwhite@wrslawyers.com, jlee@wrslawyers.com
- **Bradley J Yourist**    byourist@gmail.com
- **Nahal Zarnighian**    zarnighiann@ballardspahr.com, carolod@ballardspahr.com

2.    **Served by United States Mail**:

**Chapter 7 Trustee**
Leslie T. Gladstone
5656 La Jolla Blvd.,
La Jolla, CA 92037

**Counsel to the Trustee**
Christin A. Batt, Esq.
Financial Law Group
5656 La Jolla Blvd.,
La Jolla, CA 92037

**Office of the US Trustee**
Office of the U.S. Trustee
Attn:  Haeji Hong, Esq.
880 Front Street, Suite 3230
San Diego, CA 92101

**Debtor's Counsel**
K. Todd Curry, Esq.
Curry Advisors, A Prof. Law Corp.
185 West F Street, Suite 101
San Diego, CA 92101

**Counsel for CP Fixtures Holding, LLC**
Otterborg, PC
Attn:  Chad Simon, Esq.
230 Park Avenue
New York, NY 10169

**Debtor**
PIRCH, Inc.
1445 Engineer Street
Vista, CA 92081

**Internal Revenue Service**

Exhibit 3, Page 29

CSD 3010 [12/01/23]

Internal Revenue Service
Insolvency Operations Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

**California Franchise Tax Board**
California Franchise Tax Board
Franchise Tax Board Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

**Presiding Judge**
Hon. Christopher B. Latham
Jacob Weinberger US Courthouse
Dept. 1 – Room 218 / Chambers 5
325 West F Street
San Diego, CA   92101

The foregoing documents were served via U.S. Mail on the appended mailing matrix, which includes the addresses of the following categories of parties in interest:   (1) List of Twenty Largest Unsecured Creditors; (2) Secured Creditors from UCC-1 Search; (3) Secured Creditors from Schedule D; (4) Parties Requesting Special Notice; (5) Parties Reflected on Court's Manual Notice List; and (6) List of Interested Parties.   Some of these addresses may be duplicative of the addresses set forth above.

American Express Travel Related Services
Company, Inc.,
200 Vesey Street,
New York, NY  10285-3106

Worldpay, LLC
8500 Governors Hill Dr,
Symmes Twp, OH  45249-1384

TOTO USA, INC.,
1155 Southern Road,
Morrow, GA  30260

VALLEY FAIR UTC LLC,
2049 Century Park East, 41st FL
Los Angeles, CA  90067

GGP/HOMART II LLC
Glendale 1 Mall Associates,
Minneapolis, MN  55486

Decorative Plumbing Distributors
41841 Albrae Street,
Freemont, CA  94538

California Faucets Inc.
5271 Argosy Avenue,
Huntington Beach, CA  92649

Kohler Co
91283 Collections Center Dr,
Chicago, IL  60693-0912

MIDDLEBY RESIDENTIAL
4960 Golden PKWY, BLDG 3A
Buford, GA  30518

Miele
9 Independence Way,
Princeton, GA  8540

VetaTek LLC
1533 Martingale Ct,
Carlsbad, CA  90211

HARTE HANKS INC.
PO Box 679164,
Dallas, TX  75267-9164

General Electric Company
PO Box 743574,
Los Angeles, CA  90074-3574

Penske Truck Leasing Co, LP
2675 MORGANTOWN RD, PO Box 1321
READING, PA  19603

EASTGROUP PROPERTIES INC.
400 W PARKWAY PL., STE. 100
RIDGELAND, MS  39157-6005

The Galley, LLC
12626 S. Memorial Dr.,
Bixby, OK  74008

CenterPoint Properties Trust
1808 Swift Drive,
Oak Brook, IL  60523

Blue Hat LLC
6965 El Camino Real, #105-621
Carlsbad, Ca  92009-4100

Kalamazoo Outdoor Gourmet LLC
810 W Washington Blvd.,
Chicago, IL  60607-2302

Phylrich
1261 Logan Ave,
Costa Mesa, CA  92626-4004

Purcell-Murray, Inc.
185 Park Lane,
Brisbane, CA  94005

Electrolux Home Products, Inc.
10200 David Taylor Drive,
Charlotte, NC  28262

BSH Home Appliance Corporation
1901 Main Street, Suite 600
Irvine, CA  92614

Crown Equipment Corporation
44 S. Washington Street,
New Bremen, OH  45869

Ferguson Enterprises, Inc.
P.O. Box 2778,
Newport News, VA  23609

U.S. Bank Equipment Finance
a division of U.S. Bank National
Association
1310 Madrid Street,
Marshall, MN  56258

