1  Roger F. Friedman (State Bar No. 186070)
   rfriedman@rutan.com
2  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
3  Irvine, CA 92612
   Telephone: 714-641-5100
4  Facsimile: 714-546-9035

5  Attorneys for Creditor/Landlord
   BTPROP 1, LLC and TIS Equities X, LLC
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  In re                                    Case No. 24-01376-CL7

12  PIRCH, INC.,                             Chapter 7

13              Debtor.                      **BTPROP 1, LLC'S AND TIS EQUITIES
                                             X, LLC'S RESPONSE TO TRUSTEE'S**
14                                           **MOTION TO (1) APPROVE AUCTION
                                             PROCEDURES; AND (2) SELL**
15                                           **LEASEHOLD INTERESTS AND
                                             RELATED PERSONAL PROPERTY**
16                                           **PURSUANT TO 11 U.S.C. SECTION 363,
                                             FREE AND CLEAR OF LIENS,**
17                                           **CLAIMS, AND INTERESTS**

18
                                             Date:    July 1, 2024
19                                           Time:    10:30 a.m.
                                             Dept:    One (1)
20                                           Judge:   Honorable Christopher B. Latham

21

22          Creditor/landlord BTPROP 1, LLC and TIS Equities X, LLC (collectively,

23  "Landlord"), hereby respond to chapter 7 trustee Leslie T. Gladstone's ("Trustee") *Motion*

24  *To (1) Approve Auction Procedures; And (2) Sell Leasehold Interests and Related*

25  *Personal Property Pursuant To 11 U.S.C. Section 363, Free And Clear Of Liens, Claims,*

26  *And Interests* [Doc 128] ("Motion").

27          Landlord owns the real property located at 28341 Marguerite Parkway, Mission

28  Viejo, CA 92691 ("Mission Viejo Premises"). Pirch, Inc. ("Debtor") previously operated a

Rutan & Tucker, LLP
attorneys at law

2149/014170-0111
20727639.1 a06/14/24

-1-
RESPONSE TO TRUSTEE'S MOTION TO (1) APPROVE AUCTION
PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS, ETC.

retail appliance sales business with stores located at, among others, the Mission Viejo Premises.  Debtor's tenancy of the Mission Viejo Premises is governed by a written commercial Lease dated December 16, 2020, by and between MV Town Center Parcels 1 & 3, L.P., a California limited partnership, and TIS Equities X, LLC, a California limited liability company (as tenants in common), as landlord, on the one hand, and Debtor, as tenant, on the other hand ("Mission Viejo Lease").  MV Town Center Parcels 1 & 3, L.P. assigned its interest in the Mission Viejo Lease to BTPROP1, LLC, a California limited liability company, under that certain Assignment Of Interest In Agreements dated June 25, 2021.  Thus, BTPROP1, LLC and TIS Equities X, LLC collectively are the Landlord of the Mission Viejo Premises.

Before the petition date, Debtor materially defaulted under the Mission Viejo Lease. Landlord provided notice to Debtor to cure its defaults under the Mission Viejo Lease or quit the leasehold and surrender the Mission Viejo Premises.  Debtor failed to cure its defaults.  On March 29, 2024, Landlord filed in the Superior Court of the State of California, for the County of Orange ("OC Superior Court"), a *Complaint for Unlawful Detainer* against Debtor for the Mission Viejo Premises, captioned *BTPROP1, LLC v. Pirch, Inc.*, Case Number 30-2024-01390609 ("Unlawful Detainer Action").  The Complaint in the Unlawful Detainer Action was not served before the Petition Date.

On April 17, 2024, Debtor filed in the OC Superior Court a *Complaint for Breach of Contract, Declaratory Relief, and Relief from Forfeiture* against Landlord for the Mission Viejo Lease, captioned, *Pirch v. BTPROP1, LLC*, Case Number 30-2024-01394032 ("Forfeiture Relief Action").  The Complaint in the Forfeiture Relief Action was not served before the Petition Date.

