# EXHIBIT A

6/17/2024 12:08 PM

# Lease Ledger
Date: 06/05/2024
Property: 295
Tenant: t0098658 PIRCH, INC
From Date: 06/01/2011 To Date: 05/31/2031
Move In Date: 06/01/2011
Unit(S): 3303-D

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 10/30/2023 | Security Deposit | | 50,000.00 | 0.00 | 50,000.00 | C-6345178 | No |
| 10/30/2023 | Base Rent Retail (10/30/23 - 10/31/23) | | 3,372.04 | 0.00 | 53,372.04 | C-6345846 | No |
| 10/30/2023 | CAM Estimate (10/30/23 - 10/31/23) | | 1,150.55 | 0.00 | 54,522.59 | C-6345847 | No |
| 10/30/2023 | Promotional Program (10/30/23 - 10/31/23) | | 17.36 | 0.00 | 54,539.95 | C-6345848 | No |
| 10/30/2023 | Chk# Settle103023 SD Receipt received from prior LL | | 0.00 | 50,000.00 | 4,539.95 | R-3088281 | |
| 10/30/2023 | Chk# Settle103023 Wire Rcvd from Prior LL 10/30/2023 | | 0.00 | 4,539.95 | 0.00 | R-3090533 | |
| 11/1/2023 | Base Rent Retail (11/2023) | 3303-D | 52,266.57 | 0.00 | 52,266.57 | C-6318097 | No |
| 11/1/2023 | CAM Estimate (11/2023) :Revised by ctrl# 6490552 | 3303-D | 18,206.02 | 0.00 | 70,472.59 | C-6318098 | No |
| 11/1/2023 | Promotional Program (11/2023) :Revised by ctrl# 6490553 | 3303-D | 256.06 | 0.00 | 70,728.65 | C-6318099 | No |
| 12/1/2023 | Base Rent Retail (12/2023) | 3303-D | 52,266.57 | 0.00 | 122,995.22 | C-6386153 | No |
| 12/1/2023 | CAM Estimate (12/2023) :Revised by ctrl# 6490554 | 3303-D | 18,206.02 | 0.00 | 141,201.24 | C-6386154 | No |
| 12/1/2023 | Promotional Program (12/2023) :Revised by ctrl# 6490556 | 3303-D | 256.06 | 0.00 | 141,457.30 | C-6386155 | No |
| 1/1/2024 | Base Rent Retail (01/2024) | 3303-D | 52,266.57 | 0.00 | 193,723.87 | C-6459237 | No |
| 1/1/2024 | CAM Estimate (01/2024) :Revised by ctrl# 6490555 | 3303-D | 18,206.02 | 0.00 | 211,929.89 | C-6459238 | No |
| 1/1/2024 | Promotional Program (01/2024) :Revised by ctrl# 6490557 | 3303-D | 256.06 | 0.00 | 212,185.95 | C-6459239 | No |
| 1/1/2024 | CAM Estimate (11/2023) :Revises charge ctrl# 6318098 Correction | 3303-D | -372.32 | 0.00 | 211,813.63 | C-6490552 | No |
| 1/1/2024 | Promotional Program (11/2023) :Revises charge ctrl# 6318099 Correction | 3303-D | 12.96 | 0.00 | 211,826.59 | C-6490553 | No |
| 1/1/2024 | CAM Estimate (12/2023) :Revises charge ctrl# 6386154 Correction | 3303-D | -372.32 | 0.00 | 211,454.27 | C-6490554 | No |
| 1/1/2024 | CAM Estimate (01/2024) :Revises charge ctrl# 6459238 Correction | 3303-D | -372.32 | 0.00 | 211,081.95 | C-6490555 | No |
| 1/1/2024 | Promotional Program (12/2023) :Revises charge ctrl# 6386155 Correction | 3303-D | 12.96 | 0.00 | 211,094.91 | C-6490556 | No |
| 1/1/2024 | Promotional Program (01/2024) :Revises charge ctrl# 6459239 Correction | 3303-D | 12.96 | 0.00 | 211,107.87 | C-6490557 | No |
| 1/6/2024 | Late Charge, 5% of $140751.54 :Reversed by Charge Ctrl# 6641405 | | 7,037.58 | 0.00 | 218,145.45 | C-6498135 | No |
| 1/9/2024 | Chk# A01092024 | | 0.00 | 70,356.33 | 147,789.12 | R-3153487 | |
| 1/30/2024 | Chk# A01302024 | | 0.00 | 70,356.33 | 77,432.79 | R-3165588 | |
| 2/1/2024 | Base Rent Retail (02/2024) | 3303-D | 52,266.57 | 0.00 | 129,699.36 | C-6528771 | No |
| 2/1/2024 | CAM Estimate (02/2024) | 3303-D | 17,833.70 | 0.00 | 147,533.06 | C-6528772 | No |
| 2/1/2024 | Promotional Program (02/2024) | 3303-D | 269.02 | 0.00 | 147,802.08 | C-6528773 | No |
| 2/6/2024 | Late Charge, 5% of $140764.50 :Reversed by Charge Ctrl# 6641406 | | 7,038.23 | 0.00 | 154,840.31 | C-6569966 | No |
| 2/27/2024 | Chk# A02272024 | | 0.00 | 7,000.00 | 147,840.31 | R-3196014 | |
| 2/27/2024 | Chk# A02272024 | | 0.00 | 70,420.16 | 77,420.15 | R-3196086 | |
| 3/1/2024 | Base Rent Retail (03/2024) | 3303-D | 52,266.57 | 0.00 | 129,686.72 | C-6602219 | No |
| 3/1/2024 | CAM Estimate (03/2024) | 3303-D | 17,833.70 | 0.00 | 147,520.42 | C-6602220 | No |
| 3/1/2024 | Promotional Program (03/2024) | 3303-D | 269.02 | 0.00 | 147,789.44 | C-6602221 | No |
| 3/6/2024 | Late Charge, 5% of $70369.29 | | 3,518.46 | 0.00 | 151,307.90 | C-6641246 | No |
| 3/13/2024 | Apply SD to Past Due Balance | | -50,000.00 | 0.00 | 101,307.90 | C-6641412 | No |
| 3/14/2024 | :Reverse Charge Ctrl#6498135 Reverse: Revise-Calc Error (LC 1/6/24) | | -7,037.58 | 0.00 | 94,270.32 | C-6641405 | Yes |
| 3/14/2024 | :Reverse Charge Ctrl#6569966 Reverse: Revise-Calc Error-(LC 2/6/24) | | -7,038.23 | 0.00 | 87,232.09 | C-6641406 | Yes |
| 3/14/2024 | Late Charge, 5% of $70369.29 (1/6/24 Revised Charge) | | 3,518.46 | 0.00 | 90,750.55 | C-6641410 | No |

