ANTHONY J. NAPOLITANO (SBN: 227691)
    anapolitano@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DENISE H. FIELD (SBN: 111532)
    dfield@buchalter.com
BUCHALTER, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, CA 94105-2491
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for secured creditor
SUB-ZERO GROUP, INC.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 24-01376-CL7 |
| PIRCH, INC., | Chapter 7 |
| Debtor. | |
| | **DECLARATION OF KELLY CIULLA IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY** |
| LESLIE T. GLADSTONE, as CHAPTER 7 TRUSTEE, | |
| Moving Party | [Notice of Opposition, Opposition and Memorandum of Points and Authorities, Request for Judicial Notice, Declarations of Mark Zavras, Barry Bredvik, Mark Marshall, Keene Kohrt, and Anthony Napolitano concurrently filed] |
| SUB-ZERO GROUP, INC., | |
| Respondent | **Hearing:**<br>Date: July 1, 2024<br>Time: 10:30 a.m. PDT<br>Place: U.S. Bankruptcy Court<br>Department 1<br>325 West F Street<br>San Diego, California 92101<br>Judge: Hon. Christopher B. Latham |

BN 82605896v3

1

**DECLARATION OF KELLY CIULLA IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE**

## DECLARATION OF KELLY CIULLA

I, Kelly Ciulla, declare as follows:

1. I am the Affiliate President of Sub-Zero Group West, an operating division of Sub-Zero Group, Inc., a Wisconsin corporation, as successor by merger to Sub-Zero Group West, Inc., a California corporation, doing business as Sub-Zero Group West ("Sub-Zero"), a position that I have held since 2020. The following facts are true to the best of my own personal knowledge, except where stated on information and belief, and as to those facts, I believe them to be true. If called as a witness, I could and would testify competently to the facts set forth herein. I am over 18 years of age. I submit this Declaration in support of Sub-Zero's opposition to the *Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Leasehold Interests and Related Personal Property Pursuant to 11 U.S.C. § 363 Free and Clear of Liens, Claims and Interests* [Docket No. 128] filed by Leslie T. Gladstone, as Chapter 7 Trustee (the "Trustee").

2. I am one of the custodians of Sub-Zero's books, records, files and accounting ledgers relating to Pirch, which records were made at or near the time of the act, condition or event to which the same relate and were maintained in the regular and ordinary course of Sub-Zero's business.

3. I have reviewed Sub-Zero's files concerning Pirch's account and am familiar with those files. Such records or documents were prepared in the ordinary course of Sub-Zero's business by a person employed by Sub-Zero who had personal knowledge of the event being recorded and who had a regular business duty to so record those events.

4. In my capacity as Affiliate President, I am responsible for end-to-end sales and marketing of Sub-Zero, Wolf, and Cove luxury appliances in the Southern California marketplace. I possess an intricate knowledge of how multi-store retail appliance locations manage inventory and order processing. Prior to joining Sub-Zero, I ran merchandising for 13 years from 2006 to 2019 at Pacific Sales, a 21-location appliance retailer that is one of the largest sellers of Sub-Zero, Wolf, and Cove products in California and one of the largest overall appliance retailers in the United States. As head of merchandising at Pacific Sales, I was responsible for product ordering, pricing, programming, marketing, and inventory management.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605896v3

2

DECLARATION OF KELLY CIULLA IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE

5.  In the ordinary course of business, Sub-Zero retailers will sell a particular "current" product somewhere between the price paid by the dealer and the manufacturer's suggested retail price ("MSRP"). Sub-Zero's obsolete products, also known "B Goods," would be sold at either 25% of the price paid by the dealer or 50% of the MSRP.

6.  I have reviewed the Sub-Zero Audit Report[1] attached to the concurrently filed Declaration of Mark Zavras in support of the Motion as Exhibit 11. The "Price" column on that report reflects the price to be paid or paid by Pirch to Sub-Zero for the given product. The "UMRP" column on that report reflects Sub-Zero's MSRP. The "Status" column of that report reflects whether the particular product is "CURRENT" or "OBS," which stands for obsolete.

