| | |
|---|---|
| 1 | ANTHONY J. NAPOLITANO (SBN: 227691) |
|   | anapolitano@buchalter.com |
| 2 | BUCHALTER, A Professional Corporation |
|   | 1000 Wilshire Boulevard, Suite 1500 |
| 3 | Los Angeles, CA 90017-1730 |
|   | Telephone: (213) 891-0700 |
| 4 | Facsimile: (213) 896-0400 |
| 5 | DENISE H. FIELD (SBN: 111532) |
|   | dfield@buchalter.com |
| 6 | BUCHALTER, A Professional Corporation |
|   | 425 Market Street, Suite 2900 |
| 7 | San Francisco, CA 94105-2491 |
|   | Telephone: (415) 227-0900 |
| 8 | Facsimile: (415) 227-0770 |
| 9 | Attorneys for secured creditor |
|   | SUB-ZERO GROUP, INC. |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 24-01376-CL7 |
| PIRCH, INC., | Chapter 7 |
| Debtor. | |
| | **DECLARATION OF KEENE KOHRT IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY** |
| LESLIE T. GLADSTONE, as CHAPTER 7 TRUSTEE, | |
| Moving Party | [Notice of Opposition, Opposition and Memorandum of Points and Authorities, Request for Judicial Notice, Declarations of Kelly Ciulla, Mark Zavras, Barry Bredvik, Mark Marshall and Anthony Napolitano, and concurrently filed] |
| SUB-ZERO GROUP, INC., | |
| Respondent | **Hearing:** |
| | Date:  July 1, 2024 |
| | Time:  10:30 a.m. PDT |
| | Place: U.S. Bankruptcy Court |
| | Department 1 |
| | 325 West F Street |
| | San Diego, California 92101 |
| | Judge: Hon. Christopher B. Latham |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605964v6

1

DECLARATION OF KEENE KOHRT IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE
CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE

# DECLARATION OF KEENE KOHRT

I, Keene Kohrt, declare as follows:

1. I am a Supply Chain Senior Manager of Sub-Zero Group, Inc., a Wisconsin corporation, as successor by merger to Sub-Zero Group West, Inc., a California corporation, doing business as Sub-Zero Group West ("Sub-Zero"), a position that I have held since 2022. I have been employed by Sub-Zero Group since 2000. The following facts are true to the best of my own personal knowledge, except where stated on information and belief, and as to those facts, I believe them to be true. If called as a witness, I could and would testify competently to the facts set forth herein. I am over 18 years of age. I submit this Declaration in support of Sub-Zero's opposition to the *Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Leasehold Interests and Related Personal Property Pursuant to 11 U.S.C. § 363 Free and Clear of Liens, Claims and Interests* [Docket No. 128] filed by Leslie T. Gladstone, as Chapter 7 Trustee (the "Trustee").

2. In my capacity as a Supply Chain Senior Manager, I manage Sub-Zero Group's demand planning department which includes forecasting, production scheduling and fulfillment team activities. I have experience counting inventory and conducting inventory audits at the warehouses of Sub-Zero Group and its affiliates.

3. On or about April 12, 2024, Mark Zavras, Director of Credit, asked me and Mark Marshall to count and inspect the Sub-Zero inventory at three of Pirch's distribution centers. On April 15, 2024, Mark Marshall and I counted and inspected the inventory at 1445 Engineer St., Vista, CA ("Engineer Street Facility"). That same day I also counted and inspected the inventory at 44-588 El Duna Ct., Suite F, Palm Desert, California ("Palm Desert Facility") and Mark Marshall counted and inspected the inventory at 12740 E. Florence Ave, Santa Fe Springs, California 92081 (the "Santa Fe Springs Facility").

4. Based on my observations, Pirch stored the vast majority of Sub-Zero's Inventory Collateral[1] at the Engineer Facility. Pirch stored the remainder of Sub-Zero's Inventory Collateral at the Santa Fe Springs Facility and the Palm Desert Facility. I am informed that Pirch no longer

---

[1] Capitalized terms not defined herein shall be as defined in the Opposition.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605964v6         2

**DECLARATION OF KEENE KOHRT IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE**

1  utilized the Business Park Facility or the Oceanside Facility as a distribution center for Sub-Zero's product.

2  5.  On April 15, 2024, Mark Marshall and I arrived at the Distribution Centers located at 1445 Engineer St., Vista, CA ("Engineer Street Facility"), and I arrived at 44-588 El Duna Ct., Suite F, Palm Desert, California ("Palm Desert Facility") to count Sub-Zero's inventory and inspect the condition of Sub-Zero's inventory. We spent approximately four hours at the Engineer Street Facility and I spent approximately 1-2 hours at the Palm Desert Facility.

6.  When I arrived at the Engineer Street Facility and the Palm Desert Facility, I observed that nearly all Sub-Zero product and sales accessories had been segregated into the staging area so that I could scan each item and serial number details and note product damage.

7.  At the Engineer Street Facility and Palm Desert Facility, I observed that Sub-Zero products were in their original packaging and most items were packaged in good condition. There were some customer return units at the Engineer Facility, which Mark Marshall and I did not review or track as they were deemed to be "opened units" previously installed or delivered to a customer's home.

8.  Mark Marshall and I inspected each unit of boxed inventory at the Engineer Street Facility and scanned each inspected unit's bar code into Sub-Zero Group's audit tracking system. Specifically, we scanned Sub-Zero Group's crating label on each of the boxed inventory which included the item number (sku) and serial number. From the scan of the sku, Sub-Zero Group's business system then generated the model number of the product. I performed the same inspection and scanning of boxed inventory at the Palm Desert Facility.

9.  I also evaluated the condition of the boxes which included packaging or product damage and any additional labels or marking on the product. The only additional labeling I observed on the boxes were shipping labels from Sub-Zero Group or Sub-Zero to Pirch.

10.  While conducting the audit, I did not observe any Pirch customer information or customer specific labeling on the boxed individual units or sales accessories that comprised the inventory. I observed that the only labels I saw on the boxed inventory were from Sub-Zero

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605964v6                3

DECLARATION OF KEENE KOHRT IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE

Group's factory or distribution center and Sub-Zero Group or Sub-Zero's shipping labels to send the units to Pirch.

11.    I did not see any customer's names or customer order number on any of Sub-Zero's products or their boxes in these two Distribution Centers.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 4, 2024 at Fitchburg, Wisconsin.

*[signature]*

KEENE KOHRT

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605964v6

4

DECLARATION OF KEENE KOHRT IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE