1  ANTHONY J. NAPOLITANO (SBN: 227691)
   anapolitano@buchalter.com
2  BUCHALTER, A Professional Corporation
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA 90017-1730
   Telephone: (213) 891-0700
4  Facsimile: (213) 896-0400

5  DENISE H. FIELD (SBN: 111532)
   dfield@buchalter.com
6  BUCHALTER, A Professional Corporation
   425 Market Street, Suite 2900
7  San Francisco, CA 94105-2491
   Telephone: (415) 227-0900
8  Facsimile: (415) 227-0770

9  Attorneys for secured creditor
   SUB-ZERO GROUP, INC.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PIRCH, INC.,<br><br>Debtor.<br><br>―――――――――――――――<br><br>LESLIE T. GLADSTONE, as CHAPTER 7 TRUSTEE,<br><br>Moving Party<br><br>―――――――――――――――<br><br>SUB-ZERO GROUP, INC.,<br><br>Respondent | Case No. 24-01376-CL7<br><br>Chapter 7<br><br>**DECLARATION OF MARK MARSHALL IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY**<br><br>[Notice of Opposition, Opposition and Memorandum of Points and Authorities, Request for Judicial Notice, and Declarations of Kelly Ciulla, Mark Zavras, Barry Bredvik, Keene Kohrt, and Anthony Napolitano concurrently filed]<br><br>**Hearing:**<br>Date:     July 1, 2024<br>Time:    10:30 a.m. PDT<br>Place:    U.S. Bankruptcy Court<br>              Department 1<br>              325 West F Street<br>              San Diego, California 92101<br>Judge:   Hon. Christopher B. Latham |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605924v5

1

DECLARATION OF MARK MARSHALL IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE

# DECLARATION OF MARK MARSHALL

I, Mark Marshall, declare as follows:

1. I am a Transportation Operations Manager of Sub-Zero Group, Inc., a Wisconsin corporation, as successor by merger to Sub-Zero Group West, Inc., a California corporation, doing business as Sub-Zero Group West ("Sub-Zero"), a position that I have held since 2021. I have been employed by Sub-Zero Group since 2001.

2. The following facts are true to the best of my own personal knowledge, except where stated on information and belief, and as to those facts, I believe them to be true. If called as a witness, I could and would testify competently to the facts set forth herein. I am over 18 years of age. I submit this Declaration in support of Sub-Zero's opposition to the *Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Leasehold Interests and Related Personal Property Pursuant to 11 U.S.C. § 363 Free and Clear of Liens, Claims and Interests* [Docket No. 128] filed by Leslie T. Gladstone, as Chapter 7 Trustee (the "Trustee").

3. In my capacity as a Transportation Operations Manager, my job responsibilities include managing all modes of transportation from production to dealer deliveries. I have counted and conducted at least 25 inventory audits at Sub-Zero Group or Sub-Zero's warehouses.

4. On or about April 12, 2024, Mark Zavras, Director of Credit, asked me and Keene Kohrt to count and inspect the Sub-Zero inventory located at Pirch's warehouses on April 15, 2024.

5. On April 15, 2024. Keene Khort and I counted and inspected the inventory located at 1445 Engineer St., Vista, CA ("Engineer Street Facility"). On April 16, 2024, I counted and inspected the inventory at 12740 E. Florence Ave, Santa Fe Springs, California 92081 (the "Santa Fe Springs Facility") and Keene Kohrt counted and inspected the inventory at 44-588 El Duna Ct., Suite F, Palm Desert, California ("Palm Desert Facility").

6. Based on my observations, Pirch stored the vast majority of Sub-Zero's Inventory Collateral[1] at the Engineer Facility. Pirch stored the remainder of Sub-Zero's Collateral at the Santa Fe Springs Facility and the Palm Desert Facility. I am informed that Pirch no longer utilized the Business Park Facility or the Oceanside Facility as a distribution center for Sub-Zero's product.

---

[1] Capitalized terms not defined herein shall be as defined in the Motion.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605924v5                                    2

**DECLARATION OF MARK MARSHALL IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE**

7. When I arrived at the Engineer Street Facility and the Santa Fe Springs Facility, I observed that nearly all Sub-Zero product and sales accessories had been segregated into the staging area so that I could scan each item and serial number details and note product damage.

8. At the Engineer Street Facility and Santa Fe Facility, I observed that Sub-Zero products were in their original packaging and most items were packaged in good condition. There were some customer return units at the Engineer Facility, which Keene Kohrt and I did not review or track as they were deemed to be "opened units" previously installed or delivered to a customer's home

9. Keene Kohrt and I inspected each unit of boxed inventory at the Engineer Street Facility and scanned each inspected unit's bar code into Sub-Zero Group's audit tracking system. Specifically, we scanned Sub-Zero Group's crating label on each of the boxed inventory which included the item number (sku) and serial number. From the scan of the sku, Sub-Zero Group's business system then generated the model number of the product. I performed the same inspection and scanning of the boxed inventory at the Santa Fe Springs Facility.

10. I also evaluated the conditions of the boxes which included packaging or product damage and any additional labels or marking on the product. The only additional labeling I observed on the boxes was shipping labels from Sub-Zero Group or Sub-Zero to Pirch.

11. While conducting the audit, I did not observe any Pirch customer information or customer specific labeling on the individual units or sales accessories that comprised the inventory. I observed that the only labels I saw on the boxed inventory were from Sub-Zero's Group factory or distribution center and Sub-Zero Group or Sub-Zero's shipping labels to send the units to Pirch.

12. I did not see any customer's names or customer order number on any of Sub-Zero's products in the two Distribution Centers.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 4, 2024 at Fitchburg, Wisconsin.

_____
MARK MARSHALL

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 82605924v5

3

DECLARATION OF MARK MARSHALL IN SUPPORT OF SUB-ZERO GROUP WEST'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL LEASEHOLD INTERESTS AND PROPERTY OF THE ESTATE