CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| | Debtor(s) | BANKRUPTCY NO. |
| | Plaintiff(s) | ADVERSARY NO. |
| v. | Defendant(s) | |

# PROOF OF SERVICE

I, _____ am a resident of the State of Texas, over the age of 18 years, and not a party to this action.

On _____, I served the following documents:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐    Chapter 7 Trustee:

☐    For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐    For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.    **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.    **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____        _____
                    (Date)                            (Typed Name and Signature)

                                        _____
                                                (Address)

                                        _____
                                             (City, State, ZIP Code)

**SERVICE LIST** – Case 24-01376-CL7

**CM/ECF**

Kyra E. Andrassy     kandrassy@raineslaw.com, jfisher@raineslaw.com
Everett G. Barry     Everett.Barry@dinsmore.com, katherine.hemphill@dinsmore.com
Christin A. Batt     christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
George B. Blackmar     gblackmar@bpslaw.net
Kathleen A. Cashman-Kramer     kcashman-kramer@fennemorelaw.com, cashman-kramer@ecf.courtdrive.com;rudolph@ecf.inforuptcy.com;grudolph@fennemorelaw.com;ejames@fennemorelaw.com;ldinkins@fennemorelaw.com;jhill@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;docketing@fennemorelaw.c
K. Todd Curry     tcurry@currylegal.com
Jerome Stanley Demaree     stan@demaree-law.com
Judith A. Descalso     jad@jdescalso.com, jad_9193@ecf.courtdrive.com;descalso.judithb129618@notify.bestcase.com
Christine M. Fitzgerald     christine@thersfirm.com, maria@thersfirm.com;amy@thersfirm.com
Alan W Forsley     alan.forsley@flpllp.com
Marc C. Forsythe     mforsythe@goeforlaw.com, dcyrankowski@goeforlaw.com
Roger F. Friedman     rfriedman@rutan.com
Leslie T. Gladstone     candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;janetg@flgsd.com
Leslie T. Gladstone     leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
Robert P. Goe     rgoe@goeforlaw.com, kmurphy@goeforlaw.com
Ivan M. Gold     igold@allenmatkins.com
Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Barbara R. Gross     barbara@bgross.law, cbrg11@trustesolutions.net
Christopher V. Hawkins     chawkins@fennemorelaw.com, hill@sullivanhill.com;cashman-kramer@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
James P. Hill     HILL@SULLIVANHILL.COM, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
Haeji Hong     Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
Elsa Monica Horowitz     ehorowitz@wrslawyers.com, jlee@wrslawyers.com
Gregory K. Jones     gjones@sycr.com, smjohnson@stradlinglaw.com
Eve H. Karasik     ehk@lnbyg.com
Eileen Keusseyan     ek@keosianlaw.com
Andrew Levin     andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;janetg@flgsd.com;sandray@flgsd.com;candic@flgsd.com
Kerri A Lyman     klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com
Anthony Napolitano     anapolitano@buchalter.com, marias@buchalter.com;docket@buchalter.com
Dana S. Plon     dplon@sirlinlaw.com

Hamid R. Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
Vincent Renda     vr@pinlegal.com, ld@pinlegal.com
Jeffrey David Rubin     jeff@barnettrubin.com
Link W. Schrader     lschrader@schrader-law.com
Maggie Schroedter     maggie@thersfirm.com,
maria@thersfirm.com,amy@thersfirm.com,4634112420@filings.docketbird.com
Sara Shahbazi     shahbazis@ballardspahr.com, carolod@ballardspahr.com
Gary Starre     gastarre@gmail.com
Kelly Ann Mai Khanh Tran     kelly@smalllawcorp.com,
emma@smalllawcorp.com
Jennifer R. Tullius     jtullius@tulliuslaw.com
John M. Turner     jmt@tmsdlaw.com
United States Trustee     ustp.region15@usdoj.gov
Johnny White     jwhite@wrslawyers.com, jlee@wrslawyers.com
Bradley J Yourist     byourist@gmail.com
Nahal Zarnighian     zarnighiann@ballardspahr.com, carolod@ballardspahr.com


**No Notice List** - Jahan C Sagafi     jsagafi@outtengolden.com, jahan-sagafi-og-9839@ecf.pacerpro.com

**Manual Notice List**
BTPROP1 LLC 860 Newport Center Dr, Ste 150, Newport Beach, CA 92660-6254
Tim Martin, 285 Kavenish Drive, Rancho Mirage, CA 92270-3228
Julie Mumma, 625 S. West End St., #7, Aspen, CO 81611
Hadas Skupsky 11 Almond Tree Lane Irvine, CA 92612
Mary Olsen THE GARDNER FIRM, P.C. 182 St. Francis Street, Suite 103 Mobile, AL 36602
Serafina Krupp/ Marshall Krupp 7917 E Briarwood Road Orance, CA 9286