Robert P. Goe – State Bar No. 137019
Dixon Gardner – State Bar No. 213119
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210
Irvine, CA 92614
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Objecting Parties Glenn and Laura Russell

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PIRCH, Inc.<br><br><br><div align="center">Debtor.</div> | Case No. 24-1376-CL7<br><br>Chapter 7<br><br>Assigned to Chief Judge Christopher B. Latham<br><br>**OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; AND DECLARATION OF GLENN RUSSELL**<br><br><u>Hearing</u>:<br><br>Date:  June  28, 2024<br>Time:  10:30 a.m.<br>Courtroom:  Dept. 1<br>Location:  325 West F Street,<br>           San Diego, CA 92101-6017 |

The Objecting Parties, Glenn and Laura Russell (referred to hereafter as the "Owners"), submit their Objection ("Objection") to Chapter 7 Trustee's Motion ("Motion") to (a) Approve Auction Procedures; and (2) Sell Personal Property Pursuant to 11 U.S.C. § 363 Free and Clear of Liens, Claims, and Interests.

## I.    INTRODUCTION

The Owners object to the Motion's sale procedures because they seek to sell the Owners' PRODUCTS (as identified in Exhibit A attached hereto). Owners submitted and fully paid (the amount of $163,339.44) for the PRODUCTS in the contract with the Debtor from 2022 to 2023. Each of the PRODUCTS is a specially ordered and custom made product by Owners to the Debtor; and, each of the sale contracts states that the Owners cannot cancel the contract, cannot return any of the PRODUCTS, cannot receive a refund for any of the purchase price of the PRODUCTS, and bears the risk of loss for each of the PRODUCTS while the Debtor stored them for Owners (who was to request delivery of the PRODUCTS when Owners needed and Owners paid for the delivery expense). Under these facts and Commercial Code § 2401 and 2501, title to the PRODUCTS passed from Debtor to Owners when they entered the ordered, paid for it in full, and then three business days thereafter expired without any cancellation of the order. *Butner v. United States*, 440 U.S. 48, 55 (1979); *Wilson v. Brawn of Cal., Inc.* (2005) 132 Cal. App. 4th 549, 554, 559-560; *California State Electronics Assn. v. Zeos Internat. Ltd.* (2nd Dist., 1996) 41 Cal. App. 4th 1270; and *Aerospace Corp. v. State Bd. Of Equalization* (2nd Dist., 1990) 218 Cal. App. 3d 1300.

## II.    FACTS

This Objection incorporates (as though fully set forth herein) the facts and the exhibits of the Declaration of Glenn Russell attached hereto.

## III.    LEGAL ARGUMENTS

### A.    <u>Debtor Has No Interest In The PRODUCTS Because Debtor Identified Them As Specially Ordered And Custom Made PRODUCTS To Transfer Title To Them To The Owner Under California Law</u>

Under *Butner v. United States*, 440 U.S. 48, 55 (1979), property of a bankruptcy estate is determined under the applicable state law to a bankruptcy case. The applicable state law to this Bankruptcy Case is the law of California. *Id.*

California Uniform Commercial Code ("UCC") § 2401(1) states "Title to goods cannot pass under a contract for sale prior to their identification to the contract (Section 2501) . . . ." Under

UCC § 2501, "In the absence of explicit agreement identification occurs:

(a) When the contract is made if it is for the sale of goods already existing and identified; [or]

(b) If the contract is for the sale of future goods . . ., when goods are shipped, marked or otherwise designated by the seller as goods to which the contract refers . . . ."  The purpose of this identification requirement is to determine the point in time when the buyer has an insurable interest in the goods or a special property interest that has relevance in a variety of contexts, such as when the goods are lost or the seller becomes insolvent prior to delivery.  *California State Electronics Assn. v. Zeos Internat. Ltd.* (2nd Dist., 1996) 41 Cal. App. 4th 1270 (title to computer passed from seller to buyer once the seller identified the computer to sell to buyer); *Aerospace Corp. v. State Bd. of Equalization* (2nd Dist., 1990), 218 Cal. App. 3d 1300 (title to an airliner plane as personal property passed when the seller identified the plane to the buyer).

As set forth in the Russell Declaration, the Debtor identified the PRODUCTS (defined in the Russell Decl.), which required the Owners to pay in full the $163,339.44 purchase price for the PRODUCTS at the time Owners placed their order for them with Debtor.  Thus, title to the PRODUCTS passed from the Debtor as seller to the Owners as buyers three business days after payment in full of the purchase price for each of the three orders under UCC §§ 2401 and 2501.  The Owners own the PRODUCTS from three business days after the purchase priced was paid to the Debtor on November 19, 2022 and March 29, 2023 to the present; and, the PRODUCTS are not property of the Debtor's Chapter 7 Bankruptcy Estate ("Estate").

The Trustee bears the burden of proving that the Debtor's property is property of the Estate under 11 U.S.C. § 541.  *Wolfe v. Jacobson (In re Jacobson)*, 676 F.3d 1193, 1200-01 (9th Cir. 2012) (citing 5 Collier On Bankruptcy ¶ 542.02 (16th ed. 2011)).  The Trustee cannot establish that it has any ownership interest in the PRODUCTS to sell them in the Motion because the Debtor specifically identified the PRODUCTS to the Owners on November 19, 2022 and March 29, 2023 and three business days after each of these dates when title to the PRODUCTS (as identified in each order for them) passed from the Debtor to the Owners.

1    The Owners are bona fide purchasers of the PRODUCTS: the Owners paid value (over

2  $163,339.44) from 2022 to 2023 to Debtor, in good faith, and without actual or constructive notice

3  of another's rights in the PRODUCTS.

4    In the alternative, Owners demand adequate protection in the event the Court authorizes any

5  sale.

6  **IV.    CONCLUSION**

7    The Motion should be denied to the extent that it seeks to sell the Owners' PRODUCTS as

8  set forth in this Objection and in the alternative provide Owners with adequate protection.

9

10  Dated: June 21, 2024                                    Respectfully submitted by

11                                                          GOE FORSYTHE & HODGES LLP

12                                                          By: /s/Robert P. Goe
13                                                              Robert P. Goe
                                                                Dixon L. Gardner
14                                                              Attorneys for Glenn and Laura Russell

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

## DECLARATION OF GLENN RUSSELL

2   I, Glen Russell, declare as follows:

3   1.      I am over 18 years of age.  I have personal, firsthand knowledge of all facts set

4   forth in this declaration.  If called as a witness to testify to any facts set forth herein, I could and

5   would competently do so.  My knowledge of the facts herein is based on my personal knowledge.

6   I currently have custody and control over all of my business records as they pertain to Pirch, Inc.,

7   the Debtor in this Bankruptcy Case.

8   2.      On November 18, 2022, I made an order (i.e. Order Number ORD-228621-

9   K4B1X2) to buy appliances and fixtures from Pirch, Inc. ("Debtor"), the Debtor in this Bankruptcy

10  Case, for the purchase price of $163,339.44.  On November 19, 2022, I paid $85,000.00 to the

11  Debtor for this purchase as required by the contract and $78,339.44 on March 29, 2023.  Attached

12  hereto as **Exhibit 1** is a true and correct copy of my Sales Order for appliances and fixtures to

13  Debtor for Order Number ORD-228621-K4B1X2 for $163,339.44 ("Products").

14  3.      In particular, one of the Products was a La Cornue custom 120 range from Chateau

15  ("Range") which I paid $64,200.00.  This is a very specific custom order, and we were advised that

16  our specific Range was in the warehouse for delivery to me and my wife.

17  4.      My understanding of the terms of the contract for each of my purchases of the

18  PRODUCTS are:

19  (1) I made a non-refundable deposit for the entire sales price for each order for the

20      PRODUCTS;

21  (2) Each of the PRODUCTS that I ordered from Debtor is a special order or custom order

22      item that Debtor did not have in its inventory at the time of each order and required the

23      Debtor to make a special/custom order to its vendors to acquire the PRODUCTS ordered

24      by me.  Thus, the Debtor identified each of the PRODUCTS to the contracts at issue.  I

25      do not know where the serial numbers are for each of the PRODUCTS that I purchased,

26      but I know that each of the three order numbers for the PRODUCTS had serial numbers

27      assigned to each order number for each of the PRODUCTS for the Debtor to track when

28      Debtor shipped the PRODUCTS to me;

5

(3)    The contract states:

Custom orders begin production immediately upon order and are built to Your specifications.  They cannot be cancelled, changed, returned or refunded at any time.  A non-refundable 100% deposit will be taken when the order is placed.

(4) After the first three business days of executing the contract, I had no right to cancel any the contract for a refund; I had no right to a refund from Debtor for any of the PRODUCTS that I purchased; and, I had no right to return any of the PRODUCTS at issue to Debtor.  If any of the three contracts was terminated, then I agreed to pay Debtor "the costs of merchandise" and any other materials, labor, or services provided by Debtor to me.

(5) I agreed to pay for the cost to transport and/or store the PRODUCTS to my Home for the contract;

(6) I assumed the risk and full responsibility of physically assisting with the delivery of the PRODUCTS and their installation.

(7) the contract states "All tax amounts are based on the specified jurisdictional rate at the time of the order."  In other words, Debtor computed sales tax on the sale of each of the PRODUCTS sold to me when I paid the purchase price for the contract to Debtor.

(8) I made a non-refundable deposit for the entire sales price for each order for the PRODUCTS at issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of June, 2024 at Irvine, California.

_____
Glenn Russell

# EXHIBIT A

# EXHIBIT A



**PIRCH, INC.**
Costa Mesa Showroom
3303 Hyland Ave, Suite D
Costa Mesa, CA 92626

Tel : 1 (949) 429-0800
Fax : 1 (949) 429-0670

www.pirch.com

-Complete-
**SALES ORDER**
ORD-228621-K4B1X2

**Sold To:**    CLR PROPERTIES
LAURA & GLENN RUSSELL
6600 E. BAYSHORE WALK
LONG BEACH, CA 90803

USA
818-381-7102

**Deliver To:**
LAURA & GLENN RUSSELL
6600 E. BAYSHORE WALK
LONG BEACH, CA 90803

| Order Date: | 11/18/2022 |
| Customer Code: | XIXUNM |
| Customer PO No. : | |
| Your Reference: | APPLIANCES/FIXTURES|6600 E. BAYSHORE WALK |
| Payment Terms: | Deposit |
| Requested Delivery: | 12/26/2022 |
| Shipment Method: | Fix Deliveries |

| # | Room | MFR | Product | Description | Requested Delivery | QTY | Line Total |
|---|------|-----|---------|-------------|--------------------|-----|------------|
| 1002 | LA CORNUE CHATEAU- | | FREIGHT | FREIGHT CHARGE INBOUND TO PIRCH | 10/30/2023 | 1 | $4,419.00 |
| 2001 | VENT-A-HOOD | VENT-A-HOOD | VP563 | TRANSITION FOR B400<br><br>Transition (Optional) For B400 (Double B200 Dual Blowers) | 6/14/2024 | 1 | $133.37 |
| 2002 | VENT-A-HOOD | VENT-A-HOOD | BH446PSLD SS | 46 3/8" 1200 CFM Wall Mount Liner Insert Stainless Steel | 6/14/2024 | 1 | $3,081.00 |
| 3001 | TRUE REFRIGERATION - | TRUE | TR-30BEV-L-SG-C-030-H01 | 30inch column - configured for beverage storage - glass door - Hinged Left (L), Finish: Matte White, Hardware: Brass<br><br>MATTE WHITE & BRASS HARDWARE | 6/14/2024 | 1 | $14,474.00 |
| 3002 | TRUE REFRIGERATION | TRUE | 827543 | 78" Joining kit with 30" column on left and 48" SBS on right | 6/14/2024 | 1 | $1,479.00 |
| 3003 | TRUE REFRIGERATION - | TRUE | TR-48SBS-SG-C-030-H01 | 48inch side by side refrigerator/freezer - Stainless Steel - Stainless Glass Door - Integrated Ice, Finish: Matte White, Hardware: Brass<br><br>MATTE WHITE & BRASS HARDWARE | 6/14/2024 | 1 | $27,074.00 |
| 001 | SCOTSMAN - | SCOTSMAN | SCN60PA-1SS | 15" U/C NUGGET ICE MACHINE W/ DRAIN PUMP W/26 LBS OF ICE STORAGE | 6/14/2024 | 1 | $5,389.00 |
| 002 | LA CORNUE CHATEAU - | LA CORNUE | G4-2USEP-LC6890 | CUSTOM CHATEAU 120 RANGE SOVEREIGN (Z) FINISH w/ BRUSHED BRASS TRIM NG | 10/30/2023 | 1 | $64,200.00 |
| 001 | U-LINE - | U-LINE | UDCP115-SS01B | Outdoor Clear Ice Machine, 15" Pump, Reversible Hinge Stainless Solid 115v | 6/14/2024 | 1 | $4,299.00 |
| 001 | GALLEY SINK AND FAUCET - | Galley | KSG-3-5-SS | Basin Portion of IWS 3S, IWA 3S in Angel Finish 316L Stainless Steel C.O. 32-1/2" x 18" | 6/21/2024 | 1 | $2,245.50 |
| 002 | GALLEY SINK AND FAUCET - | Galley | BG-3-G-1-SS | Bottom Grate Single Section Set for IWS 3S, IWA 3S in Stainless Steel | 6/21/2024 | 1 | $247.50 |
| 003 | GALLEY SINK AND FAUCET - | Galley | CKT-12-BA | Small Culinary Kit including Five Tools in Natural Golden Bamboo | 6/21/2024 | 1 | $1,080.00 |
| 003 | GALLEY SINK AND FAUCET - | | FREIGHT | FREIGHT CHARGE INBOUND TO PIRCH | 6/21/2024 | 1 | $100.00 |
| 004 | GALLEY SINK AND FAUCET - | Galley | IWT-D-YSS-HP | Ideal Tap High-Flow in PVD Brushed Gold Stainless Steel | 6/21/2024 | 1 | $2,556.00 |

Printed on: 3/19/2024 12:40:29 PM

Page 1 of 3

| # | Room | MFR | Product | Description | Requested Delivery | QTY | Line Total |
|---|------|-----|---------|-------------|-------------------|-----|-----------|
| 6004 | GALLEY SINK AND FAUCET - | Galley | IWT-D-YSS-HF | Ideal Tap High Flow in PVD Brushed Gold Stainless Steel | 6/21/2024 | 1 | $2,556.00 |

Printed on: 3/19/2024 12:40:29 PM                                                                    Page 1 of 5

# PIRCH*e*

| # | Room | MFR | Product | Description | Requested Delivery | QTY | Line Total |
|---|------|-----|---------|-------------|-------------------|-----|-----------|
| 6005 | GALLEY SINK AND FAUCET | Galley | IAC-1-YSS | Ideal Air Gap in PVD Brushed Gold Stainless Steel | 6/21/2024 | 1 | $356.00 |
| 6006 | GALLEY SINK AND FAUCET | Galley | ISD-1-YSS | Ideal Soap Dispenser in PVD Brushed Gold Stainless Steel | 6/21/2024 | 1 | $792.00 |
| 6007 | GALLEY SINK AND FAUCET | Galley | IDS-1-YSS | Ideal Deck Switch in PVD Brushed Gold Stainless Steel | 6/21/2024 | 1 | $496.00 |
| 7002 | MIELE - | MIELE | G7591SCVi | *G7595SCVi 24" ADA Compliant, Fully Integrated Panel Ready Smart Dishwasher with 3D MultiFlex Cutlery Tray, AutoDos, WiFiConn@ct, QuickIntenseWash, Knock2Open, and ENERGY STAR Certified | 6/14/2024 | 1 | $2,949.00 |
| 8001 | ZIP WATER SYSTEM - CHILLED, SPARKLING, & BOILING - | ZIP WATER | 01034221 | ARC Faucet - Brushed Gold | 6/21/2024 | 1 | $1,040.00 |
| 8003 | ZIP WATER SYSTEM - CHILLED, SPARKLING, & BOILING | ZIP | 01034349 | ZIP-CO2 REGULATOR | 6/21/2024 | 1 | $65.00 |
| 8004 | ZIP WATER SYSTEM - CHILLED, SPARKLING, & BOILING | ZIP | 01034347 | ZIP-2 X .57KG CO2 RECYC CYLINDER | 6/21/2024 | 1 | $189.00 |
| 8005 | ZIP WATER SYSTEM - CHILLED, SPARKLING, & BOILING - | ZIP WATER | 01043466 | Boiling, Chilled, Sparkling - HydroTap 120V BCS G5 Command Center | 6/21/2024 | 1 | $6,900.00 |
| 9002 | Kitchen - | MOUNTAIN PLUMBING | STEALTH1250 | 1-1/4 HP Disposer | 6/21/2024 | 1 | $380.80 |
| 10001 | MASTER BATH - TOTO 700H - NEOREST | TOTO | SN994M-01 | *Discontinued, Sell Replacement: SN873CM* TOTO NEO-REST 700H TOP UNIT - WHITE | 6/21/2024 | 1 | $3,258.10 |
| 10002 | MASTER BATH - TOTO 700H - NEOREST | TOTO | CT992CUMFG-01 | NEOREST 700H - TOP UNIT *Discontinued, Sell Replacement: CT873CUMFG-01* NEOREST 700H - ELONGATED BOWL | 6/21/2024 | 1 | $2,008.50 |
| 11001 | GUEST BATHS TOTO - | TOTO | MS626124CEFG-01 | NEOREST 700H - BOTTOM BOWL UNIT Aimes Elongated One-Piece Toilet 1.28 GPF | 6/21/2024 | 3 | $2,488.20 |
| 12001 | DELIVERY TO GARAGE ONLY | PIRCH | DVDC | NO CHARGE STANDARD DELIVERY (GARAGE ONLY) | 6/21/2024 | 1 | $0.00 |

Lifestyle Advisor:  Ray Esparza
Phone:  949-439-0656
Email:  Ray.Esparza@pirch.com

| | |
|---|---|
| Subtotal | $148,573.78 |
| Tax | $14,765.64 |
| Grand Total | $163,339.42 |

Payments Received:

| AMEX | $163,339.44 |
|---|---|
| Total Payments | $163,339.44 |
| Balance Due | ($0.02) |



# PIRCH

**SALES ORDER**

ORD-228621-K4B1X2

## APPLIANCES/FIXTURES|6600 E. BAYSHORE WALK

Nov 18, 2022

Order For:
GLR PROPERTIES
Contact:LAURA & GLENN RUSSELL
6600 E. BAYSHORE WALK
LONG BEACH, CA 90803
(818) 381-7102, LauraJRuss@gmail.com

Deliver To:
LAURA & GLENN RUSSELL
6600 E. BAYSHORE WALK
LONG BEACH, CA 90803
(818) 381-7102

Request Delivery On:
3/17/2023

### LA CORNUE CHATEAU
CHATEAU 120 - G42 SOVEREIGN w/ BRUSHED BRAS TRIM, ACCENTS, & HANDRAIL

| | | | |
|---|---|---|---|
| 1002 | .P.I.R.C.H.# | FREIGHT FREIGHT CHARGE | $4,419.00 |
| 4002 | | LA CORNUE G42USEF-LC6890 CUSTOM CHATEAU 120 RANGE, SOVEREIGN (Z) FINISH w/ BRUSHED BRASS TRIM, NG | $64,200.00 |

LA CORNUE CHATEAU subtotal    $68,619.00

### VENT-A-HOOD

| | | | |
|---|---|---|---|
| 2001 | | VENT-A-HOOD VP563 TRANSITION FOR B400 *NOTE: Transition (Optional) For B400 (Double B200 Dual Blowers)* | $133.37 |
| 2002 | | VENT-A-HOOD BH446PSLB SS 46 3/8" 1200 CFM Wall Mount Liner Insert Stainless Steel | $3,081.00 |

VENT-A-HOOD subtotal    $3,214.37

### TRUE REFRIGERATION

| | | | |
|---|---|---|---|
| 001 | | TRUE TR-30BEV-L-SG-C-030-H01 30inch column - configured for beverage storage - glass door - Hinged Left (L), Finish: Matte White, Hardware: Brass *NOTE: MATTE WHITE & BRASS HARDWARE* | $14,474.00 |
| 02 | | TRUE 827543 78" Joining kit with 30" column on left and 48" SBS on right | $1,479.00 |
| 3 | | TRUE TR-48SBS-SG-C-030-H01 48inch side by side refrigerator/freezer - Stainless Steel - Stainless Glass Door - Integrated Ice, Finish: Matte White, Hardware: Brass *NOTE: MATTE WHITE & BRASS HARDWARE* | $27,074.00 |

TRUE REFRIGERATION subtotal    $43,027.00

Printed on: 3/7/2023 3:36:58 PM

RCH

## SCOTSMAN

| 4001 | | SCOTSMAN SCN60PA-1SS<br>15" U/C NUGGET ICE MACHINE W/ DRAIN PUMP W/26 LBS OF ICE STORAGE | $5,389.00 |
| | | SCOTSMAN subtotal | $5,389.00 |

## U-LINE

| 5001 | | U-LINE UOCP115-SS01B<br>Outdoor Clear Ice Machine 15" Pump Reversible Hinge Stainless Solid 115v | $4,299.00 |
| | | U-LINE subtotal | $4,299.00 |

## GALLEY SINK AND FAUCET

| 6001 | | Galley KSO-3-S-SS<br>Basin Portion of IWS 3S, IWA 3S in Angel Finish 316L Stainless Steel C.O. 32-1/2" x 18" | $2,245.50 |
| 6002 | | Galley BG-3-S-1-SS<br>Bottom Grate Single Section Set for IWS 3S, IWA 3S in Stainless Steel | $247.50 |
| 6003 | | Galley CKT-12-BA<br>Small Culinary Kit including Five Tools in Natural Golden Bamboo | $1,080.00 |
| 6003 | PIRCH | FREIGHT<br>FREIGHT CHARGE | $100.00 |
| 5004 | | Galley IWT-D-YSS-HF<br>Ideal Tap High-Flow in PVD Brushed Gold Stainless Steel | $2,556.00 |
| 005 | IAG-1-YSS | Galley IAG-1-YSS<br>Ideal Air Gap in PVD Brushed Gold Stainless Steel | $336.00 |
| 006 | | Galley ISD-1-YSS<br>Ideal Soap Dispenser in PVD Brushed Gold Stainless Steel | $792.00 |

RCH

**SALES ORDER**

ORD-228621-K4B1X2

| | Galley IDS-1-YSS<br>Ideal Deck Switch in PVD Brushed Gold Stainless Steel | $496.00 |
|---|---|---|
| | GALLEY SINK AND FAUCET subtotal | $7,853.00 |

### MIELE

| 7002 | MIELE G7591SCVI<br>*11388260* 24" ADA Compliant, Fully Integrated Panel-Ready Smart Dishwasher with 3D MultiFlex Cutlery Tray, AutoDos, WifiConn@ct, QuickIntenseWash, Knock2Open, and ENERGY STAR Certified | $2,949.00 |
|---|---|---|
| | MIELE subtotal | $2,949.00 |

### ZIP WATER SYSTEM - CHILLED, SPARKLING, & BOILING

| 8001 | ZIP WATER 01034221<br>ARC Faucet - Brushed Gold | $1,040.00 |
|---|---|---|
| 8002 | ZIP WATER 01037423<br>BASE MODULE 120V BCS for RESIDENTIAL | $3,685.00 |
| 8003 | ZIP 01034349<br>ZIP-CO2 REGULATOR | $163.00 |
| 8004 | ZIP 01034347<br>ZIP-2 X .57KG CO2 RECYC CYLINDER | $189.00 |
| | ZIP WATER SYSTEM - CHILLED, SPARKLING, & BOILING subtotal | $5,077.00 |

### Kitchen

| 9001 | MOUNTAIN PLUMBING MT888-3CFWD3B<br>3-Bolt Mount 1 1/4 HP Disposer<br><br>NOTE: *LIFETIME REPLACEMENT WARRANTY | $390.60 |
|---|---|---|
| | Kitchen subtotal | $390.60 |



PIRCH

**SALES ORDER**

ORD-228621-K4B1X2

### MASTER BATH - TOTO 700H-NEOREST

| 10001 | | TOTO SN992M-01<br>TOTO NEO-REST 700H TOP UNIT - WHITE<br>*NOTE: NEOREST 700H - TOP UNIT* | $3,259.10 |
|---|---|---|---|
| 10002 | | TOTO CT992CUMFG-01<br>NEOREST 700H - ELONGATED BOWL<br>*NOTE: NEOREST 700H - BOTTOM BOWL UNIT* | $2,008.50 |

MASTER BATH - TOTO 700H-NEOREST subtotal — $5,267.60

### GUEST BATHS: TOTO

| 11001 | | TOTO MS626124CEFG-01<br>Aimes Elongated One-Piece Toilet 1.28 GPF | 3 @ $829.40 |
|---|---|---|---|

GUEST BATHS: TOTO subtotal — $2,488.20

### Professional Services

OTHER
- PIRCH NO CHARGE STANDARD DELIVERY (GARAGE ONLY)

$0.01

| Pro Services Subtotal | $0.01 |
|---|---|
| Pro Services Tax | $0.00 |
| Pro Services Total | $0.01 |

Ray Esparza
Sales Consultant
Ray.Esparza@pirch.com  P: (949) 439-0656

| Subtotal | $148,573.78 |
|---|---|
| Tax | $14,765.66 |
| Grand Total | $163,339.44 |

**Payments Received:**

| AMEX | $85,000.00 |
|---|---|

Printed on: 3/7/2023 3:36:58 PM

Page 4 of 1



PIRCH

**SALES ORDER**

ORD-228621-K4B1X2

| Total Payments | $85,000.00 |
| --- | --- |
| Total Balance Due | $78,339.44 |

Thank you. We appreciate your business.

By providing a deposit to your order, you will be accepting the terms and conditions located here:
PIRCH Terms and Conditions, or by navigating to https://www.pirch.com/terms-and-conditions-agreement.

Once you have placed a deposit, you may cancel your order within three (3) business days without any penalty. After this initial period, cancellations or changes to your order may result in cancellation or restock fees pursuant to the Terms and Conditions. Special order products, including but not limited to tubs and non-standard finish plumbing items, are custom order items and are not eligible for cancellation.

We understand that your project may have multiple phases and a dynamic timeline. As such, Pirch will hold all product pricing for up to one (1) year on all orders where a minimum of fifty percent (50%) deposit has been made. All tax amounts are based on the specified jurisdictional rate at the time of the order. This amount is subject to change in the event the applicable jurisdiction modifies the prevailing rate prior to or at the time of shipment of product.

All non-special order products may be returned within thirty (30) days of your receipt of product. Certain restrictions may apply based on condition of the product and/or box. For more details on our Return Policy, please view the Terms and Conditions referenced above

If you have any questions concerning this document, please contact 1 (949) 429-0800.
PIRCH, INC., 3303 Hyland Ave, Suite D Costa Mesa, CA 92626 Tel : 1 (949) 429-0800 Fax : 1 (949) 429-0670
www.pirch.com