CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Robert P. Goe – State Bar No. 137019
Dixon Gardner – State Bar No. 213119
GOE FORSYTHE & HODGES LLP
17701 Cowan, Suite 210, Building D
Irvine, CA 92614
rgoe@goeforlaw.com
Telephone: (949) 798-2460

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  PIRCH, Inc.

Debtor(s)

BANKRUPTCY NO. 24-1376-CL7

Glenn Russell and Laura Russell

Plaintiff(s)

ADVERSARY NO.

v.
PIRCH, Inc., a California corporation, and
LESLIE T. GLADSTONE, Chapter 7 Trustee,

Defendant(s)

# PROOF OF SERVICE

I, Danielle Cyrankowski   am a resident of the State of California, over the age of 18 years, and not a party to this action.

On   June 21, 2024   , I served the following documents:
OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; AND DECLARATION OF GLENN RUSSELL

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On   June 21, 2024   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

See Attachment for a full list of NEF service emails as of June 21, 2024

☐    Chapter 7 Trustee: Leslie T. Gladstone whose attorney is Christin A. Batt: christingb@flgsd.com

☒    For Chapter 7, 11, & 12 cases:
     UNITED STATES TRUSTEE
     ustp.region15@usdoj.gov

☐    For Chapter 13 cases:
     MICHAEL KOCH, TRUSTEE
     mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On   June 21, 2024   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Debtor
PIRCH, Inc.
1445 Engineer Street
Vista, CA 92081

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    June 21, 2024                    /s/ Danielle Cyrankowski
               (Date)                           (Typed Name and Signature)

                                                17701 Cowan, Building D, Suite 210
                                                (Address)

                                                Irvine, CA 92614
                                                (City, State, ZIP Code)

**Mailing Information for Case 24-01376-CL7**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kyra E. Andrassy**    kandrassy@raineslaw.com, jfisher@raineslaw.com
- **Everett G. Barry**    Everett.Barry@dinsmore.com, katherine.hemphill@dinsmore.com
- **Christin A. Batt**    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **George B. Blackmar**    gblackmar@bpslaw.net
- **Kevin H Brogan**    kbrogan@hillfarrer.com
- **Kathleen A. Cashman-Kramer**    kcashman-kramer@fennemorelaw.com, cashman-kramer@ecf.courtdrive.com;rudolph@ecf.inforuptcy.com;grudolph@fennemorelaw.com;ejames@fennemorelaw.com;ldinkins@fennemorelaw.com;jhill@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;docketing@fennemorelaw.c
- **K. Todd Curry**    tcurry@currylegal.com
- **Jerome Stanley Demaree**    stan@demaree-law.com
- **Judith A. Descalso**    jad@jdescalso.com, jad_9193@ecf.courtdrive.com;descalso.judithb129618@notify.bestcase.com
- **Christine M. Fitzgerald**    christine@thersfirm.com, maria@thersfirm.com;amy@thersfirm.com
- **Alan W Forsley**    alan.forsley@flpllp.com
- **Marc C. Forsythe**    mforsythe@goeforlaw.com, dcyrankowski@goeforlaw.com
- **Roger F. Friedman**    rfriedman@rutan.com
- **Leslie T. Gladstone**    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;janetg@flgsd.com
- **Leslie T. Gladstone**    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **Robert P. Goe**    rgoe@goeforlaw.com, kmurphy@goeforlaw.com
- **Ivan M. Gold**    igold@allenmatkins.com
- **Eric D. Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Barbara R. Gross**    barbara@bgross.law, cbrg11@trustesolutions.net
- **Christopher V. Hawkins**    chawkins@fennemorelaw.com, hill@sullivanhill.com;cashman-kramer@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
- **James P. Hill**    HILL@SULLIVANHILL.COM, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
- **Haeji Hong**    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Elsa Monica Horowitz**    ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- **Gregory K. Jones**    gjones@sycr.com, smjohnson@stradlinglaw.com

- **Eve H. Karasik**    ehk@lnbyg.com
- **Eileen Keusseyan**    ek@keosianlaw.com
- **Andrew Levin**    andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;janetg@flgsd.com;sandray@flgsd.com;candic@flgsd.com
- **Kerri A Lyman**    klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com
- **Anthony Napolitano**    anapolitano@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **Dana S. Plon**    dplon@sirlinlaw.com
- **Hamid R. Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Vincent Renda**    vr@pinlegal.com, ld@pinlegal.com
- **Jeffrey David Rubin**    jeff@barnettrubin.com
- **Link W. Schrader**    lschrader@schrader-law.com
- **Maggie Schroedter**    maggie@thersfirm.com, maria@thersfirm.com,amy@thersfirm.com,4634112420@filings.docketbird.com
- **Sara Shahbazi**    shahbazis@ballardspahr.com, carolod@ballardspahr.com
- **Gary Starre**    gastarre@gmail.com
- **Kelly Ann Mai Khanh Tran**    kelly@smalllawcorp.com, emma@smalllawcorp.com
- **Jennifer R. Tullius**    jtullius@tulliuslaw.com
- **John M. Turner**    jmt@tmsdlaw.com
- **United States Trustee**    ustp.region15@usdoj.gov
- **Johnny White**    jwhite@wrslawyers.com, jlee@wrslawyers.com
- **Bradley J Yourist**    byourist@gmail.com
- **Nahal Zarnighian**    zarnighiann@ballardspahr.com, carolod@ballardspahr.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Marshall Krupp**
Seri Design
7917 E Briarwood Road
Orange, CA 92869

**Serafina Krupp**
7917 E Briarwood Road
Orance, CA 92869

**Tim Martin**
285 Kavenish Drive
Rancho Mirage, CA 92270-3228

**Julie Mumma**
625 S. West End St., #7
Aspen, CO 81611

**Mary Olsen**
THE GARDNER FIRM, P.C.
182 St. Francis Street, Suite 103
Mobile, AL 36602

**Hadas Skupsky**
11 Almond Tree Lane
Irvine, CA 92612