Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>Debtor. | Case No.: 24-03176-CL<br><br>**TRUSTEE'S REPLY TO LIMITED OBJECTIONS AND RESERVATION OF RIGHTS OF CREDITORS TO TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL <u>PERSONAL PROPERTY</u> PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**<br><br>Date: June 28, 2024<br>Time: 10:30 a.m.<br>Dept: One (1)<br>Honorable Christopher B. Latham |

LESLIE T. GLADSTONE, the chapter 7 trustee (the "**Trustee**"), submits this Reply to Limited Objection and Reservation of Rights of Creditors to Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Personal Property Pursuant to 11 U.S.C. § 363, Free and Clear of Liens, Claims, and Interests (the "**Objection**") filed by Mark and Liz Ostoich and Redux LLC (collectively, "**Ostoich**") and Merlin Contracting and Development LLC ("**Merlin**"). This Reply is supported by the Declarations of Leslie T. Gladstone filed at ECF Nos 130-1 and 225-1, and the record before the Court.

///

**REPLY**

Ostoich and Merlin request the right to bid at auction on products listed in their sales orders. Of course they can.

Ostoich and Merlin also want to require the Trustee and her auctioneer to set up the auction to allow bidding by aggrieved customer creditors on an item-by-item basis before bidding is entertained for bulk or by lot sales, and only after the aggrieved customer creditors have bid should the Trustee and her auctioneers proceed with bulk or by lot sales. (Objection, at 4)

The Trustee understands the desire of customers to complete their building projects by bidding for items that closely match the items they previously ordered. The Trustee wants to accommodate those desires to the extent reasonably possible and in the best interests of the estate.

The proposed auction procedures provide: "Bulk sale terms may be negotiated before the auctions beings, but all sales, including bulk sales, are subject to overbid at the online auction." (ECF No. 90, Part II.G(2))  Employment of the Trustee's auctioneer was approved today (ECF No. 306), and the auctioneer is now very busy preparing for the auction. The Trustee and her auctioneer are still working out the detailed logistics of how individual bids and bulk sales, *both subject to overbid*, will operate. The Trustee will have more detailed information about this part of the auction procedures at the June 28, 2024 hearing on the personal property sale motion.

**CONCLUSION**

Based on all of the above and the record before the Court, the Trustee requests that her Personal Property Sale Motion be approved.

Dated: June 21, 2024                          FINANCIAL LAW GROUP

By:   /s/ Christin A. Batt
      Christin A. Batt, Esq.
      Attorneys for Leslie T. Gladstone, Trustee

IN RE PIRCH, INC,
CASE NO. 24-01376-CL7

2   TRUSTEE'S REPLY TO OSTOICH & MERLIN LIMITED
    OBJECTION TO PERSONAL PROPERTY SALE MOTION

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037