Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  ChristinB@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>Debtor. | Case No.:  24-01376-CL7<br><br>**TRUSTEE'S REPLY TO SUB-ZERO GROUP'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**<br><br>Date:       July 1, 2024<br>Time:       10:30 a.m.<br>Dept:       One (1)<br>Honorable Christopher B. Latham |

LESLIE T. GLADSTONE, the chapter 7 trustee (the "**Trustee**"), submits this Reply to Sub-Zero Group's Opposition (the "**Opposition**") to the Chapter 7 Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Leasehold Interests and Related Personal Property Pursuant to 11 U.S.C. § 363, Free and Clear of Liens, Claims, and Interests.  This Reply is supported by the record before the Court.

## **REPLY**

The Trustee has spoken with counsel for Sub-Zero Group ("**Sub-Zero**") on several occasions to try to reach a consensual resolution of at least some of the many disputes Sub-

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

1  Zero raises with the Trustee's proposed auctions.  While those discussions will hopefully

2  continue, there is no reason why Sub-Zero's Opposition should impact the Trustee's proposed

3  sale of the three leased showrooms and related personal property.

4    Sub-Zero acknowledges:  "The value of Sub-Zero's Display Units if liquidated is

5  believed to be no more than $350,000 …."  (Opposition at 1:19–20)  This statement appears to

6  refer to all Sub-Zero display units provided to Pirch, Inc.

7    Sub-Zero explained that the Display Units are "[s]imilar to the closed-box, obsolete 'B

8  Goods'" and "would be sold for a significant discount.  Ciulla Decl., ¶ 10.  Given that they are

9  open-stock products that have been used (for up to three years) in Pirch's showrooms, Sub-

10  Zero anticipates that these goods would net no more than 50% of the dealer price.  Ciulla Decl.,

11  ¶ 10."  (Opposition, at 9:14–17)

12    Therefore, according to Sub-Zero's own calculations on page 10 of the Opposition,

13  Sub-zero's interests in the Display Units at the Costa Mesa, Mission Viejo, and Rancho Mirage

14  showroom locations is less than $350,000.00.

| COSTA MESA, MISSION VIEJO, AND RANCHO MIRAGE DISPLAY UNITS | DEALER PRICE (INVOICE COST) | **50% OF DEALER PRICE** |
|---|---|---|
| Sub-Zero-owned Display Units | $404,689.00 | $202,344.50 |
| Pirch-owned Display Units | $290,998.00 | $145,499.00 |
| **TOTALS** | $695,687.00 | **$347,843.50** |

22    The Trustee agrees to segregate $350,000.00 from the net proceeds of the sale of the

23  Costa Mesa, Mission Viejo, and Rancho Mirage leasehold interests and related personal

24  property and hold such segregated proceeds pending final determination of Sub-Zero's interest

25  in the Display Units.

26  / / /

27  / / /

28  / / /

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

## <u>CONCLUSION</u>

Based on all of the above and the record before the Court, the Trustee requests that her Leases Sale Motion be approved.

Dated: June 24, 2024

FINANCIAL LAW GROUP

By: ___/s/ Christin A. Batt_____
    Christin A. Batt, Esq.
    Attorneys for Leslie T. Gladstone, Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE PIRCH, INC.
CASE NO. 24-01376-CL7

3

TRUSTEE'S REPLY TO SUB-ZERO'S
OPPOSITION TO LEASES SALE MOTION