# PROOF OF SERVICE

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **June 24, 2024,** I served a true and correct copy of the following document(s):

**TRUSTEE'S REPLY TO SUB-ZERO GROUP'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, June 24, 2024, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **Kyra E. Andrassy, Special Notice Attorney for Top Brand Appliances, Inc.**
  kandrassy@raineslaw.com, jfisher@raineslaw.com
- **Everett G. Barry, Special Notice Attorney for Creditor 2075 Seaview, LLC**
  Everett.Barry@dinsmore.com, katherine.hemphill@dinsmore.com
- **Christin A. Batt, Attorney for Chapter 7 Trustee**   christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **George B. Blackmar, Special Attorney for UTC Venture LLC**   gblackmar@bpslaw.net
- **Kevin H Brogan, Special Attorney for Creditor Kevin H. Brogan**   kbrogan@hillfarrer.com
- **Kathleen A. Cashman-Kramer, Attorney for Creditor Merlin Contracting & Development, LLC**
  kcashman-kramer@fennemorelaw.com, cashman-kramer@ecf.courtdrive.com; rudolph@ecf.inforuptcy.com;grudolph@fennemorelaw.com;ejames@fennemorelaw.com;ldinkins@fennemorelaw.com;jhill@fennemorelaw.com;lgubba-reiner@fennemorelaw.com; docketing@fennemorelaw.c
- **K. Todd Curry, Attorney for Debtor**   tcurry@currylegal.com
- **Jerome Stanley Demaree, Special Notice Attorney for Creditor Aranelli Design, LLC**
  stan@demaree-law.com
- **Judith A. Descalso, Attorney for Creditors Roger Stadler and Tamara Stadler**
  jad@jdescalso.com, jad_9193@ecf.courtdrive.com;descalso.judithb129618@notify.bestcase.com
- **Christine M. Fitzgerald, Special Notice Attorney for Creditor Christopher Witt**
  christine@thersfirm.com, maria@thersfirm.com;amy@thersfirm.com
- **Alan W Forsley, Special Notice Attorney for Creditor First Financial Holdings, LLC**
  alan.forsley@flpllp.com
- **Marc C. Forsythe, Attorney for Creditor Sean Reilly**   mforsythe@goeforlaw.com, dcyrankowski@goeforlaw.com
- **Roger F. Friedman, Special Notice Attorney for Creditor BTPROP1 LLC and Creditor TIS Equities X, LLC**   rfriedman@rutan.com
- **Leslie T. Gladstone, Chapter 7 Trustee**   candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; andrewl@flgsd.com;janetg@flgsd.com
- **Leslie T. Gladstone, Attorneys for Chapter 7 Trustee**   leslieg@flgsd.com, candic@flgsd.com; sandray@flgsd.com;christinb@flgsd.com; andrewl@flgsd.com; janetg@flgsd.com
- **Robert P. Goe, Attorney for Movant, Brian Summerfield; Attorney for Creditor Erika Goe**
  rgoe@goeforlaw.com, kmurphy@goeforlaw.com
- **Ivan M. Gold, Attorney for Glendale Mall II Associates, LLC**   igold@allenmatkins.com

- **Eric D. Goldberg, Special Notice Attorney for CSHV Santa Fe Corporate Center LLC**
  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Barbara R. Gross, Attorney for Barbara R. Gross**   barbara@bgross.law, cbrg11@trustesolutions.net
- **Christopher V. Hawkins, Attorney for Creditors Janet McFarlane and Scott McFarlane**
  chawkins@fennemorelaw.com, hill@sullivanhill.com;cashman-kramer@sullivanhill.com; bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
- **James P. Hill, Special Notice Attorney for Redux LLC, Elizabeth A. Ostoich and Mark A. Ostoich**
  HILL@SULLIVANHILL.COM, hawkins@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
- **Haeji Hong, Special Attorney for U.S. Trustee's Office**   Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Elsa Monica Horowitz, Special Notice Attorney for TSD Corporation dba Warwick Group, Inc.**
  ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- **Gregory K. Jones, Special Attorney for Pure Salt Interiors, Inc.**   gjones@sycr.com, smjohnson@stradlinglaw.com
- **Eve H. Karasik, Attorney for Officers and Directors**   ehk@lnbyg.com
- **Eileen Keusseyan, Special Notice Attorney for Derek Stone; Lauren Stone**   ek@keosianlaw.com
- **Andrew Levin, Attorney for Chapter 7 Trustee**   andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;janetg@flgsd.com;sandray@flgsd.com;candic@flgsd.com
- **Kerri A Lyman, Special Notice Attorney for American Express Travel Related Services Company, Inc.**   klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com
- **Anthony Napolitano Special Notice Attorney for Sub-Zero Group, Inc.**
  anapolitano@buchalter.com, marias@buchalter.com
- **Dana S. Plon, Special Notice Attorney for First Industrial L.P.**   dplon@sirlinlaw.com
- **Hamid R. Rafatjoo, Attorney for Creditors Lombardi Construction, Inc. and Chris Sznewajs**
  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Vincent Renda, Special Notice Attorney for Jacqueline Pierson**   vr@pinlegal.com, ld@pinlegal.com
- **Jeffrey David Rubin, Special Attorney for Hutton Development Company/ Alice Park, LLC**
  jeff@barnettrubin.com
- **Link W. Schrader, Special Notice Attorney for Benito Mora**   lschrader@schrader-law.com
- **Maggie Schroedter, Special Notice Attorney for Creditor Christopher Witt**
  maggie@thersfirm.com, maria@thersfirm.com, amy@thersfirm.com, 4634112420@filings.docketbird.com
- **Sara Shahbazi, Special Notice Attorney for Creditor CRC SOCO, LLC**
  shahbazis@ballardspahr.com, carolod@ballardspahr.com
- **Gary Starre, Attorney for Creditor Horwitz & Horwitz LLC**   gastarre@gmail.com
- **Kelly Ann Mai Khanh Tran, Special Notice Attorney for Creditor Alexander Adler**
  kelly@smalllawcorp.com, emma@smalllawcorp.com
- **Jennifer R. Tullius, Attorney for First Industrial, L.P.**   jtullius@tulliuslaw.com
- **John M. Turner, Attorney for Creditor Orange Avenue Townhomes, LLC**   jmt@tmsdlaw.com
- **United States Trustee**   ustp.region15@usdoj.gov
- **Johnny White, Special Notice Attonrey for TSD Corp.**   jwhite@wrslawyers.com, jlee@wrslawyers.com
- **Bradley J Yourist, Special Notice Attorney for Creditor Boswell Construction, Inc.**
  byourist@gmail.com
- **Nahal Zarnighian, Special Notice Attorney for CRC SOCO, LLC**   zarnighiann@ballardspahr.com, carolod@ballardspahr.com

All other interested parties in this action that are not a registered ECF User are served as follows:

**by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

None

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed June 24, 2024, at La Jolla, California.

/s/ Sandra Young
Sandra Young