ANTHONY J. NAPOLITANO (SBN: 227691)
   anapolitano@buchalter.com
BUCHALTER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-1730
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DENISE FIELD (SBN: 111532)
   dfield@buchalter.com
BUCHALTER, a Professional Corporation
425 Market Street, Suite 2900
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for secured creditor
SUB-ZERO GROUP, INC.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>       Debtor. | Case No. 24-01376-CL7<br><br>Chapter 7<br><br>**STIPULATION BETWEEN SUB-ZERO GROUP AND THE TRUSTEE REGARDING OPPOSITION TO THE TRUSTEE'S MOTION TO APPROVE AUCTION PROCEDURES AND SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY** |

Sub-Zero Group, Inc., a Wisconsin corporation, as successor by merger to Sub-Zero Group West, Inc., a California corporation, doing business as Sub-Zero Group West ("Sub-Zero"), secured creditor of Pirch, Inc., the debtor in the above-captioned chapter 7 bankruptcy case ("Pirch"), and Leslie T. Gladstone, the chapter 7 trustee (the "Trustee") appointed in Pirch's bankruptcy case, hereby enters into this stipulation effective as of June 26, 2024 regarding the subpoenas served by Sub-Zero on Onyx Asset Advisor's as follows:

## RECITALS

A.   On June 3, 2024, the Trustee filed her *Motion to (1) Approve Auction Procedures and (2) Sell Leasehold Interests and Related Personal Property Pursuant to 11 U.S.C. § 363 Free and Clear of Liens, Claims and Interests* [Docket No. 128] (the "Store Sale Motion").

B.   On June 17, 2024, Sub-Zero filed its *Opposition to the Chapter 7 Trustee's Motion to (1) Approve Auction Procedures and (2) Sell Leasehold Interests and Related Personal Property Pursuant to 11 U.S.C. § 363 Free and Clear of Liens, Claims and Interests* [Docket No. 266] (the "Opposition"). On June 24, 2024, the Trustee filed her reply to the Opposition. *See* Docket No. 318.

C.   Sub-Zero and the Trustee have met and conferred over the scope of Sub-Zero's Opposition to the Store Sale Motion and have agreed to resolve the Opposition by and through this stipulation.

## STIPULATION

**NOW, THEREFORE,** based upon the foregoing Recitals, subject to Court approval, and for good cause shown, Sub-Zero and the Trustee (collectively, the "Parties" and, as to each, a "Party") hereby agree and stipulate as follows:

1.   Sub-Zero hereby withdraws its Opposition to the Store Sale Motion subject to the terms and conditions of this Stipulation;

2.   Sub-Zero does not object to the sale of any Display Units[1] (either owned by Pirch or owned by Sub-Zero but held by Pirch) to Ferguson or any other qualified and successful

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Opposition.

2

**STIPULATION BETWEEN SUB-ZERO GROUP AND THE TRUSTEE
RESOLVING SUB-ZERO'S OPPOSITION TO THE TRUSTEE'S MOTION
TO SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

BN 83223335v2

overbidder at the auction to be held in accordance with the Trustee's Store Sale Motion.

3. The Trustee agrees to segregate $350,000 from the net proceeds (the "Segregated Funds") from the sale of the Costa Mesa, Mission Viejo, and Rancho Mirage leasehold interests and related personal property (the "Sale Proceeds") and hold such Segregated Funds pending final determination of Sub-Zero's interest in the Display Units.

4. Sub-Zero's interests in the Segregated Funds (whether lien or otherwise) shall attach to the Segregated Funds to the same extent as such interest (whether lien or otherwise) attached to the Display Units.

5. Sub-Zero reserves all rights with respect to any forthcoming contested matters with respect to Sub-Zero's interests in the Segregated Funds or with respect to the Sale Proceeds in the event that the Segregated Funds are not sufficient.

6. This Stipulation constitutes the entire agreement between the Parties with respect to the subject matter set forth herein and supersedes all other prior agreements and understandings, whether written or oral, between or among the Parties with respect to the subject matter hereof.

7. Each individual whose signature appears below represents and warrants that he or she is authorized to enter into this Stipulation on behalf of his or her respective client.

8. This Stipulation may be executed in electronic counterparts and shall be deemed complete and effective as if it were executed as one original document.

9. Sub-Zero and the Trustee consent to the entry of an order, substantially in the form attached as Exhibit 1 hereto, approving this Stipulation by the Bankruptcy Court.

[SIGNATURE PAGE FOLLOWS]

3

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**STIPULATION BETWEEN SUB-ZERO GROUP AND THE TRUSTEE
RESOLVING SUB-ZERO'S OPPOSITION TO THE TRUSTEE'S MOTION
TO SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY**

BN 83223335v2

DATED: June 26, 2024                BUCHALTER, A Professional Corporation


By:     */s/ Anthony J. Napolitano*
          ANTHONY J. NAPOLITANO

Attorneys for Secured Creditor
SUB-ZERO GROUP, INC.


DATED: June 26, 2024                FINANCIAL LAW GROUP, P.C.


By:                        
          CHRISTIN BATT

Attorneys for chapter 7 trustee
LESLIE T. GLADSTONE

**STIPULATION BETWEEN SUB-ZERO GROUP AND THE TRUSTEE
RESOLVING SUB-ZERO'S OPPOSITION TO THE TRUSTEE'S MOTION
TO SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY**