CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

ANTHONY J. NAPOLITANO (SBN: 227691)
anapolitano@buchalter.com
BUCHALTER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-1730
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Order Entered on
June 27, 2024
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

PIRCH, INC.

Debtor.

**LODGED**

BANKRUPTCY NO. 24-01376-CL7

Date of Hearing: July 1, 2024
Time of Hearing: 10:30 a.m.
Name of Judge: Hon. Chrstopher B. Latham

# ORDER ON
### Stipulation Between Sub-Zero Group and the Trustee Regarding Opposition to the Trustee's Motion to Approve Auction Procedures and Sell Leasehold Interests and Related Personal Property

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 336/128.

(jro)

//
//
//
//
//
//
//

DATED: June 27, 2024

_____
Judge, United States Bankruptcy Court

ORDER ON STIPULATION BETWEEN SUB-ZERO GROUP AND THE TRUSTEE
REGARDING OPPOSITION TO THE TRUSTEE'S MOTION TO APPROVE AUCTION PROCEDURES AND SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY

DEBTOR: PIRCH, INC.                                                                                   CASE NO: 24-01376-CL7

This matter came before the Court upon the Stipulation Between Sub-Zero Group and the Trustee Regarding Opposition to the Trustee's Motion to Approve Auction Procedures and Sell Leasehold Interests and Related Personal Property [Docket No. 336] (the "Stipulation") dated June 26, 2024 entered into by and between Sub-Zero Group, Inc., a Wisconsin corporation, as successor by merger to Sub-Zero Group West, Inc., a California corporation, doing business as Sub-Zero Group West ("Sub-Zero"), secured creditor of Pirch, Inc., the debtor in the above-captioned chapter 7 bankruptcy case ("Pirch"), and Leslie T. Gladstone, the chapter 7 trustee (the "Trustee") appointed in Pirch's bankruptcy case.

The Court having reviewed the Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that

1.   The Stipulation is APPROVED;

2.   Sub-Zero's Opposition to the Chapter 7 Trustee's Motion to (1) Approve Auction Procedures and (2) Sell Leasehold Interests and Related Personal Property Pursuant to 11 U.S.C. § 363 Free and Clear of Liens, Claims and Interests [Docket No. 266] (the "Opposition") is deemed withdrawn;

3.   Sub-Zero does not object to the sale of any Display Units (as defined in the Stipulation) (either owned by Pirch or owned by Sub-Zero but held by Pirch) to Ferguson or any other qualified and successful overbidder at the auction to be held in accordance with the Trustee's Motion to (1) Approve Auction Procedures and (2) Sell Leasehold Interests and Related Personal Property Pursuant to 11 U.S.C. § 363 Free and Clear of Liens, Claims and Interests [Docket No. 128] (the "Store Sale Motion").

3.   The Trustee agrees to segregate $350,000 from the net proceeds (the "Segregated Funds") from the sale of the Costa Mesa, Mission Viejo, and Rancho Mirage leasehold interests and related personal property (the "Sale Proceeds") and hold such Segregated Funds pending final determination of Sub-Zero's interest in the Display Units.

4.   Sub-Zero's interests in the Segregated Funds (whether lien or otherwise) shall attach to the Segregated Funds to the same extent as such interest (whether lien or otherwise) attached to the Display Units.

5.   Sub-Zero reserves all rights with respect to any forthcoming contested matters with respect to Sub-Zero's interests in the Segregated Funds or with respect to the Sale Proceeds in the event that the Segregated Funds are not sufficient.

IT IS SO ORDERED.                                                                                                      (cbl)

CSD 1001A