# Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 6/27/2024
Case: 24–01376–CL7     Form ID: pdfO1     Total: 6

**Recipients of Notice of Electronic Filing:**
tr     Leslie T. Gladstone     candic@flgsd.com
aty     Andrew Levin     andrewl@flgsd.com
aty     Christin A. Batt     christinb@flgsd.com
aty     K. Todd Curry     tcurry@currylegal.com
aty     Leslie T. Gladstone     leslieg@flgsd.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     PIRCH, Inc.     1445 Engineer Street     Vista, CA 92081

TOTAL: 1