Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

PIRCH, INC.,

Debtor.

Case No.: 24-01376-CL7

**SUPPLEMENTAL DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S MOTION TO (1) APPROVE AUCTION PROCEDURES; AND (2) SELL LEASEHOLD INTERESTS AND RELATED PERSONAL PROPERTY PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**

Date: July 1, 2024
Time: 10:30 a.m.
Dept: One (1)
Honorable Christopher B. Latham

I, LESLIE T. GLADSTONE, declare:

1. I am the chapter 7 trustee for the bankruptcy estate of Pirch, Inc. ("**Debtor**"). All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true. If called as a witness, I could competently testify thereto.

2. I offer this Supplemental Declaration in support of Trustee's Motion to (1) Approve Auction Procedures; and (2) Sell Leasehold Interests and Related Personal Property

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

Pursuant to 11 U.S.C. Section 363 Free and Clear of Liens, Claims, and Interests (the "**Motion**") to alert the Court to recent developments before the July 1 hearing.

**Prequalified Overbidder**

3. One overbidder has prequalified to bid at the overbid auction in connection with the hearing on the Motion on July 1, 2024. This overbidder has qualified to bid on all three locations, although I am informed that it will likely only bid on the Costa Mesa lease location and related personal property.

4. I have delivered a copy of the overbidder's financial information (provided to me by the overbidder) to all three landlords for evaluation regarding the overbidder's ability to perform under applicable leases.

**Cure Amount for Costa Mesa Lease**

5. I am informed by counsel for the Costa Mesa landlord that the amount to cure the monetary defaults under the Costa Mesa Lease through July 2024 is $387,918.92.

**Cure Amount and Stipulation with Mission Viejo Landlord**

6. BTPROP1, LLC and TIS Equities X, LLC (collectively, the "**Mission Viejo Landlord**") and I have entered into a Stipulation Regarding Assumption/Assignment of Lease (the "**Mission Viejo Stipulation**"), a true and correct copy of which is attached hereto as Exhibit A and incorporated herein.

7. Under the Mission Viejo Stipulation, the following amounts are necessary to be paid by the buyer or successful overbidder of the Mission Viejo lease location: prepetition monetary obligations accruing through April 18, 2024, in the amount of $195,515.56, plus post-petition monetary obligations accruing from April 19, 2024, through July 31, 2024, in the amount of $255,128.60, totaling $450,644.16 (collectively, the "**Mission Viejo Cure Amounts**"). If, for any reason, the Mission Viejo Lease is not assumed and assigned before the end of July 2024, then on August 1, 2024, additional cure amounts will accrue and will be due and owing, and shall be included in the definition of Mission Viejo Cure Amounts.

8. Upon payment of the Mission Viejo Cure Amounts to the Mission Viejo Landlord, the Mission Viejo Lease will be resurrected in its entirety.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

9. Upon payment in full of the Mission Viejo Cure Amounts and entry of a final, unappealable Order approving the Mission Viejo Stipulation and approving the assumption and assignment of the mission Veijo Lease, the Forfeiture Relief Action and the Unlawful Detainer Action will be promptly dismissed.

10. I request Court approval of the Mission Viejo Stipulation in connection with Court approval of my assumption and assignment of the Mission Viejo Lease Location to the buyer or successful overbidder following the auction.

11. In addition, I am informed that the Mission Viejo Landlord has approved both Ferguson Enterprises, LLC and the overbidder as providing adequate assurance of future performance under the Mission Viejo Lease.

**Cure Amount for Rancho Mirage Lease**

12. I am informed by counsel for the Rancho Mirage landlord that the amount to cure the monetary defaults under the Rancho Mirage Lease through May 1, 2024, was $158,761.00 and approximately $44,624.00 per month plus miscellaneous changes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2024, at La Jolla, California.

/s/ Leslie T. Gladstone
Leslie T. Gladstone

# Exhibit A

Exhibit A

Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Andrew B. Levin, Esq. (SBN 290209)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: LeslieG@flgsd.com

Proposed Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>Debtor. | Case No.: 24-01376-CL7<br><br>**STIPULATION REGARDING ASSUMPTION/ASSIGNMENT OF LEASE**<br><br>Dept: One (1)<br>Honorable Christopher B. Latham |

LESLIE T. GLADSTONE, chapter 7 trustee (the "**Trustee**"), on the one hand, and BTPROP1, LLC and TIS Equities X, LLC (collectively, the "**Landlord**"), on the other hand, by and through their respective counsel, enter into the following Stipulation Regarding Assumption/Assignment of Lease:

**FACTUAL RECITALS**

A. Pirch, Inc. (the "**Debtor**") filed this chapter 7 case on April 19, 2024 (the "**Petition Date**"). The Trustee was appointed chapter 7 trustee of the Debtor's bankruptcy estate on April 22, 2024.

B. The Debtor previously operated a retail appliance sales business with stores located at, among others, the premises located at 28341 Marguerite Parkway, Mission Viejo, CA 92691 (the "**Mission Viejo Premises**").

C. The Debtor's tenancy of the Mission Viejo Premises is governed by a written commercial Lease dated December 16, 2020, by and between MV Town Center Parcels 1 & 3,

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

L.P., a California limited partnership, and TIS Equities X, LLC, a California limited liability company (as tenants in common), as landlord, on the one hand, and the Debtor, as tenant, on the other hand (the "**Mission Viejo Lease**"). MV Town Center Parcels 1 & 3, L.P. assigned its interest in the Mission Viejo Lease to BTPROP1, LLC, a California limited liability company, under that certain Assignment Of Interest In Agreements dated June 25, 2021. Thus, BTPROP1, LLC and TIS Equities X, LLC collectively are the Landlord of the Mission Viejo Premises.

D. On March 29, 2024, the Landlord filed in the Superior Court of the State of California, for the County of Orange (the "**OC Superior Court**"), a Complaint for Unlawful Detainer against the Debtor for the Mission Viejo Premises, captioned *BTPROP1, LLC v. Pirch, Inc.*, Case Number 30-2024-01390609 (the **"Unlawful Detainer Action"**). The Complaint in the Unlawful Detainer Action was not served before the Petition Date.

E. On April 17, 2024, the Debtor filed in the OC Superior Court a Complaint for Breach of Contract, Declaratory Relief, and Relief from Forfeiture against the Landlord for the Mission Viejo Lease, captioned, *Pirch v. BTPROP1, LLC*, Case Number 30-2024-01394032 (the "**Forfeiture Relief Action**"). The Complaint in the Forfeiture Relief Action was not served before the Petition Date.

F. The Trustee has entered into an Asset Purchase Agreement (the "**Sale Agreement**") with Ferguson Enterprises, LLC ("**Buyer**"), subject to overbid, to purchase, acquire, and assume certain assets of the Debtor, free and clear of all interests, liens, and claims, which includes all right, title, and interest of the Debtor, as tenant or subtenant as applicable, under the Mission Viejo Lease, together with all of the Debtor's personal property and assignable leasehold improvements located at the Mission Viejo Premises.

G. The Trustee intends to file a Motion to approve the Sale Agreement and to assume and assign certain leases of the Debtor including the Mission Viejo Lease (the "**Trustee's Motion**").

H. The Trustee and the Landlord agree to enter into this Stipulation to settle the Unlawful Detainer Action and the Forfeiture Relief Action, resurrect the Mission Viejo Lease, resolve all requirements under 11 U.S.C. § 365 for the Trustee's assumption and assignment of

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

the Mission Viejo Lease, and resolve all rights and responsibilities with respect to the Mission Viejo Lease.

**STIPULATION**

The Trustee and the Landlord (each a "**Party**" and collectively, the "**Parties**") hereby stipulate as follows:

1. The Recitals contained in Paragraphs A through H above are true and correct and are incorporated herein by reference as though set forth in full.

2. The Trustee and the Buyer, or any overbidder and alternate buyer, under the Sale Agreement, shall be required to fully comply with 11 U.S.C. § 365(b), including, but not limited to, "cure, or provide adequate assurance that the trustee will promptly cure," all defaults under the Mission Viejo Lease, as required by 11 U.S.C. § 365(b)(1)(A), and provide to the Landlord "adequate assurance of future performance," as required by 11 U.S.C. § 365(b)(1)(C) and (b)(3).

3. The Parties agree that the Mission Viejo Lease will be resurrected in its entirety provided that the following cure amounts are paid by Buyer in connection with the Trustee's Motion: Pre-Petition Date monetary obligations under the Mission Viejo Lease accruing through April 18, 2024, in the amount of $195,515.56, plus Post-Petition Date monetary obligations under the Mission Viejo Lease accruing from April 19, 2024 through July 31, 2024, in the amount of $255,128.60, totaling $450,644.16 (collectively, the "**Cure Amounts**"). If for any reason the Mission Viejo Lease is not assumed and assigned before the end of July 2024, then on August 1, 2024, additional cure amounts will accrue and will be due and owing.

4. Upon satisfaction and payment in full of the Cure Amounts to the Landlord under the Mission Viejo Lease and entry of a final, unappealable Order approving this Stipulation, and approving the assumption and assignment of the Mission Viejo Lease, the Parties agree that the Forfeiture Relief Action and the Unlawful Detainer Action shall be promptly dismissed.

5. The Trustee shall take all necessary actions to seek Bankruptcy Court approval of this Stipulation in connection with the Trustee's Motion.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

6. The provisions of this Stipulation and the Bankruptcy Court's Order approving this Stipulation shall survive any conversion of the Debtor's bankruptcy case, and shall bind any subsequently appointed trustee or examiner.

7. The Order approving this Stipulation shall be effective immediately upon entry by the Bankruptcy Court, and shall not be subject to any stay under the United States Bankruptcy Code, the Federal Rule of Bankruptcy Procedure, or applicable non-bankruptcy law, unless otherwise ordered by the Court.

8. If for any reason the Bankruptcy Court does not enter an Order or Orders granting the Trustee's Motion and approving this Stipulation, then the Parties will retain all of their legal and equitable rights, claims, and defenses under applicable law with respect to the Debtor's bankruptcy case, the Mission Viejo Lease, the Mission Viejo Premises, the Unlawful Detainer Action, the Forfeiture Relief Action, and all other matters.

9. The Bankruptcy Court will retain jurisdiction to resolve any and all disputes relating to this Stipulation and the Order approving this Stipulation.

IT IS SO STIPULATED.

Dated: June 24, 2024

FINANCIAL LAW GROUP

By: /s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.
Proposed Attorneys for Leslie T. Gladstone, Trustee

Dated: June 24, 2024

RUTAN & TUCKER, LLP

By: [signature]
Roger Friedman, Esq.
Attorneys for Creditor / Landlord BTPROP1, LLC and TIS Equities X, LLC