# Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 7/11/2024
Case: 24–01376–CL7     Form ID: redact     Total: 89

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | Montbleau & Associates | |
| cr | TSD Corporation doing business as Warwick Group, Inc. | |
| cr | AlAbbasi Companies | |
| cr | Sana Mansour | |
| cr | Roya Horiyat | |
| cr | Robbie Presson | |

TOTAL: 6

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | Leslie T. Gladstone | candic@flgsd.com |
| cr | Elsa Monica Horowitz | ehorowitz@wrslawyers.com |
| cr | Johnny White | jwhite@wrslawyers.com |
| cr | Dana S. Plon | dplon@sirlinlaw.com |
| aty | Barbara R. Gross | barbara@bgross.law |
| aty | Alan W Forsley | alan.forsley@flpllp.com |
| aty | Andrew Levin | andrewl@flgsd.com |
| aty | Anthony Napolitano | anapolitano@buchalter.com |
| aty | Bradley J Yourist | byourist@gmail.com |
| aty | Christin A. Batt | christinb@flgsd.com |
| aty | Christine M. Fitzgerald | christine@thersfirm.com |
| aty | Christopher V. Hawkins | chawkins@fennemorelaw.com |
| aty | Daniel R Gutenplan | dgutenplan@epgrlawyers.com |
| aty | Eileen Keusseyan | ek@keosianlaw.com |
| aty | Eric D. Goldberg | eric.goldberg@dlapiper.com |
| aty | Eve H. Karasik | ehk@lnbyg.com |
| aty | Everett G. Barry, Jr | Everett.Barry@dinsmore.com |
| aty | Gary Starre | gastarre@gmail.com |
| aty | George B. Blackmar | gblackmar@bpslaw.net |
| aty | Gregory K. Jones | gjones@sycr.com |
| aty | Haeji Hong | Haeji.Hong@usdoj.gov |
| aty | Hamid R. Rafatjoo | hrafatjoo@raineslaw.com |
| aty | Ivan M. Gold | igold@allenmatkins.com |
| aty | James P. Hill | HILL@SULLIVANHILL.COM |
| aty | Jeffrey David Rubin | jeff@barnettrubin.com |
| aty | Jennifer R. Tullius | jtullius@tulliuslaw.com |
| aty | Jerome Stanley Demaree | stan@demaree–law.com |
| aty | Judith A. Descalso | jad@jdescalso.com |
| aty | K. Todd Curry | tcurry@currylegal.com |
| aty | Kathleen A. Cashman–Kramer | kcashman–kramer@fennemorelaw.com |
| aty | Kelly Ann Mai Khanh Tran | kelly@smalllawcorp.com |
| aty | Kerri A Lyman | klyman@steptoe.com |
| aty | Kevin H Brogan | kbrogan@hillfarrer.com |
| aty | Kyra E. Andrassy | kandrassy@raineslaw.com |
| aty | Leslie T. Gladstone | leslieg@flgsd.com |
| aty | Link W. Schrader | lschrader@schrader–law.com |
| aty | Maggie Schroedter | maggie@thersfirm.com |
| aty | Marc C. Forsythe | mforsythe@goeforlaw.com |
| aty | Nahal Zarnighian | zarnighiann@ballardspahr.com |
| aty | Nathaniel Michael Carle | ncarle@katzruby.com |
| aty | Robert P. Goe | rgoe@goeforlaw.com |
| aty | Roger F. Friedman | rfriedman@rutan.com |
| aty | Sara Shahbazi | shahbazis@ballardspahr.com |
| aty | Vincent Renda | vr@pinlegal.com |

TOTAL: 45

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | PIRCH, Inc. | 1445 Engineer Street    Vista, CA 92081 |
| cr | Pure Salt Interiors, Inc. | 881 W 16th St    Newport Beach, CA 92663 |
| cr | Hutton Development Company / Alice Park, LLC | c/o Barnett & Rubin, A Professional Corp    5450 Trabuco Road    Irvine, CA 92620 |
| cr | Monterey Shore Holdings, LLC | 285 Kavenish Drive    Rancho Mirage, CA 92270–3228 |
| cr | Tim Martin | 285 Kavenish Drive    Rancho Mirage, CA 92270–3228 |
| cr | GLENDALE MALL II ASSOCIATES LLC | c/o IVAN M. GOLD    ALLEN MATKINS LLP    Three Embarcadero Center    12th Floor    San Francisco, CA 94111 |
| cr | CRC SOCO, LLC | c/o Ballard Spahr LLP    2029 Century Park East    Suite 1400    Los Angeles, CA 90067–2915 |

| | | | | |
|---|---|---|---|---|
| cr | Derek Stone | KEOSIAN LAW LLP | 4630 Van Nuys Boulevard | Sherman Oaks, CA 91403 UNITED STATES |
| cr | Lauren Stone | KEOSIAN LAW LLP | 4630 Van Nuys Boulevard | Sherman Oaks, CA 91403 UNITED STATES |
| cr | Benito Mora | 7124 Halray Ave. | Whittier, CA 90606 | |
| cr | UTC Venture LLC | Blackmar, Principe & Schmelter, APC | 600 B Street, Suite 2250 | San Diego, CA 92101 UNITED STATES |
| cr | Jacqueline Pierson | c/o Pinnacle Legal P.C. | 9565 Waples Street Suite 200 | San Diego, CA 92121 |
| cr | BTPROP1 LLC | 860 Newport Center Drive, Suite 150 | Newport Beach, CA 92660−6254 | |
| cr | Horwitz & Horwitz LLC | c/o Gary A. Starre, Esq. | 15760 Ventura Blvd. Ste. 801 | Encino, CA 91436 |
| cr | Julie Mumma | 625 S. West End St., #7 | Aspen, CO 81611 | |
| cr | Boswell Construction, Inc. | c/o Yourist Law Corporation, APC | 10850 Wilshire Blvd. Suite 710 | Los Angeles, CA 90024 UNITED STATES |
| cr | 2075 Seaview, LLC | c/o Dinsmore & Shohl LLP | 655 W. Broadway, Suite 800 | San Diego, CA 92101 UNITED STATES |
| intp | Top Brand Appliances, Inc. | c/o RAINES FELDMAN LITTRELL LLP | Kyra E. Andrassy | 3200 Park Center Drive, Suite 250   Costa Mesa, CA 92626 |
| cr | Chris Sznewajs | c/o Raines Feldman Littrell LLP | 1900 Avenue of the Stars, 19th Fl | Los Angeles, CA 90067 |
| cr | Lombardi Construction, Inc. | c/o Hamid R. Rafatjoo | Raines Feldman Littrell LLP | 1900 Avenue of the Stars   19th Floor   Los Angeles, CA 90067 |
| cr | Sub−Zero Group West, Inc. | c/o Buchalter, A Professional Corp. | Attn: Anthony J. Napolitano | 1000 Wilshire Blvd., Ste. 1500   Los Angeles, CA 90017 |
| cr | Christopher Witt | c/o Robberson Schroedter LLP | 501 W. Broadway Suite 1250 | San Diego, CA 92101 |
| cr | Orange Avenue Townhomes, LLC | 600 West B Street Suite 1700 | San Diego, CA 92101 | |
| intp | Aranelli Design, LLC | 118 South Cedros Suite A | Solana Beach, CA 92075 | |
| cr | Hadas Skupsky | 11 Almond Tree Lane | Irvine, CA 92612 | |
| cr | Serafina Krupp | 7917 E Briarwood Road | Orance, CA 92869 | |
| cr | Marshall Krupp | Seri Design | 7917 E Briarwood Road | Orange, CA 92869 |
| cr | TIS Equities X, LLC | Rutan & Tucker, LLP | 18575 Jamboree Road, 9th Flr. | Irvine, CA 92612 UNITED STATES |
| cr | Alexander Adler | Small Law PC | 402 W. Broadway | San Diego, CA 92101 |
| cr | Nena J Brogan | Hill Farrer & Burrill LLP | c/o Kevin Brogan | |
| cr | Seri Design (Marshall & Serafina Krupp) | 7917 E. Brianwood Road | Orange, CA 92869 | |
| pty | Karen Lynch | 4957 Kensington Drive | San Diego, CA 92101 | |
| cr | Jianhui Ying | 1413 S Delta St. | San Gabriel, CA 91776−3619 | |
| cr | Thomas O'Byrme | P.O. Box 190806 | Hawi, HI 96719 | |
| cr | Roger Bennett | 10 Post St | Kingston, NY 12401 | |
| cr | Heidi Alonzo | 915 Calle Nuevo | San Clemente, CA 92673 | |
| cr | Carlton Liu | 3249 Ledgewood Drive | Los Angeles, CA 90068 | |
| cr | Patrick Choi Construction, Inc. | 811 Calle De Arboles | Redondo Beach, CA 90277 UNITED STATES | |

TOTAL: 38