CSD1187
05/15

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**PIRCH, Inc.**
 1445 Engineer Street
Vista, CA 92081

Employer's Tax I.D. No.:  26–0565897
*Debtor: No Known Aliases*

Case number:  24–01376–CL7
Chapter:  7
Judge  Christopher B. Latham

# NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that the HEARING in this proceeding:

**HEARING ON SUBMISSION OF TRUSTEE'S ORDER APPROVING ABANDONMENT AND DESTRUCTION OF RECORDS**

has been set for 11/4/24 at 11:30 AM, in Department 1, Room 218, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101–6991.

Dated:  10/18/24

Mark T. Schnakenberg
Clerk of the Bankruptcy Court