CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
JACOB BOTHAMLEY (319457)
Jacob.Bothamley@dinsmore.com
DINSMORE & SHOHL LLP
655 W Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0468
Fax: (619) 400-0501

Attorney for Pirch Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.<br><br>       Debtor, | Chapter 7<br><br>Case No.: 24-01376-CL7<br><br>**NOTICE OF LIMITED INTERIM DISTRIBUTION** |

     TO ALL UNSECURED CREDITORS OF THE DEBTOR, PIRCH, INC., NOTICE IS HEREBY GIVEN that the Chapter 7 trustee, Leslie Gladstone ("Trustee") has advised the Pirch Committee of Unsecured Creditors ("Committee") that funds are available for distribution to unsecured creditors who have filed timely proofs of claim and who qualify for limited priority status pursuant to 11 U.S.C. §507(a)(7). Trustee plans on making this interim distribution as soon as possible.  To ensure that your claim, if entitled to the limited priority under 11 U.S.C. §507(a)(7), is included in the interim distribution, amend your proof of claim within **30 days** of the date of this notice.

1    The Committee has created a website containing, among other things, a basic step-by-step list

2  of instructions to file an amended claim and assert the limited priority under 11 U.S.C. §507(a)(7).

3  The website can be found here: https://pirchbankruptcy.dinsmore.com/.

4    For clarity, the funds available for interim distribution are intended only to cover the limited

5  priority payment of $3,350 per proof of claim, and applies only to deposits of money made before the

6  commencement of the bankruptcy case (April 19, 2024), in connection with the purchase, lease, or

7  rental of property, or the purchase of services, for the personal, family, or household use of such

8  individuals, that were not delivered or provided. *See* 11 U.S.C. §507(a)(7).

9    If you need assistance with amending and/or filing your proof of claim, beyond what is

10  provided on the website, please direct your questions to the Help Desk at the United States Bankruptcy

11  Court – Southern District of California at (619) 557-7415.

12

13

14                                             Respectfully submitted,

15  Dated:  April 21, 2025                     DINSMORE & SHOHL LLP

16

17                              By:  */s/ Christopher Celentino*
                                     Christopher Celentino
18                                   Jacob Bothamley
                                     Attorney for Pirch Committee of
19                                   Unsecured Creditors

20

21

22

23

24

25

26

27

28

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re PIRCH, INC.
Case No. 24-01376-CL7

  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 655 West Broadway, Suite 800, San Diego, CA 92101

  On April 21, 2025, I served the following documents:

## NOTICE OF LIMITED INTERIM DISTRIBUTION

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Under controlling Local Bankruptcy Rules ("LBR"), the documents listed above will be served by the Court via NEF and hyperlink to the document. On <u>April 21, 2025,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

### SEE ATTACHED NEF SERVICE LIST

  I declare under penalty of perjury under the laws of the United States that the statements made in this proof of service are true and correct.

| 4/21/2025 | Bonnie Connolly | /s/ Bonnie Connolly |
|-----------|-----------------|---------------------|
| *Date* | *Printed Name* | *Signature* |

Kyra E. Andrassy on behalf of Interested Party Top Brand Appliances, Inc.
kandrassy@raineslaw.com, jfisher@raineslaw.com

Everett G. Barry, Jr on behalf of Creditor 2075 Seaview, LLC
Everett.Barry@dinsmore.com, katherine.hemphill@dinsmore.com

Christin A. Batt on behalf of Defendant Leslie T. Gladstone
christinb@flgsd.com,
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com

Christin A. Batt on behalf of Trustee Leslie T. Gladstone
christinb@flgsd.com,
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com

Michael Jay Berger on behalf of Creditor Lusine Davidian
michael.berger@bankruptcypower.com, michael.berger@ecf.courtdrive.com

George B. Blackmar on behalf of Creditor UTC Venture LLC
gblackmar@bpslaw.net

Kevin H Brogan on behalf of Creditor Kevin H Brogan
kbrogan@hillfarrer.com

Kevin H Brogan on behalf of Creditor Nena J Brogan
kbrogan@hillfarrer.com

Nathaniel Michael Carle on behalf of Creditor CP Fixtures Holdings, LLC
ncarle@katzruby.com, galfaro@katzruby.com

Kathleen A. Cashman-Kramer on behalf of Creditor Merlin Contracting & Development, LLC
kcashman-kramer@fennemorelaw.com, cashman-
kramer@ecf.courtdrive.com;rudolph@ecf.inforuptcy.com;grudolph@fennemorelaw.com;ejames
@fennemorelaw.com;ldinkins@fennemorelaw.com;jhill@fennemorelaw.com;lgubba-
reiner@fennemorelaw.com

Kathleen A. Cashman-Kramer on behalf of Creditor Redux, LLC
kcashman-kramer@fennemorelaw.com, cashman-
kramer@ecf.courtdrive.com;rudolph@ecf.inforuptcy.com;grudolph@fennemorelaw.com;ejames
@fennemorelaw.com;ldinkins@fennemorelaw.com;jhill@fennemorelaw.com;lgubba-
reiner@fennemorelaw.com

Kathleen A. Cashman-Kramer on behalf of Creditor Elizabeth A Ostoich
kcashman-kramer@fennemorelaw.com, cashman-
kramer@ecf.courtdrive.com;rudolph@ecf.inforuptcy.com;grudolph@fennemorelaw.com;ejames
@fennemorelaw.com;ldinkins@fennemorelaw.com;jhill@fennemorelaw.com;lgubba-
reiner@fennemorelaw.com

Kathleen A. Cashman-Kramer on behalf of Creditor Mark A Ostoich

kcashman-kramer@fennemorelaw.com, cashman-kramer@ecf.courtdrive.com;rudolph@ecf.inforuptcy.com;grudolph@fennemorelaw.com;ejames@fennemorelaw.com;ldinkins@fennemorelaw.com;jhill@fennemorelaw.com;lgubba-reiner@fennemorelaw.com

Christopher Celentino on behalf of Creditor Committee Elected Unsecured Creditors Committee
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

K. Todd Curry on behalf of Debtor PIRCH, Inc.
tcurry@currylegal.com

Jerome Stanley Demaree on behalf of Interested Party Aranelli Design, LLC
stan@demaree-law.com

Judith A. Descalso on behalf of Creditor Roger Stadler
jad@jdescalso.com, jad_9193@ecf.courtdrive.com;descalso.judithb129618@notify.bestcase.com

Judith A. Descalso on behalf of Creditor Tamara Stadler
jad@jdescalso.com, jad_9193@ecf.courtdrive.com;descalso.judithb129618@notify.bestcase.com

Joseph R. Dunn on behalf of Trustee Leslie T. Gladstone
jdunn@cov.com, docketing@cov.com

Nicholas J Ferraro on behalf of Creditor Guillermo Parra
nick@ferrarovega.com

Christine M. Fitzgerald on behalf of Creditor Christopher Witt
cfitzgerald@littler.com, maria@thersfirm.com;amy@thersfirm.com

Daniel C Fleming on behalf of Creditor BMO Bank N.A.
dfleming@wongfleming.com, sfiorentino@wongfleming.com;jhaney@wongfleming.com

Bruno Flores on behalf of Creditor Jeffrey Geiger
bruno@brunoflores.com, jackie@brunoflores.com;r49914@notify.bestcase.com

Alan W Forsley on behalf of Creditor First Financial Holdings, LLC
alan.forsley@flpllp.com, addy@flpllp.com

Marc C. Forsythe on behalf of Creditor Sean Reilly
mforsythe@goeforlaw.com, dcyrankowski@goeforlaw.com

Roger F. Friedman on behalf of Creditor BTPROP1 LLC
rfriedman@rutan.com

Roger F. Friedman on behalf of Creditor TIS Equities X, LLC
rfriedman@rutan.com

Leslie T. Gladstone
candic@flgsd.com,

christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com

Leslie T. Gladstone on behalf of Attorney Financial Law Group
leslieg@flgsd.com,
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com

Leslie T. Gladstone on behalf of Trustee Leslie T. Gladstone
leslieg@flgsd.com,
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com

Robert P. Goe on behalf of Creditor GLR Properties, LLC
rgoe@goeforlaw.com, kmurphy@goeforlaw.com

Robert P. Goe on behalf of Creditor Brian Summerfield
rgoe@goeforlaw.com, kmurphy@goeforlaw.com

Robert P. Goe on behalf of Creditor Erika Goe
rgoe@goeforlaw.com, kmurphy@goeforlaw.com

Robert P. Goe on behalf of Creditor Glenn and Laura Russell
rgoe@goeforlaw.com, kmurphy@goeforlaw.com

Robert P. Goe on behalf of Creditor Robert Goe
rgoe@goeforlaw.com, kmurphy@goeforlaw.com

Ivan M. Gold on behalf of Creditor First Industrial, L.P.
igold@allenmatkins.com

Ivan M. Gold on behalf of Creditor GLENDALE MALL II ASSOCIATES LLC
igold@allenmatkins.com

Eric D. Goldberg on behalf of Interested Party CSHV Santa Fe Corporate Center, LLC
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Barbara R. Gross
barbara@bgross.law, cbrg11@trustesolutions.net

Daniel R Gutenplan on behalf of Creditor Patrick Choi Construction, Inc.
dgutenplan@epgrlawyers.com, ktsaklis@epgrlawyers.com;tnguyen@epgrlawyers.com

Christopher V. Hawkins on behalf of Creditor Janet McFarlane
chawkins@fennemorelaw.com, jhill@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;ejames@fennemorelaw.com;vidovich@ecf.inforuptcy.com;ldinkins@fennemorelaw.com;hawkins@ecf.courtdrive.com

Christopher V. Hawkins on behalf of Creditor Scott McFarlane
chawkins@fennemorelaw.com, jhill@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;ejames@fennemorelaw.com;vidovich@ecf.inforuptcy.com;ldinkins@fennemorelaw.com;hawkins@ecf.courtdrive.com

3

James P. Hill on behalf of Creditor Merlin Contracting & Development, LLC
jhill@fennemorelaw.com, chawkins@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;ejames@fennemorelaw.com;vidovich@ecf.inforuptcy.com;ldinkins@fennemorelaw.com;hill@ecf.courtdrive.com;Kcashman-kramer@fennemorelaw.com

James P. Hill on behalf of Creditor Redux, LLC
jhill@fennemorelaw.com, chawkins@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;ejames@fennemorelaw.com;vidovich@ecf.inforuptcy.com;ldinkins@fennemorelaw.com;hill@ecf.courtdrive.com;Kcashman-kramer@fennemorelaw.com

James P. Hill on behalf of Creditor Elizabeth A Ostoich
jhill@fennemorelaw.com, chawkins@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;ejames@fennemorelaw.com;vidovich@ecf.inforuptcy.com;ldinkins@fennemorelaw.com;hill@ecf.courtdrive.com;Kcashman-kramer@fennemorelaw.com

James P. Hill on behalf of Creditor Mark A Ostoich
jhill@fennemorelaw.com, chawkins@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;ejames@fennemorelaw.com;vidovich@ecf.inforuptcy.com;ldinkins@fennemorelaw.com;hill@ecf.courtdrive.com;Kcashman-kramer@fennemorelaw.com

Lane C Hilton on behalf of Creditor Christopher Witt
lane@theRSfirm.com,
amy@theRSfirm.com,5030583420@filings.docketbird.com,4634112420@filings.docketbird.com,ecf@theRSfirm.com

Elsa Monica Horowitz
ehorowitz@wrslawyers.com, jlee@wrslawyers.com

Gregory K. Jones on behalf of Creditor Pure Salt Interiors, Inc.
gjones@sycr.com, smjohnson@stradlinglaw.com

Eve H. Karasik on behalf of Interested Party Officers and Directors Steve Smith, Mekall Kaltenbach, William Dillard and Jan Sangl
ehk@lnbyg.com

Eileen Keusseyan on behalf of Creditor Derek Stone
ek@keosianlaw.com, melanie@keosianlaw.com

Eileen Keusseyan on behalf of Creditor Lauren Stone
ek@keosianlaw.com, melanie@keosianlaw.com

Andrew Levin on behalf of Trustee Leslie T. Gladstone
andrewl@flgsd.com,
leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com

Kerri A Lyman on behalf of Creditor American Express Travel Related Services Company, Inc.
klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com

4

Byron B. Mauss on behalf of Creditor U.S. Bank, National Association
bmauss@swlaw.com, kroger@swlaw.com

Anthony Napolitano on behalf of Creditor Sub-Zero Group West, Inc.
anapolitano@buchalter.com, marias@buchalter.com;docket@buchalter.com

Anthony Napolitano on behalf of Creditor Sub-Zero Group, Inc.
anapolitano@buchalter.com, marias@buchalter.com;docket@buchalter.com

Corina R Pandeli on behalf of United States Trustee United States Trustee
corina.pandeli@usdoj.gov, ustp.region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Dakota Pearce on behalf of Creditor Sub-Zero Group, Inc.
dpearce@buchalter.com

Dana S. Plon
dplon@sirlinlaw.com

Hamid R. Rafatjoo on behalf of Creditor Lombardi Construction, Inc.
hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R. Rafatjoo on behalf of Creditor Chris Sznewajs
hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R. Rafatjoo on behalf of Plaintiffs Lombardi Construction, Inc.
hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R. Rafatjoo on behalf of Plaintiffs Chris Sznewajs
hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

Vincent Renda on behalf of Creditor Jacqueline Pierson
vr@pinlegal.com, ld@pinlegal.com

Jeffrey David Rubin on behalf of Creditor Hutton Development Company / Alice Park, LLC
jeff@barnettrubin.com

Link W. Schrader on behalf of Creditor Benito Mora
lschrader@schrader-law.com

Maggie Schroedter on behalf of Creditor Christopher Witt
maggie@thersfirm.com,
amy@thersfirm.com,4634112420@filings.docketbird.com,5030583420@filings.docketbird.com,
ecf@thersfirm.com,mary@thersfirm.com

Sara Shahbazi on behalf of Creditor CRC SOCO, LLC
shahbazis@ballardspahr.com, carolod@ballardspahr.com

Garrett A. Smee on behalf of Creditor Appliance Repair Specialist, Inc.
gsmee@rlattorneys.com

Gary Starre on behalf of Creditor Horwitz & Horwitz LLC
gastarre@gmail.com

Kelly Ann Mai Khanh Tran on behalf of Creditor Alexander Adler
kelly@smalllawcorp.com, emma@smalllawcorp.com

Jennifer R. Tullius on behalf of Creditor First Industrial, L.P.
jtullius@tulliuslaw.com

United States Trustee
ustp.region15@usdoj.gov

Johnny White
jwhite@wrslawyers.com, jlee@wrslawyers.com

Nahal Zarnighian on behalf of Creditor CRC SOCO, LLC
zarnighiann@ballardspahr.com, carolod@ballardspahr.com

Nahal Zarnighian on behalf of Creditor Monterey Shore Holdings, LLC
zarnighiann@ballardspahr.com, carolod@ballardspahr.com