Leslie T. Gladstone
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>PIRCH, INC.<br><br>Debtor. | Case No.: 24-01376-CL7<br><br>**EX PARTE APPLICATION TO EMPLOY ADVANTAGE COLLECTION PROFESSIONALS AS COLLECTION AGENT** |
|---|---|

Leslie T. Gladstone, the chapter 7 trustee (the "**Trustee**") in the above-captioned case, pursuant to 11 U.S.C. Section 327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, hereby seeks Court authority to retain and employ Kurt Huizinga and Advantage Collection Professionals ("**ACP**") to represent the Trustee as her collection agent. In support of her application, the Trustee submits the accompanying Declaration of Mike Zwach (the "**Zwach Declaration**") and respectfully represents:

## **INTRODUCTION**

On April 19, 2024, Pirch, Inc., (the "**Debtor**") filed its chapter 7 bankruptcy petition. The Trustee was appointed as chapter 7 trustee on or about the same date.

**NECESSITY FOR EMPLOYMENT**

During the course of the Trustee's administration of this case, the Trustee has determined that there is accounts receivable to be collected in this case. In that regard, the Trustee desires to employ ACP as her collection agent to collect the receivables. The employment of ACP is essential to collect all funds.

In the opinion of the Trustee, employment of ACP would be in the best interest of bankruptcy estate.

ACP is experienced in the collection of accounts receivable for construction and other accounts. A copy of ACP's qualifications is attached hereto as Exhibit A.

ACP has secured and has provided evidence of its liability insurance policy which the Trustee deems sufficient for this employment.

As set forth in the Zwach Declaration and pursuant to Rule 2014, ACP is disinterested, as that term is defined in Section 101(14) of the Bankruptcy Code. ACP has no connections with, and holds no interest adverse to the Debtor, its creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any other person employed in the Office of the United States Trustee, except as set forth in the Zwach Declaration.

ACP does not represent any creditor in this estate.

ACP represents no interest adverse to Debtor or to the bankruptcy estate in the Matters upon which ACP is to be employed.

**COMPENSATION**

Attached to the Zwach Declaration as Exhibit A and herein incorporated by reference is a copy of the Agreement between the Trustee and ACP for the collection of the accounts receivable. As contained therein, ACP will be charging a fee of 30% for Collection Claims; and litigation claims at 33%. Before proceeding to litigation, ACP will obtain the Trustee's written authorization. The 33% contingency fee for litigation claims is all-inclusive, covering all attorney

services and ACP's representation with no additional hourly attorney fees. The litigation rate replaces (not adds to) any pre-litigation collection rate. ACP will advance all court costs, which are reimbursed only from collected funds. No out of pocket expenses will be incurred by the bankruptcy estate. Attached hereto as Exhibit B is a copy of the proposed order on the employment of ACP.

Accordingly, the Trustee believes that it is in the best interest of the estate to employ Kurt Huizinga and ACP consistent with the terms outlined herein and in the attached Agreement.

## CONCLUSION

WHEREFORE, the Trustee respectfully requests that this Court enter an order authorizing her to retain and employ Kurt Huizinga ACP as collection agent for the Trustee as more fully described herein, for the Matters described above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter allow and order paid.

Dated: May 27, 2025         /s/ Leslie T. Gladstone
                            Leslie T. Gladstone, Trustee

# EXHIBIT "A"

# EXHIBIT "A"

# Advantage Collection Professionals (ACP): Your Trusted Partner in Asset Recovery & Business Solutions

## Leadership Excellence

With over six decades of combined experience in bankruptcy, collections, and asset management, Kurt Huizinga and Mike Zwach lead our expert team at ACP. Their deep understanding of complex financial restructuring and proven track record of success has established them as an industry leader in asset recovery and business solutions.

## Comprehensive Solutions Portfolio

### Collection Division

Our flagship Collection Division, backed by 60+ years of specialized experience, has successfully managed hundreds of bankruptcy programs and complex collections scenarios. Our management team has executed over 2,000 AR recovery programs, we excel in:

- Healthcare and consumer receivables management
- Commercial collections
- Complex multi-payor collections
- Bankruptcy claim resolution
- Asset recovery optimization
- Strategic partnership with nationwide collection attorney networks

### Auction Services

Drawing on 40+ years of industry expertise, our Auction Division delivers:

- Customized auction strategies for assets valued $200K-$25M
- Comprehensive Chapter 7 and 11 case management
- Receiver services and trustee support
- Nationwide network of premier auction partners

### Private Equity Solutions

Our Private Equity Division facilitates:

- Strategic capital partnerships
- Growth funding opportunities
- M&A transaction support
- Financial restructuring solutions
- Access to substantial investment networks

## Real Estate

Offering comprehensive real estate services including:

- Commercial property optimization
- Residential portfolio management
- Strategic acquisition support
- Property development consulting
- Nationwide broker network access

## Why Choose our Services?

- Proven Track Record: Over 2,000 successful AR recovery programs completed
- Industry Expertise: 60+ years of specialized bankruptcy and collections experience
- National Reach: Established partnerships with top firms across all 50 states
- Comprehensive Solutions: Integrated services across collections, auctions, private equity, and real estate
- Professional Excellence: Led by recognized industry experts with demonstrated success in complex financial scenarios
- Healthcare Expertise: Specialized experience in medical receivables and healthcare collections

## Our Commitment

We combine decades of experience with innovative solutions to deliver optimal outcomes for our clients. Whether managing Chapter 7 and 11 complex receivables, conducting high-value auctions, facilitating private equity partnerships, or optimizing real estate assets, our team brings unmatched expertise and dedication to every project.

# EXHIBIT "B"

# EXHIBIT "B"

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Andrew B. Levin, Esq., (SBN 290209)
Financial Law Group, PC, 5656 La Jolla Blvd., La Jolla, CA 92037
Telephone: (858) 454-9887
E-mail: ChristinB@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

PIRCH, INC.

Debtor.

BANKRUPTCY NO. 24-01376-CL7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Christopher B. Latham

# ORDER ON
## EX PARTE APPLICATION TO EMPLOY ADVANTAGE COLLECTION PROFESSIONALS

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. _____.

//
//
//
//
//
//
//

DATED: _____

Judge, United States Bankruptcy Court

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON EX PARTE APPLICATION TO EMPLOY ADVANTAGE COLLECTION PROFESSIONALS
DEBTOR: PIRCH, INC.                                                                                           CASE NO: 24-01376-CL7

---

Upon the foregoing ex parte application by Leslie T. Gladstone, chapter 7 trustee (the "Trustee"), praying for approval of the employment of Kurt Huizinga and Advantage Collection Professionals ("ACP") herein, and upon the Declaration of Disinterest of Mike Zwach; and it appearing that no notice of hearing on said application needs to be given; and the Court being satisfied that ACP holds and represents no interest adverse to the individual creditors herein, the Debtor or the estate of the Debtor, and that employment of ACP is necessary to collect outstanding accounts receivable, and it is in the best interest of the estate; and good cause appearing:

IT IS HEREBY ORDERED:

1. The employment by the Trustee of Kurt Huizinga and Advantage Collection Professionals, as her Collection Agent, is hereby approved.

2. Advantage Collection Professionals is allowed to charge a fee of 30% for Collection Claims; and litigation claims at 33%. Before proceeding to litigation, ACP shall obtain the Trustee's written authorization. The 33% contingency fee for litigation claims is all-inclusive, covering all attorney services and ACP's representation with no additional hourly attorney fees. The litigation rate shall replace (not adds to) any pre-litigation collection rate. ACP shall advance all court costs, which are reimbursed only from collected funds and no out of pocket expenses will be incurred by the bankruptcy estate, subject to Bankruptcy Code Section 328(a) and approval of this Court.

IT IS SO ORDERED

CSD 1001A