**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)

Hilda M. Montes de Oca (SBN 287605)

FINANCIAL LAW GROUP, PC

5656 La Jolla Blvd., La Jolla, CA  92037

Telephone (858) 454-9887

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

Order Entered on
February 26, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

PIRCH, INC.

Debtor.

BANKRUPTCY NO. 24-01376-CL7

Date of Hearing:  N/A
Time of Hearing:  N/A
Name of Judge:   Christopher B. Latham

## ORDER ON

### TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING RE AUTHORIZING PAYMENT OF PRIORITY CLAIMS

The court orders as set forth on the continuation pages attached and numbered __2__ through __16__ with

exhibits, if any, for a total of __16__ pages.  Motion/Application Docket Entry No. __836__.

//

//

//

//

//

//

//

DATED:      February 25, 2026

_____
Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**

ORDER ON TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING RE

DEBTOR: PIRCH, INC.                                                        CASE NO: 24-01376-CL7

---

On or about January 26, 2026, Leslie T. Gladstone ("Trustee") filed and served her Notice of Intended Action and Opportunity for Hearing seeking an order authorizing payment of the priority portions for claims of creditors who filed proofs of claim based on (a) wages, salaries, or commissions, including vacation, WARN Act severance, and/or sick leave pay earned by an individual, and/or (b) contributions to an employee benefit plan (the "Employee Claimants"), pursuant to 11 U.S.C. Sections 507(a)(4) and 507(a)(5).  In addition, Trustee sought an order authorizing her to pay the priority portions of claims of creditors who filed proofs of claim arising from a prepetition deposit of money in connection with the purchase of property, or the purchase of services, for personal, family, or household use that were not delivered or provided (the "Deposit Claimants"), pursuant to 11 U.S.C. Section 507(a)(7) (the "Notice").

No opposition was received thereto.  Based on the foregoing and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.  The Trustee is authorized to pay priority portions for claims of creditors who filed proofs of claim based on (a) wages, salaries, or commissions, including vacation, WARN Act severance, and/or sick leave pay earned by an individual, and/or (b) contributions to an employee benefit plan (the "Employee Claimants"), pursuant to 11 U.S.C. Sections 507(a)(4) and 507(a)(5).  The Trustee is authorized to pay the priority portions of claims of creditors who filed proofs of claim arising from a prepetition deposit of money in connection with the purchase of property, or the purchase of services, for personal, family, or household use that were not delivered or provided (the "Deposit Claimants"), pursuant to 11 U.S.C. Section 507(a)(7), as set forth in the Notice attached hereto as Exhibit 1 and the Supplemental Declaration of Hilda M. Montes de Oca in Support of Trustee's Notice of Intended Action, ECF No. 862.

IT IS SO ORDERED.

CSD 1001A

# EXHIBIT "1"

# EXHIBIT "1"

Signed by Judge Christopher B. Latham February 25, 2026

CSD 2062 [08/01/24]
Court Telephone: (619) 557-5620
www.casb.uscourts.gov
Leslie T. Gladstone, Esq. (SBN 144615)
Hilda M. Montes de Oca, Esq. (SBN 287605)
Financial Law Group, PC
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In re

PIRCH, INC.

BANKRUPTCY NO.  24-01376-CL7

Debtor(s).

### TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

**TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

**You are hereby notified** that the undersigned Trustee proposes to:

☐ Compromise or settle the following controversy [description of controversy to be settled and financial impact on estate as required by LBR 9019]; or

☐ Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by FRBP 2002(c)(2)]; or

☒ **Other:  The Trustee seeks an order authorizing payment of the priority portions for claims of creditors who filed proofs of claim based on (a) wages, salaries, or commissions, including vacation, WARN Act severance, and/or sick leave pay earned by an individual, and/or (b) contributions to an employee benefit plan (the "Employee Claimants"), pursuant to 11 U.S.C. Sections 507(a)(4) and 507(a)(5).  In addition, Trustee seeks an order authorizing her to pay the priority portions of claims of creditors who filed proofs of claim arising from a prepetition deposit of money in connection with the purchase of property, or the purchase of services, for personal, family, or household use that were not delivered or provided (the "Deposit Claimants"), pursuant to 11 U.S.C. Section 507(a)(7) (the "Notice").  See the Addendum attached hereto and herein incorporated by reference for the terms of the Notice.**

**Wherefore, the Trustee requests that this Court approves the Notice.**

IF YOU OBJECT TO THE PROPOSED ACTION:

1.    **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case.  Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice.  If the case number is followed by the letter:

|   |   |   |   |
|---|---|---|---|
| - | CL - call (619) 557-6019 | - | DEPARTMENT ONE (Room 218) |
| - | JBM - call (619) 557-5157 | - | DEPARTMENT TWO (Room 118) |
| - | LT - call (619) 557-5157 | - | DEPARTMENT THREE (Room 129) |

2.    **Within 14[1] days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition** and separate **Request and Notice of Hearing** [Local Form CSD 1184] upon the undersigned Trustee, together with any opposing papers.  A copy of these documents must also be served upon the United States Trustee

---

[1]Depending on how you were served, you may have additional time for response.  See FRBP 9006.

CSD 2062

Signed by Judge Christopher B. Latham February 25, 2026

CSD 2062 [08/01/24]

at 880 Front Street, Ste. 3230, San Diego, CA 92101.  The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

     a.     identify the interest of the opposing party; and

     b.     state, with particularity, the factual and legal grounds for the opposition.

3.     **You must** file the original of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

**If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated: January 26, 2026

/s/ Leslie T. Gladstone
Leslie T. Gladstone, Chapter 7 Trustee
Address: 5656 La Jolla Blvd.,
La Jolla, CA 92037
Phone No. (858) 454-9887

CSD 2062

Signed by Judge Christopher B. Latham February 25, 2026

Pirch, Inc.
Case No. 24-01376-CL7

## ADDENDUM
## NOTICE OF INTENDED ACTION

Leslie T. Gladstone, the chapter 7 trustee ("**Trustee**") in the case of *Pirch, Inc.* ("**Pirch**"), seeks an order authorizing payment of the priority portions for claims of creditors who filed proofs of claim based on (a) wages, salaries, or commissions, including vacation, WARN Act severance, and/or sick leave pay earned by an individual, and/or (b) contributions to an employee benefit plan (the "**Employee Claimants**"), pursuant to 11 U.S.C. Sections 507(a)(4) and 507(a)(5).

In addition, Trustee seeks an order authorizing her to pay the priority portions of claims of creditors who filed proofs of claim arising from a prepetition deposit of money in connection with the purchase of property, or the purchase of services, for personal, family, or household use that were not delivered or provided (the "**Deposit Claimants**"), pursuant to 11 U.S.C. Section 507(a)(7).

### BACKGROUND

This bankruptcy case was commenced on April 19, 2024 (the "**Petition Date**"), under chapter 7 of the Bankruptcy Code.  Trustee was appointed as chapter 7 trustee in this case on or about the same date.  Pirch was a high-end appliance and home fixture retailer that specialized in luxury kitchen, bath, and outdoor living products.  Trustee has $13,859,273.40 in the estate to make the disbursements proposed in this Notice of Intended Action as described below in this Addendum.

According to the claims filed in this case, there are Employee Claimants who assert claims based on unpaid wages, salaries, or commissions earned within 180 days before the Petition Date and/or statutory WARN Act severance damages related to wages earned within 180 days before the Petition Date.  There are also Employee Claimants who assert claims based on contributions to employee benefit plans arising from services rendered within 180 days before the Petition Date and/or claims based on unreimbursed healthcare expenses incurred within 180 days before the Petition Date that should have been covered or reimbursed by an employee benefit plan.

According to the claims filed in this case, there are also several Deposit Claimants who filed proofs of claim arising from a prepetition deposit of money in connection with the purchase of appliances for personal, family, or household use that were not delivered or provided.

### CLAIMS TO BE PAID PURSUANT TO SECTION 507(a)(4)

The following claims to be paid pursuant to Section 507(a)(4) are set forth in Chart A-1, Chart A-2, and Chart B below and are for (A) severance damages under the federal WARN Act[1] and/or Cal/WARN Act[2] (the "**WARN Claims**"); and/or (B) unpaid final wages or unpaid sales commissions earned within 180 days before the Petition Date.  The approximate amount to be paid on account of the WARN Claims is $2,042,965.53, subject to payment of any additional WARN Claims currently under review, if supplemental documents are subsequently provided to Trustee as evidence in support of said claim.

---

[1] See 29 U.S.C. § 2104 (a)
[2] See Cal. Lab. Code § 1402(a)

1

There are 134 Employee Claimants asserting WARN Claims who were confirmed as listed in Pirch's 2024 payroll records (the "**WARN Claimants**"). Trustee proposes to pay a portion of the WARN Claims as priority under Section 507(a)(4) in the amount listed on the proof of claim, up to the maximum amount allowed, $15,150.00. Trustee has determined, in her business judgment, that it is in the best interest of the Estate to pay the WARN Claims in the amount asserted in the proof of claim as priority, up to the maximum amount permitted under Section 507(a)(4), to save the Estate the expense of determining: (A) the amount of each individual claim pursuant to the complex statutory formulas applicable under the federal WARN Act and/or Cal/WARN Act, and (B) whether Trustee can assert, on behalf of Pirch, any of the defenses available under the federal WARN Act and/or Cal/WARN Act. *See* 29 U.S.C. Sections 2102(b) and 2104(a); California Labor Code Sections 1402.5 and 1402(a).

Nearly all the WARN Claimants listed the gross amount of the WARN Claim on their proofs of claim. The WARN Claims are based on damages pursuant to the federal WARN Act and/or Cal/WARN Act, and so they are compensatory in the nature of severance damages and are subject to payroll tax withholding. *See Cifuentes v. Costco Wholesale Corp.*, 238 Cal. App. 4th 65 (Cal. Ct. App. 2015); *see also Henderson v. Powermate Holding Corp. (In re Powermate Holding Corp.)*, 394 B.R. 765 (Bankr. D. Del. 2008). Chart A-1 is a list of each WARN Claimant that filed a proof of claim asserting a WARN Claim in the maximum amount allowed, $15,150.00. Trustee proposes to pay the WARN Claimants listed on Chart A-1 the priority portion of their WARN Claim in the net amount of $9,006.67, after payroll tax withholding, under Section 504(a)(4). Trustee reserves all rights to object to the unsecured portions of these claims, if and when warranted.

## CHART A-1

| Claim No. | Employee Claimant | Claim No. | Employee Claimant | Claim No. | Employee Claimant |
|---|---|---|---|---|---|
| 104 | Rejvani, Shahram | 663 | Rios, Leza | 695 | Martinez, Brianna |
| 124 | Zogaric, Monique | 664 | Abrego, Sergio | 696 | Daniel, Jaime |
| 310 | Elkin, Ben | 665 | Tostado, Michael | 697 | Resendiz, Ivan |
| 432 | Clement, Edwin D | 666 | Leitch, Daniel | 699 | Blackmon, Tyrone |
| 455 | Rhoads, Brandi | 667 | Maloney, Matthew | 700 | Avila, Carlos |
| 530 | Hosking, Erika | 668 | Garcia, Eddy Fernando | 701 | Avalos, Ruben |
| 585 | Bredvik, Jennifer | 670 | Shaw, Bradley | 702 | Morris, Carl |
| 636 | Rogers, Liza | 671 | Soriano, Kelsey | 703 | Santiago, Maximo |
| 637 | McCall, Brittany | 673 | Murphy, Bridgette | 704 | Palode, Rodney |
| 641 | Demskis, Debra | 674 | Adame, Jackie | 705 | Perez, Lesa |
| 646 | Casper, Caralina | 675 | Carlos, Miguel Angel | 706 | Pulido, Haiti |
| 647 | Reyes, Omar | 676 | Hoff, Taylor | 707 | Ocampo, Mervin |
| 648 | Aguirre, Jose | 677 | Rocha, Julian | 708 | Martin, Jennifer Johnson |
| 649 | Astin, Sylvia | 678 | Carrillo, Patricio | 709 | Adamczyk, Martin |
| 650 | Walker, Erica | 679 | Reid, Nolan | 710 | Pettorini, Paris |
| 651 | Jarrett, Wendy | 686 | Guttierez, Jennifer | 711 | Amado, Carmela |
| 652 | Delgado, Gabriel | 687 | Fisher, Veronica | 712 | Prosser, Sarah |
| 653 | Pancheco, Jose | 688 | Martinez, Dawn | 713 | Prosser, Jeremy |
| 654 | Strickland, Elias | 689 | Usini, Vaalele | 714 | Mazzei, Aurora |
| 656 | Hernandez, Rogelio | 690 | Montes, Jorge | 715 | Barba, Carolina |
| 657 | Gaylen, Jay | 691 | Carrillo, Jose Martinez | 716 | Lopez, Eduardo |
| 658 | Baker, Ashley | 692 | Arredondo, Fabian | 718 | MacGray, Edie |
| 659 | Pymm, James | 693 | Navarrete, Jorge | 721 | Quintong, Enrico |
| 660 | Burnside, Andre | 694 | Martinez, Mercedes | 722 | Lam, David |
| 661 | Arenas, Daniel | | | 723 | Dias, Rachael Lopes |
| 662 | Bucelli, Sam | | | | |

2

| Claim No. | Employee Claimant | Claim No. | Employee Claimant | Claim No. | Employee Claimant |
|---|---|---|---|---|---|
| 730 | Perry, Sean | 751 | Velasco, Anali | 770 | Segarini, Ann |
| 731 | Kohl, Amy | 752 | Sakalauskaite, Sigita | 771 | Saha, Tapti |
| 732 | Lundstrom, Michael | 754 | Coleman, Devon | 772 | Tamayo, Allan |
| 733 | Cruz, Brando | 755 | Carlson, Amber Lynn | 774 | Condit, Mitzi |
| 734 | Posa, Anthony | 756 | Edwards-Ammerman, Tanis | 776 | Salazar, Jennifer |
| 735 | Long, Jesse | 757 | Gomez, Rosa Estela Gudino | 799 | Pantoja, Raul |
| 737 | Fernandez, Mario | 758 | Hunt, Jaida | 800 | Rodriguez, Xochilt |
| 738 | Daigle, Trevor | 759 | Hill, Craig | 831 | Ramirez, Ramiro |
| 739 | Haugh, Tracy | 760 | Zhou, Joe | 837 | Diaz, Emmanuel |
| 740 | Turk, Tonya | 762 | Lucifer-Klare, Michael | 838 | Maceda, Luis |
| 741 | Brownyard, Stephanie | 763 | Greenberg, Elizabeth | 840 | Rossicone, Eric |
| 742 | Dean, Robert | 764 | Martinell, David | 848 | Kotlier, Arianna |
| 743 | Boucharel, Gabi | 766 | Bond, Lindsey | 850 | Wehage, Jennifer |
| 744 | Corona, Ignacio | 767 | Massara, Nicky | 894 | CHACON, TIFFANY |
| 745 | Peterson, Amber | 768 | Rodriguez, Juan | 902 | Vaughn, Jason M. |
| 746 | Tan, Katherine | 769 | Ortega, Araceli | 903 | machuca, alejandro |
| 747 | Ellis, Sharie | | | 906 | Cruz, Katheryne |
| 748 | Giampaolo, Alicia | | | 907 | Creadick, Diane |
| 749 | Echeverria, Crystal | | | 908 | Reidman, Darian |

The WARN Claimants who are asserting WARN Claims for less than the maximum amount of $15,150.00 are listed on Chart A-2. Chart A-2 also includes the gross amount for the priority portion of the WARN Claim listed on the Proof of Claim, as well as the net amount Trustee proposes to pay to the WARN Claimant, after payroll tax withholding.

**CHART A-2**

| Claim No. | Employee Claimant | Gross Priority Claim Amount | Net Priority Claim to be paid |
|---|---|---|---|
| 150 | Rochon, Fallon | $15,000.00 | $8,917.50 |
| 233 | Dawes, Chuck | $5,000.00 | $2,972.50 |
| 336 | Gipson, Kennady | $6,000.00 | $3,567.00 |
| 384 | PHAM, CHRISTOPHER | $10,000.00 | $5,945.00 |
| 595 | KIFER, KELSEY | $12,500.00 | $7,431.25 |
| 823 | Svidal, Emily | $11,975.99 | $7,119.72 |
| 896 | Dolly, Cheyne | $10,000.00 | $5,945.00 |
| 898 | HATHAWAY, AMY | $9,065.14 | $5,389.22 |
| 900 | Daraby, Gilda | $7,300.00 | $4,339.85 |
| 905 | Torres, Eduardo | $2,115.20 | $1,257.49 |

Four Employee Claimants filed proofs of claim that listed the net amount of their claim based on wages or commissions owed by Pirch, which are listed in Chart B below. Trustee consulted with the Estate's accountant and confirmed that Pirch remitted the payroll taxes to the U.S. Internal Revenue Service for these claims and so Trustee does not need to withhold further taxes for these claims. Trustee therefore proposes to pay the four Employee Claimants listed below

3

Signed by Judge Christopher B. Latham February 25, 2026

the priority portions of their claims under 11 U.S.C. Section 507(a)(4) in the net amount reflected on their proofs of claim.

## CHART B

| Claim No. | Employee Claimant Name | Net Priority Claim to be paid |
|---|---|---|
| 458 | Amalia R. Sustaita | $1,930.22 |
| 582 | Gregory R. Sanchez | $3,510.74 |
| 823 | Emily Svidal | $1,395.16 |
| 895 | Brittany Yolanda Murray | $618.08 |

### CLAIMS TO BE PAID PURSUANT TO SECTION 507(a)(5)

The Employee Claimants who hold a claim against the Estate for contributions to an employee benefit plan arising from services rendered within 180 days before the Petition Date, and/or unreimbursed healthcare expenses that should have been covered or reimbursed by an employee benefit plan arising from services rendered within 180 days before the Petition Date are entitled to be paid a portion of their claim as a priority claim under 11 U.S.C. § 507(a)(5).

### *Section 507(a)(5) Claims Based on 401(k) Contributions*

Nine Employee Claimants filed proofs of claim that show a portion of their claim is based on 401(k) account contributions withheld from their wages that were not properly allocated within 180 days before the Petition Date. Trustee obtained Court authorization to retain Butterfield Schechter LLP *(*"**Schechter**") to act as employee benefit plan counsel with respect to the Pirch, Inc. Welfare Benefits Plan. *See Ex Parte Application to Employ Butterfield Schechter LLP as Employee Benefit Plan Counsel to the Chapter 7 Trustee*, ECF No. 161; *Order Granting Application to Employ Butterfield Schechter*, ECF No. 294.

With Schechter's assistance, Trustee discovered that there were unfunded employee salary deferrals of $31,072.93 that were incurred during the time that Pirch's employee 401(k) plan was covered by bonds issued by the Hartford. On behalf of Trustee and Pirch, Schechter made a claim on the fidelity bond for the unfunded contributions to Pirch's 401(k) plan. On October 20, 2025, the Hartford issued a check to "Pirch, Inc. 401K Plan" in the amount of $31,072.93 for the unfunded deferrals (the "**Hartford 401(k) Funds**"). Trustee deposited the Hartford check into the Estate account and thereafter tendered the Hartford 401(k) Funds to Fidelity to be allocated to the accounts of the Employee Claimants.

The Hartford 401(k) Funds were allocated among 194 former employees of Pirch.[3] Of the nine Employee Claimants who filed claims based on 401(k) contributions withheld from their wages that were not properly allocated to their 401(k) accounts by Pirch, only the five Employee Claimants listed below in Chart C were identified among the 194 employees whose 401(k) accounts were entitled to receive disbursements from the Hartford 401(k) Funds.

## CHART C

---

[3] A full list of employees that were allocated funds from the Hartford 40(k) funds can be obtained from Trustee's office.

4

| Claim No. | Employee Claimant Name | Amount of 507(a)(5) Priority Claim Satisfied from Hartford 401(k) |
|---|---|---|
| 54 | Michael Schloemer | $3,442.31 |
| 386 | Stephanie Brownyard | $250.79 |
| 530 | Erika Hosking | $157.64 |
| 645 | Janice Sangl | $1,219.52 |
| 823 | Emily Svidal | $163.96 |

Trustee has filed objections to the additional four claims filed by Employee Claimants that were not identified among the 194 employees whose 401(k) accounts received disbursements from the Hartford 401(k) Funds. As to those claims to which objections were filed, Trustee will pay any portion of those claims that is found to be entitled to priority under Section 507(a)(5), in her discretion from available funds, if she is provided with supporting documentation by the Employee Claimants substantiating their claim.

### *Section 507(a)(5) Claims Based on Unreimbursed Healthcare Expenses*

The Employee Claimants who each hold a claim against the Estate for unreimbursed healthcare expenses that should have been covered or reimbursed by an employee benefit plan arising from services rendered within 180 days before the Petition Date are entitled to be paid a portion of their claim as a priority claim under 11 U.S.C. Section 507(a)(5). Trustee proposes to remit payment for the priority claims based on unreimbursed healthcare expenses under 11 U.S.C. Section 507(a)(5) directly to each Employee Claimant, in the amounts listed below in Chart D.

### CHART D

| Claim No. | Employee Claimant Name | Amount of 507(a)(5) Priority Claim |
|---|---|---|
| 52 | Devon Coleman | $1,837.14 |
| 48 | Amy Hathaway | $2,247.13 |

### CLAIMS TO BE PAID PURSUANT TO SECTION 507(a)(7)

The list of Deposit Claimants who are entitled to be paid a portion of their claim as priority under 11 U.S.C. Section 507(a)(7) is below in Chart E and is comprised of any individual Deposit Claimant asserting a claim against the Estate for a prepetition money deposit in connection with the purchase of property and services for personal, family, or household use that were not delivered or provided (the "**Deposit Claims**"). The approximate amount to be paid on account of the Deposit Claims is $1,639,031.03, subject to payment of any additional Deposit Claims currently under review, if supplemental documents are subsequently provided to Trustee as evidence in support of said claim.

Many Deposit Claims were filed with either insufficient documentation or no supporting documentation at all. Trustee either contacted these creditors or filed objections to these claims. *See*, *e.g.*, ECF No. 709-776; 805-810. As to those Deposit Claims to which objections were filed or as to which documents are still pending, Trustee will pay the portion of those claims that are entitled to priority under Section 507(a)(7), in her discretion from available funds, as she is provided with supporting documentation by the Deposit Claimants substantiating their claim.

Certain Deposit Claimants filed their proofs of claim with the designation that all or a portion of the claim is entitled to priority under Section 507(a)(7), while other Deposit Claimants

5

did not indicate that their claim is entitled to priority. Because a majority of these claims were filed by self-represented Deposit Claimants, Trustee analyzed all claims based on prepetition deposits to determine whether the claim was entitled to priority under Section 507(a)(7) to treat similarly situated creditors equally, even if the Deposit Claimant did not designate the claim as priority on their proof of claim form. Trustee proposes to pay the portion of the Deposit Claims entitled to priority under Section 507(a)(7) to the Deposit Claimants listed in the below Chart E.

Certain Deposit Claimants filed their claim as an entity filing or filed jointly with their spouse. Trustee analyzed each claim to determine the owner of the account in question. Unfortunately, the statute does not authorize priority payment for a corporate entity but in some cases, an individual was on the account, which triggered allowance. Similarly, whether or not the claim was filed by one or both spouses, Trustee analyzed the supporting documents to determine whether both spouses were on the account, in which case the statute permits the priority amount to be doubled (up to the total claim amount).

## CHART E

| Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) | Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) |
|---|---|---|---|---|---|---|---|
| 1 | Bergheim, Dani/Hakon | $56,153.32 | $6,700.00 | 49 | Maloy, Julie | $7,329.68 | $3,350.00 |
| 3 | Harris, Deb | $37,326.51 | $3,350.00 | 51 | Kiavash Kevin Badii, DDS, MDS | $34,091.27 | $3,350.00 |
| 4 | Daly, Timothy | $49,536.82 | $3,350.00 | 56 | Shen, Doris | $9,276.53 | $3,350.00 |
| 5 | Revy, Karin Andrea | $64,711.53 | $3,350.00 | 62 | Grigorian, Armen | $21,781.11 | $3,350.00 |
| 7 | Turner, Jenson | $51,094.32 | $3,350.00 | 67 | Booth, Debbie | $44,651.58 | $3,350.00 |
| 8 | Ostoich, Liz [REDUX] | $182,949.40 | $3,350.00 | 69 | Ruhland, Donald and Paula | $10,368.11 | $6,700.00 |
| 12 | Regalbuto, Steve and Sherri Lynne | $44,024.17 | $6,700.00 | 70 | Heifetz, Rona | $10,000.00 | $3,350.00 |
| 14 | McCuen, Leah | $46,657.00 | $3,350.00 | 72 | Seri Design (Marshall & Serafin Krupp) | $46,373.34 | $6,700.00 |
| 18 | GOMEZ, YOLANDA | $30,550.84 | $3,350.00 | 75 | Borsack, Julie | $15,313.24 | $3,350.00 |
| 19 | Antonorsi, Ruth & Richard | $5,921.78 | $6,700.00 | 76 | Studio Matsalla | $50,406.83 | $3,350.00 |
| 20-2 | Patris, William | $31,704.43 | $3,350.00 | 77 | Enany, Dana | $27,475.60 | $3,350.00 |
| 25 | Grogan, Kim | $15,531.45 | $3,350.00 | 78 | Magruder, Mason | $5,210.49 | $3,350.00 |
| 26 | Townsend, Deanna and Grimm, Chase | $292,207.74 | $6,700.00 | 80 | Grabiel, Keith & Noemi | $5,573.27 | $5,573.27 |
| 27 | Mora, Benito | $111,451.00 | $3,350.00 | 81 | Kemper, Steven | $7,466.00 | $3,350.00 |
| 28 | Smith, Damien | $23,247.73 | $3,350.00 | 82 | Malaklou, Bijan | $9,659.76 | $3,350.00 |
| 30 | Mansour, Sana | $26,574.50 | $3,350.00 | 83 | Rooke, Dan | $78,695.22 | $3,350.00 |
| 31 | Reed, Tony & Angela | $34,494.35 | $6,700.00 | 84 | Tasiopoulos, Pete | $22,724.05 | $3,350.00 |
| 33 | Houston, Jesse | $67,140.74 | $3,350.00 | 85 | Blount, Sydney | $14,772.22 | $3,350.00 |
| 34 | Zhong, Xueying | $22,260.68 | $3,350.00 | 86 | Ying, Jianhui | $57,911.05 | $3,350.00 |
| 37 | Tuck, Heather N | $17,625.78 | $3,350.00 | 89 | Kneeshaw, Warren | $72,290.98 | $3,350.00 |
| 38 | Plotnik, Oscar and Stephanie | $40,553.18 | $6,700.00 | 90 | Katkin, Liz & Keith | $145,326.00 | $6,700.00 |
| 42 | Schmill, Larry | $99,464.27 | $3,350.00 | 93 | Roth, Patrick and Stacey | $24,616.27 | $6,700.00 |
| 43 | Saffouri, George | $48,243.85 | $3,350.00 | 94 | Ginsburg, Charles | $13,916.76 | $3,350.00 |
| 45 | TWOMEY, REBECCA | $44,247.80 | $3,350.00 | 95 | Prather, Jason and Heidi | $21,801.00 | $6,700.00 |
| 46 | Espy, Jonathan | $113,536.79 | $3,350.00 | 96 | Zaragoza, Monique McDavid | $16,807.44 | $3,350.00 |
| | | | | 97 | Larkin, Shaudi | $5,250.33 | $3,350.00 |

6

| Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) | Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) |
|---|---|---|---|---|---|---|---|
| 99 | LEWIS, JENNIFER | $22,389.01 | $3,350.00 | 166 | Chow, Jonathan | $544.74 | $544.74 |
| 100 | THOMPSON, TOM AND NANCY | $44,334.49 | $6,700.00 | 167 | Burnett, Terrell and Leah | $44,814.00 | $6,700.00 |
| 102 | Nomad, Jani & Ure, Ernesto | $27,365.26 | $6,700.00 | 169 | Losse, Lorrie | $13,144.43 | $3,350.00 |
| 103 | Rice, Daniel | $57,804.69 | $3,350.00 | 171 | Gupta, Rishi | $1,944.36 | $1,944.36 |
| 107 | Woude, Vikki L. Vander and Palajac, Michael D. | $20,774.00 | $6,700.00 | 172 | Chmaytelli, Mazen | $71.50 | $71.50 |
| | | | | 174 | Markstein, Kenneth | $19,348.50 | $3,350.00 |
| 108 | Cate, Mike and Karen | $10,449.00 | $6,700.00 | 175 | Slape, Daniel G | $53,950.27 | $3,350.00 |
| 110 | LECK, GARY | $19,143.59 | $3,350.00 | 176 | Reeser, Corey | $5,948.00 | $3,350.00 |
| 111 | Tsukada, Glenn and Stephanie | $34,239.77 | $6,700.00 | 177 | Alagarsamy, Scott & Sudar | $23,959.34 | $6,700.00 |
| 113 | Abassi, Sahar | $23,909.75 | $3,350.00 | 178 | Sykes, Dave | $1,573.77 | $1,573.77 |
| 114 | Gruenberg, Josh | $100,000.00 | $3,350.00 | 179 | Weiss-Calamar, Deborah | $9,230.56 | $3,350.00 |
| 116 | Salvito, James A. and Norton, Perry A. | $26,128.20 | $6,700.00 | 180 | Cashman, Helen | $15,531.45 | $3,350.00 |
| | | | | 181 | Kelley, Kevin J | $53,149.89 | $3,350.00 |
| 118 | Silverman, Matt | $29,567.00 | $3,350.00 | 182 | Garcia, Diana | $2,407.71 | $2,407.71 |
| 119 | Ranuum, Dan & Larry & Martin | $9,999.00 | $6,700.00 | 183 | Bemis, Paul | $336.31 | $336.31 |
| | | | | 186 | Harutyunyan, Vahag & Alina | $30,792.34 | $6,700.00 |
| 121 | Scaletta, Linda | $40,922.69 | $3,350.00 | 187 | Jones, Cameron | $110,779.06 | $3,350.00 |
| 122 | Ly, Jenna | $28,827.99 | $3,350.00 | 193 | Reid, Keith | $25,659.61 | $3,350.00 |
| 129 | Penido, Lucy | $9,226.15 | $3,350.00 | 195 | Tuckerman, Belle | $18,609.63 | $3,350.00 |
| 130 | Wallock, Alan | $4,738.85 | $3,350.00 | 196 | Abuturkia, Sam | $6,398.00 | $3,350.00 |
| 131 | Hachten-Kaleikau, Trish & Lesa | $19,297.49 | $6,700.00 | 197 | HARDIN, PATTI & BRET | $33,624.00 | $6,700.00 |
| 132 | Miller, Joanne | $20,000.00 | $3,350.00 | 199 | Holden, Leslie | $13,613.00 | $3,350.00 |
| 134 | RORICK, DANIELLE | $3,956.12 | $3,350.00 | 202 | Bachofer, Karen Volz | $18,086.48 | $3,350.00 |
| 135 | Alexandre, Jamie | $7,423.11 | $3,350.00 | 204 | Oliver, Jenny | $5,200.95 | $3,350.00 |
| 138 | Berlin, Matt | $20,319.50 | $3,350.00 | 205 | BALLARD, TERI & TONY | $26,019.50 | $6,700.00 |
| 139 | Nisim, Danielle | $25,096.00 | $3,350.00 | 210 | Casper, Alice | $7,637.11 | $3,350.00 |
| 141 | McConnell, Alison | $8,095.80 | $3,350.00 | 213 | Dallas, John | $9,799.00 | $6,700.00 |
| 144 | SMOLSKAYA, SVETLANA | $3,982.20 | $3,350.00 | 214 | Taubman, Lori & Gene | $37,222.90 | $6,700.00 |
| 145 | Olson, Heather | $4,968.41 | $3,350.00 | 215 | Souter, Sandra | $21,763.37 | $3,350.00 |
| 148 | Guerrero, Gus | $22,497.93 | $3,350.00 | 218 | Miller, Allan and Mary | $22,068.66 | $6,700.00 |
| 149 | Khosravi, Nasrin & Bijan | $40,000.00 | $6,700.00 | 219 | Tseng, Connie and Andy | $52,761.57 | $6,700.00 |
| 153 | AGK Design - Casey Armstrong | $56,994.39 | $3,350.00 | 221 | MAT TRUJILLO DESIGN & CONSTRUCTION (Mat Trujillo & Nicole Mitchell) | $25,054.64 | $3,350.00 |
| 155 | Hodel, Gail | $12,980.67 | $3,350.00 | | | | |
| 156 | Botev, Christo | $1,014.69 | $1,014.69 | | | | |
| 157 | Kruis, Steven and Katherine | $41,238.24 | $6,700.00 | 224 | Ballinger, Ian & Laura | $114,648.00 | $6,700.00 |
| 158 | Yazdi, Sudi | $537.50 | $537.50 | 225 | Vidal, Beth Coombs | $90,683.55 | $3,350.00 |
| 159 | Hutcheon, Scott | $8,822.21 | $3,350.00 | 227 | Brown, Johnny & Nancy | $42,308.51 | $6,700.00 |
| 161 | Fou, Thomas | $37,375.95 | $3,350.00 | 228 | Shuster, Suzy | $860.40 | $860.40 |
| 162 | Smith, Gary M | $7,125.08 | $3,550.00 | 231 | Belbel, Marla | $11,065.91 | $3,350.00 |
| 164 | Hansen, Cassidi | $395.45 | $395.45 | 232 | Brody, Scott | $150,000.00 | $3,350.00 |
| 165 | Bienstock, Sheri | $149,282.31 | $3,350.00 | | | | |

7

Signed by Judge Christopher B. Latham February 25, 2026

| Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) | Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) |
|---|---|---|---|---|---|---|---|
| 235 | HSIEH, HOWARD | $15,431.70 | $3,350.00 | 301 | Sarkisov, Talin | $50,000.00 | $3,350.00 |
| 240 | Yu, Kenny | $25,000.00 | $3,350.00 | 302 | AlAbbasi, Rumzi | $34,000.00 | $3,350.00 |
| 241 | Sasso, Niko | $6,068.69 | $3,350.00 | 303 | Lilly, Paul | $3,430.16 | $3,350.00 |
| 243 | Ruz Architects | $2,699.00 | $2,699.00 | 304 | Ephraim, Molly | $22,780.41 | $3,350.00 |
| 245 | Blackburn, Chris | $4,308.92 | $3,350.00 | 307 | Smothers, Amanda | $14,464.87 | $3,350.00 |
| 248 | Price, Scott & Tamara | $14,891.93 | $6,700.00 | 308 | Navarro, Diana, Jaime, Mateo | $4,224.28 | $4,224.28 |
| 249 | White, Randall & Elisabeth | $60,759.70 | $6,700.00 | 309 | Lynch, Anne | $14,372.77 | $3,350.00 |
| 250 | Schaff, Bill | $1,454.25 | $1,454.25 | 311 | Joshi, Robin | $28,493.43 | $3,350.00 |
| 251 | Mosokowitz, Lisa | $17,300.04 | $3,350.00 | 312 | Wang, Christine | $53,784.62 | $3,350.00 |
| 253 | Olmstead, George & Cynthia | $1,818.85 | $1,818.85 | 314 | Tomaro Custom Homes, Inc. (Rick Tomaro) | $3,240.11 | $3,240.11 |
| 254 | Van Zee, Rick and Keely | $29,542.78 | $6,700.00 | 316 | Kangas, Michelle | $49,163.90 | $3,350.00 |
| 255 | Roe, Jeanie | $2,505.30 | $2,505.30 | 320 | Skipworth, Carmen | $8,775.27 | $3,350.00 |
| 256 | Fritzgerald, Anne | $5,040.65 | $3,350.00 | 321 | Buchanan, Tiffany | $9,964.76 | $3,350.00 |
| 257 | Menzer, Mitch | $8,726.55 | $3,350.00 | 322 | Nazi, Joanna | $62,011.48 | $3,350.00 |
| 259 | Tatevossian, Elsa Aghaian | $4,989.90 | $3,350.00 | 323 | Draper, Kathy | $12,242.09 | $3,350.00 |
| 263 | Moreno, Marco | $109,229.90 | $3,350.00 | 324 | Boone, Michael | $185,219.39 | $3,350.00 |
| 264 | Kendrew, Erin | $2,320.94 | $2,320.94 | 325 | Fritz, Benjamin | $22,765.74 | $3,350.00 |
| 266 | Shah, Shilpa | $7,146.02 | $3,350.00 | 327 | Golshani, Shahrouz | $29,879.84 | $3,350.00 |
| 268 | Duranceau, Carrie | $8,732.39 | $3,350.00 | 328 | Weinman, David | $6,369.11 | $3,350.00 |
| 271 | Sander, Susan | $1,116.24 | $1,116.24 | 329 | KU, GENE | $44,002.69 | $3,350.00 |
| 273 | Dunford, Jim | $14,045.19 | $3,350.00 | 332 | White, Randall & Elisabeth | $54,059.70 | $6,700.00 |
| 274 | Reynolds, Chad | $3,339.18 | $3,339.18 | 333 | Mary Hunter | $42,466.30 | $3,350.00 |
| 275 | Schlup, John R. and JoAnne J. | $4,374.72 | $4,374.72 | 334 | Merkel, Janice | $2,837.48 | $2,837.48 |
| 276 | Skupsky, Hadas | $46,017.05 | $3,350.00 | 337 | Foullon, Rachel | $28,050.06 | $3,350.00 |
| 277 | Swann, Jessica | $87,695.35 | $3,350.00 | 339 | Crowe, Trish | $18,615.80 | $3,350.00 |
| 279 | Kim, Sungsoo | $13,893.65 | $3,350.00 | 340 | Shaw, Brian | $13,282.29 | $3,350.00 |
| 280 | Patierno, Shaheena and Joey | $3,175.45 | $3,175.45 | 341 | Chahine, Katy | $39,270.93 | $3,350.00 |
| 281 | Connor, Stephen and Susan | $7,697.00 | $6,700.00 | 342 | Bohm, Kevin | $5,000.00 | $3,350.00 |
| 282 | Graeber, Toni & Karl | $36,553.31 | $6,700.00 | 343 | Loomis, Brent | $102,699.31 | $3,350.00 |
| 283 | Rimokh, Joelle | $77,617.19 | $3,350.00 | 346 | Horriat, Ricky | $49,965.00 | $3,350.00 |
| 285 | Osborn, Etta | $10,676.23 | $3,350.00 | 347 | Eubank, Stephanie | $22,096.00 | $3,350.00 |
| 286 | Small, Leslie | $19,435.80 | $3,350.00 | 348 | Tuck, David & Heather | $17,625.78 | $6,700.00 |
| 287 | Coletto, Melisa | $3,702.13 | $3,350.00 | 350 | Laessi, Jay | $9,523.96 | $3,350.00 |
| 288 | Adam, Elias | $1,815.00 | $1,815.00 | 353 | Mansour, Sana | $26,674.50 | $3,350.00 |
| 289 | Cascone, Marie | $2,694.38 | $2,694.38 | 355 | Fenn, John | $25,531.26 | $3,350.00 |
| 290 | MacDonald, Stephanie | $158,291.22 | $3,350.00 | 356 | He, Katherine | $43,475.98 | $3,350.00 |
| 291 | Carvalho, Shannon | $3,552.99 | $3,350.00 | 357 | Reynolds, Jill | $1,000.00 | $1,000.00 |
| 292 | Wang, Henry & Pam | $26,716.44 | $6,700.00 | 358 | Mate, Stasia and Damian | $100,085.94 | $6,700.00 |
| 293 | Sorensen, Pamela and Sorensen, Jack D. | $17,178.13 | $6,700.00 | 359 | Liu, Carlton | $6,130.91 | $3,350.00 |
| | | | | 360 | Benyamini, Nazanin | $15,065.84 | $3,350.00 |
| 294 | Meaglia, Rick | $10,000.00 | $3,350.00 | 361 | Jones, Paula | $1,119.61 | $1,119.61 |
| 298 | Balaker, Ashley | $26,210.84 | $3,350.00 | 362 | Chong-Cerrillo, Celeste | $13,675.79 | $3,350.00 |
| | | | | 363 | Ladner, Jonathan | $4,526.20 | $3,350.00 |
| | | | | 365 | Liu, Julia | $5,998.18 | $3,350.00 |
| | | | | 366 | Bourquin, Scott | $9,423.84 | $3,350.00 |
| | | | | 367 | Lacerda, Eurico | $200.00 | $200.00 |
| | | | | 368 | Mehringer, Michael | $1,290.00 | $1,290.00 |

8

Signed by Judge Christopher B. Latham February 25, 2026

| Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) | Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) |
|---|---|---|---|---|---|---|---|
| 370 | Fish, Dixon & Connie | $1,726.67 | $1,726.67 | 428 | Castillo, Cynthia Anne | $18,591.00 | $3,350.00 |
| 372 | O'Byrne, Thomas | $27,000.00 | $3,350.00 | 430 | Davis, Bret | $870.46 | $870.46 |
| 373 | Young, Megan | $1,142.96 | $1,142.96 | 431 | Alioto, John | $18,534.85 | $3,350.00 |
| 374 | Marla Kozinczuk Architecture + Design (Marla Kozinczuk) | $14,636.33 | $3,350.00 | 433 | Brogan, Nena | $2,208.86 | $3,350.00 |
| | | | | 435 | Geiger, Jeffrey | $89,441.44 | $3,350.00 |
| 375 | Gould, Alexander Julian | $119,022.03 | $3,350.00 | 438 | Reilly, Sean, Trustee of the Sean Reilly Trust | $74,481.32 | $3,350.00 |
| 377 | Pierson, Jacqueline | $42,704.61 | $3,350.00 | 439 | Gebhardt, John | $1,671.66 | $1,671.66 |
| 378 | Esquer, Francisco and Cristina | $52,275.09 | $6,700.00 | 440 | Brogan, Nena | $2,208.86 | $2,208.86 |
| 379 | Eugenio, Yessenia | $73,915.50 | $3,350.00 | 441 | Cheung, Eric | $14,789.00 | $3,350.00 |
| 380 | SAPON, LISA | $8,638.54 | $3,350.00 | 442 | Lykos, Cosmas N. | $3,800.00 | $3,350.00 |
| 382 | CORREA, ARMANDO | $10,000.00 | $3,350.00 | 443 | Horiyat, Roya | $14,053.00 | $3,350.00 |
| 383 | MacLean, Ellen | $2,488.00 | $2,488.00 | 444 | Minnier, Jennifer J | $162,399.33 | $3,350.00 |
| 385 | Tuttle, DF | $49,435.12 | $3,350.00 | 445 | Kush Residence (Joe & Kate Miller) | $7,895.42 | $6,700.00 |
| 388 | Morcus, Lee | $31,092.42 | $3,350.00 | 446 | HOECK, JESSIE | $46,684.38 | $3,350.00 |
| 390 | Sweet, Lara | $3,324.90 | $3,324.90 | 447 | Phuong, Khung Van | $26,771.30 | $3,350.00 |
| 391 | Ferreira, Adrian | $40,466.90 | $3,350.00 | 449 | 1970 Seaview Ave (Joseph Herold) | $17,300.00 | $3,350.00 |
| 392 | Mattie, Andrew | $56,223.77 | $3,350.00 | 450 | Heyman, Richard | $69,397.77 | $3,350.00 |
| 393 | Wexler, Sherri and Kevin | $43,901.03 | $6,700.00 | 451 | Tankersley, Staci | $69,471.62 | $3,350.00 |
| 394 | Aston, Scott & McKenna | $326.44 | $326.44 | 452 | Flores, Jose Antonio & Choi, Young | $73,189.00 | $6,700.00 |
| 396 | Palisoc Jr., Raymond | $4,827.03 | $3,350.00 | 453 | Salem, Edmond E. and Kathy | $36,331.04 | $6,700.00 |
| 397 | Dahl, Beverly F | $31,330.81 | $3,350.00 | 456 | Oatman, Leanne | $36,426.16 | $3,350.00 |
| 398 | Brenckman, Lori | $35.88 | $35.88 | 460 | Johnson, Katherine | $66,085.69 | $3,350.00 |
| 399 | Seaman, Tricia | $16,077.16 | $3,350.00 | 461 | Qin, Jiacheng | $42,853.92 | $3,350.00 |
| 400 | Borsini, John | $43,017.46 | $3,350.00 | 462 | Reyes, Albert | $19,237.00 | $3,350.00 |
| 402 | Devir, John | $13,000.00 | $3,350.00 | 463 | KALTENBACH, BEVERLY | $13,299.00 | $3,350.00 |
| 403 | ZUCK, DAVID | $27,060.20 | $3,350.00 | 464 | Reidel, Gorjana | $76,721.95 | $3,350.00 |
| 404 | Murphy, Shane & Darci | $4,274.73 | $4,274.73 | 465 | Sherman, Lauren | $26,868.77 | $3,350.00 |
| 406 | Youngren Construction (Scott & Jennifer Yongren) | $15,111.48 | $6,700.00 | 466 | Wallgren, Travis | $1,374.63 | $1,374.63 |
| | | | | 467 | Patel, Mamta | $40,074.10 | $3,350.00 |
| 407 | Brownlee, Susan E | $17,483.76 | $3,350.00 | 471 | Scott, Karen | $46,715.60 | $3,350.00 |
| 409 | Curry, Peter | $21,116.99 | $3,350.00 | 473 | Martinez, Cliff | $30,646.52 | $3,350.00 |
| 411 | Van Engelen, Josephus | $727.30 | $727.30 | 474 | Sun, Peter | $48,475.00 | $3,350.00 |
| | | | | 475 | Hsue, Lily | $40,506.61 | $3,350.00 |
| 415 | Tabassi, Shahnaz | $13,444.58 | $3,350.00 | 476 | Lau, Yvonne and Eddy | $35,443.00 | $6,700.00 |
| 418 | Brownlee, Susan E | $17,483.76 | $3,350.00 | 477 | Boyadzhyan, Yeprui | $43,180.97 | $3,350.00 |
| 419 | Roth, Katherine K. | $7,937.50 | $3,350.00 | 481 | Pagliarulo, Mary | $17,115.30 | $3,350.00 |
| 421 | Qasawadish, Debbie | $40,720.72 | $3,350.00 | 482 | Ward, Jessica | $36,603.55 | $3,350.00 |
| 422 | Summerfield, Brian | $104,640.62 | $3,350.00 | 483 | White, Steven C | $6,547.58 | $3,350.00 |
| 423 | GLR Properties, LLC (Laura & Glen Russell) | $163,339.44 | $6,700.00 | 484 | Yang, Song | $36,303.61 | $3,350.00 |
| | | | | 488 | Meyer, Robert and Chrystal | $56,303.32 | $6,700.00 |
| 424 | McKeever, Connie | $1,183.10 | $1,183.10 | 489 | Patch, Nancy | $27,914.82 | $3,350.00 |
| 425 | Gray, John | $46,845.91 | $3,350.00 | 490 | Reitz, Daniel | $45,301.38 | $3,350.00 |

9

Signed by Judge Christopher B. Latham February 25, 2026

| Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) | Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) |
|---|---|---|---|---|---|---|---|
| 492 | Raab, Larry | $23,279.77 | $3,350.00 | 564 | Witt , Christopher and Karl, Bethany | $16,880.59 | $6,700.00 |
| 498 | Marrokal Design & Remodeling (Song Yang) | $36,303.61 | $3,350.00 | 565 | Giffin, Katie & Peter | $20,814.10 | $6,700.00 |
| 499 | Smith, Wendy / Smith, Jeff | $178,680.39 | $6,700.00 | 566 | Carter, Courtney | $24,450.46 | $3,350.00 |
| 500 | Mitchell, Tom | $70,923.22 | $3,350.00 | 568 | Hibbs, Rexford | $33,170.07 | $3,350.00 |
| 501 | Mielke, Jeff and Sarah | $31,825.78 | $6,700.00 | 569 | Call, Tyler and Tori | $58,946.43 | $6,700.00 |
| 503 | DALLO, CORTNEY | $44,761.94 | $3,350.00 | 570 | Harski, Travis | $16,470.81 | $3,350.00 |
| 504 | Meacham, Monica | $11,850.36 | $3,350.00 | 571 | Devir, John M. | $13,000.00 | $3,350.00 |
| 506 | Harris, Kathy | $1,394.10 | $1,394.10 | 572 | Morgan, Eileen | $1,992.19 | $1,992.19 |
| 508 | Fisher, Debi | $500.00 | $500.00 | 573 | Kim, Liz & Kim, Jason | $19,340.28 | $6,700.00 |
| 510 | Morgens, Krystal | $60,994.41 | $3,350.00 | 576 | Akin, Sadri & Marie Rose | $34,416.95 | $6,700.00 |
| 513 | Carlini, Shawna | $3,390.00 | $3,350.00 | 578 | Goe, Robert P.  and Goe, Erika | $11,447.01 | $6,700.00 |
| 514 | Pyo, Kim | $17,000.00 | $3,350.00 | 580 | Schlosberg, Hilton H | $31,395.04 | $3,350.00 |
| 517 | Saltman, Jonathan & Saltman, Jamie | $15,163.08 | $6,700.00 | 581 | Marx, Maya | $73,965.14 | $3,350.00 |
| 518 | HANKEM, ANKE & MICHAEL | $26,466.14 | $6,700.00 | 583 | 32781 Sentinel Drive (Scott & Shyanne Bianchi) | $2,328.00 | $2,328.00 |
| 520 | Allen, Wendy | $8,991.26 | $3,350.00 | 584 | Lauer, Keith | $19,878.23 | $3,350.00 |
| 523 | GREENBERG, ROB & DENA | $55,970.92 | $6,700.00 | 587 | Sarah Shetter Design Inc. (Sara Shetter) | $11,656.00 | $3,350.00 |
| 525 | London, Gary H. | $3,063.00 | $3,063.00 | 588 | Gordon, Gregory | $5,822.05 | $3,350.00 |
| 531 | HABBAS, JENINE & SAMER | $27,405.00 | $6,700.00 | 590 | Radia, Mary | $11,085.34 | $3,350.00 |
| 534 | Sheng, Jason | $36,699.70 | $3,350.00 | 592 | Pimenta, Marcia and Luiz | $110,895.68 | $6,700.00 |
| 535 | Kim, Diane | $8,885.17 | $3,350.00 | 597 | Bennett, Roger | $9,000.00 | $3,350.00 |
| 536 | Kim, Jane | $6,139.54 | $3,350.00 | 598 | Ariza, Almudena | $86,007.00 | $3,350.00 |
| 537 | Fritchle, Dean and Jennifer | $163,001.97 | $6,700.00 | 599 | Jones, Leanne | $12,805.38 | $3,350.00 |
| 541 | Moore, Michael & Krista | $9,414.74 | $6,700.00 | 603 | Alexis Manfer Inc | $23,973.93 | $3,350.00 |
| 542 | Hamner, Alex and Mike | $16,174.71 | $6,700.00 | 604 | REYNOSO, JACOB | $12,826.57 | $3,350.00 |
| 543 | Sementilli, Bianca and Nick | $26,962.82 | $6,700.00 | 605 | Youssefi, David and Debra | $72,076.12 | $6,700.00 |
| 545 | Pasquale, Douglas M. | $83,350.69 | $3,350.00 | 609 | Ramage, Ray | $3,868.00 | $3,350.00 |
| 546 | FERRONATO, ROD | $43,674.41 | $3,350.00 | 611 | Taylor, Mark & Crystal | $12,212.51 | $6,700.00 |
| 548 | Garcia, Susan Gotschall | $1,196.26 | $1,196.26 | 613 | Naber, Abbie | $1,809.10 | $1,809.10 |
| 549 | Fitzpatrick, Amy | $19,890.85 | $3,350.00 | 614 | Khoshamooz, Nadieh | $1,484.10 | $1,484.10 |
| 550 | White, Bradley | $45,091.86 | $3,350.00 | 615 | Lizaran, Jesus | $9,654.10 | $3,350.00 |
| 553 | Saigal, Mari | $7,512.91 | $3,350.00 | 616 | Oh, Judy | $9,620.00 | $3,350.00 |
| 556 | Yamamoto, Joanne Gayle | $6,614.00 | $3,350.00 | 619 | Nelson, Michele | $29,516.38 | $3,350.00 |
| 557 | Rowe, Scott M | $89,487.13 | $3,350.00 | 621 | Brown, Eugene | $14,896.00 | $3,350.00 |
| 560 | Sciortino, Provvidenza | $658.00 | $658.00 | 622 | Dennis, George J. and  Dennis, Tallie R. | $110,173.60 | $6,700.00 |
| 561 | Shahrokni, Shiva | $160,717.65 | $3,350.00 | 623 | Everett Hernandez Jr. | $40,939.87 | $3,350.00 |
| 562 | Rubino, Denise | $8,305.91 | $3,350.00 | 624 | Macias, Jaime | $20,400.71 | $3,350.00 |

10

Signed by Judge Christopher B. Latham February 25, 2026

| Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) |
|---|---|---|---|
| 625 | Burgos, Cinta and Ring, David | $1,430.73 | $1,430.73 |
| 626 | GRINBERG, BENJAMIN | $19,215.08 | $3,350.00 |
| 627 | Hazan, Marcia | $58,798.70 | $3,350.00 |
| 628 | Barron, Cia | $31,194.00 | $3,350.00 |
| 630 | Sherick, Richard D. | $6,243.03 | $3,350.00 |
| 639 | Rizzo, Don & Teresa | $9,864.19 | $6,700.00 |
| 640 | TERRILE, TREVESSA | $43,444.32 | $3,350.00 |
| 642 | Leite, Evencia | $33,634.52 | $3,350.00 |
| 643 | Berkson, David | $4,688.65 | $3,350.00 |
| 669 | Rhodes, David | $79,285.00 | $3,350.00 |
| 672 | Brown, Steve and Jeanna | $1,636.01 | $1,636.01 |
| 680 | Dufresne, Matthew | $30,497.91 | $3,350.00 |
| 681 | London, Gary H. | $3,063.00 | $3,063.00 |
| 683 | Barnes, Cathy | $36,465.00 | $3,350.00 |
| 685 | O'Loughlin, Patrick | $29,642.06 | $3,350.00 |
| 719 | Presson, Robbie | $80,709.30 | $3,350.00 |
| 725 | JACOBO LANIADO CATTAN | $21,188.00 | $3,350.00 |
| 726 | Lin, Brenninkmeijer | $21,579.46 | $3,350.00 |
| 727 | Lin, LAMMY | $25,419.02 | $3,350.00 |
| 728 | Stadler, Tamara and Roger | $125,965.00 | $6,700.00 |
| 729 | Tober, Kaylin | $2,810.47 | $2,810.47 |
| 753 | Farnham, Jennifer | $17,230.00 | $3,350.00 |
| 775 | Jordan, Jr., William H. | $31,860.00 | $3,350.00 |
| 777 | Karayan, Jasmine | $15,729.97 | $3,350.00 |
| 778 | Sharp, Lily | $45,076.40 | $3,350.00 |
| 780 | Yashar residence (Rhonda Zakhor & Shawn Yashar) | $54,433.00 | $6,700.00 |
| 781 | Reed, David | $2,587.69 | $2,587.69 |
| 782 | Grajeda, Diana | $19,064.43 | $3,350.00 |
| 783 | Childress, Pam | $15,368.38 | $3,350.00 |
| 785 | McDade, Conor & Ellie | $182,603.59 | $6,700.00 |
| 786 | Marsch, Brian and Cole, Ronald | $43,049.55 | $6,700.00 |
| 788 | Miao, Yan | $3,328.40 | $3,328.40 |

| Claim No. | Deposit Claimant | Total Claim Amount | Amount to be paid as priority 507(a)(7) |
|---|---|---|---|
| 791 | Claypool, Brian E. | $32,500.00 | $3,350.00 |
| 792 | Park, John and Emily | $52,241.30 | $6,700.00 |
| 793 | Hummel, Keith R. | $52,919.00 | $3,350.00 |
| 794 | Coffman, Jodi & Nikki | $20,762.92 | $6,700.00 |
| 795 | Little, Jeff and Linda | $31,485.87 | $6,700.00 |
| 796 | Chen, Jerry | $25,452.20 | $3,350.00 |
| 798 | Underwood, Tyler | $19,019.85 | $3,350.00 |
| 801 | Rorbach, Clark and Leslie | $21,685.00 | $6,700.00 |
| 802 | McFarlane, Scott and Janet | $550,275.45 | $6,700.00 |
| 803 | Whiting, Carson and Carolyn | $67,438.22 | $6,700.00 |
| 805 | Villasenor, Alejandra | $40,802.08 | $3,350.00 |
| 807 | SHARIF, OMAIR | $10,195.93 | $3,350.00 |
| 810 | Manakides, Angela | $46,941.51 | $3,350.00 |
| 811 | Elms, Steven and Katherine | $158,290.03 | $6,700.00 |
| 813 | Hsu, Cliff | $4,100.65 | $3,350.00 |
| 817 | Yakubova, Inna | $68,102.14 | $3,350.00 |
| 820 | BAO, MATT | $65,057.72 | $3,350.00 |
| 821 | Rodriguez, Vida Tyme | $2,369.84 | $2,369.84 |
| 822 | Tucker, Vicky | $10,479.00 | $3,350.00 |
| 824 | Black, LISA AND JEFFREY G. | $69,342.20 | $6,700.00 |
| 825 | Trinh, Kathleen | $40,003.30 | $3,350.00 |
| 827 | Loggia, Michael | $4,188.38 | $3,350.00 |
| 828 | Pazornik, Gary & Barbara | $20,000.00 | $6,700.00 |
| 834 | Soudan, Amy | $30,973.74 | $3,350.00 |
| 835 | PENA, FRANCES | $4,658.46 | $3,350.00 |
| 839 | Michaels, Lisa and David | $1,740.06 | $1,740.06 |
| 844 | Ennis, Nancy | $3,350.00 | $3,350.00 |
| 845 | Rosen, Linda J. | $49,449.96 | $3,350.00 |
| 846 | Roulo, Kris | $4,008.22 | $3,350.00 |
| 849 | Morgen, Jennifer | $49,217.95 | $3,350.00 |
| 853 | Ter-minasyan, Kristina | $5,585.70 | $3,350.00 |

## RELIEF REQUESTED

Trustee requests that the Court enter an Order authorizing her to pay the priority claims of the Employee Claimants under Sections 507(a)(4) and 507(a)(5), and the Deposit Claimants under Section 507(a)(7), in the respective amounts and methods described above.

11

Signed by Judge Christopher B. Latham February 25, 2026