Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Andrew B. Levin, Esq. (SBN 290209)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail:  LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>PIRCH, INC.<br><br>          Debtor. | Case No.:  24-01376-CL7<br><br>**FINANCIAL LAW GROUP'S THIRD INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR TRUSTEE**<br><br>Date:        March 30, 2026<br>Time:       10:00 a.m.<br>Dept:       One (1)<br>Honorable Christopher B. Latham |

# TABLE OF CONTENTS

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

Page

I.      STATEMENT OF FACTS ................................................................ 1

II.     INTRODUCTION ........................................................ 4

III.    DESCRIPTION OF PROFESSIONAL SERVICES RENDERED ..... 5

IV.     401(K) ........................................................................ 5

V.      ASSET ANALYSIS/GENERAL ........................................ 5

VI.     VISA MASTERCARD ......................................... 6

VII.    CLAIM OBJECTION ........................................ 6

VIII.   CLAIMS ........................................................ 7

IX.     EMPLOYMENT APPLICATION…….................................. 8

X.      FEE APPLICATION ........................................ 8

XI.     LITIGATION ........................................ 8

XII.    RELIEF FROM STAY ........................................ 8

XIII.   ITEMIZATION OF TIME ........................................ 8

XIV.    STAFFING OF CASE AND ATTORNEY TIME ........................... 9

XV.     DETERMINATION OF APPROPRIATE
        ALLOWANCE OF COMPENSATION ............................... 11

XVI.    EXPENSES ADVANCED ON BEHALF OF TRUSTEE ................. 14

XVII.   PRAYER ........................................ 15

XVIII.        DECLARATION OF COUNSEL UNDER RULE 2016 ........ 16

# TABLE OF AUTHORITIES

**Cases**

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL No. 1720(MKB)JAM), Civil No. 05-5075 (MKB)(JAM) in the United States District Court for the Eastern District of New York.......................................6

*In re Penn-Dixie Industries, Inc.*, 18 B.R. 834, 837 (Bkrtcy. S.D.N.Y. 1982) ......12

**Statutes**

11 U.S.C. 507(a)(3)-(a)(7) ......................................................................................7

11 U.S.C. 330..................................................................................................10, 11

**Other Authorities**

*House Report No. 95-595, 95th Cong., 1st Sess*. 329-330 (1977) ......................12

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

Financial Law Group, PC ("**Applicant**") respectfully requests this court to award its third interim award for compensation as an administrative expense for professional services rendered to Leslie T. Gladstone, the chapter 7 trustee herein (the "**Trustee**"), for the period June 17, 2025, through February 23, 2026, in the sum of $146,767.50, and reimbursement of expenses reasonably and necessarily advanced on behalf of Trustee during said period in the sum of $2,181.36.

## STATEMENT OF FACTS

1.      On April 19, 2024, Pirch, Inc. (the "**Debtor**") commenced this bankruptcy case by filing a voluntary petition under chapter 7 of the Bankruptcy Code., and on or about the same date the Trustee was appointed as chapter 7 trustee of the estate.

2.  On June 19, 2024, an order was entered by this court authorizing the Trustee to retain Applicant as her attorneys in this proceeding with respect to legal services relating to the administration of this case and disposition of Pirch's assets, including the following, as applicable:

(a)      Pirch is a California corporation that sold luxury home appliances at ten showrooms and also operated six distribution centers and one corporate office. Assets of this bankruptcy case include tangible assets such as inventory, equipment, displays, and vehicles.  Intangible assets include intellectual property, real estate leases and causes of action.  Applicant will assist the Trustee in identifying and verifying assets within the locations, preserving property of the estate, and preparing and prioritizing property of the estate for liquidation. Applicant will also assist the Trustee in negotiating applicable carve-outs with relevant secured creditors and/or other claimants and otherwise assist with legal issues in connection with the sales and auctions contemplated.  Applicant will analyze the legal issues involved with the sale of these assets and prepare the necessary sale documentation, including carve-out agreements, purchase agreements, assignments, and other transfer documents.  Applicant will also

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

prepare the motion to approve such sale and/or auction and represent the Trustee in the sale process;

(b)     The Trustee is informed and believes that certain assets of the estate secure various loans made by various secured creditors of this estate.  Applicant will analyze the various claims and assist the Trustee in determining the appropriate priority of distribution in this case;

(c)     Applicant will analyze the legal issues involved in sale of the intellectual property and litigation/settlement claims, as appropriate.  In the event these are sold, Applicant will prepare the purchase agreement, assignments, and other transfer documents.  Applicant will also prepare the motion to approve such sale or assignment and represent the Trustee in the process;

(d)     This bankruptcy case also includes approximately 17 real property lease agreements.  Applicant will analyze the value of the lease agreements and the legal issues involved in rejecting certain lease agreements and assigning other lease agreements for the benefit of the estate Applicant will also prepare the applicable motions to reject such leases or approve such assignments and represent the Trustee in the process;

(e)     The Trustee has learned that Pirch is currently a plaintiff in three pending legal actions in which Pirch is asserting claims for relief from forfeiture and/or breach of lease.  Applicant will analyze the estate's interest in such claims and advise the Trustee generally regarding prosecuting each of the actions.  This may include assisting the Trustee with monitoring of special counsel, if needed, and any other legal and factual matters that may arise in the course of the actions;

(f)     The Trustee believes that there may be approximately 4,500 creditors of Pirch.  Applicant will analyze the legal issues involved in noticing requirements and will advise and assist the Trustee in preparing documents or motions such as an application to restrict notice in order to maximize creditor distribution while efficiently administering the estate and preserving resources;

(g)    The Trustee is informed that Pirch established a 401K plan and a Health Savings Account for its employees.  Applicant will analyze the legal issues in closing out the plans, if any, and will prepare the necessary documentation to do so with assistance of special counsel, as appropriate;

(h)    Applicant will review Pirch's insurance policies and analyze possible claims based on Pirch's operations and specifically with respect to negligence under any D & O policies;

(i)    Applicant will analyze Pirch's financial records and prosecute any actions for collection of accounts receivables, or for avoidance actions and turnover actions, as needed;

(j)    With respect to any saleable assets, Applicant will assist the Trustee with any saleability issues and due diligence requests, will prepare sale documentation and motions to approve sales, as needed;

(k)    Applicant will analyze other pending litigation and motions filed by third parties and assist the Trustee with analyzing the estate's positions regarding same and responding as appropriate;

(l)    Preparing on behalf of the Trustee all necessary motions, applications, answers, orders, reports, and other pleadings in connection with the administration of the bankruptcy estate or as required by this Court or otherwise pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for this Court;

(m)    Prosecuting and defending litigation matters that may arise during the case;

(n)    Commencing and conducting, or assisting in the same as applicable, any and all litigation or other action necessary or appropriate to assert rights held by the estate or Pirch, or protect or recover assets of the estate or Pirch;

(o)    Opposing relief from stay motions as needed;

(p)    Objecting to claims when legal issues are presented;

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

(q)     Representing the Trustee at all hearings regarding or affecting Pirch or the estate;

(r)     Representing the Trustee with respect to sales of assets of the estate;

(s)     Providing counseling with respect to legal matters which may arise during the case; and

(t)     Performing all other legal services that are necessary for the efficient and economic administration of the case (collectively, the "**Matters**").

## **INTRODUCTION**

3.  As the Court and most of the interested parties know, this has been an extremely difficult and complex case.  Pirch's abrupt chapter 7 filing left many secured creditors, landlords, customers, employees, and trade creditors with claims estimated by Pirch totaling more than $238 million.  Disputes immediately erupted as creditors vied for the estate's limited assets.  Upon the Trustee's appointment, Applicant assisted the Trustee in analyzing the assets in the Estate and the various disputed claims regarding, among other things, 17 leases; allegedly terminated leases; missing assets; undocumented ownership of displays, inventory, and other personal property; approximately 44 pending state court actions (most of which were undisclosed); and a multitude of customer sale orders.

The following narrative is a view of the bankruptcy case from the perspective of the Trustee and Applicant.  Other parties likely have their own perspective.  The Trustee's unique duties created goals that were sometimes at odds with the goals of various other parties.  Parties may therefore disagree with Applicant's narrative below.  Applicant's summary is not intended to disparage any party or create new disputes about the characterization of actions by various actors.  Applicant's narrative is provided only to explain the reasonableness and necessity of Applicant's services at the time and under the circumstances that existed when such services were rendered to the Trustee on behalf of the Estate.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

The categories below are arranged in alphabetical order rather than by relative importance or progression of time.

## DESCRIPTION OF PROFESSIONAL SERVICES RENDERED

4. The portions of this application set forth in this section generally describe the principal areas of professional services rendered by Applicant on behalf of Trustee. A summary of services is attached hereto as Exhibit A (CSD 1143) and herein incorporated by reference. This description of services does not include each and every problem encountered nor each and every service rendered. A more particularized description is set forth in the billing statements attached hereto as Exhibit B and incorporated herein by this reference.

5. During the period June 17, 2025, to February 23, 2026, Applicant engaged in the usual and ordinary services as general counsel for Trustee, assisting her to discharge of her fiduciary duties and responsibilities. Those services included:

### 401K

The Trustee learned that several employees had contributed to the 401k Plan (the "**Plan**") owned by Debtor, but that the funds had not been paid into the Plan by Debtor's officers. Financial Law Group assisted Trustee's special counsel in obtaining recovery from the Fidelity account and otherwise covering these claims from the Estate.

### ASSET ANALYSIS AND RECOVERY/GENERAL

Applicant communicated with Travelers Insurance and Trustee's accountant Austin Wade at Bachecki, Crom & Co. LLP regarding Pirch's workers' compensation issues. Applicant communicated with Pirch's counsel K. Todd Curry regarding evidence supporting or denying WARN Act violations. Applicant also communicated with attorney Christopher Hawkins, counsel for Baldwin Construction, and analyzed Baldwin's asserted defenses to Trustee's collection demand for account receivable.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

## VISA/MASTERCARD

Applicant also monitored the status of the Estate's claim (the "**Visa/Mastercard Claim**") with respect to the settlement trust (the "**Settlement Trust**") established in the class action lawsuit *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL No. 1720(MKB)(JAM), Civil No. 05-5075(MKB)(JAM) in the United States District Court for the Eastern District of New York.  The Estate's Visa/Mastercard Claim was allowed, and, on February 17, 2026, Applicant received an initial partial settlement payment of $59,953.63.  Based on representations made by the administrator of the Settlement Trust, Applicant anticipates additional settlement payments, although the timing of such payments is unknown.

## CLAIM OBJECTION

Applicant reviewed over 900 claims filed in this case to determine which claims are subject to objection, and the grounds for each objection.  The essential work of identifying the claims that did not meet the standard for *prima facie* validity is necessary and beneficial to the creditors of the estate because it ensures that the only claims that receive a distribution are those supported by evidence of the amount and validity of the claim.

To date, Applicant has filed 86 objections to claim based on lack of supporting evidence, ineligibility for the priority claims asserted, and duplicate claims.  This process is ongoing and Applicant anticipates that Trustee will be required to file more objections to claim in the subsequent weeks.  Applicant has also informally resolved deficiencies related to more than 200 claims that were filed with insufficient evidence by communicating with the individual claimants, (many of whom are self-represented) to collect the evidence necessary for their claim to be allowed.

**CLAIMS**

Applicant also reviewed claims to determine which claims may be entitled to priority pursuant to 11 U.S.C. Section 507(a)(3) – (a)(7) in order to promptly process payment to those creditors with allowed priority claims.  Following this analysis, Applicant prepared a Notice of Intended Action requesting authority to pay the priority payments identified as valid priority claims.

Applicant analyzed 134 claims filed by former employees of Debtor for claims based on damages under the federal WARN Act and California WARN Act, unpaid vacation and commission pay, and contributions to employee benefit plans made by employees and/or healthcare plan claimants to determine the validity of the claim and the most efficient method by which to provide for allowance and payment of the claims pursuant to Section 507(a)(4) and Section 507(a)(5).  Applicant also conducted research regarding possible defenses to application of WARN Act claims.

Applicant also analyzed approximately 431 proofs of claim filed by customers of Debtor who tendered prepetition deposits in connection with the purchase of appliances that were not delivered to determine whether a portion of the claim was entitled to priority pursuant to Section 507(a)(7), irrespective of whether the individual claimant (many of whom are self-represented) indicated such on their proof of claim.  Applicant also analyzed these deposit claims to determine if some of the deposits made with credit cards had been partially or completely satisfied by refunds from credit card companies.

Applicant communicated with attorney Darrell Laddin, counsel for American Express, regarding claimants that received chargebacks and the effect on claimant's existing claim.  Claimant also prepared a nondisclosure agreement with American Express regarding its chargeback files.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE PIRCH, INC.
CASE NO. 24-01376-CL7

7

FINANCIAL LAW GROUP'S THIRD INTERIM FEE
APPLICATION

**EMPLOYMENT APPLICATION**

Applicant prepared Trustee's application to employ Mojdehi Gavin Rego LLP as special litigation counsel.

**FEE APPLICATIONS**

Services rendered during this period include preparation of Applicant's second interim application for compensation and working with Trustee's other professionals regarding their applications.

**LITIGATION**

Applicant has monitored the status of twenty-five (25) stayed state court cases brought against Debtor pre-petition. Applicant attended status conferences in eight (8) such stayed state court cases to inform the state court of the status of Debtor's bankruptcy.

Applicant communicated with counsel for state court plaintiff 923 1st Street MB LLC regarding the effect of the automatic stay on their client's pre-petition litigation against Debtor.

Applicant also communicated with representatives of insurance provider The Hartford regarding potential settlement of worker's compensation claims and analyzed authorities regarding the appropriate procedure for obtaining Court approval of any such settlement.

Lastly, Applicant communicated with Trustee's special litigation counsel Ali Mojdehi regarding prepetition misconduct by Pirch's officers and directors and Trustee's complaint against them.

**RELIEF FROM STAY**

Applicant reviewed the stay-relief motion filed by Liberty Mutual and communicated with attorney Vancho regarding a stipulation and order granting relief from stay.

**ITEMIZATION OF TIME**

The following is an itemization of the time spent on each matter in this case:

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE PIRCH, INC.
CASE NO. 24-01376-CL7

8

FINANCIAL LAW GROUP'S THIRD INTERIM FEE APPLICATION

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

| Categories | Hours Spent | Amount |
|---|---|---|
| **401(K)** | **1.1** | **$696.50** |
| **ASSET ANALYSIS/GENERAL** | **6.1** | **$3,581.50** |
| **VISA/MASTERCARD** | **1.1** | **$616.50** |
| **CLAIM OBJECTION** | **229.5** | **$96,013.50** |
| **CLAIMS** | **75.9** | **$29,550.00** |
| **EMPLOYMENT APPLICATION** | **3.2** | **$905.50** |
| **FEE APPLICATIONS** | **12.1** | **$3,811.50** |
| **LITIGATION** | **20.9** | **$10,653.50** |
| **RELIEF FROM STAY** | **2.2** | **$939.00** |
| **TOTAL** | **352.1** | **$146,767.50** |

## STAFFING OF CASE AND ATTORNEY TIME

6.  The attorney time reflected in this application is that of Leslie T. Gladstone,  Christin A. Batt, Andrew B. Levin, and Hilda M. Montes de Oca.  The usual and customary hourly rates charged to all clients of Applicant are as follows:

Staffing and Hourly Rates - Attorney Rate:
Leslie T. Gladstone $595.00-$655.00
Christin A. Batt $555.00-$615.00
Andrew B. Levin $495.00-$525.00
Hilda M. Montes de Oca $475.00-$495.00
Paralegals $175.00 - $255.00

Summary of Time Expended

| Attorney | Time Expended | Hourly Rate | Value of Services |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Leslie T. Gladstone | 12.7<br>8.6 | $625.00<br>$655.00 | $7,937.50<br>$5,633.00 |
| Christin A. Batt | 14.1<br>2.9 | $575.00<br>$615.00 | $8,107.50<br>$1,783.50 |
| Andrew B. Levin | 16.1<br>1.3 | $495.00<br>$525.00 | $7,969.50<br>$682.50 |
| Hilda M. Montes de Oca | 174.9<br>43.3 | $475.00<br>$495.00 | $83,077.50<br>$21,433.50 |
| **Paralegals:** | | | |
| Candi Collins | 26.0<br>26.6 | $   0.00<br>$255.00 | $0.00<br>$6,783.00 |
| Sandra Young | 9.6<br>16.0 | $   0.00<br>$210.00 | $0.00<br>$3,360.00 |
| Total Attorney Hours and Fees | 352.1 | | $146,767.50 |
| *Average Hourly Rate* [1] | | $498.90 | |

7.  The fair value of the professional services rendered to Trustee for the period June 17, 2025, through February 23, 2026 is $146,767.50.  The value of comparable services performed for clients other than under Title 11 of the United States Code is the same as herein requested.

8.  No arrangement or understanding exists between Applicant and any other person for sharing of compensation to be received for services rendered in connection with this case.

9.  At all times, every reasonable effort was made to avoid duplication of

---

[1]    Pursuant to Section II.C.5 of the United States Trustee Guideline for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, the blended hourly rate does not include time billed by paraprofessional.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

effort and expense on the part of the attorneys for Trustee.  Furthermore, paralegals and/or legal assistants were utilized by Applicant at all times possible.  Accordingly, Applicant believes it has delivered high-quality legal services at an efficient and economical rate for the Estate.

## DETERMINATION OF APPROPRIATE ALLOWANCE
## OF COMPENSATION

10.11 U.S.C. 330(a) directs the award to a trustee's counsel of:

(1)   After notice to the parties in interest and the United States Trustee, and a hearing . . . the court may award to a trustee, an examiner, a professional person employed under Section 327 or 1103 -

    (A)   reasonable compensation for actual, necessary services rendered by trustee . . .  attorney and by any paraprofessional person employed by such person; and

    (B)   reimbursement for actual, necessary expenses.

(2)   In determining the amount of reasonable compensation to be awarded, The court shall consider the nature, the extent, and the value of  such services, taking into account all relevant factors, including –

    (A)   the time spent on such services;

    (B)   the rates charged for such services;

    (C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases

other than cases under this title.

The legislative history of this provision and subsequent decisions make clear that this standard of compensation "marks a sharp cleavage from past practices," *In re Penn-Dixie Industries, Inc.*, 18 B.R. 834, 837 (Bkrtcy. S.D.N.Y. 1982), by "overrul[ing] . . . cases that require fees to be determined based on notions of conservation of the estate and economy of administration." *House Report No. 95-595, 95th Cong., 1st Sess*. 329-330 (1977).  Applicant asserts that it has satisfied the standard set forth above.

11. Ms. Gladstone received her Juris Doctor degree from Pepperdine School of Law (cum laude).  She has been a member of the Standing Panel of Trustees for the Southern District of California since 1998.  Prior to her appointment, she had 8½ years working as an associate and/or of counsel at Gray Cary Ware and Freidenrich specifically in the bankruptcy division.  Ms. Gladstone has also been an active member in the National Association of Bankruptcy Trustees since 1998 and is the immediate past President on the Executive Board of the NABT.  She has also been involved in the San Diego Bankruptcy Forum since 1990 and was a member of the Bankruptcy Forum Board from 2001 through 2003, is past president of the Women's Insolvency Network and is a past board member of the San Diego Receiver's Forum.

12. Ms. Batt received her Juris Doctor degree from the University of San Diego School of Law (cum laude), where she served as Senior Executive Editor of *San Diego Law Review*.  Prior to joining Financial Law Group, PC in 2009, Ms. Batt was an associate for six years at Allen Matkins Leck Gamble Mallory & Natsis LLP where her practice included bankruptcy and creditor's rights, complex structured-financing transactions, and commercial real estate.  Ms. Batt served on the Board and is a past Secretary of the San Diego Bankruptcy Forum and served

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

on the Board of the Women's Insolvency Network of San Diego. She has been an active member in Commercial Real Estate Women in San Diego and is currently a member of the National Association of Bankruptcy Trustees.

13. Mr. Levin received his Juris Doctor degree from Northwestern University School of Law. Prior to joining Financial Law Group in 2023, Mr. Levin was an associate at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., where his practice concentrated on Chapter 11 reorganizations, complex bankruptcy litigation, liquidations, and the acquisition and sale of distressed assets. Mr. Levin has extensive experience representing corporate and individual debtors, committees, liquidation trustees, purchasers of distressed assets, and secured and unsecured creditors in a broad range of complex Chapter 11 and Chapter 7 cases. Mr. Levin is a member of the California and New York bars and is admitted to practice in the United States District Courts for the Southern, Central, Northern, and Eastern Districts of California and the Southern and Eastern Districts of New York. Mr. Levin is a member of the Los Angeles Bar Association, the New York County Bar Association, the California Bankruptcy Forum, the San Diego Bankruptcy Forum and the National Association of Bankruptcy Trustees.

14. Ms. Montes de Oca received her Juris Doctor degree from the UCLA School of Law, where she served as Ms. JD-National Women Law Students Organization, Student Liaison Coordinator & UCLA Chapter, Co-resident. While in law school, Ms. Montes de Oca served as a judicial extern for the Honorable Thomas B. Donovan, in the Central District of California, and as an extern for the Office of the United States Trustee, Region 16. Prior to joining Financial Law Group in 2025, Ms. Montes de Oca served as a judicial law clerk to the Honorable Martin R. Barash and the Honorable Maureen A. Tighe, in the Central District of California, where her work focused on Chapter 7 case administration and estate litigation, including contested claims of exemption, motions to sell property, as well as adversary litigation for turnover of property of the estate, and avoidance and

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

recovery of fraudulent and preferential transfers. Her work also included corporate and small business reorganization, and individual debtor reorganization. Ms. Montes de Oca is an active member of the James T. King Bankruptcy American Inn of Court, the Los Angeles Bankruptcy Forum, American Bankruptcy Institute, as well as International Women's Insolvency & Restructuring Confederation. She served on the Small Business Reorganization Task Force for the Central District of California Bankruptcy Court, drafting proposals for outreach to small businesses in Central District about Subchapter V. Ms. Montes de Oca is also a member of the Women Lawyers Association of Los Angeles.

15. The hourly rates of the firm are itemized above. The rates of lawyers of comparable experience at reorganization departments of firms throughout San Diego, are equal to or higher than the rates for Applicant. Services are rendered by Applicant in an extremely economical fashion, which combined with the below market hourly rates result in a fee which is outstanding in light of the work which is undertaken and completed.

### EXPENSES ADVANCED ON BEHALF OF TRUSTEE

16. During the period June 17, 2025 to February 23, 2026, Applicant advanced reasonable and necessary expenses on behalf of Trustee in the sum of $2,181.36. Photocopies are charged $0.20 per page; facsimiles are charged at $1.00 per page for outgoing and incoming facsimiles. The itemization of said expenses is as follows:

| DESCRIPTION | AMOUNT |
| --- | --- |
| FEDERAL EXPRESS | $55.00 |
| FILING FEES | $45.77 |
| LEXIS RESEARCH | $229.57 |
| PACER | $680.10 |
| PHOTOCOPIES | $397.20 |
| POSTAGE | $773.72 |

| TOTAL: | $2,181.36 |
|--------|-----------|

17. The Trustee has approved and requested Applicant bring on its interim application at this time.

18. The Trustee currently has on hand cash in the approximate amount of $13,880,203.95 for payment of administrative expenses and creditor claims.

## **PRAYER**

WHEREFORE, Applicant respectfully prays for an order as follows:

A.  Awarding third interim compensation as an administrative expense to Applicant for professional services rendered to Trustee for the period June 17, 2025, through February 23, 2026, in the sum of $146,767.50, and reimbursement of expenses reasonably and necessarily advanced on behalf of Trustee during said period in the sum of $2,181.36.

B.  For payment forthwith by Trustee to Applicant of such interim compensation and reimbursement of expenses from funds of the estate.

C.  For such other and further relief as the court may deem just and proper.

FINANCIAL LAW GROUP, PC

Dated: March 2, 2026          /s/ Leslie T. Gladstone
                              Leslie T. Gladstone, Esq.,
                              Attorney for Chapter 7 Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE PIRCH, INC.
CASE NO. 24-01376-CL7

15

FINANCIAL LAW GROUP'S THIRD INTERIM FEE
APPLICATION

## DECLARATION OF COUNSEL UNDER RULE 2016

I, Leslie T. Gladstone, declare:

i)      I am an attorney at law licensed to practice in all of the courts of the State of California and admitted to practice in the United States District Court for the Southern District of California.  I am an attorney at Financial Law Group, PC, and I represent the Trustee in this case.

ii)      The statements contained in the foregoing Application for Third Interim Award of Compensation and Reimbursement of Expenses of Attorneys for Trustee, are true according to the best of my knowledge and belief.

iii)      No arrangement or understanding exists between me and any other person or entity for sharing or division of compensation to be received for services rendered in connection with this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 2nd day of March 2026, at La Jolla, California.


                                      /s/ Leslie T. Gladstone
                                      Leslie T. Gladstone

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE PIRCH, INC.                    16          FINANCIAL LAW GROUP'S THIRD INTERIM FEE
CASE NO. 24-01376-CL7                                          APPLICATION

# EXHIBIT "A"

# EXHIBIT "A"

**CSD 1143**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**DEBTOR(S):      PIRCH, INC.**
**DATE PETITION FILED: APRIL 19, 2024**
**CASE NO.  24-01376-CL7**

**FEE APPLICATION SUMMARY**

**APPLICANT:          FINANCIAL LAW GROUP, PC**
**REPRESENTING:      LESLIE T. GLADSTONE, TRUSTEE**
**ORDER APPROVING EMPLOYMENT: JUNE 19, 2024**

| Categories | Third Interim Period 06/17/25–02/23/26 | Hours Spent | Amount |
|---|---|---|---|
| **401(K)** | | 1.1 | $696.50 |
| **ASSET ANALYSIS/GENERAL** | | 6.1 | $3,581.50 |
| **VISA/MASTERCARD** | | 1.1 | $616.50 |
| **CLAIM OBJECTION** | | 229.5 | $96,013.50 |
| **CLAIMS** | | 75.9 | $29,550.00 |
| **EMPLOYMENT APPLICATION** | | 3.2 | $905.50 |
| **FEE APPLICATION** | | 12.1 | $3,811.50 |
| **LITIGATION** | | 20.9 | $10,653.50 |
| **RELIEF FROM STAY** | | 2.2 | $939.00 |
| **TOTAL** | | 352.1 | $146,767.50 |

**EXHIBIT "A"**

1                                                      IN RE RE PIRCH, INC.
                                                       CASE NO. 24-01376-CL7

# EXHIBIT "B"

# EXHIBIT "B"

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7

**Debtor:** PIRCH, INC.

**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024

**341 Meeting:** 05/28/2024

**Case Type:** Asset

## Summary Page

|  | Hours |
|---|---|
| 401(K) | 1.10 |
| Asset Analysis/General | 6.10 |
| Claim Objection | 229.50 |
| CLAIMS | 75.90 |
| EMPLOYMENT APPLICATION | 3.20 |
| FEE APPLICATIONS | 12.10 |
| LITIGATION | 20.90 |
| RELIEF FROM STAY | 2.20 |
| Visa/Mastercard | 1.10 |
| **Case Totals** | **352.10** |

# TIME & EXPENSE SHEET

Page No:   2

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| **Claim:  FINANCIAL LAW GROUP - ABL** | | | | | |
| 02/19/2026 | FEE APPLICATIONS | Review and revise FLG fee application, review file, draft narrative of services rendered, review time entries | 0.50 | $525.00 | $262.50 |
| | | **SubTotal For Type FEE APPLICATIONS:** | **0.50** | | **$262.50** |
| 06/20/2025 | LITIGATION | Attend status conference in Arlow v Pirch (1.3); attend status conference in Alice Park Inc. v. Pirch (0.8) | 2.10 | $495.00 | $1,039.50 |
| 07/22/2025 | LITIGATION | Analyze authorities regarding court approval for settlement of worker's compensation insurance claim between insurer and third party | 2.60 | $495.00 | $1,287.00 |
| 07/23/2025 | LITIGATION | Draft summary of WARN act research (0.7); email to representative from The Hartford regarding recommended course of action regarding settlement of worker's compensation claim (0.2) | 0.90 | $495.00 | $445.50 |
| 07/25/2025 | LITIGATION | Emails to representative from The Hartford regarding recommended course of action regarding settlement of worker's compensation claim | 0.10 | $495.00 | $49.50 |
| 07/31/2025 | LITIGATION | Attend status conference in Guerrero v Pirch | 1.60 | $495.00 | $792.00 |
| 09/04/2025 | LITIGATION | Attend status conference in Stone v. Pirch | 1.60 | $495.00 | $792.00 |
| 11/06/2025 | LITIGATION | Email to counsel for 923 1st Street MB LLC regarding status of bankruptcy case and state court action (0.3); call with counsel for 923 1st Street MB LLC regarding status of bankruptcy case and state court action (0.2) | 0.50 | $495.00 | $247.50 |
| 11/07/2025 | LITIGATION | Attend status conference in 923 1st Street MB LLC v. Pirch (1.8); draft summary of automatic stay authorities for counsel for 923 1st Street MB LLC (0.8); call with counsel for 923 1st Street MB LLC (0.2) | 2.80 | $495.00 | $1,386.00 |
| 11/12/2025 | LITIGATION | Draft status report for Ashley v. Pirch | 0.60 | $495.00 | $297.00 |
| 11/26/2025 | LITIGATION | Attend status conference in Ashley v. Pirch | 1.80 | $495.00 | $891.00 |
| 12/08/2025 | LITIGATION | Attend status conference in Carey v. Pirch | 0.80 | $495.00 | $396.00 |
| 12/11/2025 | LITIGATION | Attend status conference in Krupp v. Pirch | 0.70 | $495.00 | $346.50 |
| | | **SubTotal For Type LITIGATION:** | **16.10** | | **$7,969.50** |
| 01/05/2026 | Visa/Mastercard | Review status of Visa/Mastercard settlement claim (0.6); draft summary of status of Visa/Mastercard settlement claim (0.2) | 0.80 | $525.00 | $420.00 |
| | | **SubTotal For Type Visa/Mastercard:** | **0.80** | | **$420.00** |
| | | **SubTotal For Claim:** | **17.40** | | **$8,652.00** |

3/2/2026 12:32:56PM

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| **Claim: FINANCIAL LAW GROUP - CAB** | | | | | |
| 06/18/2025 | Asset Analysis/General | Review file re worker's comp audit credit (0.5); draft letter to Travelers Insurance re same (0.3); draft e-mail to accountant Wade re same (0.1) | 0.90 | $575.00 | $517.50 |
| 07/02/2025 | Asset Analysis/General | Discussion with Trustee re case status and strategy | 0.10 | $575.00 | $57.50 |
| 08/06/2025 | Asset Analysis/General | Review and respond to e-mail from attorney Bothamley re status of proposed interim distributions | 0.10 | $575.00 | $57.50 |
| 08/25/2025 | Asset Analysis/General | Review and respond to e-mail from attorney Mojdehi re Pirch misconduct issues | 0.40 | $575.00 | $230.00 |
| 08/27/2025 | Asset Analysis/General | Draft follow-up e-mail to attorney Curry re WARN Act notices and employee claims (0.1); review e-mail from attorney Curry re same (0.1) | 0.20 | $575.00 | $115.00 |
| 09/03/2025 | Asset Analysis/General | Discussion with Trustee re status and strategy | 0.10 | $575.00 | $57.50 |
| 11/18/2025 | Asset Analysis/General | Discussion with Trustee re status and strategy | 0.10 | $575.00 | $57.50 |
| 11/19/2025 | Asset Analysis/General | Review and respond to e-mail from attorney Mojdehi re Catterton agreement | 0.10 | $575.00 | $57.50 |
| 11/25/2025 | Asset Analysis/General | Discussion with Trustee re Baldwin Construction debt due estate (0.1); draft e-mail to attorney Hawkins re same (0.2) | 0.30 | $575.00 | $172.50 |
| 12/01/2025 | Asset Analysis/General | Review e-mail from attorney Hawkins re accounts receivable owed by Baldwin Construction; review spreadsheets, invoices, and sale order | 1.90 | $575.00 | $1,092.50 |
| | | **SubTotal For Type Asset Analysis/General:** | **4.20** | | **$2,415.00** |
| 06/18/2025 | Claim Objection | Legal research re consumer deposit priority issues | 2.40 | $575.00 | $1,380.00 |
| 06/18/2025 | Claim Objection | Review file re credit card chargebacks (0.2); telephone conference with attorney Laddin re Amex chargebacks (0.2) | 0.40 | $575.00 | $230.00 |
| 06/23/2025 | Claim Objection | Review e-mail from accountant Wade; send letter to Travelers re workers comp issue (0.1); draft letter re NDA to attorney Laddin re list of Amex and WorldPay refunds to Pirch customers (0.3) | 0.40 | $575.00 | $230.00 |
| 06/24/2025 | Claim Objection | Telephone conference with attorney Laddin re Amex refunds (0.1); attend to claim objection issues (0.3) | 0.40 | $575.00 | $230.00 |
| 06/25/2025 | Claim Objection | Draft e-mail to attorney Laddin re claim and chargeback issues | 0.10 | $575.00 | $57.50 |
| 08/08/2025 | Claim Objection | Analyze issues re interim distribution of employee wage claims and customer deposit claims (0.5); voicemail to attorney Curry re information needed for WARN Act analysis (0.1) | 0.60 | $575.00 | $345.00 |
| 08/18/2025 | Claim Objection | Draft e-mail to attorney Curry regarding documents and information needed to analyze WARN Act issues | 0.20 | $575.00 | $115.00 |
| | | **SubTotal For Type Claim Objection:** | **4.50** | | **$2,587.50** |
| 06/17/2025 | CLAIMS | Discussion with Trustee re customer claims and funds returned by credit card companies (0.3); discussion with Trustee re Travelers Insurance/workers comp claim (0.1) | 0.40 | $575.00 | $230.00 |
| 11/13/2025 | CLAIMS | Review claims; analyze status of several secured claims and asserted administrative expense claims | 1.70 | $575.00 | $977.50 |
| 11/17/2025 | CLAIMS | Review and revise letter and self-declaration for priority deposit claimants | 0.30 | $575.00 | $172.50 |
| 02/04/2026 | CLAIMS | Telephone conference with attorney Breslauer re Blue Cross claim | 0.10 | $615.00 | $61.50 |
| | | **SubTotal For Type CLAIMS:** | **2.50** | | **$1,441.50** |
| 06/17/2025 | FEE APPLICATIONS | Review revised fee application | 0.30 | $575.00 | $172.50 |
| 02/19/2026 | FEE APPLICATIONS | Review and revise FLG fee application, review file, draft narrative of services rendered, review time entries | 2.70 | $615.00 | $1,660.50 |

3/2/2026 12:32:56PM

# TIME & EXPENSE SHEET

Page No:    4

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| | | **SubTotal For Type FEE APPLICATIONS:** | **3.00** | | **$1,833.00** |
| | | | | | |
| 07/22/2025 | LITIGATION | Draft e-mail to attorney Mohdehi re Debtors' misconduct | 0.10 | $575.00 | $57.50 |
| 09/03/2025 | LITIGATION | Review draft complaint against Debtor's insiders from attorney Mojdehi (0.4); review and respond to e-mail from attorney Mojdehi re questions about complaint (0.5) | 0.90 | $575.00 | $517.50 |
| 09/09/2025 | LITIGATION | Draft e-mails to attorneys Mojdehi and Rego and accountant Wade re documents for complaint against officers and directors | 0.40 | $575.00 | $230.00 |
| 09/23/2025 | LITIGATION | Review and respond to e-mail from attorney Mojdehi re complaint against officers and directors | 0.10 | $575.00 | $57.50 |
| | | **SubTotal For Type LITIGATION:** | **1.50** | | **$862.50** |
| | | | | | |
| 06/23/2025 | RELIEF FROM STAY | Review amended motion for stay-relief filed by Liberty Insurance (RS No. JV-1); draft limited opposition re same | 0.30 | $575.00 | $172.50 |
| 07/17/2025 | RELIEF FROM STAY | Voicemail and e-mail to attorney Vancho re submission on Tentative Ruling (0.1); telephone conference with attorney Vancho re same (0.2) | 0.30 | $575.00 | $172.50 |
| 07/18/2025 | RELIEF FROM STAY | Review and respond to e-mail from attorney Vancho re language for order (0.2); e-mail exchanges with attorney Vancho re order (0.2) | 0.40 | $575.00 | $230.00 |
| 07/21/2025 | RELIEF FROM STAY | Review and respond to e-mail from attorney Vancho re order on Liberty Mutual's motion for relief from stay | 0.10 | $575.00 | $57.50 |
| 07/22/2025 | RELIEF FROM STAY | Review and respond to e-mail from attorney Vancho re revised order | 0.10 | $575.00 | $57.50 |
| 01/08/2026 | RELIEF FROM STAY | Review Stipulation with Keltenbach and Dillard re limited relief from stay | 0.10 | $615.00 | $61.50 |
| | | **SubTotal For Type RELIEF FROM STAY:** | **1.30** | | **$751.50** |
| | | | | | |
| | | **SubTotal For Claim:** | **17.00** | | **$9,891.00** |

3/2/2026 12:32:56PM

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| **Claim:  FINANCIAL LAW GROUP - CC** | | | | | |
| 11/18/2025 | Claim Objection | Begin revisions to objection to claim chart (0.2); prepare objection to claim no. 7 and attachment re same (0.2) | 0.40 | $255.00 | $102.00 |
| 11/18/2025 | Claim Objection | Call to attorney Montes de Oca re 507 (a)(7) claim objections (0.2); email from Montes de Oca re 507 (a)(7) claim objections (0.1) | 0.30 | $0.00 | $0.00 |
| 11/21/2025 | Claim Objection | Continue preparing objection to claims (3.4) | 3.40 | $255.00 | $867.00 |
| 11/21/2025 | Claim Objection | Call to attorney Gladstone re claim objections (0.2); call from attorney Montes de Oca re claim objections (0.1) | 0.30 | $0.00 | $0.00 |
| 11/25/2025 | Claim Objection | Emails from and to attorney Montes de Oca re claim no. 885 (0.1-no charge); prepare objection to claim no. 885 (late filed claim) (0.1) | 0.10 | $255.00 | $25.50 |
| 12/01/2025 | Claim Objection | Revisions to objection to claims, prepare service list, copy, file and serve objection to claims | 6.60 | $0.00 | $0.00 |
| 12/02/2025 | Claim Objection | File 58 objection to claims | 3.20 | $0.00 | $0.00 |
| 12/10/2025 | Claim Objection | Email from Leslie Small re objection to claim no. 286 and documents provided in original objection (0.1); email to attorney Montes de Oca re withdrawal of objection (0.1-no charge); email to Ms. Small re withdrawal of objection and providing chargeback declaration (0.1); email from Trustee re withdrawal of objection to claim (0.1-no charge); prepare, copy, file and serve withdrawal of objection to claim (0.2) | 0.40 | $255.00 | $102.00 |
| 12/10/2025 | Claim Objection | Return call to Belle Tuckerman re objection to claim (0.1); review proof of claim and objection and email to Ms. Tuckerman re amending claim to provide supporting documents (0.1) | 0.20 | $255.00 | $51.00 |
| 12/10/2025 | Claim Objection | Email from and to Vikki Vander Woude re objection to claim no. 107 (0.1); email to attorney Montes de Oca re documentation provided evidencing claim (0.1-no charge) | 0.10 | $255.00 | $25.50 |
| 12/10/2025 | Claim Objection | Voicemail from Laura Embry re objection to claim no. 867, review objection and filed claims/amended (0.2); prepare email to attorney Montes de Oca re claim and needed action (0.1) | 0.30 | $0.00 | $0.00 |
| 12/10/2025 | Claim Objection | Email to attorney Montes de Oca re objection to claim no. 467 of Patel, claim provides documentation and priority portion | 0.10 | $0.00 | $0.00 |
| 12/10/2025 | Claim Objection | Finalize and file objection to claim nos. 7 and 45, copy and serve same | 0.40 | $0.00 | $0.00 |
| 12/16/2025 | Claim Objection | Prepare proof of service for objection to claim no. 22, copy, file and serve same | 0.20 | $0.00 | $0.00 |
| 12/17/2025 | Claim Objection | Prepare, file and serve withdrawal of objection to claim no. 882 | 0.20 | $255.00 | $51.00 |
| 12/17/2025 | Claim Objection | Prepare, file and serve withdrawal of objection to claim no. 107 | 0.20 | $255.00 | $51.00 |
| 12/22/2025 | Claim Objection | Prepare, copy, file and serve withdrawal of objection to claim no. 249 filed by Randall & Elisabeth White (0.3); email from and to Mr. White providing copy of withdrawal (0.1); update claims register chart (0.1-no charge) | 0.40 | $255.00 | $102.00 |
| 12/30/2025 | Claim Objection | Review opposition to objection to claim no. 285, calendar hearing date and email to Trustee and attorney Montes de Oca re withdrawal of objection | 0.20 | $0.00 | $0.00 |
| 12/30/2025 | Claim Objection | Review opposition to objection to claim no. 202, calendar hearing date and email to Trustee and attorney Montes de Oca re withdrawal of objection | 0.20 | $0.00 | $0.00 |
| 12/30/2025 | Claim Objection | Review amended Proof of Claim No. 425 filed by John Gray and email to Trustee and attorney Montes de Oca re claim and withdrawal of objection | 0.20 | $0.00 | $0.00 |
| 01/04/2026 | Claim Objection | Email from attorney Silverman re objection to claim no. 118 | 0.10 | $255.00 | $25.50 |
| 01/05/2026 | Claim Objection | Prepare proof of services and finalize objection to claim nos. 63, 65, 66, 115, 239, and 911, copy, file and serve all | 0.80 | $0.00 | $0.00 |
| 01/05/2026 | Claim Objection | Review emails from Trustee and attorney Montes de Oca re withdrawing objection to claim no. 99 filed by Jennifer Lewis (0.1-no charge); email to and from Ms. Lewis advising objection to claim will be withdrawn (0.1); prepare, copy, file and serve withdrawal of objection to claim no. 99 (0.3) | 0.40 | $255.00 | $102.00 |
| 01/05/2026 | Claim Objection | Review Request and Notice of hearing filed by Embry (0.1-no charge); numerous emails to and from Mr. Embry re notice of hearing and needed hearing date (0.2) | 0.20 | $255.00 | $51.00 |

3/2/2026 12:32:56PM

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| 01/05/2026 | Claim Objection | Email to and from attorney Montes de Oca re needed reply to opposition to objection to claim no. 578-Goe (0.1-no charge); review response and prepare draft reply to objection to claim no. 578-Goe (0.4); email to Mr. Goe re needed hearing date on response objection to claim no. 578-Goe (0.1); call to Mr. Goe re claim objection (0.1) | 0.60 | $255.00 | $153.00 |
| 01/05/2026 | Claim Objection | Email to Trustee and attorney Montes de Oca re withdrawal of objection to claim no. 177 | 0.10 | $0.00 | $0.00 |
| 01/05/2026 | Claim Objection | Email from and to courtroom deputy re Request and Notice of hearing filed by Embry (0.1-no charge); numerous email to and from Mr. & Mrs. Embry re notice of hearing and needed hearing date (0.2) | 0.20 | $255.00 | $51.00 |
| 01/06/2026 | Claim Objection | Email from attorney Montes de Oca re withdrawal of objection to claim no. 425 filed by Gray (0.1-no charge); email to attorney Garrell re withdrawing objection to claim (0.1); prepare, copy, file and serve withdrawal of objection to claim no. 177 of Scott & Sudar Alagarsamy (0.3) | 0.40 | $255.00 | $102.00 |
| 01/06/2026 | Claim Objection | Calendar hearing date on opposition to claim no. 889 of Ingy Salib and email to attorney Montes de Oca re same | 0.10 | $0.00 | $0.00 |
| 01/06/2026 | Claim Objection | Email to attorney Montes de Oca re opposition to objection to claim of Carey | 0.10 | $0.00 | $0.00 |
| 01/06/2026 | Claim Objection | Email from attorney Montes de Oca re withdrawal of objection to claim no. 177 of Scott & Sudar Alagarsamy (0.1-no charge); email to claimants re withdrawal of objection and providing chargeback declaration (0.1); prepare, copy, file and serve withdrawal of objection to claim no. 177 of Scott & Sudar Alagarsamy (0.3) | 0.40 | $255.00 | $102.00 |
| 01/09/2026 | Claim Objection | Prepare, file and serve withdrawal of objection to claim no. 285 filed by Etta Osborn (0.2); email to Ms. Osborn providing copy of filed withdrawal (0.1) | 0.30 | $255.00 | $76.50 |
| 01/09/2026 | Claim Objection | Email to attorney Montes de Oca re withdrawal of objection to claim no. 202 filed by Karen Volz Bachofer, notifying Ms. Volz Bachofer of withdrawal and notifying the court so the matter can be removed from calendar | 0.10 | $0.00 | $0.00 |
| 01/09/2026 | Claim Objection | Prepare, file and serve withdrawal of objection to claim no. 878 filed by Mike Carey & Theresa Carey (0.2); email to attorney Tierney providing copy of filed withdrawal (0.1) | 0.30 | $255.00 | $76.50 |
| 01/09/2026 | Claim Objection | Detailed email to Mr. Devir re claim nos. 402 and 571 re objection to claims, reduction of claim no. 571 and amended objection to claim no. 402 as duplicative of 571 | 0.20 | $255.00 | $51.00 |
| 01/09/2026 | Claim Objection | Email to attorney Montes de Oca re withdrawal of objection to claim no. 285 filed by Etta Osborn, notifying Ms. Osborn of withdrawal and notifying the court so the matter can be removed from calendar | 0.10 | $0.00 | $0.00 |
| 01/09/2026 | Claim Objection | Review emails between attorney Montes de Oca and Trustee re withdrawal of objection to claim no. 867 filed by Laura & Darren Embry (0.1-no charge); email to Ms. Montes de Oca re withdrawal (0.1-no charge); email to Mr. and Mrs. Embry re withdrawal of objection to claim (0.1) | 0.10 | $255.00 | $25.50 |
| 01/09/2026 | Claim Objection | Prepare, file and serve withdrawal of objection to claim no. 202 filed by Karen Volz Bachofer (0.2); email to Ms. Volz Bachofer providing copy of filed withdrawal (0.1) | 0.30 | $255.00 | $76.50 |
| 01/09/2026 | Claim Objection | Prepare, file and serve withdrawal of objection to claim no. 867 filed by Laura Embry (0.2); email to Ms. Embry providing copy of filed withdrawal (0.1) | 0.30 | $255.00 | $76.50 |
| 01/09/2026 | Claim Objection | Prepare, file and serve withdrawal of objection to claim no. 578 filed by Robert P. Goe and Erika Goe (0.2); email to Mr. Goe providing copy of filed withdrawal (0.1) | 0.30 | $255.00 | $76.50 |
| 01/09/2026 | Claim Objection | Email to courtroom deputy re filed withdrawals for 4 claim objections and removal of hearing dates | 0.10 | $0.00 | $0.00 |
| 01/12/2026 | Claim Objection | Finalize amended objection to claim no. 402 filed by John Devir | 0.10 | $0.00 | $0.00 |
| 01/12/2026 | Claim Objection | Review emails between attorneys Gladstone and Montes de Oca re reply to opposition to objection to claim filed by Brian Claypool, claim no. 791 (0.1); prepare proof of service, copy, file and serve reply (0.2) | 0.30 | $0.00 | $0.00 |

3/2/2026 12:32:56PM

**TIME & EXPENSE SHEET**

Page No:    7

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 01/12/2026 | Claim Objection | Email from and to attorney Montes de Oca re resolution of any objection for claim no. 442 filed by Mr. and Mrs. Lykos (0.1-no charge); email from and to Mr. Lykos re claim (0.1) | 0.10 | $255.00 | $25.50 |
| 01/12/2026 | Claim Objection | Email from Mr. Goe re withdrawal of claim objection | 0.10 | $255.00 | $25.50 |
| 01/12/2026 | Claim Objection | Email from courtroom deputy re removing hearing date on opposition to objection to claims for Cl. No. 202 – Volz Bachofer, Cl. No. 285 – Etta Osborn, Cl. No. 867 – Laura Embry and Cl. No. 878 – Mike Carey & Theresa Carey | 0.10 | $0.00 | $0.00 |
| 01/12/2026 | Claim Objection | Phone conferences with attorneys Gladstone and Montes de Oca re claim objections and NOIA to pay priority claims | 0.20 | $0.00 | $0.00 |
| 01/12/2026 | Claim Objection | Review emails between attorneys Gladstone and Montes de Oca re reply to opposition to objection to claim filed by Ingy Salib, claim no. 889 (0.1); prepare proof of service, copy, file and serve reply (0.2) | 0.30 | $0.00 | $0.00 |
| 01/13/2026 | Claim Objection | Review court's virtual entries re removal of hearings on opposition to claims filed by Embry, Carey, Osborn and Volz Bachofer, and update calendar re same | 0.20 | $0.00 | $0.00 |
| 01/14/2026 | Claim Objection | Email from Gilda Daraby, claim no. 900, re status of case and payment (0.1); emails to and from attorney Montes de Oca re claim (0.1-no charge); email to Ms. Daraby re status of case and payment (0.1) | 0.20 | $255.00 | $51.00 |
| 01/14/2026 | Claim Objection | Email from attorney Montes de Oca re NOIA to pay priority claims | 0.10 | $0.00 | $0.00 |
| 01/14/2026 | Claim Objection | Email to attorneys Gladstone re documents and withdrawal of objection to claim no. 62 filed by Armen Grigorian | 0.10 | $0.00 | $0.00 |
| 01/14/2026 | Claim Objection | Prepare objection to claim nos. 75, 78, 86, 108, 176 | 0.90 | $255.00 | $229.50 |
| 01/15/2026 | Claim Objection | Numerous emails from and to Allan Miller, claim no. 218, reimbursement from credit card company and claim withdrawal (0.1); email to attorney Montes de Oca providing information on claim and withdrawal of objection to claim (0.1-no charge); email to Mr. Miller advising we need an official withdrawal of his claim (0.1) | 0.20 | $255.00 | $51.00 |
| 01/15/2026 | Claim Objection | Emails from and to Jenny Oliver, claim no. 204, re needed proof of payment | 0.10 | $255.00 | $25.50 |
| 01/15/2026 | Claim Objection | Email to and from attorney Montes de Oca re objection to claim no. 418 of Susan Brownlee based on claim no. 407 being filed with supporting documents, and possible amended objection to claim no. 418 as being duplicate of claim no. 407 | 0.10 | $0.00 | $0.00 |
| 01/15/2026 | Claim Objection | Emails to and from attorney Montes de Oca re objection to claim no. 473 filed by Cliff Martinez | 0.10 | $0.00 | $0.00 |
| 01/15/2026 | Claim Objection | Continue review claim and numerous emails to claimants re needed proof of payments for claims  Email to claimants re needed documents evidencing claims | 4.10 | $255.00 | $1,045.50 |
| 01/15/2026 | Claim Objection | Email to and from attorney Montes de Oca re objection to claim no. 410 of Patrick Choi Construction, Inc. | 0.10 | $0.00 | $0.00 |
| 01/16/2026 | Claim Objection | Email to Ms. Fitzgerald, claim no. 256, re needed withdrawal of claim | 0.10 | $255.00 | $25.50 |
| 01/17/2026 | Claim Objection | Prepare amended objection to claim no. 418 – Brownlee | 0.10 | $255.00 | $25.50 |
| 01/17/2026 | Claim Objection | Emails to attorneys Gladstone and Montes de Oca re objection to claim no. 914 filed by Ryan Aukerman | 0.10 | $0.00 | $0.00 |
| 01/17/2026 | Claim Objection | Prepare, copy, file and serve withdrawal of objection to claim no. 62 filed by Armen Grigorian | 0.20 | $255.00 | $51.00 |
| 01/17/2026 | Claim Objection | Email to and from attorney Gladstone re claim no. 353 filed by Mansour and not filing objection to claim | 0.10 | $0.00 | $0.00 |
| 01/17/2026 | Claim Objection | Review email from attorney Montes de Oca re needed objection to claim no. 525 (0.1-no charge); prepare objection to claim no. 525 (0.2) | 0.20 | $255.00 | $51.00 |
| 01/20/2026 | Claim Objection | Call from Deirdre Doherty, claim no. 65, regarding objection to claim, explaining basis for objection, and providing deadline to oppose objection | 0.20 | $255.00 | $51.00 |
| 01/21/2026 | Claim Objection | Prepare proof of services, copy, file and serve objection claim nos. 75, 78, 86, 108, 176 and amended objection to claim no. 402 | 0.80 | $0.00 | $0.00 |
| 01/21/2026 | Claim Objection | Prepare objection to claims and attachments for claim nos. 364, 479, 567, 575, 629, 682, 720, 804 (2.2); attention to claims spreadsheet (0.2) | 2.40 | $255.00 | $612.00 |
| 01/21/2026 | Claim Objection | Call to Anne Fitzgerald, claim no. 256, re withdrawal of claim, lmtc | 0.10 | $255.00 | $25.50 |

## TIME & EXPENSE SHEET

Page No:   8

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 01/26/2026 | Claim Objection | Prepare objection to claim 423 and addendum filed by GLR Properties, LLC | 0.20 | $255.00 | $51.00 |
| 01/26/2026 | Claim Objection | Email from Julie Borsack, cl. no. 75, re objection to claim (0.1); call from Ms. Borsack re objection, explaining payment and providing deadline to file opposition to objection (0.2) | 0.30 | $255.00 | $76.50 |
| 01/27/2026 | Claim Objection | Finalize, copy, file and serve objection to claim nos. 30, 418, and 525 | 0.40 | $0.00 | $0.00 |
| 01/29/2026 | Claim Objection | Email from courtroom deputy re calls from Alison McConnell, cl. 141 re hearing date (0.1-no charge); email to and call to Trustee re late filed opposition (0.1-no charge); email to courtroom deputy advising Trustee agreed to late filed opposition (0.1-no charge) | 0.30 | $0.00 | $0.00 |
| 01/29/2026 | Claim Objection | Prepare withdrawal of objection to claim no. 597 filed by Roger Bennett, copy, file and serve same | 0.20 | $255.00 | $51.00 |
| 01/31/2026 | Claim Objection | Email from and to Sana Mansour, claim nos. 30 and 353 re objection | 0.20 | $255.00 | $51.00 |
| 02/02/2026 | Claim Objection | Email from and to John Alioto, cl. 431, re needed withdrawal of claim and filing same with the court | 0.10 | $255.00 | $25.50 |
| 02/02/2026 | Claim Objection | Prepare proof of service for 10 objection to claims (cl. nos. 364, 423, 479, 496, 567, 575, 629, 682, 720, 854), finalize objections, copy, file and serve same | 2.00 | $0.00 | $0.00 |
| 02/12/2026 | Claim Objection | Prepare objection to claim and attachment re claim 736-Orcones Trucking | 0.30 | $255.00 | $76.50 |
| 02/12/2026 | Claim Objection | Email from attorney Montes de Oca re preparing order on objection to claim nos. 791 and 889 (0.1-no charge); prepare lodged orders on objection to claim nos. 791 and 889 (0.6); upload orders on objection to claim nos. 791 and 889 (0.1-no charge) | 0.60 | $255.00 | $153.00 |
| 02/12/2026 | Claim Objection | Prepare, copy, file and serve withdrawal of objection to claim no. 431 filed by John Alioto | 0.20 | $255.00 | $51.00 |
| 02/12/2026 | Claim Objection | Prepare, copy, file and serve withdrawal of objection to claim no. 536 filed by Jane Kim | 0.20 | $255.00 | $51.00 |
| 02/17/2026 | Claim Objection | Review claims and prepare Objection to claims and attachments re claim nos. 156, 777, 180, 210, 859, 914 | 2.00 | $255.00 | $510.00 |
| 02/18/2026 | Claim Objection | Attention/update objection to claim chart (0.2); emails to attorney Montes de Oca re objection to claim nos. 284, 389, 655, 698, 717 761, 779, 854, and 901 (0.1) | 0.30 | $0.00 | $0.00 |
| 02/19/2026 | Claim Objection | Review emails between Hilda and WARN Act attorney re claim nos. 655, 698 and 712, and adjust claims in TES | 0.10 | $0.00 | $0.00 |
| 02/19/2026 | Claim Objection | Email from attorney Montes de Oca re no objection needed for claim no. 560 | 0.10 | $0.00 | $0.00 |
| 02/19/2026 | Claim Objection | Email from attorney Montes de Oca re additional documents needed for claim no. 465 | 0.10 | $0.00 | $0.00 |
| 02/19/2026 | Claim Objection | Email from attorney Montes de Oca re objection needed for claim no. 363 | 0.10 | $0.00 | $0.00 |
| 02/19/2026 | Claim Objection | Prepare withdrawal of objection to claim no. 423 filed by GLR Properties, copy, file and serve same | 0.20 | $255.00 | $51.00 |
| 02/19/2026 | Claim Objection | Email from attorney Montes de Oca re objections needed for claim nos. 587 and 892 | 0.10 | $0.00 | $0.00 |
| | | **SubTotal For Type Claim Objection:** | **42.60** | | **$5,865.00** |
| 01/16/2026 | CLAIMS | Revise NOIA to pay priority claims | 0.10 | $0.00 | $0.00 |
| 01/26/2026 | CLAIMS | Revise NOIA, addendum and Trustee's declaration re payment of priority claims (0.2); telephone calls with attorney Montes de Oca and paralegal Young re needed revisions to Addendum (0.2); prepare proof of service, copy, file and serve NOIA and Trustee's declaration (0.2) | 0.60 | $0.00 | $0.00 |
| 02/12/2026 | CLAIMS | Email from attorney Montes de Oca re filing of supplemental declaration in support of NOIA to pay priority claims (0.1); prepare proof of service, copy, file and serve supplemental declaration (0.3) | 0.40 | $255.00 | $102.00 |
| | | **SubTotal For Type CLAIMS:** | **1.10** | | **$102.00** |
| 07/15/2025 | EMPLOYMENT APPLICATION | Revise engagement letter (0.3); email to attorney Mojdehi providing revised engagement letter (0.1) | 0.40 | $0.00 | $0.00 |

3/2/2026 12:32:56PM

**TIME & EXPENSE SHEET**

Page No:    9

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/23/2025 | EMPLOYMENT APPLICATION | Prepare application to employ Mojdehi, et al, prepare declaration of disinterest and proposed order (1.0); email to Mr. Mojdehi providing signed engagement letter (0.1) | 1.10 | $255.00 | $280.50 |
| 08/06/2025 | EMPLOYMENT APPLICATION | Email from Mr. Mojdehi with revised employment application and declaration of disinterest (0.1); email to Mr. Mojdehi providing order on employment for review/revisions and needed revision to application and/or declaration (0.1) | 0.20 | $0.00 | $0.00 |
| 08/07/2025 | EMPLOYMENT APPLICATION | Finalize employment application, prepare POS, copy, file and serve employment application, declaration of disinterest and POS re employment of Mojdehi et al (0.4); email to UST providing employment documents for SOP (0.1) | 0.50 | $0.00 | $0.00 |
| | | **SubTotal For Type EMPLOYMENT APPLICATION:** | **2.20** | | **$280.50** |
| 06/30/2025 | FEE APPLICATIONS | Numerous emails to and from attorney Gladstone re fee application (0.2); prepare proof of services for notice of hearing and FLG's fee application (0.3); numerous emails from and to Maria at Covington re needed proof of service for fee applications and provide same (0.2); email from attorney Dunn with revised fees and expenses (0.1); update CSD 1181A and email same to attorney Dunn for review/approval (0.1); email from attorney Dunn's assistant re approval of CSD 1181A (0.1); numerous emails to file clerk re service of notice of hearing on creditors (0.2); file FLG's, accountant Crom's and attorney Schechter's fee applications (0.2); file notice of hearing and serve special notice creditors with notice of hearing on fee applications (0.3) | 1.70 | $0.00 | $0.00 |
| 07/28/2025 | FEE APPLICATIONS | Review tentative rulings, prepare and upload orders on FLG's, Schechter's and accountants fee applications | 0.40 | $255.00 | $102.00 |
| 01/20/2026 | FEE APPLICATIONS | Email to and from Mr. Crom re interim fee application (0.1); emails to and from Mr. Dunn re interim fee application (0.1) | 0.20 | $0.00 | $0.00 |
| 01/22/2026 | FEE APPLICATIONS | Email to courtroom deputy for hearing date on fee application (0.1); email from and to attorney Dunn re fee application (0.1); email from courtroom deputy re hearing on fee applications and calendar same (0.1) | 0.30 | $0.00 | $0.00 |
| 01/27/2026 | FEE APPLICATIONS | Email to accountant Crom, attorneys Schechter and Dunn providing hearing date on interim fee applications | 0.10 | $0.00 | $0.00 |
| 01/30/2026 | FEE APPLICATIONS | Revise fee application of accountant Crom, and email to Mr. Crom providing fee application and requesting signature on revised fee application | 0.20 | $255.00 | $51.00 |
| 02/17/2026 | FEE APPLICATIONS | PREPARE CSD 1181 AND PREPARE DRAFT 3RD INTERIM FEE APPLICATION OF FLG | 1.50 | $255.00 | $382.50 |
| 02/19/2026 | FEE APPLICATIONS | REVISE FLG INVOICE AND FEE APPLICATION | 2.00 | $0.00 | $0.00 |
| 02/23/2026 | FEE APPLICATIONS | Email from attorney Levin with insert to fee application (0.1); revise fee application and email to Mr. Levin re needed revisions re Visa/Mastercard settlement (0.2) | 0.30 | $0.00 | $0.00 |
| | | **SubTotal For Type FEE APPLICATIONS:** | **6.70** | | **$535.50** |
| | | **SubTotal For Claim:** | **52.60** | | **$6,783.00** |

3/2/2026 12:32:56PM

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| **Claim:  FINANCIAL LAW GROUP - HMM** | | | | | |
| 09/03/2025 | Asset Analysis/General | Discussion with Trustee re status and strategy | 0.20 | $475.00 | $95.00 |
| | | **SubTotal For Type Asset Analysis/General:** | **0.20** | | **$95.00** |
| 08/01/2025 | Claim Objection | Review ABL research re WARN Act application to Trustee in bankruptcy (.2); read cases cited by ABL (.8) | 1.00 | $475.00 | $475.00 |
| 08/04/2025 | Claim Objection | Research exceptions/defenses to Fed. WARN Act for priority claim analysis (1.1); draft memo re same (.3) | 1.40 | $475.00 | $665.00 |
| 08/05/2025 | Claim Objection | Collier research re bankruptcy treatment of exceptions/defenses to Fed. WARN Act (.6); research Cal/WARN Act (1.4) | 2.00 | $475.00 | $950.00 |
| 08/06/2025 | Claim Objection | Research Cal/WARN Act statutory exceptions and case law (1.6); update memo with CA WARN Act exceptions (2.2) | 3.40 | $475.00 | $1,615.00 |
| 08/07/2025 | Claim Objection | Research causation prong of Fed WARN exception (.4); add research to draft memo (1.1); email LTG re same (.1) | 1.60 | $475.00 | $760.00 |
| 08/07/2025 | Claim Objection | Research penalties imposed for violation of Fed WARN and Cal/WARN (.5); add research to draft memo (.3) | 0.80 | $475.00 | $380.00 |
| 08/07/2025 | Claim Objection | Research law re motion to set priority claims bar date | 0.80 | $475.00 | $380.00 |
| 08/08/2025 | Claim Objection | Review claims chart to determine scope of priority treatment for deposit claim holders | 3.60 | $475.00 | $1,710.00 |
| 08/08/2025 | Claim Objection | Research law re motion to set priority claims bar date | 0.30 | $475.00 | $142.50 |
| 08/11/2025 | Claim Objection | Claim register analysis re possible objections | 1.30 | $475.00 | $617.50 |
| 08/11/2025 | Claim Objection | Collier research re priority claims bar date | 0.50 | $475.00 | $237.50 |
| 08/12/2025 | Claim Objection | Research re whether federal WARN and Cal/WARN penalties stack | 0.60 | $475.00 | $285.00 |
| 08/12/2025 | Claim Objection | Draft email to Crom re scope of employee data needed for WARN analysis | 0.40 | $475.00 | $190.00 |
| 08/13/2025 | Claim Objection | Revise email to Crom re scope of employee data needed for WARN analysis (0.2); draft & send email to Crom (0.1) | 0.30 | $475.00 | $142.50 |
| 08/13/2025 | Claim Objection | Draft application to set priority claims bar date (1.2); draft LTG declaration (.4) draft proposed notice of priority claims bar date (.3) | 1.90 | $475.00 | $902.50 |
| 08/13/2025 | Claim Objection | Review mailing matrix amendments, schedules, and claims register for scope of notice re priority claims bar date to former employees | 1.30 | $475.00 | $617.50 |
| 08/13/2025 | Claim Objection | Send follow up email to Crom re request for employee name and addresses for priority claims bar date notice | 0.10 | $475.00 | $47.50 |
| 08/14/2025 | Claim Objection | Revise LTG declaration in support of application to set priority claims bar date (1.0) revise application for priority claims bar date to mirror declaration (1.0) | 2.00 | $475.00 | $950.00 |
| 08/14/2025 | Claim Objection | Review draft of application to set priority claims bar date, LTG declaration, and proposed notice of priority claims bar date before submitting to Trustee | 0.60 | $475.00 | $285.00 |
| 08/14/2025 | Claim Objection | Review LBR & FRBP to determine scope of notice for application for priority claims bar date, and whether the NOIA procedure is applicable | 0.40 | $475.00 | $190.00 |
| 08/14/2025 | Claim Objection | Claim register analysis re possible objections | 0.50 | $475.00 | $237.50 |
| 08/15/2025 | Claim Objection | Claim register analysis re possible objections | 3.40 | $475.00 | $1,615.00 |
| 08/15/2025 | Claim Objection | Revise application to set priority claims bar date, LTG declaration and proposed notice | 1.30 | $475.00 | $617.50 |
| 08/25/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 0.80 | $475.00 | $380.00 |
| 08/27/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 2.70 | $475.00 | $1,282.50 |
| 08/28/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.70 | $475.00 | $807.50 |
| 08/28/2025 | Claim Objection | Phone call with accountant Wade @ Crom re Pirch HR data for WARN analysis (.3); review Cal. EDD WARN report from Crom (.6); review public records info from Crom re Pirch WARN notices & closing notices (.7) | 1.60 | $475.00 | $760.00 |
| 08/28/2025 | Claim Objection | Review T. Curry email re Debtor's WARN notices & "faltering company defense" (.4); call with attorney Batt re response (.1); draft reply email to attorney Curry re same (.6) | 1.10 | $475.00 | $522.50 |

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|------|------|-------------|---------|------|-------|
| 08/29/2025 | Claim Objection | Review actual EDD WARN notices from Pirch (.7); draft updated email request to accountant Wade re employee location data to cross reference EDD Warn notices to determine scope of notice (.5); revise email to attorney Curry with updated request for evidence re "faltering company" defense to WARN penalties (.4) | 1.60 | $475.00 | $760.00 |
| 08/29/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 2.70 | $475.00 | $1,282.50 |
| 09/02/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.80 | $475.00 | $855.00 |
| 09/05/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.70 | $475.00 | $807.50 |
| 09/05/2025 | Claim Objection | Phone call with accountant Wade re Pirch HR data for WARN analysis (.3); review Cal. EDD WARN report from Crom (.6); review public records info from Crom re Pirch WARN notices & closing notices (.7) | 1.60 | $475.00 | $760.00 |
| 09/05/2025 | Claim Objection | Review attorney Curry email re Debtor's WARN notices & "faltering company defense" (.4); call with attorney Batt re response (.1); draft reply email to T. Curry re same (.6) | 1.10 | $475.00 | $522.50 |
| 09/09/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 3.70 | $475.00 | $1,757.50 |
| 09/10/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.70 | $475.00 | $807.50 |
| 09/11/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 3.30 | $475.00 | $1,567.50 |
| 09/15/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.80 | $475.00 | $855.00 |
| 09/17/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 0.90 | $475.00 | $427.50 |
| 09/18/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 0.90 | $475.00 | $427.50 |
| 09/22/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.20 | $475.00 | $570.00 |
| 09/23/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.10 | $475.00 | $522.50 |
| 09/29/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.40 | $475.00 | $665.00 |
| 09/30/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 2.10 | $475.00 | $997.50 |
| 10/01/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 2.70 | $475.00 | $1,282.50 |
| 10/02/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 3.60 | $475.00 | $1,710.00 |
| 10/06/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.80 | $475.00 | $855.00 |
| 10/07/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 0.90 | $475.00 | $427.50 |
| 10/08/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.20 | $475.00 | $570.00 |
| 10/09/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 0.80 | $475.00 | $380.00 |
| 10/10/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 2.30 | $475.00 | $1,092.50 |
| 10/13/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.80 | $475.00 | $855.00 |
| 10/14/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 2.90 | $475.00 | $1,377.50 |
| 10/15/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 2.20 | $475.00 | $1,045.00 |
| 10/16/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.80 | $475.00 | $855.00 |
| 10/17/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 2.30 | $475.00 | $1,092.50 |
| 10/20/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 1.60 | $475.00 | $760.00 |
| 10/21/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 4.60 | $475.00 | $2,185.00 |
| 10/22/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 3.20 | $475.00 | $1,520.00 |
| 10/23/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 4.80 | $475.00 | $2,280.00 |
| 10/24/2025 | Claim Objection | Discussion with Trustee Gladstone re entity claims asserting 507(a)(7) priority (.2); proof of claims analysis for possible objections to claims, priority treatment (2.4) | 2.60 | $475.00 | $1,235.00 |
| 10/27/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 2.90 | $475.00 | $1,377.50 |
| 10/28/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 2.40 | $475.00 | $1,140.00 |
| 10/29/2025 | Claim Objection | Proof of claims analysis for possible objections to claims, priority treatment | 4.60 | $475.00 | $2,185.00 |

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|------|------|-------------|---------:|-----:|------:|
| 11/05/2025 | Claim Objection | Cross reference attorney Mary Olson client list with proofs of claim filed by wage claimants to determine how many may be represented by counsel (1.3); sort and compile information from proofs of claim to create exhibits for NOIA addendum re payment of priority wage and benefits claims (2.4); sort and compile information from proofs of claim to create list of wage claims to which an objection should be filed, e.g. duplicate or no employee record (0.9); compile list of 507(a)(4) claims filed in gross amount that require payroll report (0.9); email accountant Wade list of gross wage claims & request a payroll report (0.2) | 5.70 | $475.00 | $2,707.50 |
| 11/07/2025 | Claim Objection | Review deposit claims and compile spreadsheet of deficient claims for objection | 2.20 | $475.00 | $1,045.00 |
| 11/10/2025 | Claim Objection | Compile list of claims for which we cannot find employee records and a list of duplicate claims that includes the date on which the claim was filed for putative class counsel to determine which claims need to be withdrawn (1.2); email paralegal Collins re same (0.1); begin draft NOIA Addendum re payment of priority wage claims (0.8); create exhibits for NOIA Addendum listing claims to be included for payment in the NOIA under 507(a)(4) and (a)(5) (1.3); compile spreadsheet of deficient 507(a)(4) and (a)(5) claims for objection (0.9) | 4.30 | $475.00 | $2,042.50 |
| 11/12/2025 | Claim Objection | Compile spreadsheet of deficient 507(a)(7) claims for objection; (1.3); compile spreadsheet of 507(a)(7) claims with credit card payment, for mailing chargeback declaration (1.4); telephone conference with paralegal Collins re information re 401K employee accounts for NOIA addendum re 507(a)(5) claims (.2); review deficient 507(a)(4) for possible omnibus objection (0.3); begin draft of Pirch chargeback declaration (0.7) | 3.90 | $475.00 | $1,852.50 |
| 11/13/2025 | Claim Objection | Review AMEX contract to determine if secured claim filed by Worldpay is affected (0.3); compile documents for possible objection to Worldpay claim (0.7); telephone conference with Paralegal Young re chargeback declaration (0.1); initial draft of letter to 507(a)(7) claimants explaining the chargeback declaration & requirement to return signed declaration to be included in 507(a)(7) priority NOIA payment (0.8); revise chargeback letter (0.3) | 2.20 | $475.00 | $1,045.00 |
| 11/19/2025 | Claim Objection | Review supporting documents for Proof of Claim no. 8 for possible objection | 0.50 | $475.00 | $237.50 |
| 11/20/2025 | Claim Objection | Review calculation of claim no. 8 (0.3); draft email to claimant counsel J. Hill re possible amended claim or objection (0.7); telephone conference with attorney Hill re revised calculation (0.2); review claim no. 467 for possible objection (0.7); email paralegal Collins re no objection for POC 467 (0.1); respond to deposit claimant inquiry re chargeback declaration (0.1); telephone conference with paralegal Young re tracking and administration of chargeback declarations (0.2) | 2.30 | $475.00 | $1,092.50 |
| 11/21/2025 | Claim Objection | Review calculation of claim no. 8 by J. Hill and compare with Trustee Gladstone calculation (0.2); telephone conference with attorney Hill re revised calculation (0.2); review paralegal Collins email claim no. 467 re chargeback declaration (0.7); email paralegal Young re send chargeback declaration to Claimant for POC 467 (0.1) | 2.20 | $475.00 | $1,045.00 |
| 11/24/2025 | Claim Objection | Review claims identified for objection to claim (0.8); confer with Trustee Gladstone re calculation of claim no. 8 (0.3); email attorney Hill re allowance of claim no. 8 (0.1) | 1.20 | $475.00 | $570.00 |
| 12/02/2025 | Claim Objection | Review SD Tax Claims 526; 527; 890; 893 to determine if objection appropriate (1.2); conference with paralegal Young re declarations received from non-deposit claimants (0.2) | 1.40 | $475.00 | $665.00 |
| 12/03/2025 | Claim Objection | Conference with Trustee Gladstone re non-deposit claimants returning declarations (0.1); conference with paralegal Young re returned mail from declarant mailing and sending updated form declarations with new deadline (0.2); analyze claims filed after bar date to determine if objection is appropriate (1.0) | 1.30 | $475.00 | $617.50 |
| 12/10/2025 | Claim Objection | Review supplemental documentation for objections to proofs of claim no. 867 (0.4); 467 (0.3); 107 (0.3); 37 and 348 (0.4); conference with paralegal Young re chargeback declarations for claim on which objections were withdrawn (0.3) | 1.70 | $475.00 | $807.50 |

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| 12/15/2025 | Claim Objection | Review objection to claim 249 re possible withdrawal (0.2); reply to claimant inquiries re chargeback declaration and payment of 507(a)(7) priority claims (0.2); review status of chargeback declaration for Claim 442 (0.2); | 0.60 | $475.00 | $285.00 |
| 12/16/2025 | Claim Objection | Revise NOIA Addendum re payment of priority claims (0.7); reply to claimant inquiries re chargeback declaration and payment of 507(a)(7) priority claims (0.3); review Proofs of Claims 912 and 913 for possible objection to claims (0.6) | 1.60 | $475.00 | $760.00 |
| 12/29/2025 | Claim Objection | Telephone call with Claimant re proof of claim 30, requirement for chargeback declaration, treatment of claim (0.4); reply to claimant inquiries re chargeback declaration and payment of 507(a)(7) priority claims (0.3); review Proofs of Claims 202, 285, 425, and 914 for possible withdrawal of objection (1.1); review chargeback declaration proof of claim 445 (0.1); review email declaration in response to objection to proof of claim 878 (0.4) | 2.30 | $475.00 | $1,092.50 |
| 12/29/2025 | Claim Objection | Review objection to claims 99 and 571 re possible withdrawal (0.3); reply to claimant inquiries re chargeback declaration and payment of 507(a)(7) priority claims (0.2); telephone conference with paralegal Young re exhibits for NOIA (0.2); review tax report for NOIA 507(a)(4) exhibit (0.7) | 1.40 | $475.00 | $665.00 |
| 01/05/2026 | Claim Objection | Review objection to claim 177 re possible withdrawal (0.2); reply to claimant inquiries re chargeback declaration and payment of 507(a)(7) priority claims (0.3); review response from claimant re Objection to Claim 578 (0.2); email to paralegal Collins re Claim 578 (0.1); review 507(a)(5) claims 595, 896, 906, 909 and determine if objection appropriate (1.2) | 2.00 | $495.00 | $990.00 |
| 01/06/2026 | Claim Objection | Email accountant Wade re payroll analysis for Claim 823 (0.2); review additional evidence from claimant re Objection to Claim 578 (0.1); email to C. Collins re withdrawal of Objection to Claim 578 (0.1); draft reply to objection to claim no. 878 (0.3); draft reply to objection to claim no. 889 (0.5); review entity claims designated as 507(a)(7) priority for objection (0.9); finalize exhibits for NOIA Addendum (0.4) | 2.50 | $495.00 | $1,237.50 |
| 01/08/2026 | Claim Objection | Review response to objection to claim 442 to determine if withdrawal appropriate (0.2); review status of chargeback declaration for claim 425 after objection withdrawn (0.1); review objection to claim 878 and declaration filed in opposition to determine if reply needs revision (0.5); draft reply to objection to claim no. 791 (0.3) | 1.10 | $495.00 | $544.50 |
| 01/09/2026 | Claim Objection | Email Trustee Gladstone with analysis, recommending withdrawal of objection to claim 878 (0.2); review initial schedules, amended schedules, notice of claims bar date, to determine if claimant had notice of the bankruptcy in time to file a timely proof of claim (0.8); review sections 502 and 726 to analyze status of claim 878 (0.4) email Trustee Gladstone re analysis of opposition to objection to claim 867 (0.3); revise reply to objection to claim 889 (0.2) | 1.90 | $495.00 | $940.50 |
| 01/12/2026 | Claim Objection | Review Claim 98 and 2023 & 2024 payroll for possible objection to claim (0.6); email to paralegal Collins re analysis of Claim 98 objection (0.1); review entity claims of 507(a)(7) priority for objection (0.8); email to paralegal Collins re entity priority claims for objection (0.1); revise reply re objection to claim 889 per Trustee Gladstone (0.3); revise reply re objection to claim 791 per Trustee Gladstone (0.2); revise NOIA Addendum re 507 Priority Claims (0.9); revise Trustee Gladstone Declaration ISO NOIA re 507 Priority Claims (0.7) | 3.70 | $495.00 | $1,831.50 |
| 01/14/2026 | Claim Objection | Revise NOIA addendum (0.8); revise Trustee Gladstone declaration to reflect changes to NOIA Addendum (0.6); review final drafts for Trustee Gladstone review (0.2); review supplemental documents for claim 256 to determine if withdrawal of objection appropriate (0.3); review supplemental documents for claim 166 to determine if withdrawal of objection appropriate (0.2); telephone conference with claimant Taubman re status of claim 214 and chargeback declaration (0.2) | 2.30 | $495.00 | $1,138.50 |

3/2/2026 12:32:56PM

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 01/15/2026 | Claim Objection | Review response to objection to claim 228 to determine if withdrawal appropriate (0.2); Review response to objection to claim 353 to determine if withdrawal appropriate (0.3); Review response to objection to claim 410 to determine if withdrawal appropriate (0.1); Review response to objection to claim 418 to determine if withdrawal appropriate (0.3); Review response to objection to claim 407 to determine if withdrawal appropriate (0.2); Review response to objection to claim 590 to determine if withdrawal appropriate (0.1) | 1.20 | $495.00 | $594.00 |
| 01/22/2026 | Claim Objection | Review supplemental documents for claim 280 to determine if objection appropriate (0.2); review withdrawal of claim 256 (0.1); review supplemental documents for claim 464 to determine if objection appropriate (0.3); email paralegal Collins re additional questions re documents for claim 464 (0.1) Review response to objection to claim 597 to determine if withdrawal appropriate (0.2); Review response to objection to claim 834 to determine if withdrawal appropriate (0.2); Review supplemental documents for claim 580 to determine if objection appropriate (0.2); Review supplemental documents for claim 460 to determine if objection appropriate (0.2); revise NOIA Addendum (0.6); revise Gladstone Declaration (0.4); review 507(a)(7) claims by two individuals to ensure consistent treatment of claims (0.7); review 507(a)(7) claims by entities to determine if an individual on Pirch account for allowance (0.8) | 4.00 | $495.00 | $1,980.00 |
| 01/22/2026 | Claim Objection | Conference with Trustee Gladstone re consistent treatment of 507(a)(7) claims filed by two claimants and double check of 507(a)(5) counts (0.1); review supplemental documents re claim no. 571 to determine if withdrawal of objection is appropriate (0.3); draft declaration for claimant 571 re allowed reduced claim (0.4); review supplemental documents for claim 392 to determine if withdrawal of objection appropriate (0.3); review supplemental documents for claim 782 to determine if objection appropriate (0.2); review supplemental documents for claim 363 to determine if withdrawal of objection appropriate (0.3); review supplemental documents for claim 175 to determine if objection appropriate (0.2); | 1.80 | $495.00 | $891.00 |
| 01/23/2026 | Claim Objection | Review claim 98 re 507(a)(4) to determine if objection is appropriate (0.8); email to Trustee Gladstone and paralegal Collins re analysis of claim 98 (0.2); revise NOIA Addendum and Gladstone Declaration to include total amount of priority claims proposed to be paid (0.3) | 1.30 | $495.00 | $643.50 |
| 01/26/2026 | Claim Objection | Review response to objection to claim 523 to determine if objection appropriate (0.3); Review supplemental documents for claim 640 to determine if objection appropriate (0.2); Review response to objection to claim 377 to determine if objection appropriate (0.2); Review response to objection to claim 821 to determine if objection appropriate (0.2); Review response to objection to claim 328 to determine if objection appropriate (0.2); Review response to objection to claim 590 to determine if withdrawal appropriate (0.1) | 1.20 | $495.00 | $594.00 |
| 01/27/2026 | Claim Objection | Review response to objection to claim 204 to determine if objection appropriate (0.3); Review supplemental documents for claim 122 to determine if objection appropriate (0.3); Review supplemental documents for claim 363 to determine if objection appropriate (0.2); Review supplemental documents for claim 392 to determine if objection appropriate (0.3); Review claims 587 and 892 re duplication and to determine to which claim objection is appropriate (0.4); Review supplemental documents for claim 669 to determine if objection appropriate (0.2); Review supplemental documents for claim 204 to determine if objection appropriate (0.1) | 1.80 | $495.00 | $891.00 |
| 01/29/2026 | Claim Objection | Review response to objection to claim 141 to determine if objection appropriate | 0.30 | $495.00 | $148.50 |
| | | **SubTotal For Type Claim Objection:** | **176.90** | | **$84,529.50** |
| 08/14/2025 | CLAIMS | Phone call with accountant Wade re request for payroll and employee records for WARN analysis | 0.30 | $475.00 | $142.50 |

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/15/2025 | CLAIMS | Phone call with accountant Wade re limited request for employee names & addresses for service of priority claims bar notice | 0.10 | $475.00 | $47.50 |
| 10/30/2025 | CLAIMS | Review proof of claims analysis with Trustee Gladstone re payment of priority claims; treatment of WARN claims filed; treatment of portion of claims that may have been partially refunded by credit chargebacks; review of landlord claims for stipulated treatment not reflected | 1.00 | $475.00 | $475.00 |
| 10/31/2025 | CLAIMS | Review landlord proofs of claim and compare with Trustee Gladstone stipulations for treatment (.8); review WARN proofs of claim and compare with Debtor employee data for treatment; (1.6); telephone conference with putative class counsel M. Olson re retention agreement(s) that reflect counsel's authority to act for claimant (.2) | 2.60 | $475.00 | $1,235.00 |
| 11/03/2025 | CLAIMS | Review proofs of claim filed by landlords and cross reference with stipulations to ensure proper treatment of claims | 1.20 | $475.00 | $570.00 |
| 11/04/2025 | CLAIMS | Review email from Mary Olson, counsel for putative class claimants, re payment of priority wage claims (0.2); review stipulation with Glendale landlord re treatment of claim (0.4) and email Trustee Gladstone re same (0.1) | 0.70 | $475.00 | $332.50 |
| 11/06/2025 | CLAIMS | Conference w/ Trustee Gladstone re priority claims based on bounced payroll checks (0.2); email with accountant Wade at Crom re same (0.2); telephone conference with paralegal Collins re 507(a)(5) accounting  for claims based on 401K contributions (0.1); email to paralegal Collins re total amount of claims based on 401K contributions (0.1); telephone conference with accountant Wade re questions re wage claims filed by persons without employee records  (0.2); email with accountant Wade re payment of WARN claims in full (0.2); review 4/12/24 payroll report from Crom re payment of priority wage claims (0.4); revise NOIA Addendum to separate the 507(a)(5) claim explanation into 401K based claims v. out of pocket medical expense claims (0.7) | 2.10 | $475.00 | $997.50 |
| 11/13/2025 | CLAIMS | Complete list of 507(a)(7) claims that require a chargeback declaration (0.8); remove deficient 507(a)(7) claims from list of claimants receiving chargeback declarations (0.7); revise draft chargeback declaration (0.2); review status of secured claims with attorney Batt re previous stipulations that may affect treatment (0.3) | 2.00 | $475.00 | $950.00 |
| 11/17/2025 | CLAIMS | Revise draft of chargeback letter to 507(a)(7) claimants (0.5); revise chargeback letter (0.4); revise chargeback letter to include deadline & return address (0.2); confer with paralegal Young re logistics of mailing and tracking returned declarations (0.3) | 1.40 | $475.00 | $665.00 |
| 11/18/2025 | CLAIMS | Discussion with Trustee re status of claims and distribution to priority claimants | 0.20 | $475.00 | $95.00 |
| 12/01/2025 | CLAIMS | Review Pirch Trustee website for potential posting of priority claim declaration (0.1); draft copy for website update re claimant declaration (0.6); revise Chargeback declaration with updated contact information and extended deadline (0.4); draft email to creditor's committee counsel re copy for committee website and updated declaration for posting (0.3); correspondence with Pirch claimants re requirements for returning chargeback declaration (0.8); review Claim no. 446 to determine eligibility for inclusion in 507(a)(7) priority claims (0.3) | 2.50 | $475.00 | $1,187.50 |
| 12/04/2025 | CLAIMS | Conference with Trustee Gladstone re format of NOIA re payment of priority claims (0.2); respond to deposit claimant inquiries re chargeback declaration (0.3) | 0.50 | $475.00 | $237.50 |
| 12/08/2025 | CLAIMS | Conference with Trustee Gladstone re Schmill claim no. 42 chargeback declaration (0.1); conference with paralegal Young re tracking chargeback declarations for claims subject to objection (0.2); reply to claimant inquiries re chargeback declaration and payment of 507(a)(7) priority claims (0.7); continue revision of NOIA Addendum to reflect chargeback declarations for claims subject to objection (0.9) | 1.90 | $475.00 | $902.50 |
| 12/09/2025 | CLAIMS | Conference with paralegal Young re tracking chargeback declarations for claims subject to objection (0.3); reply to claimant inquiries re chargeback declaration and payment of 507(a)(7) priority claims (0.6) | 0.90 | $475.00 | $427.50 |

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| 12/11/2025 | CLAIMS | Respond to claimant questions re 507(a)(7) claims requiring chargeback declarations (0.4); telephone conference with claimant Schmill re claim no. 42 chargeback declaration (0.2) | 0.60 | $475.00 | $285.00 |
| 12/12/2025 | CLAIMS | Update tracking for chargeback declarations for claim on which objections were withdrawn | 0.60 | $475.00 | $285.00 |
| 12/17/2025 | CLAIMS | Review status of chargeback declarations for update to NOIA addendum (1.4); conference with Trustee Gladstone and paralegal Collins re progress (0.2) | 1.60 | $475.00 | $760.00 |
| 12/18/2025 | CLAIMS | Respond to claimant questions re 507(a)(7) claims requiring chargeback declarations (0.2); review claim no. 578 for possible objection (0.2); review status of proof of claim no 742 with Trustee Gladstone re possible withdrawal of objection (0.2); telephone conference with Claimant no. 19 re chargeback declaration (0.2) | 0.80 | $475.00 | $380.00 |
| 12/18/2025 | CLAIMS | Update tracking for chargeback declarations for claim on which objections were withdrawn (0.3); review claim no 445 for claimant guidance re chargeback declaration (0.2) | 0.50 | $475.00 | $237.50 |
| 12/31/2025 | CLAIMS | Review status of chargeback declarations for update to NOIA addendum (0.3); Revise NOIA Addendum re tax withholding information for 507(a)(4) claims (0.8); Revise NOIA Addendum re allocation of fidelity bond re 507(a)(5) claims (0.3) | 1.40 | $475.00 | $665.00 |
| 01/02/2026 | CLAIMS | Update tracking for chargeback declarations for claim on which objections were withdrawn (0.3); review claim no 445 for claimant guidance re chargeback declaration (0.2); telephone call with Trustee Administrator re confirming 507(a)(5) claims against Schechter allocation report (0.2); Revise NOIA Addendum re allocation of fidelity bond re 507(a)(5) claims (0.7) | 1.40 | $495.00 | $693.00 |
| 01/07/2026 | CLAIMS | Draft Trustee Gladstone declaration in support of NOIA (0.7); confer with Trustee Gladstone re status of objections to claims (0.1); confer with Trustee Gladstone re structure of NOIA and exhibits (0.2); revise NOIA addendum (0.8); revise Trustee Gladstone declaration to reflect changes to NOIA Addendum and include facts re fidelity bond allocation for 507(a)(5) claims (0.6); review complete drafts for Trustee Gladstone review (0.2) | 2.60 | $495.00 | $1,287.00 |
| 01/13/2026 | CLAIMS | Conference with Trustee Gladstone re structure of NOIA attachments (0.1); review NOIA Addendum and Declaration drafts for Trustee Gladstone review (0.2); revise NOIA Addendum to explain breaking down of charts in exhibits (0.9); review supplemental documents re claim no. 62 to determine if withdrawal of objection is appropriate (0.4); reply to claimant inquiries re chargeback declaration and payment of 507(a)(7) priority claims (0.4) | 2.00 | $495.00 | $990.00 |
| 01/16/2026 | CLAIMS | Review status of chargeback declarations for NOIA | 1.60 | $495.00 | $792.00 |
| 01/21/2026 | CLAIMS | Revise NOIA addendum for Trustee Gladstone review (1.1); revise Gladstone declaration to reflect changes to NOIA Addendum (0.9) | 2.00 | $495.00 | $990.00 |
| 01/30/2026 | CLAIMS | Review status of chargeback declarations for NOIA (0.8); review SD Tax Collector amended claims re priority treatment for allowance (1.2) | 2.00 | $495.00 | $990.00 |
| 02/03/2026 | CLAIMS | Review response to objection to claim 199 to determine if objection appropriate (0.3); Review supplemental documents for claim 232 to determine if objection appropriate (0.3); Review supplemental documents for claim 514 to determine if objection appropriate (0.4); Review supplemental documents for claim 536 to determine if objection appropriate (0.2); Review amended claim 574 to determine if objection is appropriate (0.4); review Blue Cross proofs of claim 577 and 888 re asserted priority (0.9) | 2.50 | $495.00 | $1,237.50 |
| 02/04/2026 | CLAIMS | Telephone call with Michael Breslauer re Blue Cross claims 577 & 888 re 507(a)(5) priority (0.2); email to Blue Cross counsel re review of 507(a)(5) statutory cap (0.1); draft stipulation to extend deadline for Blue Cross to object to NOIA (0.6); review status of chargeback declarations for proposed NOIA payments (1.4) | 2.30 | $495.00 | $1,138.50 |

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 02/06/2026 | CLAIMS | Telephone call with B. Remondino re Blue Cross Proofs of Claim 577 & 888 (0.2); review 507(a)(4) priority claims for calculation of 507(a)(5) cap (0.8); response email to B. Remondino re scope of 507(a)(4) priority claims to be paid per NOIA (0.2); response email to claimant 541 re chargeback declaration & status of priority payment (0.2) | 1.40 | $495.00 | $693.00 |
| | | **SubTotal For Type CLAIMS:** | **40.70** | | **$19,688.50** |
| 02/19/2026 | FEE APPLICATIONS | Review and revise FLG fee application, review file, draft narrative of services rendered, review time entries | 0.40 | $495.00 | $198.00 |
| | | **SubTotal For Type FEE APPLICATIONS:** | **0.40** | | **$198.00** |
| | | **SubTotal For Claim:** | **218.20** | | **$104,511.00** |

3/2/2026 12:32:56PM

# TIME & EXPENSE SHEET

| | |
|---|---|
| **Case Number:** 24-01376-CL7 | **Petition Date:** 04/19/2024 |
| **Debtor:** PIRCH, INC. | **341 Meeting:** 05/28/2024 |
| **Judge:** Christopher B. Latham | **Case Type:** Asset |

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| **Claim:  FINANCIAL LAW GROUP - LTG** | | | | | |
| 09/10/2025 | 401(K) | Review legal analysis re forfeiture account; email re same | 0.50 | $625.00 | $312.50 |
| 09/19/2025 | 401(K) | Review settlement and release re 401(k); email re same | 0.30 | $625.00 | $187.50 |
| 01/05/2026 | 401(K) | Review email from attorney Schechter; analyze legal issues re bond claim | 0.30 | $655.00 | $196.50 |
| | | **SubTotal For Type 401(K):** | **1.10** | | **$696.50** |
| 06/17/2025 | Asset Analysis/General | Conference with team re next steps; prepare re same | 0.30 | $625.00 | $187.50 |
| 07/02/2025 | Asset Analysis/General | Review status | 0.30 | $625.00 | $187.50 |
| 09/03/2025 | Asset Analysis/General | Review status/strategy | 0.20 | $625.00 | $125.00 |
| 11/14/2025 | Asset Analysis/General | Emails to/from committee counsel re status | 0.30 | $625.00 | $187.50 |
| 11/18/2025 | Asset Analysis/General | Review status; strategy | 0.30 | $625.00 | $187.50 |
| 02/17/2026 | Asset Analysis/General | Review case and strategy | 0.30 | $655.00 | $196.50 |
| | | **SubTotal For Type Asset Analysis/General:** | **1.70** | | **$1,071.50** |
| 06/25/2025 | Claim Objection | Emails from and to attorney Laddin re American Express request | 0.30 | $625.00 | $187.50 |
| 06/25/2025 | Claim Objection | Email to attorney Laddin re accounting needs for AMEX | 0.20 | $625.00 | $125.00 |
| 08/04/2025 | Claim Objection | Discussion with attorney Montes de Oca re Warn Act needs | 0.20 | $625.00 | $125.00 |
| 08/07/2025 | Claim Objection | Discussion with attorney Montes de Oca regarding Warn Act needs | 0.30 | $625.00 | $187.50 |
| 08/07/2025 | Claim Objection | Review memo re Warn Acts; discussions re same | 0.40 | $625.00 | $250.00 |
| 08/08/2025 | Claim Objection | Discussion with team re Warn Act analysis and strategy | 0.50 | $625.00 | $312.50 |
| 08/08/2025 | Claim Objection | Review claim objections and strategy with attorney Montes de Oca | 1.00 | $625.00 | $625.00 |
| 08/15/2025 | Claim Objection | Review/revise ex parte application | 0.40 | $625.00 | $250.00 |
| 12/08/2025 | Claim Objection | Various emails re claims objection decisions | 0.20 | $625.00 | $125.00 |
| 12/10/2025 | Claim Objection | Various emails re objections and strategy | 0.30 | $625.00 | $187.50 |
| 12/24/2025 | Claim Objection | Emails to/from attorney Silverman re extension | 0.20 | $625.00 | $125.00 |
| 12/29/2025 | Claim Objection | Review strategy re Devir objection and Lewis objection | 0.20 | $625.00 | $125.00 |
| 01/11/2026 | Claim Objection | Review/revise replies re claim objections | 0.30 | $655.00 | $196.50 |
| | | **SubTotal For Type Claim Objection:** | **4.50** | | **$2,821.50** |
| 08/22/2025 | CLAIMS | Prepare website updates re claim distribution and declarations | 1.00 | $625.00 | $625.00 |
| 08/29/2025 | CLAIMS | Review status re WARN Act | 0.30 | $625.00 | $187.50 |
| 11/10/2025 | CLAIMS | Telephone call with attorney Olson re wage claims and documents needed; analysis re same | 0.40 | $625.00 | $250.00 |
| 11/14/2025 | CLAIMS | Emails to/from attorney Olson re WARN ACT claims | 0.40 | $625.00 | $250.00 |
| 12/12/2025 | CLAIMS | Analysis re late filed claim of Embry (Claim 867) and whether need for court involvement; emails re same | 0.30 | $625.00 | $187.50 |
| 01/09/2026 | CLAIMS | Review status re various objections and responses | 0.40 | $655.00 | $262.00 |
| 01/13/2026 | CLAIMS | Strategy re NOIA and objections | 0.50 | $655.00 | $327.50 |
| 01/14/2026 | CLAIMS | Various emails re legal issues on claims | 0.40 | $655.00 | $262.00 |
| 01/20/2026 | CLAIMS | Review/revise NOIA and Declaration | 1.00 | $655.00 | $655.00 |
| 01/23/2026 | CLAIMS | Review/revise NOIA and Declaration | 1.00 | $655.00 | $655.00 |
| 01/24/2026 | CLAIMS | Final review of NOIA and Declaration | 0.50 | $655.00 | $327.50 |
| 01/29/2026 | CLAIMS | Telephone call with attorney Mary Olson; review status | 0.30 | $655.00 | $196.50 |

3/2/2026 12:32:56PM

# TIME & EXPENSE SHEET

Page No:   19

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 02/06/2026 | CLAIMS | Email to attorney Ladden re AmEx request | 0.20 | $655.00 | $131.00 |
| 02/06/2026 | CLAIMS | Emails from and to attorney Laddin re American Express request | 0.50 | $655.00 | $327.50 |
| 02/09/2026 | CLAIMS | Multiple emails from and to attorney Laddin re American Express analysis, claim payments and possible opposition | 0.50 | $655.00 | $327.50 |
| 02/13/2026 | CLAIMS | Review/analysis re American Express information | 0.30 | $655.00 | $196.50 |
| | | **SubTotal For Type CLAIMS:** | **8.00** | | **$5,168.00** |
| 07/09/2025 | EMPLOYMENT APPLICATION | Review/revise retention letter for attorney Mojdehi | 1.00 | $625.00 | $625.00 |
| | | **SubTotal For Type EMPLOYMENT APPLICATION:** | **1.00** | | **$625.00** |
| 02/19/2026 | FEE APPLICATIONS | REVIEW FILES AND BILLING, REVIEW, REVISE AND FINALIZE FEE APPLICATION | 1.50 | $655.00 | $982.50 |
| | | **SubTotal For Type FEE APPLICATIONS:** | **1.50** | | **$982.50** |
| 07/07/2025 | LITIGATION | Emails to and from DOJ re document request and status; telephone conference re same | 1.00 | $625.00 | $625.00 |
| 07/07/2025 | LITIGATION | Review various legal issues re criminal referral and documents needed | 0.30 | $625.00 | $187.50 |
| 08/08/2025 | LITIGATION | Email to Mr. Knupp re latest complaints and status | 0.50 | $625.00 | $312.50 |
| 09/02/2025 | LITIGATION | Review complaint re insurance litigation | 0.30 | $625.00 | $187.50 |
| 09/15/2025 | LITIGATION | Emails re insurance settlement and strategy | 0.30 | $625.00 | $187.50 |
| 09/22/2025 | LITIGATION | Email concerning Pirch employee and need for documentation; discussion with team re same | 0.20 | $625.00 | $125.00 |
| 01/05/2026 | LITIGATION | Email to Tim Sherman at Hartford re status of Marlowe Smith matter; review same | 0.30 | $655.00 | $196.50 |
| | | **SubTotal For Type LITIGATION:** | **2.90** | | **$1,821.50** |
| 06/25/2025 | RELIEF FROM STAY | Review R/S Motion of Liberty; email re same | 0.30 | $625.00 | $187.50 |
| | | **SubTotal For Type RELIEF FROM STAY:** | **0.30** | | **$187.50** |
| 01/05/2026 | Visa/Mastercard | Emails re status of Visa/Mastercard claim | 0.20 | $655.00 | $131.00 |
| 02/16/2026 | Visa/Mastercard | Emails re status of Visa/Mastercard claim | 0.10 | $655.00 | $65.50 |
| | | **SubTotal For Type Visa/Mastercard:** | **0.30** | | **$196.50** |
| | | **SubTotal For Claim:** | **21.30** | | **$13,570.50** |

3/2/2026 12:32:56PM

# TIME & EXPENSE SHEET

Page No:   20

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| **Claim:  FINANCIAL LAW GROUP - SY** | | | | | |
| 12/08/2025 | Claim Objection | Chargeback declarations re Priority Claims logged and scanned | 1.00 | $210.00 | $210.00 |
| | | **SubTotal For Type Claim Objection:** | **1.00** | | **$210.00** |
| 08/15/2025 | CLAIMS | Prepared proof of service; filed and served ExParte Application to Establish Ch 7 Wage/Employee Benefits Priority Claims Bar Date; Upload Order | 0.40 | $0.00 | $0.00 |
| 08/19/2025 | CLAIMS | Prepared Proof of service; filed, copied, and served Notice of Ch 7 Wage and Employee Benefits Priority Claims Bar Date | 4.00 | $0.00 | $0.00 |
| 09/09/2025 | CLAIMS | Prepared Supplemental proof of service re Notice of Chapter 7 Wage and Employee Benefits Priority Claims Bar Date; filed Proof of service | 0.20 | $0.00 | $0.00 |
| 11/14/2025 | CLAIMS | Prepared labels for mailing letter and declaration to Claimants re Priority Claims | 1.00 | $0.00 | $0.00 |
| 11/17/2025 | CLAIMS | Printed Declaration and letter for mailing to Claimants re Priority Claims; began preparing service of same | 2.00 | $0.00 | $0.00 |
| 11/18/2025 | CLAIMS | Served letter and Declaration to Claimants re Priority Claims | 1.00 | $0.00 | $0.00 |
| 11/24/2025 | CLAIMS | Chargeback Declarations re Priority Claims logged and scanned | 1.60 | $210.00 | $336.00 |
| 12/01/2025 | CLAIMS | Chargeback declarations re Priority Claims logged on to spreadsheet | 3.70 | $210.00 | $777.00 |
| 12/02/2025 | CLAIMS | Chargeback declarations re Priority Claims scanned | 4.00 | $210.00 | $840.00 |
| 12/03/2025 | CLAIMS | Chargeback declarations re Priority Claims logged and scanned; letters mailed to forwarding addresses | 0.70 | $210.00 | $147.00 |
| 12/11/2025 | CLAIMS | Chargeback declarations re Priority Claims logged and scanned | 1.00 | $210.00 | $210.00 |
| 12/12/2025 | CLAIMS | Chargeback declarations re Priority Claims logged and scanned | 0.70 | $210.00 | $147.00 |
| 12/15/2025 | CLAIMS | Chargeback declarations re Priority Claims logged and scanned | 0.70 | $210.00 | $147.00 |
| 12/16/2025 | CLAIMS | Chargeback declarations re Priority Claims logged and scanned | 1.00 | $210.00 | $210.00 |
| 01/06/2026 | CLAIMS | Chargeback declarations re Priority Claims logged and scanned | 0.50 | $210.00 | $105.00 |
| 01/20/2026 | CLAIMS | Chargeback declarations re Priority Claims logged and scanned | 1.00 | $210.00 | $210.00 |
| 01/23/2026 | CLAIMS | Chargeback declarations re Priority Claims logged and scanned | 0.10 | $210.00 | $21.00 |
| | | **SubTotal For Type CLAIMS:** | **23.60** | | **$3,150.00** |
| 11/12/2025 | LITIGATION | Prepared proof of service for status report re 37-2024-00015016, Ashley v Pirch; Filed copied and served Status Report | 0.40 | $0.00 | $0.00 |
| | | **SubTotal For Type LITIGATION:** | **0.40** | | **$0.00** |
| 06/25/2025 | RELIEF FROM STAY | Prepared Notice and proof of service; Filed Limited Opposition in RS JV-1 | 0.60 | $0.00 | $0.00 |
| | | **SubTotal For Type RELIEF FROM STAY:** | **0.60** | | **$0.00** |
| | | **SubTotal For Claim:** | **25.60** | | **$3,360.00** |
| | | **Report Total:** | | | **$146,767.50** |

# TIME & EXPENSE SHEET

Page No:   2

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| **Claim: FINANCIAL LAW GROUP - EXPENSES** | | | | | |
| 12/20/2025 | FEDERAL EXPRESS | | 1.00 | $55.00 | $55.00 |
| | SubTotal For Type FEDERAL EXPRESS: | | 1.00 | | **$55.00** |
| 07/07/2025 | FILING FEES | Mars Motor Works LLC v Pirch - Notice of Continuance (State Court) | 1.00 | $22.14 | $22.14 |
| 11/13/2025 | FILING FEES | Status Report - Ashley v Pirch, 37-2024-00015016 (State Court) | 1.00 | $23.63 | $23.63 |
| | SubTotal For Type FILING FEES: | | 2.00 | | **$45.77** |
| 06/18/2025 | LEXIS RESEARCH | | 1.00 | $4.71 | $4.71 |
| 06/18/2025 | LEXIS RESEARCH | | 1.00 | $7.53 | $7.53 |
| 06/18/2025 | LEXIS RESEARCH | | 1.00 | $2.51 | $2.51 |
| 07/22/2025 | LEXIS RESEARCH | | 1.00 | $11.64 | $11.64 |
| 07/22/2025 | LEXIS RESEARCH | | 1.00 | $3.07 | $3.07 |
| 07/22/2025 | LEXIS RESEARCH | | 1.00 | $0.97 | $0.97 |
| 07/22/2025 | LEXIS RESEARCH | | 1.00 | $19.40 | $19.40 |
| 07/22/2025 | LEXIS RESEARCH | | 1.00 | $13.97 | $13.97 |
| 07/22/2025 | LEXIS RESEARCH | | 1.00 | $9.21 | $9.21 |
| 07/22/2025 | LEXIS RESEARCH | | 1.00 | $1.94 | $1.94 |
| 07/22/2025 | LEXIS RESEARCH | | 1.00 | $0.78 | $0.78 |
| 07/23/2025 | LEXIS RESEARCH | | 1.00 | $1.55 | $1.55 |
| 08/01/2025 | LEXIS RESEARCH | | 1.00 | $0.41 | $0.41 |
| 08/01/2025 | LEXIS RESEARCH | | 1.00 | $1.32 | $1.32 |
| 08/01/2025 | LEXIS RESEARCH | | 1.00 | $0.66 | $0.66 |
| 08/04/2025 | LEXIS RESEARCH | | 1.00 | $4.94 | $4.94 |
| 08/04/2025 | LEXIS RESEARCH | | 1.00 | $0.66 | $0.66 |
| 08/04/2025 | LEXIS RESEARCH | | 1.00 | $2.63 | $2.63 |
| 08/04/2025 | LEXIS RESEARCH | | 1.00 | $8.56 | $8.56 |
| 08/05/2025 | LEXIS RESEARCH | | 1.00 | $1.65 | $1.65 |
| 08/05/2025 | LEXIS RESEARCH | | 1.00 | $0.66 | $0.66 |

3/2/2026 12:35:01PM

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|------|------|-------------|---------:|-----:|------:|
| 08/05/2025 | LEXIS RESEARCH | | 1.00 | $1.32 | $1.32 |
| 08/05/2025 | LEXIS RESEARCH | | 1.00 | $7.82 | $7.82 |
| 08/06/2025 | LEXIS RESEARCH | | 1.00 | $2.06 | $2.06 |
| 08/06/2025 | LEXIS RESEARCH | | 1.00 | $6.58 | $6.58 |
| 08/06/2025 | LEXIS RESEARCH | | 1.00 | $8.56 | $8.56 |
| 08/06/2025 | LEXIS RESEARCH | | 1.00 | $1.32 | $1.32 |
| 08/07/2025 | LEXIS RESEARCH | | 1.00 | $0.41 | $0.41 |
| 08/07/2025 | LEXIS RESEARCH | | 1.00 | $1.65 | $1.65 |
| 08/07/2025 | LEXIS RESEARCH | | 1.00 | $4.61 | $4.61 |
| 08/07/2025 | LEXIS RESEARCH | | 1.00 | $4.94 | $4.94 |
| 08/07/2025 | LEXIS RESEARCH | | 1.00 | $0.66 | $0.66 |
| 08/07/2025 | LEXIS RESEARCH | | 1.00 | $2.61 | $2.61 |
| 08/12/2025 | LEXIS RESEARCH | | 1.00 | $1.65 | $1.65 |
| 08/13/2025 | LEXIS RESEARCH | | 1.00 | $3.29 | $3.29 |
| 08/13/2025 | LEXIS RESEARCH | | 1.00 | $6.58 | $6.58 |
| 08/14/2025 | LEXIS RESEARCH | | 1.00 | $3.29 | $3.29 |
| 08/14/2025 | LEXIS RESEARCH | | 1.00 | $5.27 | $5.27 |
| 11/05/2025 | LEXIS RESEARCH | | 1.00 | $8.70 | $8.70 |
| 11/05/2025 | LEXIS RESEARCH | | 1.00 | $3.48 | $3.48 |
| 11/06/2025 | LEXIS RESEARCH | | 1.00 | $2.18 | $2.18 |
| 11/06/2025 | LEXIS RESEARCH | | 1.00 | $10.44 | $10.44 |
| 11/06/2025 | LEXIS RESEARCH | | 1.00 | $27.56 | $27.56 |
| 11/10/2025 | LEXIS RESEARCH | | 1.00 | $4.35 | $4.35 |
| 12/31/2025 | LEXIS RESEARCH | | 1.00 | $4.41 | $4.41 |
| 12/31/2025 | LEXIS RESEARCH | | 1.00 | $7.06 | $7.06 |

**SubTotal For Type LEXIS RESEARCH:**     **46.00**     **$229.57**

3/2/2026 12:35:01PM

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|---|---|---|---:|---:|---:|
| 10/31/2025 | PACER | | 1.00 | $680.10 | $680.10 |
| | | **SubTotal For Type PACER:** | **1.00** | | **$680.10** |
| | | | | | |
| 06/30/2025 | PHOTOCOPIES | 2nd interim fee application | 56.00 | $0.20 | $11.20 |
| 08/07/2025 | PHOTOCOPIES | | 20.00 | $0.20 | $4.00 |
| 12/01/2025 | PHOTOCOPIES | | 180.00 | $0.20 | $36.00 |
| 12/10/2025 | PHOTOCOPIES | | 12.00 | $0.20 | $2.40 |
| 12/16/2025 | PHOTOCOPIES | | 6.00 | $0.20 | $1.20 |
| 12/17/2025 | PHOTOCOPIES | | 15.00 | $0.20 | $3.00 |
| 12/22/2025 | PHOTOCOPIES | | 12.00 | $0.20 | $2.40 |
| 01/05/2026 | PHOTOCOPIES | | 38.00 | $0.20 | $7.60 |
| 01/06/2026 | PHOTOCOPIES | | 21.00 | $0.20 | $4.20 |
| 01/09/2026 | PHOTOCOPIES | | 22.00 | $0.20 | $4.40 |
| 01/12/2026 | PHOTOCOPIES | | 9.00 | $0.20 | $1.80 |
| 01/17/2026 | PHOTOCOPIES | | 4.00 | $0.20 | $0.80 |
| 01/21/2026 | PHOTOCOPIES | | 36.00 | $0.20 | $7.20 |
| 01/26/2026 | PHOTOCOPIES | | 8.00 | $0.20 | $1.60 |
| 01/27/2026 | PHOTOCOPIES | | 20.00 | $0.20 | $4.00 |
| 01/29/2026 | PHOTOCOPIES | | 4.00 | $0.20 | $0.80 |
| 02/02/2026 | PHOTOCOPIES | | 48.00 | $0.20 | $9.60 |
| 02/12/2026 | PHOTOCOPIES | | 32.00 | $0.20 | $6.40 |
| 02/12/2026 | PHOTOCOPIES | | 6.00 | $0.20 | $1.20 |
| 02/19/2026 | PHOTOCOPIES | | 9.00 | $0.20 | $1.80 |
| 08/19/2025 | PHOTOCOPIES | Notice of Ch 7 Wage and Employee Benefits Priority Claims Bar Date | 418.00 | $0.20 | $83.60 |
| 11/12/2025 | PHOTOCOPIES | Ashley v Pirch - Status Report | 2.00 | $0.20 | $0.40 |
| 11/18/2025 | PHOTOCOPIES | | 765.00 | $0.20 | $153.00 |
| 11/21/2025 | PHOTOCOPIES | Chargeback declaration letter to claim no 467 | 3.00 | $0.20 | $0.60 |
| 12/01/2025 | PHOTOCOPIES | Pirch Claims Mailing | 200.00 | $0.20 | $40.00 |
| 12/03/2025 | PHOTOCOPIES | Declaration letters re Priority Deposit Claim | 6.00 | $0.20 | $1.20 |
| 12/16/2025 | PHOTOCOPIES | | 4.00 | $0.20 | $0.80 |
| 01/05/2026 | PHOTOCOPIES | | 30.00 | $0.20 | $6.00 |
| | | **SubTotal For Type PHOTOCOPIES:** | **1,986.00** | | **$397.20** |
| | | | | | |
| 06/30/2025 | POSTAGE | 2nd interim fee application | 2.00 | $4.40 | $8.80 |
| 08/07/2025 | POSTAGE | | 2.00 | $2.90 | $5.80 |
| 12/01/2025 | POSTAGE | | 60.00 | $0.78 | $46.80 |
| 12/03/2025 | POSTAGE | Declaration letters re Priority Deposit Claim | 2.00 | $0.74 | $1.48 |
| 12/10/2025 | POSTAGE | | 3.00 | $0.78 | $2.34 |
| 12/16/2025 | POSTAGE | | 2.00 | $0.78 | $1.56 |
| 12/17/2025 | POSTAGE | | 4.00 | $0.78 | $3.12 |
| 12/22/2025 | POSTAGE | | 4.00 | $0.78 | $3.12 |
| 01/05/2026 | POSTAGE | | 7.00 | $0.78 | $5.46 |
| 01/05/2026 | POSTAGE | | 1.00 | $1.56 | $1.56 |
| 01/05/2026 | POSTAGE | | 1.00 | $3.90 | $3.90 |
| 01/06/2026 | POSTAGE | | 6.00 | $0.78 | $4.68 |
| 01/09/2026 | POSTAGE | | 1.00 | $2.34 | $2.34 |
| 01/09/2026 | POSTAGE | | 6.00 | $0.78 | $4.68 |
| 01/12/2026 | POSTAGE | | 2.00 | $0.78 | $1.56 |

3/2/2026 12:35:01PM

# TIME & EXPENSE SHEET

**Case Number:** 24-01376-CL7
**Debtor:** PIRCH, INC.
**Judge:** Christopher B. Latham

**Petition Date:** 04/19/2024
**341 Meeting:** 05/28/2024
**Case Type:** Asset

| Date | Type | Description | Quantity | Rate | Total |
|------|------|-------------|---------:|-----:|------:|
| 01/12/2026 | POSTAGE | | 1.00 | $1.56 | $1.56 |
| 01/17/2026 | POSTAGE | | 2.00 | $0.78 | $1.56 |
| 01/21/2026 | POSTAGE | | 7.00 | $0.78 | $5.46 |
| 01/21/2026 | POSTAGE | | 1.00 | $3.90 | $3.90 |
| 01/26/2026 | POSTAGE | | 2.00 | $0.78 | $1.56 |
| 01/27/2026 | POSTAGE | | 5.00 | $0.78 | $3.90 |
| 01/29/2026 | POSTAGE | | 2.00 | $0.78 | $1.56 |
| 02/02/2026 | POSTAGE | | 10.00 | $0.78 | $7.80 |
| 02/02/2026 | POSTAGE | | 1.00 | $5.46 | $5.46 |
| 02/12/2026 | POSTAGE | | 8.00 | $0.78 | $6.24 |
| 02/12/2026 | POSTAGE | | 3.00 | $0.78 | $2.34 |
| 02/19/2026 | POSTAGE | | 3.00 | $0.78 | $2.34 |
| 08/19/2025 | POSTAGE | Notice of Ch 7 Wage and Employee Benefits Priority Claims Bar Date | 418.00 | $0.74 | $309.32 |
| 08/27/2025 | POSTAGE | | 21.00 | $0.73 | $15.33 |
| 11/12/2025 | POSTAGE | Ashley v Pirch - Status Report | 1.00 | $0.74 | $0.74 |
| 11/18/2025 | POSTAGE | | 255.00 | $0.78 | $198.90 |
| 11/21/2025 | POSTAGE | Chargeback declaration letter to claim no 467 | 1.00 | $0.74 | $0.74 |
| 12/01/2025 | POSTAGE | Pirch (Claims Mailing) | 3.00 | $10.90 | $32.70 |
| 12/16/2025 | POSTAGE | | 2.00 | $10.44 | $20.88 |
| 01/05/2026 | POSTAGE | | 3.00 | $10.73 | $32.19 |
| 01/05/2026 | POSTAGE | | 2.00 | $11.02 | $22.04 |

|  | **SubTotal For Type POSTAGE:** | **854.00** | | **$773.72** |
|---|---|---|---|---|
|  | **SubTotal For Claim:** | **2,890.00** | | **$2,181.36** |
|  | **Report Total:** | | | **$2,181.36** |

3/2/2026 12:35:01PM