Sub-Zero Group West, Inc.
4717 Hammersley Road,
Madison, WI

1

Wells Fargo Vendor Financial Services
LLC
c/o SGLW
11682 El Camino Real #250,
San Diego, CA  92130

CP Fixtures Holdings LLC c/o Catterton
Partners
599 W. Putnam Avenue,
Greenwich, CT  6839

Mode Distributing LLC
4945 E. Hunter Ave,
Anaheim, CA  92807

BFG Corporation
2801 Lakeside Drive Suite 212,
Bannockburn, IL  60015

First Financial Holdings, LLC
750 The City Drive S., Suite 300,
Orange, CA  92868

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road,
Wayne, PA  19087

Bank of the West
1625 W. Fountainhead Pkwy, AZ-FTN-
10C-A
Tempe, AZ  92626

Samsung Electronics America, Inc.
85 Challenger Road,
Ridgefield Park, NJ  7660

Fisher & Paykel Appliances, Inc.
695 Town Center Drive,
Costa Mesa, CA  92626

Tristate Distributors, Inc.
825 F Street, Suite 100
West Sacramento, CA  95605

Cannon Building Services, Inc.
1861 East Miraloma Ave.,
Placentia, CA  92870

Dirt Road, Inc.
2262 Duane Street,
Los Angeles, CA  90039

Purcell-Murray, Inc.
2615 East Belt Line,
Carrollton, TX  75006

Electrolux Home Products, Inc.
Po Box 2638,
Carol Stream, IL  60132

BSH Home Appliances Corporation
1901 Main Street, Suite 600
Irvine, CA  92614

U.S. Bank Equipment Finance, A Division
of U.S. Bank National Association
1310 MADRID ST, STE 100
MARSHALL, MN  56258-4001

Sub-zero Group West, Inc.
15570 N. 83rd Way,
Scottsdale, AZ  85260

CP Fixtures Holdings, LLC
Catterton Partners 599 W. Putnam Ave.,
Greenwich, CT  6839

Mode Distributing LLC
4945 E Hunter Ave,
Anaheim, CA  92807-2058

BFG Corporation
2801 Lakeside Dr Ste 212,
Bannockburn, IL  60015

First Financial Holdings, LLC
750 The City Drive S.,
Orange, CA  92868

De Lage Landen Financial Services
PO BOX 825736,
PHILADELPHIA, PA  19182-5736

Bank of the West
PO BOX 7167,
Pasadena, CA  91109-7167

Samsung Electronics America, Inc.
File 50547,
Los Angeles, CA  90074-0547

Fisher & Paykel Appliances, Inc.
695 Town CTR Dr, #180
Costa Mesa, CA  92626

Tristate Distributors, Inc.
PO Box 3623,
Spokane, WA  99220

Graff Faucets Co
3701 W Burnham St, Ste B
Milwaukee, WI  53215-2056

2

Woodstone
1801 W. Bakerview Rd.,
Bellingham, WA  98226

STEPTOE LLP
STEPHEN J. NEWMAN
2029 Century Park East, Suite 1800
Los Angeles, CA  90067

KERRI A. LYMAN
633 West Fifth Street, Suite 1900
Los Angeles, CA  90071

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin
Frank N. White
171 17th Street NW, Suite 2100
Atlanta, GA  30363

STRADLING YOCCA CARLSON &
RAUTH LLP
Attn: Gregory K. Jones
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA  90067

Franklin Soto Leeds LLP
Dean T. Kirby, Jr., Esq.
444 West C Street, Suite 1750
San Diego, CA  92101

AlAbbasi Companies
Rumzi AlAbbasi
764 Ramona Expressway, Ste. C
Perris, CA  92571

Sirlin Lesser & Benson, P.C.
Dana S. Plon, Esquire
123 South Broad Street, Suite 2100
Philadelphia, PA  19109

Montbleau & Assoc.
555 Raven St.,
San Diego, CA  92101

TSD Corp. d/b/a Warwick Group, Inc. c/o
Wolf, Rifkin, et al.
Attn: Johnny White, Esq.
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA  90064-1582

Barnett & Rubin, APC
Jeffrey D. Rubin, Esq.
5450 Trabuco Road,
Irvine, CA  92620

Keosian Law LLP
4630 Van Nuys Blvd.,
Sherman Oaks, CA  91403

Law Office of Link W. Schrader
Link W. Schrader
P.O. Box 4097,
Tustin, CA  92781

Fennemore LLP
James P. Hill, Esq.
600 B Street, Suite 1700
San Diego, CA  92101

Pinnacle Legal, P.C.
Vincent Renda, Esq.
9565 Waples Street, Suite 200
San Diego, CA  92121

Blackmar, Principe & Schmelter, PC
Attn: George B. Blackmar, Esq.
600 B Street, Suite 2250
San Diego, CA  92101

BALLARD SPAHR LLP
Dustin P. Branch
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915

BALLARD SPAHR LLP
Laurel Roglen
919 N. Market Street, 11th Floor
Wilmington, DE  19801

DLA PIPER LLP (US)
Eric Goldberg, Esq.
2000 Avenue of the Stars, Suite 400 North
Tower
Los Angeles, CA  90067-4735

RAINES FELDMAN LITTRELL LLP
Hamid R. Rafatjoo
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA  90067

RAINES FELDMAN LITTRELL LLP
David S. Forsh
1350 Avenue of the Americas, 22nd Floor
New York, NY  10019

RAINES FELDMAN LITTRELL LLP
Kyra E. Andrassy
3200 Park Center Drive, Suite 250
Costa Mesa, CA  92626

Dinsmore & Shohl LLP
Everett G. Barry, Jr
Jacob R. Bothamley.
655 W. Broadway, Ste. 800
San Diego, CA  92101

United States Trustees Office
880 Front Street, Third Floor, Suite 3230
San Diego, CA  92101

Barbara R. Gross, Attorney at Law
420 Spruce St., Suite B
San Diego, CA  92103

YOURIST LAW CORPORATION, APC
Daniel J. Yourist,/Bradley J. Yourist
10866 Wilshire Blvd., Suite 225
Los Angeles, CA  90024

Horwitz & Horwitz, LLC
c/o Gary A Starre
15760 Ventura Blvd, Ste 801
Encino, CA  91436

3

BTPROP1 LLC
860 Newport Center Drive, Suite 150
Newport Beach, CA  92660-6254

Tim Martin
285 Kavenish Drive,
Rancho Mirage, CA  92270-3228

Julie Mumma
625 S. West End St., #7
Aspen, CO  81611


Leslie T. Gladstone
5656 La Jolla Blvd.,
La Jolla, CA  92037

Christin A. Batt, Esq.
Financial Law Group
5656 La Jolla Blvd.,
La Jolla, CA  92037

Office of the U.S. Trustee
Attn:  Haeji Hong, Esq.
880 Front Street, Suite 3230
San Diego, CA  92101


K. Todd Curry, Esq.
Curry Advisors, A Prof. Law Corp.
185 West F Street, Suite 101
San Diego, CA  92101

Internal Revenue Service
Insolvency Operations Unit
P.O. Box 7346,
Philadelphia, PA  19101-7346

California Franchise Tax Board
Franchise Tax Board Bankruptcy Section,
MS: A-340
P. O. Box 2952,
Sacramento, CA  95812-2952


Otterborg, PC
Attn:  Chad Simon, Esq.
230 Park Avenue,
New York, NY  10169

Goe, Forsythe & Hodges
Attn:  Robert Goe, Esq.
17701 Cowan, Suite 210, Building D
Irvine, CA  92614

PIRCH, Inc.
1445 Engineer Street
Vista, CA 92081


Hon. Christopher B. Latham
Jacob Weinberger US Courthouse
Dept. 1 – Room 218 / Chambers 5
325 West F Street
San Diego, CA  92101

4

Exhibit 3, Page 34

# EXHIBIT 4

1    ANTHONY J. NAPOLITANO (SBN: 227691)
      anapolitano@buchalter.com
2    BUCHALTER, a Professional Corporation
     1000 Wilshire Boulevard, Suite 1500
3    Los Angeles, California  90017-1730
     Telephone:  (213) 891-0700
4    Facsimile:  (213) 896-0400

5    DENISE FIELD (SBN:  227691)
      dfield@buchalter.com
6    BUCHALTER, a Professional Corporation
     425 Market Streeet, Suite 2900
7    San Francisco, California 94105
     Telephone:  (415) 227-0900
8    Facsimile:  (415) 227-0770

9    Attorneys for secured creditor
     SUB-ZERO GROUP, INC.

10

11            **UNITED STATES BANKRUPTCY COURT**

12            **SOUTHERN DISTRICT OF CALIFORNIA**

13

14    In re                              Case No. 24-01376-CL7

15    PIRCH, INC.,                   Chapter 7

16                    Debtor.    **NOTICE OF NON-CONSENT TO USE OF**
17                                    **CASH COLLATERAL BY SECURED**
                                   **CREDITOR SUB ZERO GROUP, INC.**

18                                 [Concurrently filed with Opposition to Trustee's
19                                 Motion to Sell Personal Property Free and Clear
                                and supporting Declaration of Mark Zavras]

20                               **Hearing on Related Sale Motion:**
21                               Date:       June 28, 2024
                              Time:       10:30 a.m. PDT
22                               Place:      U.S. Bankruptcy Court
                                           Department 1
23                                            325 West F Street
                                           San Diego, California 92101
24                               Judge:     Hon. Christopher B. Latham

25

26

27

28

**TO THE HONORABLE CHRISTOPHER B. LATHAM, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE CHAPTER 7 TRUSTEE, HER COUNSEL AND ALL PARTIES IN INTEREST:**

Sub-Zero Group, Inc., a Wisconsin corporation, as successor by merger to Sub-Zero Group West, Inc., a California corporation, doing business as Sub-Zero Group West ("Sub-Zero"), secured creditor of Pirch, Inc., the debtor in the above-captioned chapter 7 bankruptcy case (the "Debtor"), respectfully submits this *Notice of Non-Consent to Use of Cash Collateral* in connection with (i) its concurrently filed opposition [Docket No. 181] (the "Opposition") to the *Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Personal Property Pursuant to 11 U.S.C. § 363, Free and Clear of Liens, Claims, and Interests* [Docket No. 90] (the "Sale Motion") and (ii) its forthcoming opposition to the *Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Leasehold Interests and Related Personal Property Pursuant to 11 U.S.C. § 363, Free and Clear of Liens, Claims, and Interests* [Docket No. 128] (the "Lease Motion") both filed by Leslie T. Gladstone, the chapter 7 trustee appointed in Pirch's bankruptcy case (the "Trustee").

Sub-Zero manufactures and sells high-end consumer appliances, which consist of ranges, ovens, grills, dishwashers, built-in refrigerators and wine refrigerators, among other appliances, under its three brands: Sub-Zero, Wolf and Cove. *See Declaration of Mark Zavros in support of Sub-Zero's Opposition to the Sale Motion* [Docket No. 182] (the "Zavras Decl.") concurrently filed, ¶ 6. At the time it ceased doing business as a retailer, Pirch sold high-end kitchen appliances, including Sub-Zero's product, at six retail showrooms in La Jolla, Rancho Mirage, Mission Viejo, Costa Mesa, Glendale, and Solana Beach, California. Zavras Decl., ¶ 7. Sub-Zero provided display units to these retail showrooms in order to market and exhibit their high end products. *Id.*

On January 29, 2019, Sub-Zero and Pirch entered into a written *Credit Application and Agreement* (the "Credit Agreement"), under which Sub-Zero agreed to sell its inventory to Pirch on credit and Pirch agreed to make payments as required therein. Zavros Decl., ¶ 9 and Exh. 1. To secure the prompt performance and payment in full of Pirch's obligations to Sub-Zero arising under the Credit Agreement (the "Obligations"), Pirch and Sub-Zero entered into a *Purchase*

BUCHALTER   BN 83012190v2                              2
A PROFESSIONAL CORPORATION
LOS ANGELES
NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL BY SECURED CREDITOR SUB-ZERO GROUP WEST, INC.

Exhibit 4, Page 37

*Money Security Interest Agreement* dated January 29, 2019 (the "Security Agreement"). Zavras Decl., ¶ 10 and Exh. 2. Under the Security Agreement, Pirch granted Sub-Zero a purchase money security interest in all of Pirch's right, title and interest in and to the collateral as defined in the Security Agreement. *Id.* The Security Agreement defined "collateral" as:

> (a) all Inventory purchased by Debtor from Secured Party on or after the date hereof consisting of Sub-Zero Wolf, Cove, and Asko; (b) all accounts, accounts receivable, payment intangibles, general intangibles, documents, instruments and chattel paper related thereto, (c) all accessions thereto, (d) all substitutions, replacements or modifications thereof, and (e) all proceeds (including cash proceeds and insurance proceeds) and products thereof, whether now owned or existing or at any time hereafter arising or acquired.

(collectively, the "Inventory Collateral"). Zavras Decl., Exh. 2 at p. 16 of 130.

On February 21, 2019, Sub-Zero perfected its security interest in the Inventory Collateral by filing a UCC-1 Financing Statement designated as Document No. 19-7698422533 with the California Secretary of State's Office. Zavras Decl., ¶ 11 and Exh. 3. On December 28, 2023, Sub-Zero filed another UCC-3 Financing Statement Amendment designated as Document No. 23-009105622 noting a change affecting the name and address of Pirch. Zavras Decl., ¶ 12 and Exh. 4. Finally, on December 29, 2023, Sub-Zero filed its UCC-3 Continuation Statement designated as Document No. 23-0091349534 thereby continuing its security interest in the Inventory Collateral under the initial 2019 UCC-1 Financing Statement. Zavras Decl., ¶ 13 and Exh. 5.

In addition to the Inventory Collateral held by Pirch, Sub-Zero either owns outright most of the Sub-Zero display units located in each of Pirch's retail showrooms (the "Display Units") or, at least, holds a security interest in those Display Units. On January 29, 2019, Pirch and Sub-Zero entered into a *Display Unit Bailment and Resale Agreement* (the "Display Unit Agreement") in which Sub-Zero provided to Pirch to display at its showrooms various Sub-Zero kitchen appliances. Zavras Decl., ¶ 14 and Exh. 6. Under Section 1(b) of the Display Unit Agreement, the "Display Units" (as defined in the Display Unit Agreement), "will remain the sole and exclusive property of Sub-Zero, and Sub-Zero will hold all right, title and interest therein and

BUCHALTER   BN 83012190v2                                     3
A PROFESSIONAL CORPORATION
LOS ANGELES
NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL BY SECURED CREDITOR SUB-ZERO GROUP WEST, INC.

Exhibit 4, Page 38

thereto, unless ownership of such Display Unit is transferred pursuant to Section 2 or 7(c) of this Agreement." Zavras Decl., Exh. 6, ¶ 1(b) at p. 31 of 130.

The Debtor has not complied with the purchase requirements set forth in Section 2 of the Display Unit Agreement for a substantial number of the Display Units. Zavras Decl., ¶ 15. Also, the Display Unit Agreement provides Sub-Zero with a "continuing security interest in all Appliance Dealer's deposit accounts and all property of Appliance Dealer now or hereafter in the possession of Sub-Zero (including goods purchased from Sub-Zero but not delivered, whether or not paid for by Appliance dealer), together with all Appliance Dealer's Sub-Zero, Wolf and Best inventory." Zavras Decl., Exh. 6, ¶ 4(a) at p. 33 of 130. The Display Unit Agreement authorized Sub-Zero to file a UCC-1 financing statement for the Display Units. Zavras Decl., Exh. 6, ¶ 1(b) at p. 31.

On February 21, 2019, Sub-Zero perfected its security interest in the Display Units by filing a UCC-1 Financing Statement designated as Document No. 19-197698418578 with the California Secretary of State's Office. Zavras Decl., ¶ 16 and Exh. 7. On December 21, 2023, Sub-Zero filed a UCC-1 Financing Statement designated as Document No. 230089736229 noting a change affecting the name and address of Pirch. Zavras Decl., ¶ 17 and Exh. 8. On December 22, 2023, Sub-Zero filed a UCC-1 Continuation Statement designated as Document No. 230089945232 thereby continuing its security interest in the Display Units under the initial 2019 UCC-1 Financing Statement. Zavras Decl., ¶ 18 and Exh. 9.

**PLEASE TAKE NOTICE THAT** cash collateral is defined in section 363(a) of Bankruptcy Code as "cash . . . or cash equivalents . . . whenever acquired in which the estate and an entity other than the estate have an interest and includes the proceeds . . . of property subject to a security interest as provided in section 552(b) . . . ." 11 U.S.C. § 363(a). Under the foregoing credit agreements, all proceeds from the Inventory Collateral and Display Units, collected pre-petition (the "Pre-Petition Proceeds") constitute Sub-Zero's cash collateral under section 363(a) of the Bankruptcy Code. Under section 363(c)(4) of the Bankruptcy Code, Sub-Zero requests that Pirch and the Trustee, as applicable, segregate and account to Sub-Zero for the cash collateral in their possession, custody or control.

BUCHALTER    BN 83012190v2    4
A PROFESSIONAL CORPORATION
LOS ANGELES
NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL BY SECURED CREDITOR SUB-ZERO GROUP WEST, INC.

Exhibit 4, Page 39

**PLEASE TAKE FURTHER NOTICE THAT**, if the Trustee obtains authorization to sell Sub-Zero's Inventory Collateral and Display Units in connection with the Sale Motion and the Lease Motion over the opposition of Sub-Zero or other interested parties, those proceeds collected post-petition (the "Post-Petition Proceeds" and together with the Pre-Petition Proceeds, the "Proceeds") shall constitute Sub-Zero's cash collateral under section 363(a) of the Bankruptcy Code. Under section 363(c)(2) of the Bankruptcy Code, Pirch and the Trustee are prohibited from using any of the Inventory Collateral, Display Units or Proceeds without Sub-Zero's consent or an order of this Court authorizing such use.

**PLEASE TAKE FINAL NOTICE THAT** under section 363(c)(2) of the Bankruptcy Code, Pirch and the Trustee are prohibited from using any of the Inventory Collateral, Display Units or Proceeds without Sub-Zero's consent (which Sub-Zero has not given) or an order of this Court authorizing such use. Since Sub-Zero does not consent to Pirch's or the Trustee's use of its cash collateral, section 363(e) of Bankruptcy Code provides that in such circumstance, Pirch or the Trustee can use such cash collateral only if they can provide "adequate protection" of Sub-Zero's interest in the cash collateral. *See* 11 U.S.C. § 363(c). "Adequate protection" is intended to safeguard Sub-Zero's constitutional right to have the value of its secured claim, as it existed on the petition date, preserved. *See United Sav. Ass'n v. Timbers of Inwood Forest Assocs.*, 484 U.S. 365, 370 (1988). If adequate protection cannot be provided, use of the cash collateral must be prohibited absent consent. Sub-Zero reserves all of its rights and remedies available under the foregoing credit agreements and under applicable law.

Dated:  June 7, 2024                           BUCHALTER, A Professional Corporation


                                               By:___/s/ Anthony J. Napolitano_____
                                                   ANTHONY J. NAPOLITANO
                                                   Attorneys for Secured Creditor
                                                   SUB-ZERO GROUP, INC.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 83012190v2

5

NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL BY SECURED CREDITOR SUB-ZERO GROUP WEST, INC.