The Trustee has entered into an Asset Purchase Agreement ("Sale Agreement") with Ferguson Enterprises, LLC ("Buyer"), subject to overbid, to purchase, acquire, and assume certain assets of Debtor, free and clear of all interests, liens, and claims, which includes all right, title, and interest of Debtor, as tenant or subtenant as applicable, under the Mission Viejo Lease, together with all of Debtor's personal property and assignable

Rutan & Tucker, LLP
attorneys at law

2149/014170-0111
20727639.1 a06/14/24

-2-

RESPONSE TO TRUSTEE'S MOTION TO (1) APPROVE AUCTION
PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS, ETC.

leasehold improvements located at the Mission Viejo Premises.  The Trustee filed her Motion to seek and obtain Court approval of the Sale Agreement and to assume and assign certain leases of the Debtor, including the Mission Viejo Lease.

Landlord is supportive of the Trustee's efforts to assume and assign the Mission Viejo Lease to the Buyer designated in the Motion, Ferguson Enterprises, LLC.  Indeed, the Trustee and Landlord are in the process of finalizing a *Stipulation Regarding Assumption / Assignment of Lease* ("Stipulation"), which they hope to file with the Court before the hearing on the Trustee's Motion.  The purpose of the Stipulation is to settle the Unlawful Detainer Action and the Forfeiture Relief Action, resurrect the Mission Viejo Lease, resolve all requirements under 11 U.S.C. § 365 for the Trustee's assumption and assignment of the Mission Viejo Lease, and resolve all rights and responsibilities with respect to the Mission Viejo Lease.

The Stipulation requires, among other things, that the Trustee and the Buyer, or any overbidder and alternate buyer, under the Sale Agreement, shall be required to fully comply with 11 U.S.C. § 365(b), including, but not limited to, "cure, or provide adequate assurance that the trustee will promptly cure," all defaults under the Mission Viejo Lease, as required by 11 U.S.C. § 365(b)(1)(A), and provide to the Landlord "adequate assurance of future performance," as required by 11 U.S.C. § 365(b)(1)(C) and (b)(3).  The Stipulation also provides that the Mission Viejo Lease will be resurrected in its entirety provided that the Buyer pays all cure amounts stated in the Stipulation, which, as of July 1, 2024 (the currently scheduled date of the hearing on the Trustee's Motion), will total $450,644.16 ("Cure Amounts").[1]  Upon satisfaction and payment in full of the Cure Amounts to Landlord under the Mission Viejo Lease and entry of a final, unappealable Order approving the Stipulation, and approving the assumption and assignment of the Mission Viejo Lease, the Trustee and Landlord agree that the Forfeiture Relief Action and the Unlawful Detainer Action shall be promptly dismissed.

---

[1]   If for any reason the Mission Viejo Lease is not assumed and assigned before July 31, 2024, then on August 1, 2024, additional cure amounts will accrue and will be due and owing.

Rutan & Tucker, LLP
attorneys at law

2149/014170-0111
20727639.1 a06/14/24

-3-

RESPONSE TO TRUSTEE'S MOTION TO (1) APPROVE AUCTION
PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS, ETC.

1    If for any reason the Court does not enter an Order or Orders granting the Trustee's

2  Motion and approving the Stipulation, then the Trustee and Landlord will retain all of their

3  legal and equitable rights, claims, and defenses under applicable law with respect to the

4  Debtor's bankruptcy case, the Mission Viejo Lease, the Mission Viejo Premises, the

5  Unlawful Detainer Action, the Forfeiture Relief Action, and all other matters.

6    Landlord therefore files this Response to preserve its right to object to any potential

7  overbidder becoming an assignee of the Mission Viejo Lease, to require compliance in full

8  with 11 U.S.C. § 365, and to preserve all of its legal and equitable rights, claims, and

9  defenses regarding the Debtor's bankruptcy case, the Mission Viejo Lease, the Mission

10 Viejo Premises, the Unlawful Detainer Action, the Forfeiture Relief Action, and all other

11 matters.

12 Dated:  June 14, 2024

RUTAN & TUCKER, LLP
ROGER F. FRIEDMAN

By: _____

Roger F. Friedman
Attorneys for Creditor/Landlord
BTPROP 1, LLC and TIS Equities X,
LLC

Rutan & Tucker, LLP
attorneys at law

2149/014170-0111
20727639.1 a06/14/24

-4-
RESPONSE TO TRUSTEE'S MOTION TO (1) APPROVE AUCTION
PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS, ETC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18575 Jamboree Road, 9th Floor, Irvine, CA 92612.

A true and correct copy of the foregoing document entitled (*specify*): **BTPROP 1, LLC'S AND TIS EQUITIES X, LLC'S RESPONSE TO TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 14, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E. Andrassy   kandrassy@raineslaw.com, jfisher@raineslaw.com
- Everett G. Barry   Everett.Barry@dinsmore.com, katherine.hemphill@dinsmore.com
- Christin A. Batt   christinb@flgsd.com,
  sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- George B. Blackmar   gblackmar@bpslaw.net
- Kathleen A. Cashman-Kramer   kcashman-kramer@fennemorelaw.com, cashman-kramer@ecf.courtdrive.com;rudolph@ecf.inforuptcy.com;grudolph@fennemorelaw.com;ejames@fennemorelaw.com;ldinkins@fennemorelaw.com;jhill@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;docketing@fennemorelaw.c

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 14, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chief Judge Christopher B. Latham
United States Bankruptcy Court
325 West F. Street
San Diego, CA 92101

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2024 | Cecilia Solórzano | */s/ Cecilia Solórzano* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- K. Todd Curry    tcurry@currylegal.com
- Jerome Stanley Demaree    stan@demaree-law.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com;descalso.judithb129618@notify.bestcase.com
- Christine M. Fitzgerald    christine@thersfirm.com, maria@thersfirm.com;amy@thersfirm.com
- Alan W Forsley    alan.forsley@flpllp.com
- Marc C. Forsythe    mforsythe@goeforlaw.com, dcyrankowski@goeforlaw.com
- Roger F. Friedman    rfriedman@rutan.com
- Leslie T. Gladstone    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trusteesolutions.net;andrewl@flgsd.com;janetg@flgsd.com
- Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- Robert P. Goe    rgoe@goeforlaw.com, kmurphy@goeforlaw.com
- Ivan M. Gold    igold@allenmatkins.com
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Barbara R. Gross    barbara@bgross.law, cbrg11@trusteesolutions.net
- Barbara R. Gross    barbara@bgross.law
- Christopher V. Hawkins    chawkins@fennemorelaw.com, hill@sullivanhill.com;cashman-kramer@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
- James P. Hill    HILL@SULLIVANHILL.COM, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
- Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- Elsa Monica Horowitz    ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- Gregory K. Jones    gjones@sycr.com, smjohnson@stradlinglaw.com
- Eve H. Karasik    ehk@lnbyg.com
- Eileen Keusseyan    ek@keosianlaw.com
- Andrew Levin    andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;janetg@flgsd.com;sandray@flgsd.com;candic@flgsd.com
- Kerri A Lyman    klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com
- Anthony Napolitano    anapolitano@buchalter.com, marias@buchalter.com;docket@buchalter.com
- Dana S. Plon    dplon@sirlinlaw.com
- Hamid R. Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Vincent Renda    vr@pinlegal.com, ld@pinlegal.com
- Jeffrey David Rubin    jeff@barnettrubin.com
- Link W. Schrader    lschrader@schrader-law.com
- Maggie Schroedter    maggie@thersfirm.com, maria@thersfirm.com,amy@thersfirm.com,4634112420@filings.docketbird.com
- Gary Starre    gastarre@gmail.com
- Kelly Ann Mai Khanh Tran    kelly@smalllawcorp.com, emma@smalllawcorp.com
- Jennifer R. Tullius    jtullius@tulliuslaw.com
- John M. Turner    jmt@tmsdlaw.com
- United States Trustee    ustp.region15@usdoj.gov
- Johnny White    jwhite@wrslawyers.com, jlee@wrslawyers.com
- Bradley J Yourist    byourist@gmail.com
- Nahal Zarnighian    zarnighiann@ballardspahr.com, carolod@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**2.  SERVED BY UNITED STATES MAIL**:

Marshall Krupp
Seri Design
7917 E Briarwood Road
Orange, CA 92869

Serafina Krupp
7917 E Briarwood Road
Orange, CA 92869

Tim Martin
285 Kavenish Drive
Rancho Mirage, CA 92270-3228

Julie Mumma
625 S. West End St., #7
Aspen, CO 81611

Mary Olsen
THE GARDNER FIRM, P.C.
182 St. Francis Street, Suite 103
Mobile, AL 36602

Hadas Skupsky
11 Almond Tree Lane
Irvine, CA 92612

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**