6/17/2024 12:08 PM

# Lease Ledger

Date: 06/05/2024
Property: 295
Tenant: t0098658 PIRCH, INC
From Date: 06/01/2011  To Date: 05/31/2031
Move In Date: 06/01/2011
Unit(S): 3303-D

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 3/14/2024 | Late Charge, 5% of $70369.29 (2/6/24 Revised Charge) | | 3,518.46 | 0.00 | 94,269.01 | C-6641411 | No |
| 4/1/2024 | Base Rent Retail (04/2024) | 3303-D | 52,266.57 | 0.00 | 146,535.58 | C-6674637 | No |
| 4/1/2024 | CAM Estimate (04/2024) | 3303-D | 17,833.70 | 0.00 | 164,369.28 | C-6674638 | No |
| 4/1/2024 | Promotional Program (04/2024) | 3303-D | 269.02 | 0.00 | 164,638.30 | C-6674639 | No |
| 4/6/2024 | Late Charge, 5% of $70369.29 | | 3,518.46 | 0.00 | 168,156.76 | C-6715207 | No |
| 5/1/2024 | Base Rent Retail (05/2024) | 3303-D | 52,266.57 | 0.00 | 220,423.33 | C-6745708 | No |
| 5/1/2024 | CAM Estimate (05/2024) | 3303-D | 17,833.70 | 0.00 | 238,257.03 | C-6745709 | No |
| 5/1/2024 | Promotional Program (05/2024) | 3303-D | 269.02 | 0.00 | 238,526.05 | C-6745710 | No |
| 5/6/2024 | Late Charge, 5% of $70369.29 | | 3,518.46 | 0.00 | 242,044.51 | C-6785193 | No |
| 6/1/2024 | Base Rent Retail (06/2024) | 3303-D | 53,311.91 | 0.00 | 295,356.42 | C-6819665 | No |
| 6/1/2024 | CAM Estimate (06/2024) | 3303-D | 17,833.70 | 0.00 | 313,190.12 | C-6819666 | No |
| 6/1/2024 | Promotional Program (06/2024) | 3303-D | 269.02 | 0.00 | 313,459.14 | C-6819667 | No |
| 6/3/2024 | 2023 CAM Reconciliation 01/01/2023 - 10/29/2023 (Prior LL Portion) | | -8,750.82 | 0.00 | 304,708.32 | C-6779199 | No |
| 6/3/2024 | 2023 CAM Reconciliation 10/30/2023 - 12/31/2023 (CRC Portion) | | -5,345.49 | 0.00 | 299,362.83 | C-6779200 | No |
| 6/6/2024 | Late Charge, 5% of $71414.63 | | 3,570.73 | 0.00 | 302,933.56 | C-6854360 | No |

July 2024 Charges

| | | | | |
|---|---|---|---:|---|
| | Base Rent Retail (07/2024) | 3303-D | 53,311.91 | |
| | CAM Estimate (07/2024) | 3303-D | 17,833.70 | |
| | Promotional Program (07/2024) | 3303-D | 269.02 | |
| | Total July Charges | | 71,414.63 | |

**Total Balance Plus July 2024   $374,348.19**

**Page 2 of 2**