7.  I have been informed that, for Sub-Zero's current products reflected on the Sub-Zero Audit Report, the report reflects an aggregate dealer price of $2,101,889.00 and an aggregate MSRP of $2,712,635.70.

8.  Given that Pirch has ceased doing business as a going concern, and based upon my extensive 30+ years of experience in the appliance industry, I and my team at Sub-Zero anticipate that these goods would net no more than 50 to 75% of MSRP through a liquidation process depending on the specific goods sold. Applying this discount percentage to the current products reflected on the Sub-Zero Audit Report would result in a range of $1,356,317.85 to $2,034,476.78.

9.  For the obsolete products (also known as the "B Goods"), I have been informed that the Sub-Zero Audit Report reflects an aggregate dealer price of $1,022,525.00 and an aggregate MSRP of $1,378,582.00. After applying the anticipated obsolete product realization percentages (as noted above), the value of those goods on resale would be in the range of $689,291.00 to $766,893.75.

10. Similar to the closed-box obsolete "B Goods," the open-box display units would be sold for a significant discount. Given that these are open-stock products that have been used (for up to three years) in Pirch's showrooms, I and my team anticipate that these goods would net no more than 50% of the dealer price.

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605896v3                                                   3

DECLARATION OF KELLY CIULLA IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE

11. I have also reviewed the Display Unit Report attached to the concurrently filed Declaration of Mark Zavras in support of the Motion as Exhibit 12. I have been informed that the Display Unit Summary Report reflects a total dealer price of $1,396,761.00 and a total display unit price of $907,894.64 for both consignment and non-consignment goods. I have also been informed that the Display Unit Summary Report reflects that the consignment goods, which are still owned by Sub-Zero, have a total dealer price of $686,349.00 and a total display unit price of $446,126.85, which leaves a balance for the non-consignment goods of $710,412.00 at the dealer price and $461,767.80 at the display unit price. Applying the 50% realizable recovery amount to the non-consignment display unit goods leads to a resale value of approximately $355,206.00.

12. It is my understanding that Pirch did not, in the ordinary course of business, specifically designate a unit as a particular customer's unit. I also understand that Pirch does not order products on a customer-by-customer basis. Ordering was accomplished by establishing run rates on a monthly and quarterly basis and then ordering the products in bulk based on need and run rate. If Pirch sold thirty of a particular model a month, they would generally maintain an inventory of thirty units of that model in stock on a continuous basis.

13. It is my understanding that Pirch would deliver products as needed and then order to replenish the stock to maintain the going rate inventory level. It is also my understanding that this stored inventory is not customer specific and items are not specifically designated on a customer-by-customer basis. This method would allow Pirch to have stocked product on hand and readily available.

14. Pirch is one of many dealers and retailers that sold appliances to consumers on behalf of Sub-Zero. Consumers are able to buy products consisting of the Inventory Collateral and the Display Units from any of several retailers that operate within the Southern California region and sub-markets where Pirch operated its Showrooms.

15. Both Pacific Sales and Fergusons operate showrooms in proximity to the Pirch showrooms. Additionally, Universal Appliance and Kitchen Center (Costa Mesa, Los Angeles, and San Fernando Valley), Aztec Appliance (San Diego) and WDC Kitchen and Bath Centers (Los

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605896v3

4

DECLARATION OF KELLY CIULLA IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE

Angeles, San Fernando Valley, and Palm Springs) operate showrooms near some of the Pirch locations.

16. None of the Inventory Collateral or Display Units constitute unique or customizable goods. Sub-Zero does not offer customization on any of its products.

17. Prior to the Petition Date, Sub-Zero established a rebate program for consumers impacted by Pirch's abrupt shutdown and failure to deliver product, in an attempt to mitigate some of the damage borne by those consumers. This program is expected to cost Sub-Zero between $3 million and $4 million.

18. Once Sub-Zero can effectively ascertain the entire universe of affected consumers and the extent of their claims, as well as recover its inventory, Sub-Zero will have a greater ability to assist consumers in mitigating their losses.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 4, 2024 at Costa Mesa, California.

*/s/ Kelly Ciulla*
KELLY CIULLA

BN 82605896v3

5

DECLARATION OF KELLY CIULLA IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE